# EXHIBIT 5

**klemchuk**

Darin M. Klemchuk
214.367.6000 tel
214.367.6001 fax
darin.klemchuk@klemchuk.com

April 14, 2021

Via Email: customercare@smartypear.com

PurLife Brands Inc.
96 Eleanor Avenue
Los Altos, CA 94022

    **Re:**    *Intellectual Property Infringement – Unauthorized Use of Intellectual Property of Automated Pet Care Products, LLC (Our Ref: 3232.0079)*

Dear PurLife Brands Inc.:

This firm represents Automated Pet Care Products, LLC d/b/a Litter-Robot ("Auto-Pets"), owner of the Litter-Robot® automated litter box, with respect to intellectual property matters. It has come to our attention that you are offering a product for sale on Chewy (https://www.chewy.com/leos-loo-cat-litter-box-white/dp/283715) and other websites under the name "Leo's Loo Cat Litter Box".

This product infringes claims of U.S. Patent No. 9,433,185 to Baxter and claims of European Patent No. 2,676,543 — all owned by Auto-Pets. The product may also infringe claims of U.S. Published Application No. 2019/0364840. Attached to this letter is a copy of each of the patents and the published patent application.

Under the U.S. Patent Act, 35 U.S.C. § 284, Auto-Pets is entitled to damages resulting from the infringement in an amount no less than a reasonable royalty. Due to the willful nature of the infringement, Auto-Pets is additionally entitled to recover treble damages, attorney's fees (35 U.S.C. § 285), and costs.

We hereby demand that you **immediately** cease all advertising and sales of the Leo's Loo product and cease all future offers for sale, sales, and imports of the product into the United States. We also demand that you provide us with an Audit Statement (form attached hereto) with your inventory, sales, cost, and supplier information so that Auto-Pets can assess its damages and determine an appropriate settlement demand.

To be clear, this is not an ordinary case of patent infringement between competitors. Through a confidential relationship, Chris Madeiras learned of Auto-Pets's sensitive business information and plans and certainly was aware of Auto-Pets's Litter-Robot® products before the launch of the Leo's Loo product. Development of a product that competes with Auto-Pets and infringes its patents does not appear to be coincidental given the previous disclosures. These facts strongly support a case for willful patent infringement.

Klemchuk LLP
8150 N Central Expwy
10th Floor
Dallas, Texas 75206

P 214.367.6000
F 214.367.6001

klemchuk.com

As discussed above, if litigation is pursued, Auto-Pets will seek enhanced damages. This dispute may also involve Chewy, since it is the retailer selling the infringing product on its website. It is likely that if a demand is made on Chewy, Chewy will in turn demand indemnification regarding the Leo's Loo product.

In certain circumstances, owners or principals of a company can be held personally liable for patent infringement. Given the size of PurLife Brands Inc., Mr. Madeiras's past relationship with Auto-Pets, and other facts, you should consider the risks of continued infringement carefully.

We look forward to confirmation by April 21, 2021 that all sales have ceased and no further sales will be made in the future along with the requested audit information. Based on that information, we will propose an agreement to settle this matter informally.

If we do not get confirmation by that date, we will advise our client accordingly. Thank you for your prompt attention to this matter.

Sincerely,

Darin M. Klemchuk

DMK/csa

## AUDIT STATEMENT

The following statement is being provided effective _____(the "Effective Date") to informally resolve a dispute regarding Leo's Loo Cat Litter Box product offered for sale (the "Merchandise").

I, _____, ("Settlor") certify that the following is a complete and accurate summary of the supplier information for the Merchandise as well as a summary of the purchase, sales, inventory, and open orders for the Merchandise.

1. **Supplier.** _____with an address at _____ and contact of _____ _____ (collectively, the "Supplier") was the source of the Merchandise.

2. **Purchases.** Since _____(date), Settlor has purchased the following Merchandise from the Supplier:

| Item SKU | Item Name | Total Units | Cost per Unit | Total Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |

3. **Documentation of Purchases.** Attach copies of invoices and/or communications documenting the purchases.

4. **Sales.** As of the Effective Date, Settlor has the following Merchandise:

| Item SKU | Item Name | Total Units | Sales Price per Unit | Total Sales |
|---|---|---|---|---|
| | | | | |
| | | | | |

5. **Inventory.** As of the Effective Date, Settlor has the following units left in inventory:

| Item SKU | Item Name | Total Units |
|---|---|---|
| | | |
| | | |

6. **Open Orders.** As of the Effective Date, Settlor has the following units on order or in shipment from the Supplier:

| Item SKU | Item Name | Total Units | Cost per Unit | Total Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |

Signed:_____

Name:_____

Title:_____

Telephone:_____Email:_____

Case 3:22-cv-04261-VC   Document 1-5   Filed 07/22/22   Page 5 of 99

US009433185B2

(12) **United States Patent**
Baxter et al.

(10) Patent No.: **US 9,433,185 B2**
(45) Date of Patent: **Sep. 6, 2016**

(54) **AUTOMATED LITTER DEVICE AND METHOD**

(71) Applicant: **Automated Pet Care Product, Inc.**, Pontiac, MI (US)

(72) Inventors: **Brad Baxter**, Bloomfield Hills, MI (US); **Jason Smith**, West Bloomfield, MI (US)

(73) Assignee: **AUTOMATED PET CARE PRODUCT, INC.**, Pontiac, MI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/274,884**

(22) Filed: **May 12, 2014**

(65) **Prior Publication Data**

US 2014/0245960 A1    Sep. 4, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/804,370, filed on Mar. 14, 2013, now Pat. No. 8,757,094.

(60) Provisional application No. 61/661,078, filed on Jun. 18, 2012.

(51) **Int. Cl.**
    *A01K 1/01*        (2006.01)

(52) **U.S. Cl.**
    CPC .............. *A01K 1/011* (2013.01); *A01K 1/0114* (2013.01)

(58) **Field of Classification Search**
    CPC ..... A01K 1/01;  A01K 1/0107;  A01K 1/0114
    USPC ........................ 119/161, 163, 165, 166, 168
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,096,827 | A | | 6/1978 | Cotter |
| 4,120,264 | A | * | 10/1978 | Carter ........................... 119/166 |
| 4,886,014 | A | | 12/1989 | Sheriff |
| 5,048,464 | A | * | 9/1991 | Shirley ........................ 119/166 |
| 5,107,797 | A | * | 4/1992 | LaRoche ..................... 119/166 |
| 5,477,812 | A | * | 12/1995 | Waters ........................ 119/163 |
| 5,509,379 | A | * | 4/1996 | Hoeschen ................... 119/166 |
| 5,551,375 | A | * | 9/1996 | Flores ......................... 119/166 |
| 5,622,140 | A | * | 4/1997 | McIlnay-Moe ............. 119/166 |
| 5,662,066 | A | * | 9/1997 | Reitz .......................... 119/163 |
| 5,752,465 | A | * | 5/1998 | Page ........................... 119/166 |
| 6,055,935 | A | | 5/2000 | Engel |
| 6,082,302 | A | | 7/2000 | Thaler et al. |
| 6,126,015 | A | * | 10/2000 | Haymaker ................... 209/235 |
| 6,463,881 | B1 | * | 10/2002 | Reitz .......................... 119/163 |
| 6,851,386 | B2 | | 2/2005 | Northrop et al. |
| 7,137,355 | B1 | * | 11/2006 | Wan ............................. 119/166 |
| 7,198,006 | B2 | | 4/2007 | Fischer |
| 7,278,372 | B2 | * | 10/2007 | Colsky ....................... 119/166 |
| 7,487,742 | B2 | * | 2/2009 | Waters ........................ 119/166 |
| 7,647,889 | B2 | | 1/2010 | Horanoff |
| 7,762,231 | B2 | | 7/2010 | Dugas et al. |
| 8,475,367 | B1 | * | 7/2013 | Yuen et al. .................. 600/300 |

* cited by examiner

*Primary Examiner* — Monica Williams
*Assistant Examiner* — Michael Wang
(74) *Attorney, Agent, or Firm* — The Dobrusin Law Firm, P.C.

(57)        **ABSTRACT**

A device comprising: a support base and a chamber, located on the support base, having an entry opening so that an animal can enter and exit the chamber; wherein the chamber includes an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane.

**20 Claims, 12 Drawing Sheets**





FIG.-1



FIG.-2



FIG.-3A

FIG.-3B



FIG.-4

FIG.-5



FIG.-6



FIG.-7

FIG.-8



FIG.-9



FIG.-10



FIG.-11



FIG.-12A



FIG.-12B



FIG.-13A

FIG.-13B



FIG.-13C

FIG.-13D



FIG.-14



FIG.-15

US 9,433,185 B2

**1**

## AUTOMATED LITTER DEVICE AND METHOD

### CLAIM OF PRIORITY

This application is a continuation of Ser. No. 13/804,370, filed on Mar. 14, 2013, which claims benefit of provisional application Ser. No. 61/661,078 filed on Jun. 18, 2012, which are both hereby entirely incorporated by reference for all purposes.

The present teachings generally relate to an improved litter device for use by animals that automatically removes animal waste from litter.

### BACKGROUND

The present teachings are predicated upon providing an improved litter device, and specifically an improved automatic litter device. There are numerous different litter box designs available on the market. Many of these designs are manual and require an owner to sift waste from litter so that the litter is cleaned. With these manual designs, owners may forget to clean the waste from the litter and the litter box may become full, may begin to smell, or both. For these reasons and many other, owners have begun to purchase automated litter boxes. Generally, these devices include a portion that holds litter, and a portion that receives waste that is removed from the portion that holds litter so that owner interaction is reduced and the frequency of manual interaction to remove waste is reduced. Many of these devices include a rake that travels along a track and removes waste from the litter. These automated rakes may get stuck, clumps of waste and/or litter may stick to the rake and/or the floor, the rake may become dislodged, the rake may not move the waste all the way out of the portion that holds the litter, or a combination thereof. Other devices rotate and sift the waste from the litter so that the clean litter is retained in the portion that holds the litter and the waste is emptied into the portion that receives the waste. Many of these devices are covered so that dust, smells, fitter, or a combination thereof are retained within the litter box. However, covering the litter box reduces the amount of space available for the pet, the amount of light in the litter box, these covers through use may become dirty through contact with waste, or a combination thereof. Further, the cover and/or was may become contaminated as waste travels along the was to an exit point such that when an animal subsequently enters the device contaminants from the walls may be transferred to the animal.

Examples of some automated litter boxes may be found in U.S. Pat. Nos. 4,096,827; 4,886,014; 5,107,797; 5,662,066; 6,055,935; 6,082,302; 6,126,015; 8,483,881; 6,851,386; 7,198,006; 7,762,231; and 7,647,889; all of which are incorporated by reference herein for all purposes.

It would be attractive to have a litter device that is covered and provides adequate space for animals so that when inside the animals can move around. It would be attractive to have a litter device that is illuminated so that the animal can see while inside the litter device. It would be attractive for the litter device to prevent transfer of waste remnants to an animal in the litter device. What is needed is a device that is self-contained so that an animal cannot contact any of the moving parts. What is further needed is a device that includes safety devices so that if an animal comes into contact with any parts that may move the device stops so that the animal is prevented from being caught, pinched, injured, or a combination thereof. It would be attractive to have a

**2**

weight sensor that measures small changes in mass of the device by measuring a small range of forces indirectly

### SUMMARY

The present teachings meeting one or more, if not all, of the present needs by providing: a device comprising one or more of the following features: a chamber with an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane; a track around the chamber that forms an angle of between about 10 degrees and 40 degrees with the vertical plane; a bonnet that extends over the chamber and is attached to a support base on one or both sides; a shield located within and is movably attached to the chamber so that the chamber at least partially rotates around the shield and so that the shield covers an internal surface of the chamber; an indicator that monitors the level of waste in the waste drawer so that when the level reaches a predetermined level the chamber is prevented from being rotated; a weight detection sensor, located in the support base and below the chamber, having an expandable and contractible member such as a spring, and a force sensitive monitoring device such as a force sensitive resistor placed between a rocker arm and the support base, so that compression of the expandable and contractible member changes, the force sensitive member measures a change in weight of the device; a step and cleaning device on the waste drawer so that an animal can use the step to enter and exit the chamber and litter is caught in the cleaning device; an entry lip on an entry opening of the chamber; an electronics compartment in the support base; an isolated mount for housing mechanical parts, electrical parts, or both; a stop so that the chamber will stop at the waste dumping position in the event of a sensor failure; a pinch detector so that items do not get pinched between the support base and the chamber during rotation of the chamber; and a screen and septum that are connected by a living hinge.

The present teachings meet one or more of the present needs by providing a device comprising: a support base and a chamber, located on the support base, having an entry opening so that an animal can enter and exit the chamber; wherein the chamber includes an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane.

One unique aspect of the present teachings include a device comprising: a support base; a chamber, located on the support base, wherein the support base includes, an entry opening so that an animal can enter and exit the chamber, a waste opening so that contents can be emptied from the chamber; and a bonnet that extends over the chamber and is attached the support base on one or both sides; wherein the bonnet covers the waste opening so that during rotation of the chamber a pinch condition is prevented between the waste opening and the support base.

Another unique aspect of the present teachings include a device comprising: a support base; a chamber, located on the support base, wherein the support base includes, an entry opening so that an animal can enter and exit the chamber, a shield located within and attached to the chamber; wherein the shield is movably attached to the chamber so that the chamber at least partially rotates around the shield and after rotation of the chamber an internal surface of the chamber is covered.

Another unique aspect of the present teachings include a device comprising: a chamber having an entry opening so that an animal can enter and exit the chamber, a support base, located under and supporting the chamber, wherein the support base includes, a waste drawer and an indicator that

3

monitors a level in the waste drawer so that when the level reaches a predetermined level the chamber is prevented from being rotated.

Yet another unique aspect of the present teachings includes a device comprising: a chamber having an entry opening so that an animal can enter and exit the chamber, a support base, located under and supporting the chamber, including a weight detection sensor, located in the support base and below the chamber, having an expandable and contractible member such as a spring, and a force sensitive monitoring device such as a resistor placed between a rocker arm and the support base, so that as compression of the expandable and contractible member changes the force sensitive monitoring device measures a change in weight of the device

The teachings herein surprisingly solve one or more of these problems by providing a litter device that is covered and provides adequate space for animals to move around inside of the litter device. The litter device as taught herein may be illuminated so that the animal can see while inside the litter device. The litter device as taught herein includes an internal shield for covering an internal wall of the litter device so that any remnants on the walls of the device are covered and are not transferred to an animal in the litter device. The device is self-contained so that an animal cannot contact any of the moving parts. The device includes safety devices so that if an animal comes into contact with any parts that may move the device stops so that the animal is prevented from being caught, pinched, injured, or a combination thereof. The weight sensor taught herein measures small changes in mass of the device while measuring a small range of forces.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a front view of one possible litter device;

FIG. **2** illustrates an exploded view of the litter device of FIG. **1**;

FIG. **3**A-B illustrate side views of the litter device of FIG. **1**;

FIG. **4** illustrates a top view of the litter device of FIG. **1**;

FIG. **5** illustrates a cross-sectional view of the litter device of FIG. **1**;

FIG. **6** illustrates an exploded view of one possible chamber;

FIG. **7** illustrates a bonnet covering a chamber;

FIG. **8** illustrates an exploded view of one possible bonnet;

FIG. **9** illustrates an exploded view of one possible support base;

FIG. **10** illustrates a bottom view of a support base;

FIG. **11** illustrates an exploded view of one possible waste drawer;

FIGS. **12**A-**12**B illustrate the screen, septum, and living hinge;

FIG. **13**A-**13**D illustrate rotation of a chamber from during a cleaning cycle;

FIG. **14** is a close-up view of one example of an indirect weight sensor; and

FIG. **15** is a close-up view of another example of an indirect weight sensor.

DETAILED DESCRIPTION

The explanations and illustrations presented herein are intended to acquaint others skilled in the art with the invention, its principles, and its practical application. Those

4

skilled in the art may adapt and apply the invention in its numerous forms, as may be best suited to the requirements of a particular use. Accordingly, the specific embodiments of the present invention as set forth are not intended as being exhaustive or limiting of the teachings. The scope of the teachings should, therefore, be determined not with reference to the above description, but should instead be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. The disclosures of all articles and references, including patent applications and publications, are incorporated by reference for all purposes. Other combinations are also possible as will be gleaned from the following claims, which are also hereby incorporated by reference into this written description.

The device may be any device that includes litter for use by an animal. The device may be used by any domesticated animal such as a pig, dog, cat, rabbit, or a combination thereof. The device may include one or more of the following features: a support base, a chamber, an axis of rotation that forms an angle of 80 degrees or less with a vertical plane, a track around the chamber, a track plane that forms an angle of between about 10 degrees and 40 degrees with the vertical plane, an elongated entry opening in the chamber, a bonnet, a light sensor on the control panel, an interlock sensor on the bonnet, a shield in the chamber, a waste drawer, an indicator that monitors the level in the waste drawer, a weight detection sensor, a pre-compressed member, a force sensitive monitoring device, a step on a waste drawer, a cleaning device, an entry lip, an electronics compartment, an isolated mount, a stop, a diverter, a pinch detector, a screen, a septum, a living hinge, or a combination thereof. Preferably, the device may be designed for use by a cat. The device includes at least a support base and a chamber on the support base.

The support base may be any device that supports a chamber. The support base may be any size and shape so that the support base moves or assists in moving a chamber. The support base may be any size, shape, configuration, or a combination thereof so that the support base houses a portion of and/or all of the mechanical componentry and rotates the chamber. The support base may rest on a surface such as a table, a floor, some other substantially planar surface, or a combination thereof so that the support base supports a chamber. The support base may be substantially planar. Preferably, the support base may be flat and reside in one plane. The support base may form another surface so that the support base forms a cradle. For example, the support base may include a central portion and one or more support members that extend away from the central portion. The central portion and one or more support members may form a "U" shape. Preferably, the one or more support members may extend vertically away from the central portion. More preferably, the support base may include two support members that extend from a central portion of the support base so that a chamber is cradled between the support members. The support base may include one or more controls. The support base may include a control panel. Preferably, the one or more controls, the control panel, or both are located on one of the support members.

The control panel may include any control so that an owner may operate the litter device. The control panel may include a reset button, a cleaning cycle button, an empty button, an on/off switch, a waste level indicator, an advance button to partially rotate the chamber, a light sensor, or a combination thereof. The control panel may be used when litter is added to the chamber. For example, when litter is

added the owner may press a reset button and/or a litter add button so that the weight sensor begins creating a new baseline as discussed herein and/or a cleaning cycle is not triggered. The control panel may include an empty button so that an owner may remove all of the litter from the chamber. For example, when the empty button is pressed the chamber may rotate in a direction opposite to that of a cleaning cycle so that the litter is not stored in the septum and may instead be removed from the chamber via the waste opening. The control panel may be made of any material so that the controls are protected. The control panel may include one main covering over all of the buttons so that any liquids and/or solids do not damage the controls. The control panel may be a cover.

The control panel may be located adjacent one or more compartments. The control panel may cover one or more compartments. The support base may include one or more compartments for housing one or more electronic components that operate the device. The electronic components may be any components that may be damaged when contacted with moisture, vapor, fumes, or a combination thereof. The electronic components housed in the one or more compartments may be wires, terminations, switches, metal clips, motors, circuit boards, sensors, the like, or a combination thereof. The one or more components may include a cover that seals and/or substantially seals the electronic components in the one or more compartments. The cover may be a control panel. The compartments may be substantially sealed so that moisture, vapor, fumes, or a combination thereof are prevented from entering the one or more compartments and damaging the electronic components. The compartments may be sealed in any way so that moisture, vapor, fumes, or a combination thereof are substantially prevented from entering the compartment and damaging the electronic components housed in the compartment. The one or more compartments may include one or more ports, preferably one for wires, connectors, cables, or a combination thereof to pass through so that power, signals, or both may pass in and/or out of the compartments. The port may extend through a cover, a wall, a base portion, a gap, or a combination thereof in the support base. The wires, connectors, cables, or a combination thereof may be substantially surrounded by a plug so that the wires are compressed together and the plug fills the port through which the wires, connectors, cables, or a combination thereof pass through. The plug may be a soft plug, a hard plug, or both. The plug may form a semi-seal plugging the port so that moisture, vapor, fumes, or a combination thereof are substantially prevented from entering the compartment. The plug may form a complete seal so that moisture, vapor, fumes, or a combination thereof are substantially prevented from entering the compartment. The wires, connectors, cables, or a combination thereof may attach to one or more controls for controlling the device.

The one or more compartments, the one or more covers, or both may include a port so that a drive may extend from a motor into contact with a chamber so that the chamber may be rotated by the motor. The port may be large enough so that the drive may extend out of the compartment, through the cover, or both so that the chamber may be rotated. The drive may be any drive mechanism capable of moving, rotating, or both the chamber. The drive mechanism may include a cog, a sprocket, a belt, a direct drive, or a combination thereof. The cover, the compartment, or both may isolate the drive so that the drive may contact the chamber but any moisture, vapor, fumes, or a combination thereof from inside the support base may be prevented from

entering the compartment. The drive may be made of any material that is resistant to moisture, vapor, fumes, or a combination thereof. The drive may be made of any material that is strong enough so that the drive may rotate the chamber. Examples of materials that may be used for the drive include rubber, plastic, metal, ceramic, or a combination thereof. The drive may be made of the same material as the chamber, the support base, or both. The drive is made of a material that may be molded and preferably injection molded. More preferably, the drive is made of nylon. The one or more compartments may house one or more motors, or more gear assemblies, or both.

The one or more motors, one or more gear assemblies, or both may be housed in the one or more compartments using one or more isolated mounts. The isolated mount may be any device that holds a motor, a gear assembly, or both. Preferably, the isolated mount may be any device that holds a motor, a gear assembly, or both at the same angle as the chamber as taught herein. For example, if the chamber forms an angle of about 70 degrees with vertical then the isolated mount will form an angle of about 70 degrees with vertical and the respective motor, gear assembly, or both will accordingly form an angle of about 70 degrees with vertical. The isolated mount may be an integral part, an additional part, or both. The isolated mount may include a part that is integrally created when the support base is created. The isolated mount may include a part that substantially surrounds, completely surrounds, sandwiches, houses, or a combination thereof a motor, a gear assembly, or both and then assists in mounting the motor, the gear assembly, or both in the isolated mount. Preferably, at least a portion of the isolated mount is a soft and flexible component that sandwiches the motor, the gear assembly, or both and assists in holding the motor, the gear assembly, or both in the compartment of the support base. The isolated mount may be made of plastic, metal, rubber, ceramic, a polymer, a natural material, a synthetic material, or a combination thereof. The isolated mount may be made of any material that may be molded, preferably injection molded. All or a portion of the isolated mount may be made of the same material as the chamber, the support base, or both. All or a portion of the isolated mount may be made of a dampening material. For example, the isolated mount may include a glove portion that surrounds all or a portion of the motor, the gear assembly, or both so that any noise, vibration, or both of the motor, the gear assembly, or both are reduced, eliminated, or both. All or a portion of the isolated mount may be made of a material that reduces and/or eliminates any gap and/or tolerance between internal walls of an integral portion of the isolated mount. For example, the motor, the gear assembly, or both may be smaller than an integral portion of an isolated mount and the glove may surround the motor, the gear assembly, or both so that the motor, the gear assembly, or both are snugly fit within the integral portion of the isolated mount. All or a portion of the isolated mount may be made of an elastomeric material such as a ethylene propylene diene monomer (EPDM), thermoplastic polyurethane, elastomer modified polyolefin, polysiloxanes, santoprene, 2 part urethane, polyvinyl chloride (PVC), or the like, or a combination thereof. Preferably, the isolated mount is made of a flexible polyvinyl chloride. In one non-limiting example, the motor, the gear assembly, or both may be sandwiched in a soft flexible elastomeric glove comprised of one or more pieces and then the complete glove with the motor, the gear assembly, or both may be placed in an integral housing formed in the compartment and covered forming an isolated mount.

7

One surface of the support base may be located substantially in one horizontal plane (i.e., the support base plane). The horizontal plane may be substantially perpendicular and/or perpendicular to a vertical plane. The support base may include one or more vertical planes (i.e., vertical support base plane). The horizontal plane of the support base may be substantially parallel to the surface on which the support base rests. The support base plane may be the same plane that a waste drawer slides along, substantially parallel to the plane that the waste drawer slides along, or both. The support base may include a waste drawer track so that the waste drawer is installed properly in the support base.

The support base includes a waste drawer. The waste drawer may be of any size and shape so that the waste drawer fits entirely within the support base. The waste drawer may be of a size so that all or a portion of the waste drawer fits within the support base. The waste drawer may slide within a plane. The waste drawer may slide within a plane of the support base. The waste drawer may form all or a portion of a forward surface of the support base. The waste drawer may include a volume. The volume of the waste drawer may be large enough so that the waste drawer can go 1 day or more, 3 days or more, 5 days or more, 7 days or more, or even 10 days or more before the waste drawer needs to be emptied. The waste drawer may have a volume of about 10,000 cm³ or more, preferably about 15,000 cm³ or more, or more preferably about 17,000 cm³ or more. The waste drawer may have a volume of about 30,000 cm³ or less, about 25,000 cm³ or less, or about 22,000 cm³ or less. The waste drawer may include a volume of between about 12,000 cm³ and about 30,000 cm³, preferably between about 14,000 cm³ and about 25,000 cm³, and more preferably between about 16,000 cm³ and about 20,000 cm³. The waste drawer may include one or more carbon filters for filtering the air in the waste drawer, entering the waste drawer, exiting the waste drawer, or a combination thereof. The carbon filter may be located at any location within the waste drawer. The carbon filter may be located proximate to a forward portion of the waste drawer. The waste drawer, the support base, or both may include a foot, a weight sensor, or both.

The foot may be part of the weight sensor. The foot may be attached to the support base by a fastener. The fastener may be part of the weight sensor. Preferably the fastener is a bolt and nut allowing adjustment. All or a portion of the weight sensor may be located between the head of the bolt and a nut. The fastener may extend through the center of the foot and through the bottom of the support base. A pre-compressed member may be located between the foot and the support base at a fixed length determined by the bolt and nut fastener. A pre-compressed member may be located between the foot and the support base such that the support base is supported by the pre-compressed member. A minimum gap dimension between the foot and the support base ensures that the support base is supported solely by the pre-compressed member. A maximum gap dimension between the foot and the support base ensures that displacement of the pre-compressed member is minimized when the pre-compressive force is overcome by the gross weight of the unit, for example when a cat enters the chamber. The weight sensor may be free of a gap. For example, the foot, the support base, or an adjacent component may have a flexible portion allowing for movement of a portion of the weight sensor when weight is added or subtracted. The overlap of the minimum and maximum gap dimensional

8

requirements allows for the dimensional design range of the gap. The gap dimension is preferably from about 1.0 mm to about 2.0 mm.

A rocker arm may be located between the nut or retaining feature of the fastener and the support base. The rocker arm may be positioned and suspended above the support base by a pivot edge on one end and a contact surface on the other end of the rocker arm. The rocker arm contact surface may be enhanced by a compressible contact member which is attached to the contact surface. The rocker arm is attached and pulled down toward the support base by the force of the pre-compressed member imparted through the nut or retaining feature of the fastener. A force sensitive resistor or any other force monitoring device may be placed between the rocker arm contact surface and the support base. This arrangement of a force sensitive resistor or other area monitoring device between the rocker arm and the support base allow for an indirect measurement of weight. This arrangement of indirect force measurement allows for the use of more sensitive force sensors because only the force of the pre-compressed member which is imparted on the nut or retaining feature of the fastener and than onto the rocker arm contact surface is being measured. For example, as weight is added to the chamber, the support base imparts a greater downward force on the pre-compressed member, and as the force is increased to the point of equaling the pre-compression force of the pre-compressed member, the force imparted on the nut or retaining feature of the fastener and then onto the rocker arm contact surface is substantially zero. The pre-compression force may be any force so that a change in weight, an animal, or both may be measured. The pre-compression force may be about 0.5 Kg or more, about 1 Kg or more, about 2 Kg or more, or about 3 Kg or more. Therefore, the total range of force which can be measured is zero to the pre-compression force of the pre-compressed member with no offsetting force from the support base, such as can occur if the support base and consequently the foot are lifted off the surface upon which they rest. However, it is conceivable and possible to use an arrangement where the force sensitive resistor or other force monitoring device is placed between the foot and the floor, between the foot and the pre-compressed member, or between the pre-compressed member and the bottom of the support base which would measure the absolute weight of the unit less the mentioned components' weight below the force sensor.

The one or more compressible contact members may be any member that when a force is applied transfers the force to another member (e.g., a force sensitive monitoring device). The one or more compressible contact members may be located at any location along a rocker arm so that the one or more compressible members assist in transferring a force from the rocker arm. Preferably, the one or more compressible members are located in an end region of a rocker arm. The one or more compressible members may be made of any compressible material that has sufficient compressibility that the rocker arm, the force sensitive monitoring device, or both are not damaged during an application of force. The one or more compressible contact members may be made of any compressible material that has sufficient rigidity so that the compressible contact member transfers the force from the rocker arm to the force sensitive monitoring device. Preferably, the weight sensor indirectly measures weight an indirect weight sensor).

The weight sensor may continually, intermittently, or both monitor the mass of the device. The weight sensor may be located at any location in the device so that any change is mass of the device is measured. The weight sensor may

**9**

prevent rotation of the chamber when additional mass above a predetermined mass is located within the chamber. The predetermined mass may be any mass that prevents rotation, triggers rotation, or both. Preferably, the predetermined mass is less than the mass of any animal but more than the mass of waste retained within the chamber after the animal exits. The predetermined mass may be about 1 Kg or less, preferably about 0.5 Kg or less, more preferably about 0.25 Kg or less. The weight sensor may be located in any location capable of monitoring the mass of the chamber including the support base, under the waste drawer, in a leg of the device, or a combination thereof. The weight sensor may be located at any location in and/or on the device so that the mass of the device is measured without the weight sensor being directly contacted. For example, the weight sensor does not need to be directly compressed by a mass to detect a change in mass. The weight sensor may be any type of sensor that is capable of monitoring the mass or changes in mass discussed herein. The weight sensor may include one or more resistors, one or more members, one or more force sensors, one or more arms, one or more switches, one or more controllers, one or more microprocessors, or a combination thereof.

The expandable and/or compressible member (i.e., expandable member) may be any member that may be compressed. The expandable member may be any member that may expand when a force is removed. The expandable member may be pre-compressed before the member is placed into the device. For example, weight added to the unit will reduce the weight or force applied to the force sensitive monitoring device by a rocker arm, and conversely weight removed from the unit will increase the weight or force applied to the force sensitive monitoring device by a rocker arm. The expandable member may be compressed to a fixed dimension between a support base and a supporting foot, and a force sensitive measuring device placed between the rocker arm and the support base so that when a force applied to the rocker arm changes the reactive force applied to the force sensitive monitoring device, the resistance value of the force sensitive monitoring device changes allowing detection of a weight change. The expandable member may be a spring, an elastomeric plug, bushing, or a combination thereof. The weight sensor may further include a force sensitive monitoring device placed between the pre-compressed member and the support base, a portion of a leg, a rocker arm, a compressible contact member, or a combination thereof that monitors a force applied by the member.

The force sensitive monitoring device may be any device that may measure a force. The force sensitive monitoring device may be any device that measures a change in force from the rocker arm, the pre-compressed member on the rocker arm, or both. The weight sensor may detect virtually any change in mass of the device. The weight sensor may detect a change in mass of the device of about 2 Kg or less, about 1 Kg, or less, about 0.5 Kg or less, or about 0.25 Kg or less. The weight sensor may detect a change in mass of about 0.1 Kg or more, preferably between about 0.25 Kg and about 20 Kg, and more preferably between about 0.5 Kg and about 15 Kg. The force sensitive monitoring device may be a resistor (i.e., a force sensitive resistor). The force sensitive monitoring device may be any device capable of sending an electronic signal to a circuit board. The force sensitive monitoring device may relay the measurement to a controller, a microprocessor, or both. The indirect weight detection sensor may include a method of triggering a cleaning cycle.

The method may include one or more of the following steps and the order of the steps may very depending upon the components used and the configuration of the components.

**10**

The method of triggering a cleaning cycle may include one or more algorithms (i.e., sensor algorithm) described herein so that the device may be cleaned when the device has been used by an animal. The method may include a step of creating an initial baseline measurement. The step of creating an initial baseline measurement may include a step of creating a plurality of initial baseline measurements. The plurality of initial baseline measurements may be about 3 or more, about 5 or more, about 7 or more, or about 10 or more measurements to determine a baseline mass. The plurality of initial baseline measurements may be taken at any time during operation of the device. Preferably, the plurality of initial baseline measurements may be taken substantially immediately after the device is turned on, the reset button is pressed, a cleaning cycle is finished, litter is refilled, an empty cycle is performed, or a combination thereof. After the plurality of initial baseline measurements are taken the weight sensor may intermittently monitor, continuously monitor, or both the mass of the device.

The weight sensor may intermittently monitor or continuously monitor the mass of the device at any frequency so that the weight sensor detects the presence and subsequent exit of an animal from the device so that a cleaning cycle may be triggered. The plurality of initial baseline measurement may be updated by each new measurement taken, forming a rolling baseline measurement. For example, once the baseline measurement is established the most recent measurement taken may replace the oldest measurement so that the initial baseline measurement may be transformed into a new baseline measurement. Preferably, the weight sensor intermittently monitors the mass of the device until a change in mass is detected. Once a change is mass is detected, the weight sensor may continuously monitor the mass of the device until a predetermined number of substantially equal measurements are obtained, until a predetermined number of measurements are obtained that are substantially equal to a baseline measurement, until the mass of the device is reduced due to the exit of an animal, until a new baseline mass is determined, or a combination thereof and then the weight sensor may intermittently monitor the mass of the device. The number of predetermined measurements for continuous monitoring and intermittent monitoring may be substantially equal, different, or some variation there between.

The number of predetermined measurements may be between about 5 measurements and 100 measurements, preferably between about 10 measurements and 50 measurements, and more preferably about 15 measurements and 25 measurements. The weight sensor while intermittently monitoring may sense the mass between about every second and every minute, preferably between about every 5 seconds and every 30 seconds, or more preferably between about every 10 seconds and every 20 seconds. The weight sensor once a change in mass is sensed may continuously monitor the mass of the device. The weight sensor while continuously monitoring may monitor the mass of the device about 1 time a second or more, about 2 times per second or more, about 5 times a second or more, or about 10 times a second or more. The weight sensor while continuously monitoring may monitor the mass of the device between about 5 times a second and about 1 time every 10 seconds, preferably between about 3 times a second and about 1 time every 5 seconds, and more preferably between about 2 times a second and about 1 time every 2 seconds. The device once a change in mass has been detected may continuously monitor until the change in mass is substantially reduced back to the baseline mass, until a predetermined number of

**11**

equal measurements are taken, or both. After the weight sensor has measured that the mass of the device has been reduced to substantially the baseline mass the controller, the microprocessor, or both may trigger a cleaning cycle after a predetermined amount of time. The predetermined amount of time may vary based upon the baseline measurement. The predetermined amount of time may be fixed. The predetermined amount of time may be about 1 minute or more, about 3 minutes or more, about 5 minutes or more, or about 7 minutes or more after the weight sensor measures that the mass of the device has substantially returned to the baseline mass. The predetermined amount of time may be about 30 minutes or less, about 20 minutes or less, or about 10 minutes or less after the weight sensor measures that the mass of the device has substantially returned to the baseline mass. The predetermined amount of time may be between about 2 minutes and 30 minutes, about 4 minutes and 20 minutes, or preferably between about 6 minutes and 10 minutes after the weight sensor measures that the mass of the device has substantially returned to the baseline mass. For example, the weight sensor may intermittently monitor the mass of the device every 15 seconds when a change in mass has not been detected in the device for the past 20 measurements; once a change in mass has been detected the weight sensor may measure the mass every second until 20 consecutive measurements substantially equal to the baseline measurement are taken; and then the weight sensor will trigger a cleaning cycle about 7 minutes after the change in mass has changed back to substantially the same as the baseline measurement. The weight sensor may prevent the triggering of a cleaning cycle when the weight sensor detects an animal in the chamber, when the mass in the chamber is substantially higher than the baseline mass (e.g., about 1 Kg or more or about 2 Kg or more). Once a cleaning cycle has been triggered the waste may be transported into a waste drawer.

A cleaning cycle may include one or more of the following steps. The chamber may be rotated clockwise or counterclockwise depending on the positioning of the screen and septum. The chamber during a cleaning cycle, an empty cycle, or both may be rotated about 180 degrees or more, preferably about 205 degrees or more, about 245 degrees or more, about 300 degrees or more, or about 360 degrees or more. For example, the chamber may rotate 275 degrees in one direction and then 50 degrees in a second direction to level the litter. In another example, the chamber may rotate over 220 degrees to ensure that all of the litter is emptied out of the chamber. During the initial moments of rotation the shield may remain static so that the contact region is exposed and the waste may travel along the contact region. Once the chamber has moved a predetermined distance that shield may rotate with the chamber so that the liner may drop. As the chamber rotates the lifter may ride up the wall of the chamber and as the litter achieves the angle of repose the litter may move towards and into contact with the screen. The screen due to gravity may move into contact with the chamber, the litter may push the screen into contact with the chamber, or both so that all or a majority of the lifter is passed through the screen and any waste is removed from the litter. The "clean" litter may pass into the septum where it is stored. The waste may travel along a contact region of the screen and the septum towards the waste opening. The waste may pass through the waste opening and into the waste drawer where the waste level is monitored by the indicator as discussed herein.

The support base or waste drawer may include one or more indicators for monitoring the amount of contents. The

**12**

indicator may indicate when the waste drawer is full (i.e., needs to be emptied). The indicator may be used to monitor important variables that may impact use of the waste drawer. Examples of variables that may be monitored include a presence of an animal part in a drawer, weight of the drawer contents, location of the drawer, distribution of the contents in the drawer, or a combination thereof. The indicator may prevent the chamber from being rotated when the waste drawer is full, when an object is detected by the indicator, or both. For example, if an animal's paw, tail, or both extend through a hole and/or port in the chamber into the waste drawer and the paw, tail, or both are detected by the indicator the indicator will prevent the chamber from being rotated so that the animal's paw, tail, or both are not pinched. The indicator may include a light indicating that the waste drawer is full. The indicator may include a gauge indicating the level in the waste drawer. The indicator may be any type of sensor that detects the presence of an object, the level of objects in the waste drawer, or both. The indicator may have any type of sensor, receiver, or both so that objects are detected, the level of objects are detected, or both. The indicator may be a mass sensor, a capacitive sensor, an infrared sensor, ultrasonic sensor, a membrane sensor, radio frequency (RF) admittance sensor, conductive sensor, optical interface sensor, microwave sensor, or a combination thereof. Preferably, the sensor is an infrared sensor that includes one or more emitters and one or more receivers for measuring the level of waste in the waste drawer. The indicator may scan the waste drawer to determine the level of waste in the waste drawer. Preferably, the indicator monitors multiple locations to determine the amount of waste in the waste drawer. More preferably, the indicator includes an emitter in each quadrant of the waste drawer spaced directly opposite a receiver so that the level of waste in the waste drawer in each quadrant is monitored. For example, the emitters and receivers may be located adjacent and/or on a top edge of a waste drawer, on a support base, or both on opposing sides so that when a level of contents of the waste drawer reach substantially the top of the waste drawer the indicator indicates that the drawer is full.

The indicator may include and/or be in communication with one or more circuit boards, one or more transmitters, one or more controllers, one or more emitters, one or more receivers, or a combination thereof so that the level of waste may be transmitted so that a gauge indicates the level, the chamber may be prevented from rotating, a full light may be triggered, an agitator may be triggered to level the waste, or a combination thereof. The waste drawer may include an agitator that shifts the drawer (e.g., back and forth, side to side, or a movement therebetween) so that the waste may be evenly distributed between the quadrants. The agitator may agitate the drawer if an indicator in a quadrant indicates that it is full or empty relative to the other quadrants so that the waste is evenly distributed. The indicator may continuously monitor the level of waste in the waste drawer. The indicator may monitor the level of contents after a cleaning cycle. The indicator may monitor the level of waste in the waste drawer once an hour. Preferably, the indicator monitors the waste level after each clean cycle. The waste drawer may include a distribution feature so that waste is evenly distributed throughout the waste drawer.

The distribution feature may be any device that evenly distributes waste throughout the waste drawer. The distribution feature may be located at any location within the waste drawer so that waste is evenly distributed. Preferably, the distribution feature may be located substantially directly below the chamber. More preferably, the distribution feature

13

may be located directly below a waste opening in the chamber so that as waste enters the waste drawer the distribution feature assists in evenly distributing the waste throughout the waste drawer. The distribution feature may be a projection in the floor that vertically extends all or a portion of the waste drawer up so that as waste enters the waste drawer the waste moves down the projection into a region with less waste. The waste drawer may be free of a distribution feature. The waste drawer track, a recess in the waste drawer to accommodate the weight sensor, or both discussed herein may be the distribution feature. The waste may be moved into the waste drawer in such a manner that the waste is evenly distributed throughout the drawer without the use of any additional features. The waste may form a mound in the waste drawer and then as the waste accumulates an angle of the waste may become too steep so that waste is evenly distributed. For example, the waste may be distributed by an angle of repose. The waste drawer is located below a chamber so that during a cleaning cycle waste may be transferred from the chamber to the waste drawer.

The waste drawer may further include a step, a cleaning device, or both proximate to an opening in the chamber. The step may be any part and/or device in a region adjacent an opening of the chamber that an animal may use to enter and exit the chamber. The step may be integrally formed in the waste drawer so that the step also acts as a handle to remove the waste drawer from the support base. The step may be part of the support base and may not be movable. The step may have a fixed position (i.e., the step does not deflect when the animal steps on the step). The step may include one or more cleaning devices so that litter may be removed from the animas paws when the animal exits the chamber. The one or more cleaning devices may be a mat, a pad, a screen, or a combination thereof. The one or more cleaning devices may be any size, shape, pattern, configuration, or a combination thereof so that the cleaning device assists in removing litter and/or any other unwanted remnants from the animals paws so that the litter and/or unwanted remnants are not tracked throughout the region surrounding the automated cleaning device. Preferably, the cleaning device may include one or more flexible ribs that flex and catch litter and/or other unwanted remnant from the animals paws as the animal exits the chamber. The cleaning device may be made of any material so that as an animal exits the chamber the cleaning device assists in removing litter and/or unwanted remnants from the animals paws. The cleaning device may be made of rubber, plastic, a polymer, a natural material, a synthetic material, or a combination thereof. The cleaning device may be fixed, removable, or both in the step of the waste drawer. The waste drawer may include one or more recesses so that a user may lift the cleaning device from the step of the waste drawer. The cleaning device may include one or more lift tabs so that the cleaning device may be removed from the step of the waste drawer. The step of the waste drawer, the cleaning device, or both may include one or more features such as locking tabs, so that the cleaning device may be secured to the step of the waste drawer.

The chamber may be any device where an animal may enter and excrete waste. The chamber may be any device that holds litter. The chamber may be any size and shape so that an animal may fit within the chamber. The chamber may be large enough to fit an animal of about 4 Kg or more, about 6 Kg or more, about 8 Kg, or more, or about 10 Kg or more within the chamber. Preferably, the chamber is large enough so that an animal of up to about 15 Kg may fit within the chamber. The chamber may be shaped like a globe, a sphere,

14

a football, an egg, or a combination thereof. The chamber has a volume that is large enough so that an animal of any size discussed herein may fit within the chamber. The volume of the chamber may be about 16,000 cm$^3$ or more, about 32,500 cm$^3$ or more, or about 65,000 cm$^3$ or more. The volume of the chamber may be about 100,000 cm$^3$ or less, about 85,000 cm$^3$ or less, or about 75,000 cm$^3$ or less. The volume of the chamber may be between about 12000 cm$^3$ and about 100,000 cm$^3$, preferably between about 16,000 cm$^3$ and about 75,000 cm$^3$, or more preferably between about 20,000 cm$^3$ and about 50,000 cm$^3$. The chamber may have a volume that is usable by an animal that may fit through the entry opening. The usable volume may be any volume so that the chamber may be used by the animal to excrete waste. Preferably, the usable volume may be any volume so that the animal may turn around and move with the chamber. The usable volume may be the volume of the chamber minus the volume occupied by the litter and minus any internal components. The usable volume of the chamber may be increased by adjusting the axis of rotation of the chamber, adjusting the angle of the entry opening in the chamber, or both.

The chamber has an axis of rotation. The axis of rotation of the chamber may have any orientation so that the usable volume is increased, the litter relative to the chamber has a conical rotation, the waste is funneled towards the rear of the chamber (i.e., away from the front opening), a screen and/or septum are located further back in the chamber creating more internal space, a larger entry opening may be used, or a combination thereof. The axis of rotation of the chamber may form an angle with a vertical plane. Preferably, the vertical plane is in the direction of gravity, is parallel to gravity, or both. The axis of rotation of the chamber may form any angle with a vertical plane so that one or more of the teachings herein are achieved. The axis of rotation may form an angle of about 85 degrees or less, about 80 degrees or less, preferably about 75 degrees or less, or more preferably about 70 degrees or less with a vertical plane. The axis of rotation may form an angle of about 45 degrees or more, about 60 degrees or more, or about 85 degrees or more with vertical but less than about 90 degrees. The axis of rotation may form an angle of between about 86 degrees and about 45 degrees, about 80 degrees and 55 degrees, or preferably between about 75 degrees and 66 degrees (i.e., about 70 degrees) with a vertical plane. The angled axis of rotation may funnel clumps, waste, or both towards a central rear location during rotation of the chamber. The angled axis may funnel clumps, waste, or both to a location so that a single waste port may be employed to transport waste from the chamber into the waste drawer. The angled axis of rotation may result in a litter bed with an angle of repose. The angle of the litter bed may be any angle so that the litter is angled away from a front opening (i.e., the depth of the litter will be less proximate to the front opening and the depth of the litter will gradually increase as the litter becomes most distal from the front opening). The angle of the litter bed may be any angle so that the litter bed is retained within the chamber. The angle of the litter bed may be any angle so that the chance of an animal accidentally moving litter out of the opening is reduced when compared to a litter bed that is free of an angle (i.e., about 90 degrees from a vertical plane). The angle of the litter bed may form an angle that is about 89 degrees or less, about 88 degrees or less, about 87 degrees or less, or about 85 degrees or less from a vertical plane. The angled axis of rotation may allow for a larger entry opening to be used in the chamber without litter being removed from the chamber, litter being spilled

US 9,433,185 B2

15

from the chamber, litter spilling out during rotation of the chamber, or a combination thereof. The litter bed may rest on any surface of the chamber.

The chamber may directly contact the litter while the chamber is in the home position. Preferably, the chamber includes a liner that covers the chamber and the liner directly contacts the chamber. The liner may be any device that contacts the litter and retains the litter, waste, liquids, solids, semi-solids, or a combination thereof in the chamber so that the litter may absorb, encircle, clump, or a combination thereof the contents and remove the contents during a cleaning cycle. All or a portion of the liner may be attached to the chamber. Preferably, at least a portion of the liner is free of attachment to the chamber so that during a cleaning cycle the liner may drop and loosen and/or remove any contents that were stuck to the liner. The edges of the liner may be connected to the chamber and the central region of the liner may be free of attachment to the chamber so that during a cleaning cycle the liner may fall. The liner may be a nonstick surface. The liner may be liquid impenetrable. The liner may be made of any material that may hold animal waste, litter, liquids, solids, semi-solids, or a combination thereof without being damaged, stained, permanently affixed to, penetrated, or a combination thereof. The liner may be rubber, plastic, a synthetic material, a natural material, or a combination thereof. Additional aspects regarding the liner may be gleaned from the teachings herein including those of Column 2, lines 6-61 and Column 4, line 66 to Column 5, line 59 of U.S. Pat. No. 6,463,881, issued on Oct. 15, 2002, incorporated by reference herein, which shows liner and the liner function during a cleaning cycle.

The chamber may have one entry opening that animals may use to enter and exit the chamber. The entry opening may be any size and shape so that animals may enter and exit the chamber. The entry opening may be any size and shape so that during use, a cleaning cycle, entry, exit, or a time there between litter is substantially maintained with the chamber. The entry opening may form a plane. The entry opening plane may extend along the entry opening (e.g., along a surface that extends from the top of the entry opening to the bottom of the entry opening). The entry opening, the entry opening plane, or both may form an angle with vertical. The entry opening, the entry opening plane, or both may form an angle with vertical of about 10 degrees or more, about 15 degrees or more, or about 20 degrees or more. The entry opening, the entry opening plane, or both may form an angle with vertical of about 60 degrees or less, preferably about 45 degrees or less, or more preferably about 25 degrees or less, but greater than zero degrees. The entry opening, the entry opening plane, or both may form an angle with vertical of between about 5 degrees and 45 degrees, between about 10 degrees and 35 degrees, or between about 15 degrees and 25 degrees (i.e., about 20 degrees). The entry opening may be circular, square, elliptical, symmetrical, non-symmetrical, or a combination thereof. Preferably, the entry opening may be oval. More preferably, a primary axis of the opening extends substantially in the direction of the vertical plane. For example, the primary axis of the opening will be generally vertical when compared to a secondary axis. The secondary axis of the opening may be generally perpendicular to the vertical axis. The length of the primary axis and the length of the secondary axis may form a ratio. The ratio of the length of the primary axis to the length of the secondary axis may be any ratio so that an animal may fit within the opening and the contents of the chamber may be maintained with the chamber during use, cleaning, exit, entry, or any time therebetween. The ratio of the length of

16

the primary axis to the length of the secondary axis may be about 1.2:1 or more, about 1.4:1 or more, about 1.5:1 or more, or about 1.6:1 or more. The ratio of the length of the primary axis to the length of the secondary axis may be about 3:1 or less, about 2.5:1 or less, or about 2:1 or less. The axis of rotation may run juxtaposed to the primary axis, the secondary axis, or both. The axis of rotation may pass through the primary axis, the secondary axis, or both at any location along their length. Preferably, the axis of rotation runs substantially through the center of the primary axis, the secondary axis, or both. The entry opening may have an area.

The area of the entry opening may be any area so that en animal of the teachings herein may fit through the opening into the chamber. The area of the entry opening may be about 75 cm$^2$ or more, about 125 cm$^2$ or more, about 175 cm$^2$ or more, about 225 cm$^2$ or more, or even about 250 cm$^2$ or more. The length of the opening in the primary axis of about 15 cm or more, about 20 cm or more, or about 25 cm or more. The length of the entry opening in the secondary axis may be about 8 cm or more, about 10 cm or more, about 12 cm or more, or about 15 cm or more. The entry opening may include an entry lip.

The entry lip may be in any form that creates a lip on the entry opening so that any contents of the chamber are prevented from sliding out of the chamber, being pushed out of the chamber and/or kicked out of the chamber, or both. The entry lip may be integrated in any form into the chamber that prevents liquids from coming out of the entry opening, assists is transporting liquids into the chamber, or both. The entry lip may be positioned so that an animal fully enters and/or fully exits the chamber. The entry lip may cover and connect to a bottom portion of the entry opening. The entry lip may include a fence feature, a lip, a drain, or a combination thereof. The entry lip may include a lip that extends out of the chamber so that anything that may fail as an animal is exiting the chamber, entering the chamber or both may be caught on the lip and funneled towards and/or into the chamber. The entry lip may funnel liquids, solids, or both to a drain. The drain may allow for solids, liquids, or both to funnel into the chamber. The drain may extend through and/or around a fence in the entry lip. The fence may be any device that extends vertically from the base of the entry opening so that a barrier is created. The fence may extend up high enough so that the top of the fence touches the underside of an animal so that the animal fully enters, fully exits, or both the chamber. The fence may have any height so that the animal may exit and enter the chamber over the fence and assist in retaining litter within the chamber. The fence may have a height of about 1 cm or more, about 2 cm or more, or about 2.5 cm or more. The fence may have a height of about 5 cm or less, about 4 cm or less, or about 3 cm or less. The fence may be rigid, flexible, deformable, or a combination thereof. The fence may be positioned substantially in the vertical plane. The fence may form an angle. The fence may form an angle so that the fence extends along a plane with the major axis of the entry opening. The fence may form substantially the same angle with the vertical plane as the entry opening, the entry opening plane, or both. The angle, shape, or both of the entry lip may funnel liquids, solids, litter, or a combination thereof into the chamber during a cleaning cycle so that any liquids, solids, litter, or a combination thereof that are dropped during an animal entering and/or exiting the chamber are retained within the chamber and may be removed from the chamber during a cleaning cycle through a waste opening.

**17**

The chamber includes a waste opening. The waste opening may be at any location in the chamber so that waste may be removed from the chamber and moved into the waste drawer. The waste opening may be at any location in the chamber so that when the chamber is in the home position the waste opening allows for light to enter the chamber. The waste opening may be on an opposing wall of the chamber as the entry opening. For example, the chamber may include a track around the circumference of the chamber and the entry opening may be on one side of the track and the waste opening may be on an opposing side of the track. The waste opening may be located entirely in one quadrant of the chamber. For example, when the chamber is viewed from the top the chamber may form four quadrants, the track plane may form one axis and the axis of rotation may form the second axis of the chamber, and the waste opening may be located entirely within one quadrant. The waste opening during a cleaning cycle, may substantially align with a main region of the waste drawer. The waste opening, during a cleaning cycle may be rotated by an angle of about 135 degrees or more, about 150 degrees or more, about 180 degrees or more, or a complete revolution, or about 205 degrees or more so that litter may be cleaned and stored by a screen and septum and waste may be removed from the chamber through the waste opening.

The screen and septum may be in any form that removes the waste from the litter and stores the litter so that only the waste is removed from the chamber during a cleaning cycle. Preferably, the screen and septum may be one unitary piece. The screen and septum may be separate pieces. The screen and septum may be integrated into the chamber. More preferably, the screen and septum may be attached together via a living hinge. The living hinge may be any part of the screen and/or septum that may move during a cleaning cycle as taught herein. The living hinge may be any part of the screen and/or septum that allows the screen to move as the chamber rotates. The living hinge may be any device that allows the screen to move so that the screen cleans litter during the beginning of a cleaning cycle and the screen moves above and/or on top of the litter when the chamber returns to the home position. The living hinge may be made of any material so that the screen opens and doses during a cleaning cycle. The living hinge may be plastically deformable. Preferably, the living hinge may be elastically deformable so that the living hinge doses the screen during a first half of cleaning (i.e., rotating towards removing the waste) and the hinge opens the screen during the second half of cleaning (i.e., rotating back towards the home position). The living hinge may be made of a polymeric material, a rubber material, a synthetic material, a natural material, or a combination thereof. Preferably, the living hinge is made of the same material as the screen and the septum. The living hinge may be created during formation of the screen and the septum. The living hinge may be an area of thinner material so that the thinner material exhibits some flexibility. The living hinge may be a crease created between the screen and septum so that the screen moves during a cleaning cycle. Preferably, the screen moves into a cleaning position during the beginning of cleaning cycle so that the screen removes waste from the litter while allowing "clean" litter to pass into the septum. For example, during the beginning of a cleaning cycle the chamber may rotate counter-clockwise so that the lifter presses the screen down towards an inner wall of the chamber so that the screen removes any particles larger than the screen size from the litter. Preferably, the living hinge moves to a return position during the end of a cleaning cycle so that "clean" lifter passes under the screen back into the

**18**

base of the chamber so that the "clean" litter may be used. For example, once the chamber has rotated and the waste is removed from the chamber through the waste opening the chamber begins to rotate, clockwise, back towards the home position, and the screen will move away from the internal wall of the chamber so that the litter will move under the screen into the base of the chamber. The living hinge may open as the living hinge travels to a home position after the chamber has removed waste so that the litter passes under the screen and dust is minimized and/or eliminated. The end of the screen may be fixedly connected to an internal chamber wall. Preferably, the end of the screen may contact an internal wall during at least a portion of a cleaning cycle, but may move away from the internal wall during rotation of the chamber to a home position. The septum may have a single opening where the litter enters and exit the septum. The septum may have an entry opening and an exit opening. The exit opening may be open, include a spring loaded door, or both. Preferably, the exit opening of the septum is hinged, includes a spring loaded door, or both that allows the litter to pass all of the way through the septum and flow directly back into the bottom of the lined chamber, be temporarily closed and retain the litter, or both. The spring loaded door may closed during rotation and be opened by the weight of the litter so that the litter is returned to the chamber after the waste is removed from the chamber. Additional aspects regarding a screen and septum may be gleaned from the teachings herein including those of column 12, line 12 through column 13, line 12 and FIGS. 3-8 and 13 of U.S. Pat. No. 5,662,066, issued on Sep. 2, 1997, incorporated by reference herein, which shows a cleaning cycle using a screen and septum. During a cleaning cycle one or more internal components, one or more internal surfaces, or both of the chamber may contact litter, waste, or both.

The one or more internal components, one or more internal surfaces, or both when contacted by litter, waste, or both may retain residual amounts of litter, waste, or both. These residuals may be transferred to an animal when the animal enters the chamber. For example, during a cleaning cycle litter dust may form on a region of the chamber proximate to the waste opening and if an animal while inside the chamber contacts this surface the lifter dust may transfer to the animal's fur and/or hair. The chamber may include a shield assembly which covers one or more internal components, one or more internal surfaces, or both so that any residuals that may be present on the components, surfaces, or both are covered by a clean surface so that residuals are not transferred to the animal.

The shield assembly may be in any form that covers an internal surface, internal component, or both that directly contacts lifter, waste, or both so that any residual matter on those surfaces is covered by the shield assembly and is not transferred to an animal. The shield assembly may be in any form which is located between a surface with residual matter and an animal so that residual matter is not transferred to the animal. The shield assembly may be static. Preferably, at least a portion of the shield assembly is rotatable (i.e., an internal rotatable shield). The shield assembly may ratably attach to the chamber.

The shield assembly may include a shield, a retainer, a biasing member (e.g. a torsion spring), a screw, a washer, and a holder. The shield assembly may be assembled about the rotational axis of the chamber. The retainer may be rotatably attached to the holder and a biasing member may be attached about the rotational axis of the retainer. The biasing member may be fixedly attached to the retainer and correspondingly attached to a stop feature (e.g., a tab) in the

**19**

holder. The biasing member may be attached to and located between the retainer and holder such that a torsion force is applied to the retainer by the biasing member. The retainer is prevented from rotating in reaction to the torsional force by a hook on the retainer that comes into contact with a tab in the holder thus preloading the biasing member (i.e., torsion spring), and the retainer. The shield may be keyed so that the shield attaches to the retainer with a screw and washer such that the shield and retainer always rotate together. The holder may also be held in a position axially by the screw and washer. A clearance between the washer and the holder may allow free rotational movement of the retainer within the holder. The shield resides on the inside of the chamber and the retainer and holder reside on the outside of the chamber. The holder is prevented from rotating by nesting in a skit of the support base. The shield may rotate clockwise, counterclockwise, or both. For example, one possible rotation sequence of the shield assembly is as follows. Starting from the home position, as the chamber begins to cycle in a counter clockwise direction, the shield does not rotate because the shield is keyed to the retainer which is held in position by the biasing member forcing the retainer hook against the tab in the holder which is always stationery. The shield remains stationary until the chamber tab rotates into position and comes into contact with a tab on the retainer which causes the retainer and shield to rotate along with the chamber. When the retainer and shield rotate with the chamber, the biasing member is further loaded (e.g., wound) increasing the torsion force between the retainer and holder until the chamber stops at the cleaning position. When the chamber returns to the home position in a clockwise direction the retainer is held against the chamber tab by the torsion force of the biasing member until the retainer hook reaches the tab within the holder again at which time the retainer (and thus shield) stop and the chamber continues to rotate in a clockwise direction to level the litter.

The retainer may have one or more ears that contact the chamber, a holders a biasing member, or a combination thereof. The one of more ears may be any member that assists in rotating the shield, maintaining the shield in a static position, or both. The holder, retainer, biasing member, shield attachment, shield, hole (e.g., bearing surface) in the chamber, or a combination thereof may substantially be aligned along the axis of rotation. The holder may be free of a fixed relationship with the chamber so that the chamber may rotate around the holder. The holder, the retainer, or both may include one or more tab features, retainer stops, biasing member stops, or a combination thereof. The tab features, retainer stop, biasing member stops, or a combination thereof may be a feature that contacts a part of the retainer, the biasing member, or both and prevents the retainer and/or biasing member from rotating, allows the retainer and/or biasing member to rotate, rotates the retainer and/or biasing member with the chamber, or a combination thereof. The holder may attach to the chamber at a location proximate to the retainer, contact a chamber tab, or both so that the holder at least partially rotates with the chamber. The holder may prevent the retainer, the biasing member, or both from rotating so that as the chamber rotates the shield moves independent of the chambers rotation and/or remains static for at least a part of the chambers rotation. The biasing member may be wound when installed. The biasing member may be wound so that when the chamber is in the home position the biasing member is exerting a force on the retainer, the holder, the shield, or a combination thereof.

The shield may include a home position and a rotating position. The home position may be any position where the

**20**

shield covers an internal region of the chamber that may include residual matter. The home position may be proximate to the waste opening. The home position may cover all or a portion of the screen, the septum, or both. The home position may be any position where the shield is located when the chamber is not moving; where the tab feature, the retainer stop, or both is not moving the shield; the biasing member is not moving the shield; or a combination thereof. Preferably, the shield may be in the home position when the chamber is static and then as the chamber begins to rotate the shield remains static until the chamber is sufficiently rotated that the shield will not directly contact the litter, waste, or both. The shield may remain static until the regions of direct contact with waste, fitter, or both; the waste opening; or both pass by the shield. The shield may remain static until the chamber rotates far enough that a tab on the chamber comes into contact with the retainer and overcomes the force of the spring and then the shield may rotate with the chamber. The shield may rotate from a home position to a rotate position. The rotate position may be any position where the shield is free of direct contact with litter, waste, or both where the shield clears the waste opening, the shield is clear so that the liner may drop, or both. The rotate position may be located on a side of the waste opening opposite the direction of rotation of the chamber during a cleaning cycle. The rotate position may rotate the shield to a location where the shield is free of direct contact with waste, litter, or both and the shield is in a location where the liner may fall without the shield interfering. The shield when in the rotate position may be substantially free of contact with a fully extended liner, be located on a side of the chamber, or both. After waste has been removed the shield may remain in the rotate position until the liner returns to the home position, the tab feature and/or retainer stop releases pressure on the spring, the chamber rotates far enough that the tab on the chamber disengages from the retainer and the force of the spring is sufficient to move the shield to the home position, or a combination thereof. During a cleaning cycle the chamber may be rotated by any device and/or mechanism.

The chamber may be rotated using any rotation device that assists in rotating the chamber. The rotation device may be a track, a gear, a high friction surface, a raised area, a toothed area, a contact surface area, or a combination thereof. The support base may include a rotation device that corresponds to any device, mechanism, track, or a combination thereof of the chamber so that a motor, a drive mechanism, or both in the support base may rotate the chamber. The rotation device may be a belt, a cog, a sprocket, a toothed assembly, rollers, a wheel, or a combination thereof. Preferably, the chamber includes a toothed track around an outside of the chamber and the support base includes a corresponding toothed device that rotates the chamber.

The track may encircle an outside wall of the chamber so that the chamber may be rotated around the axis of rotation. The track lies in a plane. The track plane may be any plane, have any angle, or both so that the chamber may rotate around the axis of rotation taught herein. The track plane may form an angle with the vertical plane (i.e., gravity). The track plane may form an angle of about 5 degrees or more, about 10 degrees or more, or about 15 degrees or more with the vertical plane. The track plane may form an angle of about 85 degrees or less, about 65 degrees, or less, or about 45 degrees or less with the vertical plane. The track plane may form an angle of between about 5 degrees and 60 degrees, between about 10 degrees and 40 degrees, or between about 15 degrees and 35 degrees with the vertical

**21**

plane. The track may be used to rotate the chamber around the axis of rotation during a cleaning cycle, an empty cycle, or both. The track may be used to rotate the chamber clockwise, counter-clockwise, or both. The track, drive gear, a contact point with the chamber, or a combination thereof may be located within the support base so that a pinch point is not created. Preferably, the track is covered by a bonnet.

The bonnet may be any device that extends over the chamber. The bonnet may attach to the support base on one or both sides of the chamber. The bonnet may partially or fully cover the track in the home position, during a cleaning cycle, during an empty cycle, or at any time therein between. The bonnet may fully or partially cover the waste opening in the home position, during a cleaning cycle, during an empty cycle, or at any time therein between. Preferably, the bonnet covers both the track and the waste opening at all times so that a pinch condition is not created when the chamber rotates. The bonnet may remain static as the chamber rotates. The bonnet may connect on one or more sides to the support base. The bonnet may connect to the device using any method and/or apparatus that connects the bonnet to the device. Preferably, the bonnet is attached via any fastener (e.g., screw, bolt, formed sheet metal, interlocking tab, rivet, pin, the like, or a combination thereof) that connects the bonnet to one or both sides of the support base. More preferably, the bonnet is attached via any fastener that conducts electricity or current so that the bonnet may be powered and a sensor may sense when one or both sides of the bonnet have been removed from the support base. The bonnet may connect to the support base using one or more retaining cups located in the bonnet, the support base, or both. The bonnet, the support base, the retaining clips or a combination thereof may be and/or include an interlock sensor so that if one or both sides of bonnet are removed from contact, electrical contact, or both the chamber is prevented from rotating.

The interlock sensor may be any sensor that detects if one or both sides, one or more retaining clips, or both are partially removed, completely removed, or both so that rotation of the chamber is prevented. The interlock sensor may include a low current electrical sensor that is in communication with a motor, a controller, a microprocessor, or a combination thereof. The low current electrical sensor may transmit a signal to the motor, the controller, the microprocessor, or a combination thereof when the bonnet is removed so that the chamber does not rotate. The interlock sensor may sense power being supplied to the bonnet through the connection points. The bonnet may include one or more power connection points and power may be supplied to the bonnet when the bonnet is connected on one or more sides to the support base. The one or more power connection points may feed power from the support base to one or more lights, one or more ambient light sensors, or both.

The one or more fights, the one or more ambient light sensors or both may connect to the bonnet, the chamber, the support base, or a combination thereof. The one or more lights may supply light to the inside of the chamber. The one or more lights may indirectly supply light through a transparent panel in the chamber. Preferably, the one or more lights may directly supply light into the chamber through the waste opening when the waste opening is in the home position. More preferably, the bonnet includes at least three lights directed at different angles so that the inside of the chamber is illuminated. The lights may turn on when an ambient light sensor detects the light in the chamber has reduced below a predetermined lumen level. The lights may turn on when the indirect weight sensor senses a change in

**22**

mass and the ambient light sensor detects the light in the chamber has reduced below a predetermined lumen level. All or a portion of the bonnet may be transparent. Preferably, the portion of the bonnet that aligns with the waste opening is transparent so that day light, natural light, light in the surrounding regions, or a combination thereof may pass through the bonnet into the chamber. The bonnet may include a transparent portion that aligns with the one or more ambient light sensors so that the ambient light sensors may monitor the amount of light surrounding the chamber. Preferably, the bonnet may cover the chamber so that light may enter the chamber through at least the waste opening while the bonnet prevents a pinch condition from being created between the support base and the track and/or the waste opening as the chamber rotates.

The automatic litter device may include one or more pinch detectors. The one or more pinch detectors may be located proximate to any pinch points that may exist so that the pinch detector is contacted before an edge of the chamber, the waste opening, the support base, the bonnet, the waste drawer, any other components of the automatic litter device, or a combination thereof and the rotation of the chamber is stopped. Preferably, one or more pinch detectors may be located in the support base proximate to the waste drawer so that as the chamber begins to rotate towards the home position the pinch detector will be contacted and the rotation of the chamber may be stopped before a pinch condition occurs. The pinch detector may prevent a pinch condition if an item is extending through the waste opening, but is not extending far enough into the waste drawer that the indicator for detecting the level of waste in the drawer would detect the item and prevent rotation of the chamber. The pinch detector may be any sensor that detects an item projecting through the waste opening that may be subject to a pinch condition. The pinch detector may be any sensor that detects an impending pinch condition. The pinch detector may be rigid, flexible, partially flexible, jointed, hinged, elastically deformable, or a combination thereof. During a possible pinch condition an item extending through the waste opening that is not detected by the indicator may contact and deflect the pinch detector stopping the chamber from rotating. The controller, the microprocessor, the motor, or a combination thereof may cause the chamber to reverse so that the waste opening may be cleared. The pinch detector may flex back to its pre-deflected state so that if another pinch condition is created the pinch detector may prevent the pinch condition. The pinch detector may have a resistance when the pinch detector is in the home position (i.e., the pinch detector is not deflected). The pinch detector may have a different resistance when the pinch detector is in a deflected state preventing a pinch condition). The pinch detector may be a simple normally dosed switch which is opened when the pinch detector is deflected. The pinch detector may be a simple normally open switch which is dosed when the pinch detector is deflected. The pinch detector may be electrically connected to a controller, a microprocessor, or both that monitor the switch status or resistance of the pinch detector for a pinch condition so that the pinch condition is prevented. The microprocessor, the controller, or both may rotate the chamber towards the home position, the empty position, the cleaning position (i.e., waste removal position), the level position, or a combination thereof until one or more sensors indicate that the chamber has achieved the desired position.

The microprocessor, the controller, or both may monitor the relative position of the chamber using one or more sensors. The sensors may be any sensor that may detect the

23

position of the chamber relative to the support base. The sensors may be Hall affect sensors. The automated litter device may include a safety stop if the Hall affect sensors, the microprocessor, the controller, or a combination thereof cease to sense the position of the chamber, temporarily lose a signal, break, or a combination thereof. The safety stop may include a chamber stop, a support base stop, or both. The chamber safety stop may be a protrusion that extends from a portion of the chamber and contacts a part of the support base so that rotation of the chamber is prevented. The support base safety stop may be a protrusion that extends from the support base and contacts a piece of the chamber so that the chamber is prevented from rotating. Preferably, the chamber safety stop extends out so that when the chamber safety stop contacts a corresponding surface in the support base, rotation of the chamber the chamber is physically prevented. When the safety stop prevents the chamber from moving, the controller, the microprocessor, the motor, or a combination thereof may immediately stop rotating the chamber, may time out and stop rotating the chamber after a predetermined amount of time, or some time therein between. The controller, microprocessor, the motor, or a combination thereof may cease rotating the chamber at any period of time so that the chamber, the support base, rotation device, or a combination thereof are not damaged. A predetermined wait time of about 15 seconds or less, about 10 seconds or less, about 5 seconds or less, or about 2 seconds or less may allow the cause of the interruption to clear. The safety stop may prevent the chamber from over rotating in one direction but may avow the chamber to rotate in an opposing direction without rotation being prevented. For example, the safety stop may prevent the chamber from rotating past the waste opening during a cleaning cycle, but the safety stop may be bypassed during an empty cycle so that all of the contents of the chamber may be removed. Preferably, the safety stop prevents over rotation beyond the cleaning position but allows rotation beyond the home position so that the litter may be emptied in the empty cycle. The support base, the chamber, or both may include a diverter so that the when the chamber rotates during an empty cycle the safety stop may be bypassed and all of the contents may be emptied out of the chamber. The diverter may be any device that diverts the safety stop from contacting the opposing corresponding part of the safety stop so that an empty cycle may be performed. The diverter may be any device and/or mechanism that moves the safety stop out of its normal line of rotation so that the safety stop is prevented from contacting the opposing safety stop. The diverter may be an angled piece of material that is in the line of rotation of the safety stop in one direction by is located after an opposing safety stop in an opposing direction.

FIG. 1 illustrates an automatic titter device 2. The automatic litter device 2 includes a chamber 20 having shield 50 that is rotatable with the chamber 20. The chamber 20 is positioned on a support base 100 that assists in rotating the chamber 20. The support base 100 includes a waste drawer 150 so that when the chamber 20 rotates waste is transferred from the chamber 20 to the waste drawer 150. The waste drawer 150 includes a step 152 with a cleaning device 154 so that an animal may use to the step 152 to enter and exit the chamber through the entry opening 22. The automatic litter device 2 includes a bonnet 80 that extends over the chamber 20 and is attached to the support base 100 on both sides of the chamber 20 at an attachment location 94.

FIG. 2 is an exploded view of the automatic titter device 2 of FIG. 1. A bonnet 80 is illustrated over the chamber 20. The bonnet includes a transparent window 82 so that ambi-

24

ent light may pass through the bonnet 80 and into the chamber 20 through the waste opening 24. The ends of the bonnet 80 connect to the support base 100 by retaining clips 84. The retaining clips 84 hold the bonnet 80 on the support base 100 and complete a circuit with an interlock sensor 86 that detects if the bonnet 80 has been removed and/or loosened and prevents the chamber 20 from rotating. The retaining clips 84 are attached to wiring 88 that extends from the retaining clips 84 to the ambient light sensor (not shown) and lights (not shown). The wiring 88 supplies power to the ambient light sensor so that the ambient light sensor can detect the amount of light passing into the chamber 20 through the transparent window 82 and if the ambient light drops below and/or increases above a predetermined level turn on and/or off the lights. The lights (not shown) supply light into the chamber 20 through the waste opening 24. The chamber 20 has a track 26 that rotates the chamber around an axis of rotation 28. The entry opening 22 of the chamber 20 includes an entry lip 40. The entry lip 40 has a fence 42 that assists in retaining litter (not shown) in the chamber 20. The fence 42 has a height ($H_F$) that is tall enough so that the fence 42 contacts an underside of an animal and encourages the animal to completely enter and/or completely exit the chamber 20. The fence 42 has a drain 44 that allows liquids that are caught on the lip 46 to pass through the fence 42 into the chamber 20. The support base 100 has a control panel 102 for resetting a weight sensor (not shown), rotating the chamber 20, running a cleaning cycle, running en empty cycle, or a combination thereof. The support base 100 has a waste track 104 so that the waste drawer 150 is properly installed in the support base 100. The waste drawer 160 includes a step 152 to assist the animal in entering and exiting the chamber 20. The step 152 has a cleaning device 154 that assists in removing waste, litter, or both from pews of an animal exiting the chamber 20. The waste drawer 150 includes a receptacle area 156 for catching waste, and the receptacle area 158 includes a waste drawer track 158 so that the waste drawer is properly installed on the waste track 104.

FIG. 3A illustrates a left side view and FIG. 3B illustrates a right side view of the litter device 2. The litter device 2 has a bonnet 80 extending over the chamber 20 and connecting to the support base 100 so that the retaining clips 84 and interlock sensors 86 are complete and power is supplied to the lights and ambient light sensor 90, which receives ambient light through the transparent window 82. The chamber 20 has an entry opening 22 that extends along an entry opening plane 38, which forms an angle (θ) with the vertical plane 4. The entry opening includes an entry lip 40 for preventing waste, fluids, or both from exiting the chamber 20. The entry opening 22 has a height ($H_E$). The chamber 20 rotates around an axis of rotation 28. The axis of rotation 28 forms an angle (α) with vertical which is represented by a vertical plane 4. The axis of rotation 28 forms an angle (β) with a plane 6 that is perpendicular to the vertical plane 4 and is substantially parallel to the surface 200, which the litter device 2 sits upon. The rear of the chamber 20 includes a holder cover 58 that assists in attaching a shield 50 (not shown) to the chamber 20. The support base 100 has a control panel 102, and a weight sensor 106 for sensing the weight of the litter device 2 and its contents. The weight sensor 106 is located under the waste drawer 150. The waste drawer 150 has a step 152.

FIG. 4 illustrates a top view of the litter device 2. As shown a bonnet 80 extends over the chamber 20, and has a transparent window 82 so that ambient light can illuminate the chamber 20. As illustrated the chamber 20 has two halves separated by a chamber plane 14 and the transparent

US 9,433,185 B2

25

window 82 and waste opening 24 (not shown) are located entirely on one side of the chamber plane 14. The chamber has a holder cover 58 on one side and the opposing side of the chamber 20 includes an entry opening 22 with an entry lip 40. The entry lip 40 includes a fence 42 so that contents of the chamber 20 remain in the chamber 20. The chamber 20 is positioned on a support base 100 that includes a control panel 102 for controlling the litter device 2. The support base 100 has a waste drawer 150 that has a step 152 and a cleaning device 154.

FIG. 5 illustrates a cross-sectional view of the litter device 2. The litter device 2 as has a bonnet 80 covering the chamber 20 and the track 26. The track 26 surrounds the chamber 20 and forms a track plane 12 through the chamber. The track plane 12 has an angle (δ) with the vertical plane 4. The chamber 20 on the inside includes a shield 50 partially covering the screen 30 and septum 32. The shield 50 is attached to the chamber 20 via a retainer 52 that is covered by a holder cover 60 on the outside of the chamber 20. The chamber 20 includes fitter 10, and the top of the litter 10 forms a utter plane 8. The lifter plane 8 forms an angle (γ) with a plane 6 that is perpendicular to the vertical plane 4. As shown the axis of rotation 28 of the chamber 20 extends through the retainer 62 of the shield 50. The chamber 20 is positioned above the support base 100, and the rear leg of the support base 100 has a weight sensor 106 and a pre-compressed member 108 for measuring the mass of the litter device 2. The support base 100 includes as waste drawer 150 with a receptacle area 156.

FIG. 6 illustrates an exploded view of the chamber 20 and internal components. The outside of the chamber 20 includes a track 26 and a waste opening 24. The entry opening 22 has a width (W_E) and includes an entry lip 40. The inside of the chamber 20 has a liner 36, an entry lip 40, a shield 50, a screen 30, and a septum 32. The screen 30 and the septum 32 as illustrated are integrally connected via a living hinge 34. The entry lip 40 sits on and forms to the chamber 20 so that any liquids and/or solids caught by the entry lip 40 may be funneled into the liner 38 and the litter (not shown) during rotation of the chamber. The entry lip 40 has a fence 42, a drain 44 that extends through the fence 42, and a lip 46. The shield 50 includes a shield attachment 52 for attaching the shield 50 to the chamber 20. The shield attachment 52, retainer 56, and a biasing member 54 are connected to the chamber 20. A biasing member 54 is located axially within and between the retainer 56 and the shield 50. A portion of the biasing member 54 is located between the retainer and the holder so that a preload torsional force is created and the shield 50 and retainer 56 are held against a stop within the immovable holder 58 holding the shield 50 static during an initial portion of the chamber 20 rotation until a chamber tab 48 on the chamber 20 comes into contact with a tab on the retainer 56 causing the retainer and shield to follow along with the chamber 20 further winding the biasing member 54 until the chamber 20 stops at the cleaning position. The holder 58 is connected to the support base (not shown) and covers a hole 62 in the chamber 20 wherein the shield attachment 52, biasing member 54, and retainer 56 connect to the chamber 20. The shield 50 partially covers the screen 30 and/or the septum 32 while the chamber is in the home position so that an animal does not contact any residuals that may be on the screen 30 and/or septum 32.

FIG. 7 illustrates a bonnet 80 having a transparent window 82 covering a track 26 around the chamber 20. A rear side of a chamber 20 is illustrated and includes a hole 62 having an integral inner and outer bearing surface. The shield 50 (not shown) is connected to the chamber 20 by the

26

shield attachment 52 extending into the hole 62 of the chamber 20. A chamber tab 46 extends from the slot 62 and contacts a portion of the retainer (not shown) so that the retainer is at least partially rotated during rotation of the chamber 20.

FIG. 8 illustrates an exploded view of a bonnet 80. The bonnet has a transparent window 82 with an ambient light sensor 90 and lights 92 located proximate to the transparent window so that the lights can illuminate an inside of a chamber 20 (not shown) through the waste opening 24 (not shown). The ends of the bonnet 80 include retaining clips for attaching the bonnet 80 to a support base 100 (not shown). Wiring 88 transfers power through the retaining clips 84 to the light sensor 90 and the lights 92 so that the lights may illuminate the chamber when the ambient lighting is low.

FIG. 9 illustrates an exploded view of a support base 100. The support base includes a control panel 102 for controlling the litter device. The control panel 102 covers a compartment 112 that houses a rotation device 130 for rotating the chamber 20 (not shown). The rotation device 130 extends at least partially through control panel 102 so that the rotation device 130 can rotate the chamber. The compartment 112 houses all of the electronics so that the electronics are protected from moisture, fumes, corrosives, or a combination thereof. The rotation device 130 is in electrical communication with an interlock sensor 86 so that if the bonnet 80 (not shown) is removed and/or loosened the rotation device 130 will not rotate. A safety stop 116 and pinch detector 114 are located within the support base 100 so that the rotation of the chamber is limited. The rotation device 130 is also in electrical communication with a weight sensor 106 so that the rotation device 130 does not rotate while an animal is in the chamber 20 (not shown) but will subsequently rotate once the animal exits the chamber. The weight sensor 106 includes a pre-compressed member 108 in connection with a force sensitive monitoring device 110 so that an increase and/or decrease in weight of the system can be detected by the weight sensor 106. The support base 100 has a waste track 104 so that the waste drawer 150 (not shown) is aligned properly within the litter device so that all of the waste is caught in the waste drawer. An indicator 120 is located above the waste drawer and in electrical communication with the rotation device 130 so that if the waste drawer becomes full the chamber will not be rotated. The indicator 120 includes transmitters 122 on one side of the waste opening and receivers 124 on an opposing side of the waste opening. An isolation mount 118 is located around the rotation device 130 for housing the motor and gear assembly. A battery compartment 140 housing a battery 142 is located proximate to the rotation device 130.

FIG. 10 is a bottom view of a litter device and especially one possible support base 100. The support base 100 includes a weight sensor 106 and a waste track 104 for the waste drawer 150 to slide upon. The waste drawer 150 includes a step 152. The chamber 20 as shown has a holder 58.

FIG. 11 illustrates one exemplary embodiment of a waste drawer 150. The waste drawer includes a step 152 that is covered by a removable cleaning device 154. The waste drawer has a receptacle area 156 for catching waste and the receptacle area 156 includes a waste drawer track 158. A removable carbon filter 160 is located within the waste drawer for filtering air from the waste drawer 150.

FIGS. 12A and 12B illustrate the screen 30 and septum 32. A living hinge 34 is located between the screen 30 and the septum 32 so that litter is screened during rotation away from the home position and so that the screen moves above

27
28

the litter during rotation back to the home position so that dust is reduced. FIG. 12B illustrates the living hinge 34 in a cleaning position 300 so that litter passes through the screen 30 and into the septum 32 and waste is screened out and directed towards the waste opening 24. FIG. 1 illustrates the living hinge 34 in a return position 302 where the litter passes under the screen 30 as the litter flows out of the septum 32.

FIGS. 13A-13D illustrate a complete cleaning cycle. FIG. 13A illustrates the litter device 2 in the home position 350. The litter 10 when in the home position 350 is ready for use by an animal. The shield 50 covers a portion of the screen 30 and the septum 32 while allowing light to enter the chamber 20 through the waste opening 24.

FIG. 13B illustrates the litter device 2 during the initial stages of a cleaning cycle. As shown, the litter device rotates counterclockwise so that the litter 10 is moved off of the liner 36 and into contact with the screen 30. As the litter 10 contacts the screen 30 the screen 30 is moved into contact with an internal wall of the chamber 20 so that the litter and/or waste are separated by the screen 30. The "clean" litter then passes from the screen to the septum 32 where the litter is stored while the waste is removed. As shown the shield 50 remains static so that the area which contacts waste is exposed so that the waste can be removed.

FIG. 13C illustrates the litter device 2 in the waste removal position 352. As illustrated the waste removal position 352 is in the same position as an empty position. The litter 10 has been fully screened and is stored in the septum 32 so that the "clean" litter does not pass through the waste opening 24 into the waste drawer (not shown). The shield 50 is rotated exposing a contact region 35 where waste is funneled along the screen 30 and septum 32 and out of the waste opening 24, and remnants (not shown) may form. The shield 50 is also rotated to a position where the liner 36 fails so that remnants are removed and/or loosened.

FIG. 13D illustrates a return from the removal position to the home position. The litter device 2 rotates the chamber 20 clockwise so that the litter 10 moves from the septum 32 towards the liner 36. As the chamber 20 rotates the litter pushes the screen 30 away from an internal chamber wall via the living hinge 34 so that the litter 10 passes under the screen 30 to minimize dust. The shield 50 rotates over the contact region 35 so that during use remnants (not shown) are not transferred from the contact region 35 to an animal.

FIG. 14 illustrates a close-up view of one possible weight sensor 106 located in the litter device of FIG. 5. The weight sensor 106 includes a foot 220 located under the support base 100. The foot 220 is connected to the support base 100 via a fastener 222. The fastener 222 extends through the foot 220 and the support base 100. The fastener 222 extends through a pre-compressed member 108 and assists in retaining the pre-compressed member between the foot 220 and the support base 100. A rocker arm 224 is located above the support base 100 and secured to the support base 100 via a fastener 226 and a washer 228, and one side of the rocker arm 224 forms a pivot point with the support base 100. A force sensitive monitoring device 110 is located between the rocker arm 224 and the support base 100. During initial operation the pre-compressed member 108 has a force so that a gap (G) is created between the foot 220 and the support base 100. The gap (G) assists in providing a force on the rocker arm which produces a force on the force sensitive monitoring device 110. As weight is added to the litter device more force is applied to the support base 100 pushing down on the pre-compressed member 108 so that less force is translated to the force sensitive monitoring device 110.

The amount of force the fastener 226 and washer 228 apply to the rocker arm 224 and the amount of force experienced by the force sensitive monitoring device 110 is correlated to indicate a weight change. When weight is removed from the litter device the pre-compressed member 108 pushes the support base 100 away from the foot 220 increasing the amount of force on the rocker arm 224 by the fastener 226 and the washer 228.

FIG. 15 illustrates a close-up view of another possible weight sensor 106 located in the litter device of FIG. 5. The weight sensor 160 includes a foot 200 located under the support base 100. The foot 220 is connected to the support base 100 via a fastener 222. The fastener 222 extends through the foot 220 and the support base 100. The fastener 222 extends through a pre-compressed member 108 and assists in retaining the pre-compressed member between the foot 220 and the support base 100. A rocker arm 224 is located above the support base 100 and secured to the support base 100 via a fastener 226, and one side of the rocker arm 224 forms a pivot point with the support base 100. A compressible contact member 230 is located under the rocker arm 224 and above a force sensitive monitoring device 110. The force sensitive monitoring device 110 is located under the compressible contact member 230 and above the support base 100. During initial operation the pre-compressed member 108 has a force so that a gap (G) is created between the foot 220 and the support base 100. The pre-compressed member 108 provides a force on the rocker arm that produces a force on the compressible contact member 230 which ultimately transfers the force to the force sensitive monitoring device 110. As weight is added to the litter device more force is applied to the support base 100 pushing down on the pre-compressed member 108 so that the rocker arm 224 pivots around its pivot point 225 and reduces the amount of force experienced by the force sensitive monitoring device 110 and thus the weight reading increases. When weight is removed from the litter device the pre-compressed member 108 pushes the support base 100 away from the foot 220 increasing the amount of force on the rocker arm 224 by the fastener 226 so that the rocker arm 224 rotates around its pivot point 225. This increases the amount of force applied to the compressible contact member 230 and ultimately the force sensitive monitoring device 110 which translates to a decrease in weight in the litter device.

Any numerical values recited herein include all values from the lower value to the upper value in increments of one unit provided that there is a separation of at least 2 units between any lower value and any higher value. As an example, if it is stated that the amount of a component or a value of a process variable such as, for example, temperature, pressure, time and the like is, for example, from 1 to 90, preferably from 20 to 80, more preferably from 30 to 70, it is intended that values such as 15 to 85, 22 to 68, 43 to 51, 30 to 32 etc. are expressly enumerated in this specification. For values which are less than one, one unit is considered to be 0.0001, 0.001, 0.01 or 0.1 as appropriate. These are only examples of what is specifically intended and all possible combinations of numerical values between the lowest value and the highest value enumerated are to be considered to be expressly stated in this application in a similar manner.

Unless otherwise stated, all ranges include both endpoints and all numbers between the endpoints. The use of "about" or "approximately" in connection with a range applies to both ends of the range. Thus, "about 20 to 30" is intended to cover "about 20 to about 30", inclusive of at least the specified endpoints.

**29**

The term "consisting essentially of" to describe a combination shall include the elements, ingredients, components or steps identified, and such other elements ingredients, components or steps that do not materially affect the basic and novel characteristics of the combination. The use of the terms "comprising" or "including" to describe combinations of elements, ingredients, components or steps herein also contemplates embodiments that consist essentially of the elements, ingredients, components or steps. By use of the term "may" herein, it is intended that any described attributes that "may" be included are optional.

Plural elements, ingredients, components or steps can be provided by a single integrated element, ingredient, component or step. Alternatively, a single integrated element, ingredient, component or step might be divided into separate plural elements, ingredients, components or steps. The disclosure of "a" or "one" to describe an element, ingredient, component or step is not intended to foreclose additional elements, ingredients, components or steps.

It is understood that the above description is intended to be illustrative and not restrictive. Many embodiments as well as many applications besides the examples provided will be apparent to those of skill in the art upon reading the above description. The scope of the teachings should, therefore, be determined not with reference to the above description, but should instead be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. The disclosures of all articles and references, including patent applications and publications, are incorporated by reference for all purposes. The omission in the following claims of any aspect of subject matter that is disclosed herein is not a disclaimer of such subject matter, nor should it be regarded that the inventors did not consider such subject matter to be part of the disclosed inventive subject matter.

We claim:

**1**. A device comprising:

(a) a support base;

(b) a chamber, located on the support base, which includes:

(i) an entry opening so that an animal can enter and exit the chamber;

(ii) a screen and/or septum located at a back of the chamber, opposite the entry opening;

(iii) a single axis of rotation that forms an angle of between about 80 degrees and about 55 degrees with a vertical plane;

(iv) a track, which encircles an outside wall of the chamber and lies in one plane defining a track plane which forms an angle between about 10 degrees and 35 degrees with the vertical plane, for rotating the chamber around the single axis of rotation;

(v) a single waste opening, located entirely on one side of the track plane in a wall of the chamber and on an opposite side of the track plane as the entry opening; and

(vi) two chamber halves separated by the track plane;

(c) a bonnet, which has a band-like shape and substantially a same contour as a portion of the outside wall of the chamber, extends over the portion of the chamber so that a front and a rear of the outside wall of the chamber remain uncovered by the bonnet, is attached to the support base on two sides of the chamber, and at least partially covers the track and the single waste opening so that during rotation of the chamber a pinch condition is prevented between the track, the single waste opening, or both and the support base;

**30**

wherein during rotation of the chamber, the single axis of rotation funnels clumps, waste, or both towards and then out of the single waste opening.

**2**. The device according to claim **1**, wherein the single axis of rotation forms an angle of between about 75 degrees and about 66 degrees with the vertical plane.

**3**. The device according to claim **1**, wherein the track plane is normal to the single axis of rotation.

**4**. The device according to claim **1**, wherein the chamber rotates on the support base around the single axis of rotation so that litter in the chamber has a relatively conical rotation.

**5**. The device according to claim **1**, wherein the entry opening is an elongated opening having a height and a width forming a height to width ratio of about 1.2:1 or more.

**6**. The device according to claim **1**, wherein the chamber includes a litter bed, and the angle of the single axis of rotation relative to the vertical plane results in a top surface of the litter bed forming an angle of between about 3 degrees and 8 degrees with a surface on which the support base rests, a plane perpendicular to the vertical plane, or both.

**7**. The device according to claim **1**, wherein the entry opening forms a plane which forms an angle of about 10 degrees or more with vertical.

**8**. The device according to claim **1** wherein the entry opening is oval.

**9**. The device according to claim **1** wherein the device comprises the septum and the screen as a unitary piece attached by a living hinge.

**10**. The device according to claim **1**, wherein the entry opening is an elongated opening having a height and a width forming a height to width ratio of about 1.6:1 to about 3:1.

**11**. The device according to claim **1**, wherein the entry opening exhibits an area of about 225 cm² or more.

**12**. The device according to claim **1**, wherein a shield is located within and is movably attached to the chamber so that the chamber at least partially rotates around the shield; and

wherein the shield covers one or more internal components, one or more internal surfaces, or both so that any residuals present on the one or more internal components or the one or more internal surfaces are not transferred to an animal.

**13**. A device comprising:

(a) a support base;

(b) a chamber, located on the support base, which includes:

(i) entry opening so that an animal can enter and exit the chamber;

(ii) a screen and/or septum located at a back of the chamber, opposite the entry opening;

(iii) a single axis of rotation that forms an angle of between about 80 degrees and 55 degrees with a vertical plane;

(iv) a track, which encircles an outside wall of the chamber and lies in one plane which defines a track plane, for rotating the chamber around the single axis of rotation;

(v) a waste opening located in a wall of the chamber on an opposite side of the track plane as the entry opening;

(vi) two chamber halves separated by the track plane; and

(c) a bonnet, which has a band-like shape substantially a same contour as a portion of the outside wall of the chamber, extends over the portion of the chamber so that a front and a rear of the outside wall of the chamber remain uncovered by the bonnet, is attached to the

31

support base on two sides of the chamber, and at least partially covers the track and the waste opening so that during rotation of the chamber a pinch condition is prevented between the track, the waste opening, or both and the support base;

wherein the entry opening is an elongated opening having a height and a width forming height to width ratio of about 1.6:1 to about 3:1; and

the chamber rotates on the support base around the single axis of rotation so that litter in the chamber has a relatively conical rotation.

**14**. The device according to claim **13** wherein the entry opening is oval.

**15**. The device according to claim **13** wherein the device comprises the septum and the screen as a unitary piece attached by a living hinge.

**16**. The device according to claim **15**, wherein the screen removes waste from litter in the chamber so that cleaned litter passes into the septum.

**17**. The device according to claim **16**, wherein the living hinge allows closure of the screen during a first half of a cleaning cycle so that only waste is removed from the chamber; and

32

the living hinge allows the screen to open during a second half of the cleaning cycle so that the cleaned litter is returned to a base of the chamber without having to pass directly through the screen.

**18**. The device according to claim **13**, wherein the entry opening exhibits an area of about 225 cm$^2$ or more.

**19**. The device according to claim **13**, wherein the chamber is in a home position when the chamber is static; and

the bonnet includes a transparent window so that in the home position, the transparent window aligns with the waste opening to allow ambient light to enter into the chamber.

**20**. The device according to claim **19**, wherein the bonnet includes one or more lights and one or more ambient light sensors; and

the one or more lights supply light to the inside of the chamber through the waste opening when the chamber is in the home position.

\* \* \* \* \*

(19)  
Europäisches
Patentamt
European
Patent Office
Office européen
des brevets



(11)   **EP 2 676 543 B1**

(12)   **EUROPEAN PATENT SPECIFICATION**

(45) Date of publication and mention
of the grant of the patent:
**26.12.2018   Bulletin 2018/52**

(51) Int Cl.:
***A01K 1/01*** (2006.01)

(21) Application number: **13172518.6**

(22) Date of filing: **18.06.2013**

(54) **Litter device**

Tiertoilette

Bac à litière

(84) Designated Contracting States:
**AL AT BE BG CH CY CZ DE DK EE ES FI FR GB
GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO
PL PT RO RS SE SI SK SM TR**

(30) Priority: **18.06.2012   US 201261661078 P
14.03.2013   US 201313804370**

(43) Date of publication of application:
**25.12.2013   Bulletin 2013/52**

(73) Proprietor: **Automated Pet care Product, Inc.
Pontiac, MI 48342 (US)**

(72) Inventors:
• **Smith, Jason
West Bloomfield, MI 48324 (US)**
• **Baxter, Brad
Bloomfield Hills, MI 48304 (US)**

(74) Representative: **Lelkes, Robert
Patent Attorney
Linprunstraße 49
80335 München (DE)**

(56) References cited:
**US-A1- 2002 139 312**

Note: Within nine months of the publication of the mention of the grant of the European patent in the European Patent
Bulletin, any person may give notice to the European Patent Office of opposition to that patent, in accordance with the
Implementing Regulations. Notice of opposition shall not be deemed to have been filed until the opposition fee has been
paid. (Art. 99(1) European Patent Convention).

EP 2 676 543 B1

1                                    EP 2 676 543 B1                                    2

**Description**

FIELD

[0001]   The present teachings generally relate to an improved litter device for use by animals that automatically removes animal waste from litter.

BACKGROUND

[0002]   The present teachings are predicated upon providing an improved litter device, and specifically an improved automatic litter device. There are numerous different litter box designs available on the market. Many of these designs are manual and require an owner to sift waste from litter so that the litter is cleaned. With these manual designs, owners may forget to clean the waste from the litter and the litter box may become full, may begin to smell, or both. For these reasons and many other, owners have begun to purchase automated litter boxes. Generally, these devices include a portion that holds litter, and a portion that receives waste that is removed from the portion that holds litter so that owner interaction is reduced and the frequency of manual interaction to remove waste is reduced. Many of these devices include a rake that travels along a track and removes waste from the litter. These automated rakes may get stuck, clumps of waste and/or litter may stick to the rake and/or the floor, the rake may become dislodged, the rake may not move the waste all the way out of the portion that holds the litter, or a combination thereof. Other devices rotate and sift the waste from the litter so that the clean litter is retained in the portion that holds the litter and the waste is emptied into the portion that receives the waste. Many of these devices are covered so that dust, smells, litter, or a combination thereof are retained within the litter box. However, covering the litter box reduces the amount of space available for the pet, the amount of light in the litter box, these covers through use may become dirty through contact with waste, or a combination thereof. Further, the cover and/or walls may become contaminated as waste travels along the walls to an exit point such that when an animal subsequently enters the device contaminants from the walls may be transferred to the animal.

[0003]   Examples of some automated litter boxes may be found in U.S. Patent Nos. 4,096,827; 4,886,014; 5,107,797; 5,662,066; 6,055,935; 6,082,302; 6,126,015; 6,463,881; 6,851,386; 7,198,006; 7,762,231; and 7,647,889.

[0004]   It would be attractive to have a litter device that is covered and provides adequate space for animals so that when inside the animals can move around. It would be attractive to have a litter device that is illuminated so that the animal can see while inside the litter device. It would be attractive for the litter device to prevent transfer of waste remnants to an animal in the litter device. What is needed is a device that is self-contained so that an animal cannot contact any of the moving parts. What is

further needed is a device that includes safety devices so that if an animal comes into contact with any parts that may move the device stops so that the animal is prevented from being caught, pinched, injured, or a combination thereof. It would be attractive to have a weight sensor that measures small changes in mass of the device by measuring a small range of forces indirectly

SUMMARY

[0005]   The present teachings meet one or more, if not all, of the present needs by providing: a litter device comprising a chamber with an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane having an entry opening so that an animal can enter and exit the chamber, and, optionally, one or more of the following features: a track around the chamber that forms an angle of between about 10 degrees and 40 degrees with the vertical plane; a bonnet that extends over the chamber and is attached to a support base on one or both sides; a shield located within and is movably attached to the chamber so that the chamber is at least partially rotable around the shield and so that the shield covers an internal surface of the chamber; an indicator that monitors the level of waste in the waste drawer so that when the level reaches a predetermined level the chamber is prevented from being rotated; a weight detection sensor, located in the support base and below the chamber, having an expandable and contractible member such as a spring, and a force sensitive monitoring device such as a force sensitive resistor placed between a rocker arm and the support base, so that as compression of the expandable and contractible member changes, the force sensitive member measures a change in weight of the device; a step and cleaning device on the waste drawer so that an animal can use the step to enter and exit the chamber and litter is caught in the cleaning device; an entry lip on an entry opening of the chamber; an electronics compartment in the support base; an isolated mount for housing mechanical parts, electrical parts, or both; a stop so that the chamber will stop at the waste dumping position in the event of a sensor failure; a pinch detector so that items do not get pinched between the support base and the chamber during rotation of the chamber; and a screen and septum that are connected by a living hinge.

[0006]   The present teachings meet one or more of the present needs by providing a litter device comprising: a support base and a chamber, located on the support base, having an entry opening so that an animal can enter and exit the chamber; wherein the chamber includes an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane.

[0007]   One unique aspect of the present teachings includes a litter device comprising: a support base; a chamber, located on the support base, wherein the support base includes an entry opening so that an animal can enter and exit the chamber and the chamber includes an

2

axis of rotation that forms an angle of about 80 degrees or less with a vertical plane , a waste opening so that contents can be emptied from the chamber; and a bonnet that extends over the chamber and is attached to the support base on one or both sides; wherein the bonnet covers the waste opening so that during rotation of the chamber a pinch condition is prevented between the waste opening and the support base.

[0008]   Another unique aspect of the present teachings includes a litter device comprising: a support base; a chamber, located on the support base, wherein the support base includes an entry opening so that an animal can enter and exit the chamber and the chamber includes an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane, a shield located within and attached to the chamber; wherein the shield is movably attached to the chamber so that the chamber is at least partially rotable around the shield and after rotation of the chamber an internal surface of the chamber is covered.

[0009]   Another unique aspect of the present teachings includes a litter device comprising: a chamber having an entry opening so that an animal can enter and exit the chamber, wherein the chamber includes an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane, a support base, located under and supporting the chamber, wherein the support base includes, a waste drawer and an indicator that monitors a level in the waste drawer so that when the level reaches a predetermined level the chamber is prevented from being rotated.

[0010]   Yet another unique aspect of the present teachings incudes a litter device comprising: a chamber having an entry opening so that an animal can enter and exit the chamber, wherein the chamber includes an axis of rotation that forms an angle of about 80 degrees or less with a vertical plane, a support base, located under and supporting the chamber, including a weight detection sensor, located in the support base and below the chamber, having an expandable and contractible member such as a spring, and a force sensitive monitoring device such as a resistor placed between a rocker arm and the support base, so that as compression of the expandable and contractible member changes the force sensitive monitoring device measures a change in weight of the device

[0011]   The teachings herein surprisingly solve one or more of these problems by providing a litter device that is covered and provides adequate space for animals to move around inside of the litter device. The litter device as taught herein may be illuminated so that the animal can see while inside the litter device. The litter device as taught herein includes an internal shield for covering an internal wall of the litter device so that any remnants on the walls of the litter device are covered and are not transferred to an animal in the litter device. The litter device is self-contained so that an animal cannot contact any of the moving parts. The litter device includes safety devices so that if an animal comes into contact with any parts

that may move the litter device stops so that the animal is prevented from being caught, pinched, injured, or a combination thereof. The weight sensor taught herein measures small changes in mass of the litter device while measuring a small range of forces.

BRIEF DESCRIPTION OF THE DRAWINGS

[0012]

FIG. 1 illustrates a front view of one possible litter device;

FIG. 2 illustrates an exploded view of the litter device of FIG. 1;

FIG. 3A-B illustrate side views of the litter device of FIG. 1;

FIG. 4 illustrates a top view of the litter device of FIG. 1;

FIG. 5 illustrates a cross-sectional view of the litter device of FIG. 1;

FIG. 6. Illustrates an exploded view of one possible chamber;

FIG. 7 illustrates a bonnet covering a chamber;

FIG. 8 illustrates an exploded view of one possible bonnet;

FIG. 9 illustrates an exploded view of one possible support base;

FIG. 10 illustrates a bottom view of a support base;

FIG. 11 illustrates an exploded view of one possible waste drawer;

FIGS 12A-12B illustrate the screen, septum, and living hinge;

FIGS 13A-13D illustrate rotation of a chamber from during a cleaning cycle;

FIG.14 is a close-up view of one example of an indirect weight sensor; and

FIG. 15 is a close-up view of another example of an indirect weight sensor.

DETAILED DESCRIPTION

[0013]   The explanations and illustrations presented herein are intended to acquaint others skilled in the art with the invention, its principles, and its practical appli-

cation. Those skilled in the art may adapt and apply the invention in its numerous forms, as may be best suited to the requirements of a particular use. Accordingly, the specific embodiments of the present invention as set forth are not intended as being exhaustive or limiting of the teachings. The scope of the teachings should, therefore, be determined not with reference to the above description, but should instead be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled.

[0014]   The litter device may be any device that includes litter for use by an animal. The litter device may be used by any domesticated animal such as a pig, dog, cat, rabbit, or a combination thereof. The litter device includes a support base, a chamber having an axis of rotation that forms an angle of 80 degrees or less with a vertical plane, and, optionally, one or more of the following features: a track around the chamber, a track plane that forms an angle of between about 10 degrees and 40 degrees with the vertical plane, an elongated entry opening in the chamber, a bonnet, a light sensor on the control panel, an interlock sensor on the bonnet, a shield in the chamber, a waste drawer, an indicator that monitors the level in the waste drawer, a weight detection sensor, a pre-compressed member, a force sensitive monitoring device, a step on a waste drawer, a cleaning device, an entry lip, an electronics compartment, an isolated mount, a stop, a diverter, a pinch detector, a screen, a septum, a living hinge, or a combination thereof. Preferably, the device may be designed for use by a cat. The device includes at least a support base and a chamber on the support base, wherein the chamber includes an axis of rotation that forms an angle of 80 degrees or less with a vertical plane and has an entry opening so that an animal can enter and exit the chamber.

[0015]   The support base may be any device that supports a chamber. The support base may be any size and shape so that the support base moves or assists in moving a chamber. The support base may be any size, shape, configuration, or a combination thereof so that the support base houses a portion of and/or all of the mechanical componentry and rotates the chamber. The support base may rest on a surface such as a table, a floor, some other substantially planar surface, or a combination thereof so that the support base supports a chamber. The support base may be substantially planar. Preferably, the support base may be flat and reside in one plane. The support base may form another surface so that the support base forms a cradle. For example, the support base may include a central portion and one or more support members that extend away from the central portion. The central portion and one or more support members may form a "U" shape. Preferably, the one or more support members may extend vertically away from the central portion. More preferably, the support base may include two support members that extend from a central portion of the support base so that a chamber is cradled between the support members. The support base may include one or more

controls. The support base may include a control panel. Preferably, the one or more controls, the control panel, or both are located on one of the support members.

[0016]   The control panel may include any control so that an owner may operate the litter device. The control panel may include a reset button, a cleaning cycle button, an empty button, an on/off switch, a waste level indicator, an advance button to partially rotate the chamber, a light sensor, or a combination thereof. The control panel may be used when litter is added to the chamber. For example, when litter is added the owner may press a reset button and/or a litter add button so that the weight sensor begins creating a new baseline as discussed herein and/or a cleaning cycle is not triggered. The control panel may include an empty button so that an owner may remove all of the litter from the chamber. For example, when the empty button is pressed the chamber may rotate in a direction opposite to that of a cleaning cycle so that the litter is not stored in the septum and may instead be removed from the chamber via the waste opening. The control panel may be made of any material so that the controls are protected. The control panel may include one main covering over all of the buttons so that any liquids and/or solids do not damage the controls. The control panel may be a cover.

[0017]   The control panel may be located adjacent one or more compartments. The control panel may cover one or more compartments. The support base may include one or more compartments for housing one or more electronic components that operate the litter device. The electronic components may be any components that may be damaged when contacted with moisture, vapor, fumes, or a combination thereof. The electronic components housed in the one or more compartments may be wires, terminations, switches, metal clips, motors, circuit boards, sensors, the like, or a combination thereof. The one or more components may include a cover that seals and/or substantially seals the electronic components in the one or more compartments. The cover may be a control panel. The compartments may be substantially sealed so that moisture, vapor, fumes, or a combination thereof are prevented from entering the one or more compartments and damaging the electronic components. The compartments may be sealed in any way so that moisture, vapor, fumes, or a combination thereof are substantially prevented from entering the compartment and damaging the electronic components housed in the compartment. The one or more compartments may include one or more ports, preferably one for wires, connectors, cables, or a combination thereof to pass through so that power, signals, or both may pass in and/or out of the compartments. The port may extend through a cover, a wall, a base portion, a gap, or a combination thereof in the support base. The wires, connectors, cables, or a combination thereof may be substantially surrounded by a plug so that the wires are compressed together and the plug fills the port through which the wires, connectors, cables, or a combination thereof pass through. The plug

may be a soft plug, a hard plug, or both. The plug may form a semi-seal plugging the port so that moisture, vapor, fumes, or a combination thereof are substantially prevented from entering the compartment. The plug may form a complete seal so that moisture, vapor, fumes, or a combination thereof are substantially prevented from entering the compartment. The wires, connectors, cables, or a combination thereof may attach to one or more controls for controlling the device.

[0018]   The one or more compartments, the one or more covers, or both may include a port so that a drive may extend from a motor into contact with a chamber so that the chamber may be rotated by the motor. The port may be large enough so that the drive may extend out of the compartment, through the cover, or both so that the chamber may be rotated. The drive may be any drive mechanism capable of moving, rotating, or both the chamber. The drive mechanism may include a cog, a sprocket, a belt, a direct drive, or a combination thereof. The cover, the compartment, or both may isolate the drive so that the drive may contact the chamber but any moisture, vapor, fumes, or a combination thereof from inside the support base may be prevented from entering the compartment. The drive may be made of any material that is resistant to moisture, vapor, fumes, or a combination thereof. The drive may be made of any material that is strong enough so that the drive may rotate the chamber. Examples of materials that may be used for the drive include rubber, plastic, metal, ceramic, or a combination thereof. The drive may be made of the same material as the chamber, the support base, or both. The drive is made of a material that may be molded and preferably injection molded. More preferably, the drive is made of nylon. The one or more compartments may house one or more motors, or more gear assemblies, or both.

[0019]   The one or more motors, one or more gear assemblies, or both may be housed in the one or more compartments using one or more isolated mounts. The isolated mount may be any device that holds a motor, a gear assembly, or both. Preferably, the isolated mount may be any device that holds a motor, a gear assembly, or both at the same angle as the chamber as taught herein. For example, if the chamber forms an angle of about 70 degrees with vertical then the isolated mount will form an angle of about 70 degrees with vertical and the respective motor, gear assembly, or both will accordingly form an angle of about 70 degrees with vertical. The isolated mount may be an integral part, an additional part, or both. The isolated mount may include a part that is integrally created when the support base is created. The isolated mount may include a part that substantially surrounds, completely surrounds, sandwiches, houses, or a combination thereof of a motor, a gear assembly, or both and then assists in mounting the motor, the gear assembly, or both in the isolated mount. Preferably, at least a portion of the isolated mount is a soft and flexible component that sandwiches the motor, the gear assembly, or both and assists in holding the motor, the gear

assembly, or both in the compartment of the support base. The isolated mount may be made of plastic, metal, rubber, ceramic, a polymer, a natural material, a synthetic material, or a combination thereof. The isolated mount may be made of any material that may be molded, preferably injection molded. All or a portion of the isolated mount may be made of the same material as the chamber, the support base, or both. All or a portion of the isolated mount may be made of a dampening material. For example, the isolated mount may include a glove portion that surrounds all or a portion of the motor, the gear assembly, or both so that any noise, vibration, or both of the motor, the gear assembly, or both are reduced, eliminated, or both. All or a portion of the isolated mount may be made of a material that reduces and/or eliminates any gap and/or tolerance between internal walls of an integral portion of the isolated mount. For example, the motor, the gear assembly, or both may be smaller than an integral portion of an isolated mount and the glove may surround the motor, the gear assembly, or both so that the motor, the gear assembly, or both are snugly fit within the integral portion of the isolated mount. All or a portion of the isolated mount may be made of an elastomeric material such as a ethylene propylene diene monomer (EPDM), thermoplastic polyurethane, elastomer modified polyolefin, polysiloxanes, santoprene, 2 part urethane, polyvinyl chloride (PVC), or the like, or a combination thereof. Preferably, the isolated mount is made of a flexible polyvinyl chloride. In one nonlimiting example, the motor, the gear assembly, or both may be sandwiched in a soft flexible elastomeric glove comprised of one or more pieces and then the complete glove with the motor, the gear assembly, or both may be placed in an integral housing formed in the compartment and covered forming an isolated mount.

[0020]   One surface of the support base may be located substantially in one horizontal plane (i.e., the support base plane). The horizontal plane may be substantially perpendicular and/or perpendicular to a vertical plane. The support base may include one or more vertical planes (i.e., vertical support base plane). The horizontal plane of the support base may be substantially parallel to the surface on which the support base rests. The support base plane may be the same plane that a waste drawer slides along, substantially parallel to the plane that the waste drawer slides along, or both. The support base may include a waste drawer track so that the waste drawer is installed properly in the support base.

[0021]   The support base includes a waste drawer. The waste drawer may be of any size and shape so that the waste drawer fits entirely within the support base. The waste drawer may be of a size so that all or a portion of the waste drawer fits within the support base. The waste drawer may slide within a plane. The waste drawer may slide within a plane of the support base. The waste drawer may form all or a portion of a forward surface of the support base. The waste drawer may include a volume. The volume of the waste drawer may be large enough so that

the waste drawer can go 1 day or more, 3 days or more, 5 days or more, 7 days or more, or even 10 days or more before the waste drawer needs to be emptied. The waste drawer may have a volume of about 10,000 $cm^3$ or more, preferably about 15,000 $cm^3$ or more, or more preferably about 17,000 $cm^3$ or more. The waste drawer may have a volume of about 30,000 $cm^3$ or less, about 25,000 $cm^3$ or less, or about 22,000 $cm^3$ or less. The waste drawer may include a volume of between about 12,000 $cm^3$ and about 30,000 $cm^3$, preferably between about 14,000 $cm^3$ and about 25,000 $cm^3$, and more preferably between about 16,000 $cm^3$ and about 20,000 $cm^3$. The waste drawer may include one or more carbon filters for filtering the air in the waste drawer, entering the waste drawer, exiting the waste drawer, or a combination thereof. The carbon filter may be located at any location within the waste drawer. The carbon filter may be located proximate to a forward portion of the waste drawer. The waste drawer, the support base, or both may include a foot, a weight sensor, or both.

[0022]   The foot may be part of the weight sensor. The foot may be attached to the support base by a fastener. The fastener may be part of the weight sensor. Preferably the fastener is a bolt and nut allowing adjustment. All or a portion of the weight sensor may be located between the head of the bolt and a nut. The fastener may extend through the center of the foot and through the bottom of the support base. A pre-compressed member may be located between the foot and the support base at a fixed length determined by the bolt and nut fastener. A pre-compressed member may be located between the foot and the support base such that the support base is supported by the pre-compressed member. A minimum gap dimension between the foot and the support base ensures that the support base is supported solely by the pre-compressed member. A maximum gap dimension between the foot and the support base ensures that displacement of the pre-compressed member is minimized when the pre-compressive force is overcome by the gross weight of the unit, for example when a cat enters the chamber. The weight sensor may be free of a gap. For example, the foot, the support base, or an adjacent component may have a flexible portion allowing for movement of a portion of the weight sensor when weight is added or subtracted. The overlap of the minimum and maximum gap dimensional requirements allows for the dimensional design range of the gap. The gap dimension is preferably from about 1.0 mm to about 2.0 mm.

[0023]   A rocker arm may be located between the nut or retaining feature of the fastener and the support base. The rocker arm may be positioned and suspended above the support base by a pivot edge on one end and a contact surface on the other end of the rocker arm. The rocker arm contact surface may be enhanced by a compressible contact member which is attached to the contact surface. The rocker arm is attached and pulled down toward the support base by the force of the pre-compressed member imparted through the nut or retaining feature of the fas-

tener. A force sensitive resistor or any other force monitoring device may be placed between the rocker arm contact surface and the support base. This arrangement of a force sensitive resistor or other force monitoring device between the rocker arm and the support base allow for an indirect measurement of weight. This arrangement of indirect force measurement allows for the use of more sensitive force sensors because only the force of the pre-compressed member which is imparted on the nut or retaining feature of the fastener and then onto the rocker arm contact surface is being measured. For example, as weight is added to the chamber, the support base imparts a greater downward force on the pre-compressed member, and as the force is increased to the point of equaling the pre-compression force of the pre-compressed member, the force imparted on the nut or retaining feature of the fastener and then onto the rocker arm contact surface is substantially zero. The pre-compression force may be any force so that a change in weight, an animal, or both may be measured. The pre-compression force may be about 0.5 Kg or more, about 1 Kg or more, about 2 Kg or more, or about 3 Kg or more. Therefore, the total range of force which can be measured is zero to the pre-compression force of the pre-compressed member with no offsetting force from the support base, such as can occur if the support base and consequently the foot are lifted off the surface upon which they rest. However, it is conceivable and possible to use an arrangement where the force sensitive resistor or other force monitoring device is placed between the foot and the floor, between the foot and the pre-compressed member, or between the pre-compressed member and the bottom of the support base which would measure the absolute weight of the unit less the mentioned components' weight below the force sensor.

[0024]   The one or more compressible contact members may be any member that when a force is applied transfers the force to another member (e.g., a force sensitive monitoring device). The one or more compressible contact members may be located at any location along a rocker arm so that the one or more compressible members assist in transferring a force from the rocker arm. Preferably, the one or more compressible members are located in an end region of a rocker arm. The one or more compressible members may be made of any compressible material that has sufficient compressibility that the rocker arm, the force sensitive monitoring device, or both are not damaged during an application of force. The one or more compressible contact members may be made of any compressible material that has sufficient rigidity so that the compressible contact member transfers the force from the rocker arm to the force sensitive monitoring device. Preferably, the weight sensor indirectly measures weight (i.e., an indirect weight sensor).

[0025]   The weight sensor may continually, intermittently, or both monitor the mass of the device. The weight sensor may be located at any location in the litter device so that any change is mass of the litter device is meas-

ured. The weight sensor may prevent rotation of the chamber when additional mass above a predetermined mass is located within the chamber. The predetermined mass may be any mass that prevents rotation, triggers rotation, or both. Preferably, the predetermined mass is less than the mass of any animal but more than the mass of waste retained within the chamber after the animal exits. The predetermined mass may be about 1 Kg or less, preferably about 0.5 Kg or less, more preferably about 0.25 Kg or less. The weight sensor may be located in any location capable of monitoring the mass of the chamber including the support base, under the waste drawer, in a leg of the device, or a combination thereof. The weight sensor may be located at any location in and/or on the device so that the mass of the device is measured without the weight sensor being directly contacted. For example, the weight sensor does not need to be directly compressed by a mass to detect a change in mass. The weight sensor may be any type of sensor that is capable of monitoring the mass or changes in mass discussed herein. The weight sensor may include one or more resistors, one or more members, one or more force sensors, one or more arms, one or more switches, one or more controllers, one or more microprocessors, or a combination thereof.

[0026]   The expandable and/or compressible member (i.e., expandable member) may be any member that may be compressed. The expandable member may be any member that may expand when a force is removed. The expandable member may be pre-compressed before the member is placed into the litter device. For example, weight added to the unit will reduce the weight or force applied to the force sensitive monitoring device by a rocker arm, and conversely weight removed from the unit will increase the weight or force applied to the force sensitive monitoring device by a rocker arm. The expandable member may be compressed to a fixed dimension between a support base and a supporting foot, and a force sensitive measuring device placed between the rocker arm and the support base so that when a force applied to the rocker arm changes the reactive force applied to the force sensitive monitoring device, the resistance value of the force sensitive monitoring device changes allowing detection of a weight change. The expandable member may be a spring, an elastomeric plug, bushing, or a combination thereof. The weight sensor may further include a force sensitive monitoring device placed between the pre-compressed member and the support base, a portion of a leg, a rocker arm, a compressible contact member, or a combination thereof that monitors a force applied by the member.

[0027]   The force sensitive monitoring device may be any device that may measure a force. The force sensitive monitoring device may be any device that measures a change in force from the rocker arm, the pre-compressed member on the rocker arm, or both. The weight sensor may detect virtually any change in mass of the device. The weight sensor may detect a change in mass of the

device of about 2 Kg or less, about 1 Kg, or less, about 0.5 Kg or less, or about 0.25 Kg or less. The weight sensor may detect a change in mass of about 0.1 Kg or more, preferably between about 0.25 Kg and about 20 Kg, and more preferably between about 0.5 Kg and about 15 Kg. The force sensitive monitoring device may be a resistor (i.e., a force sensitive resistor). The force sensitive monitoring device may be any device capable of sending an electronic signal to a circuit board. The force sensitive monitoring device may relay the measurement to a controller, a microprocessor, or both. The indirect weight detection sensor may include a method of triggering a cleaning cycle.

[0028]   The method may include one or more of the following steps and the order of the steps may vary depending upon the components used and the configuration of the components. The method of triggering a cleaning cycle may include one or more algorithms (i.e., sensor algorithm) described herein so that the device may be cleaned when the device has been used by an animal. The method may include a step of creating an initial baseline measurement. The step of creating an initial baseline measurement may include a step of creating a plurality of initial baseline measurements. The plurality of initial baseline measurements may be about 3 or more, about 5 or more, about 7 or more, or about 10 or more measurements to determine a baseline mass. The plurality of initial baseline measurements may be taken at any time during operation of the device. Preferably, the plurality of initial baseline measurements may be taken substantially immediately after the device is turned on, the reset button is pressed, a cleaning cycle is finished, litter is refilled, an empty cycle is performed, or a combination thereof. After the plurality of initial baseline measurements are taken the weight sensor may intermittently monitor, continuously monitor, or both the mass of the device.

[0029]   The weight sensor may intermittently monitor or continuously monitor the mass of the device at any frequency so that the weight sensor detects the presence and subsequent exit of an animal from the litter device so that a cleaning cycle may be triggered. The plurality of initial baseline measurement may be updated by each new measurement taken, forming a rolling baseline measurement. For example, once the baseline measurement is established the most recent measurement taken may replace the oldest measurement so that the initial baseline measurement may be transformed into a new baseline measurement. Preferably, the weight sensor intermittently monitors the mass of the litter device until a change in mass is detected. Once a change is mass is detected, the weight sensor may continuously monitor the mass of the litter device until a predetermined number of substantially equal measurements are obtained, until a predetermined number of measurements are obtained that are substantially equal to a baseline measurement, until the mass of the litter device is reduced due to the exit of an animal, until a new baseline mass is deter-

13                    EP 2 676 543 B1                    14

mined, or a combination thereof and then the weight sensor may intermittently monitor the mass of the litter device. The number of predetermined measurements for continuous monitoring and intermittent monitoring may be substantially equal, different, or some variation there between.

[0030]   The number of predetermined measurements may be between about 5 measurements and 100 measurements, preferably between about 10 measurements and 50 measurements, and more preferably about 15 measurements and 25 measurements. The weight sensor while intermittently monitoring may sense the mass between about every second and every minute, preferably between about every 5 seconds and every 30 seconds, or more preferably between about every 10 seconds and every 20 seconds. The weight sensor once a change in mass is sensed may continuously monitor the mass of the device. The weight sensor while continuously monitoring may monitor the mass of the device about 1 time a second or more, about 2 times per second or more, about 5 times a second or more, or about 10 times a second or more. The weight sensor while continuously monitoring may monitor the mass of the device between about 5 times a second and about 1 time every 10 seconds, preferably between about 3 times a second and about 1 time every 5 seconds, and more preferably between about 2 times a second and about 1 time every 2 seconds. The litter device once a change in mass has been detected may continuously monitor until the change in mass is substantially reduced back to the baseline mass, until a predetermined number of equal measurements are taken, or both.

After the weight sensor has measured that the mass of the litter device has been reduced to substantially the baseline mass the controller, the microprocessor, or both may trigger a cleaning cycle after a predetermined amount of time. The predetermined amount of time may vary based upon the baseline measurement. The predetermined amount of time may be fixed. The predetermined amount of time may be about 1 minute or more, about 3 minutes or more, about 5 minutes or more, or about 7 minutes or more after the weight sensor measures that the mass of the litter device has substantially returned to the baseline mass. The predetermined amount of time may be about 30 minutes or less, about 20 minutes or less, or about 10 minutes or less after the weight sensor measures that the mass of the litter device has substantially returned to the baseline mass. The predetermined amount of time may be between about 2 minutes and 30 minutes, about 4 minutes and 20 minutes, or preferably between about 6 minutes and 10 minutes after the weight sensor measures that the mass of the device has substantially returned to the baseline mass. For example, the weight sensor may intermittently monitor the mass of the litter device every 15 seconds when a change in mass has not been detected in the litter device for the past 20 measurements; once a change in mass has been detected the weight sensor may measure

the mass every second until 20 consecutive measurements substantially equal to the baseline measurement are taken; and then the weight sensor will trigger a cleaning cycle about 7 minutes after the change in mass has changed back to substantially the same as the baseline measurement. The weight sensor may prevent the triggering of a cleaning cycle when the weight sensor detects an animal in the chamber, when the mass in the chamber is substantially higher than the baseline mass (e.g., about 1 Kg or more or about 2 Kg or more). Once a cleaning cycle has been triggered the waste may be transported into a waste drawer.

[0031]   A cleaning cycle may include one or more of the following steps. The chamber may be rotated clockwise or counterclockwise depending on the positioning of the screen and septum. The chamber during a cleaning cycle, an empty cycle, or both may be rotated about 180 degrees or more, preferably about 205 degrees or more, about 245 degrees or more, about 300 degrees or more, or about 360 degrees or more. For example, the chamber may rotate 275 degrees in one direction and then 50 degrees in a second direction to level the litter. In another example, the chamber may rotate over 220 degrees to ensure that all of the litter is emptied out of the chamber. During the initial moments of rotation the shield may remain static so that the contact region is exposed and the waste may travel along the contact region. Once the chamber has moved a predetermined distance that shield may rotate with the chamber so that the liner may drop. As the chamber rotates the litter may ride up the wall of the chamber and as the litter achieves the angle of repose the litter may move towards and into contact with the screen. The screen due to gravity may move into contact with the chamber, the litter may push the screen into contact with the chamber, or both so that all or a majority of the litter is passed through the screen and any waste is removed from the litter. The "clean" litter may pass into the septum where it is stored. The waste may travel along a contact region of the screen and the septum towards the waste opening. The waste may pass through the waste opening and into the waste drawer where the waste level is monitored by the indicator as discussed herein.

[0032]   The support base or waste drawer may include one or more indicators for monitoring the amount of contents. The indicator may indicate when the waste drawer is full (i.e., needs to be emptied). The indicator may be used to monitor important variables that may impact use of the waste drawer. Examples of variables that may be monitored include a presence of an animal part in a drawer, weight of the drawer contents, location of the drawer, distribution of the contents in the drawer, or a combination thereof. The indicator may prevent the chamber from being rotated when the waste drawer is full, when an object is detected by the indicator, or both. For example, if an animal's paw, tail, or both extend through a hole and/or port in the chamber into the waste drawer and the paw, tail, or both are detected by the indicator the indicator will

prevent the chamber from being rotated so that the animal's paw, tail, or both are not pinched. The indicator may include a light indicating that the waste drawer is full. The indicator may include a gauge indicating the level in the waste drawer. The indicator may be any type of sensor that detects the presence of an object, the level of objects in the waste drawer, or both. The indicator may have any type of sensor, receiver, or both so that objects are detected, the level of objects are detected, or both. The indicator may be a mass sensor, a capacitive sensor, an infrared sensor, ultrasonic sensor, a membrane sensor, radio frequency (RF) admittance sensor, conductive sensor, optical interface sensor, microwave sensor, or a combination thereof. Preferably, the sensor is an infrared sensor that includes one or more emitters and one or more receivers for measuring the level of waste in the waste drawer. The indicator may scan the waste drawer to determine the level of waste in the waste drawer. Preferably, the indicator monitors multiple locations to determine the amount of waste in the waste drawer. More preferably, the indicator includes an emitter in each quadrant of the waste drawer spaced directly opposite a receiver so that the level of waste in the waste drawer in each quadrant is monitored. For example, the emitters and receivers may be located adjacent and/or on a top edge of a waste drawer, on a support base, or both on opposing sides so that when a level of contents of the waste drawer reach substantially the top of the waste drawer the indicator indicates that the drawer is full.

[0033]   The indicator may include and/or be in communication with one or more circuit boards, one or more transmitters, one or more controllers, one or more emitters, one or more receivers, or a combination thereof so that the level of waste may be transmitted so that a gauge indicates the level, the chamber may be prevented from rotating, a full light may be triggered, an agitator may be triggered to level the waste, or a combination thereof. The waste drawer may include an agitator that shifts the drawer (e.g., back and forth, side to side, or a movement therebetween) so that the waste may be evenly distributed between the quadrants. The agitator may agitate the drawer if an indicator in a quadrant indicates that it is full or empty relative to the other quadrants so that the waste is evenly distributed. The indicator may continuously monitor the level of waste in the waste drawer. The indicator may monitor the level of contents after a cleaning cycle. The indicator may monitor the level of waste in the waste drawer once an hour. Preferably, the indicator monitors the waste level after each clean cycle. The waste drawer may include a distribution feature so that waste is evenly distributed throughout the waste drawer.

[0034]   The distribution feature may be any device that evenly distributes waste throughout the waste drawer. The distribution feature may be located at any location within the waste drawer so that waste is evenly distributed. Preferably, the distribution feature may be located substantially directly below the chamber. More prefera-

bly, the distribution feature may be located directly below a waste opening in the chamber so that as waste enters the waste drawer the distribution feature assists in evenly distributing the waste throughout the waste drawer. The distribution feature may be a projection in the floor that vertically extends all or a portion of the waste drawer up so that as waste enters the waste drawer the waste moves down the projection into a region with less waste. The waste drawer may be free of a distribution feature. The waste drawer track, a recess in the waste drawer to accommodate the weight sensor, or both discussed herein may be the distribution feature. The waste may be moved into the waste drawer in such a manner that the waste is evenly distributed throughout the drawer without the use of any additional features. The waste may form a mound in the waste drawer and then as the waste accumulates an angle of the waste may become too steep so that waste is evenly distributed. For example, the waste may be distributed by an angle of repose. The waste drawer is located below a chamber so that during a cleaning cycle waste may be transferred from the chamber to the waste drawer.

The waste drawer may further include a step, a cleaning device, or both proximate to an opening in the chamber. The step may be any part and/or device in a region adjacent an opening of the chamber that an animal may use to enter and exit the chamber. The step may be integrally formed in the waste drawer so that the step also acts as a handle to remove the waste drawer from the support base. The step may be part of the support base and may not be movable. The step may have a fixed position (i.e., the step does not deflect when the animal steps on the step). The step may include one or more cleaning devices so that litter may be removed from the animal's paws when the animal exits the chamber. The one or more cleaning devices may be a mat, a pad, a screen, or a combination thereof. The one or more cleaning devices may be any size, shape, pattern, configuration, or a combination thereof so that the cleaning device assists in removing litter and/or any other unwanted remnants from the animals paws so that the litter and/or unwanted remnants are not tracked throughout the region surrounding the automated cleaning device. Preferably, the cleaning device may include one or more flexible ribs that flex and catch litter and/or other unwanted remnant from the animals paws as the animal exits the chamber. The cleaning device may be made of any material so that as an animal exits the chamber the cleaning device assists in removing litter and/or unwanted remnants from the animals paws. The cleaning device may be made of rubber, plastic, a polymer, a natural material, a synthetic material, or a combination thereof. The cleaning device may be fixed, removable, or both in the step of the waste drawer. The waste drawer may include one or more recesses so that a user may lift the cleaning device from the step of the waste drawer. The cleaning device may include one or more lift tabs so that the cleaning device may be removed from the step of the waste drawer. The

step of the waste drawer, the cleaning device, or both may include one or more features such as locking tabs, so that the cleaning device may be secured to the step of the waste drawer.

[0035]   The chamber may be any device where an animal may enter and excrete waste. The chamber may be any device that holds litter. The chamber may be any size and shape so that an animal may fit within the chamber. The chamber may be large enough to fit an animal of about 4 Kg or more, about 6 Kg or more, about 8 Kg, or more, or about 10 Kg or more within the chamber. Preferably, the chamber is large enough so that an animal of up to about 15 Kg may fit within the chamber. The chamber may be shaped like a globe, a sphere, a football, an egg, or a combination thereof. The chamber has a volume that is large enough so that an animal of any size discussed herein may fit within the chamber. The volume of the chamber may be about 16,000 cm$^3$ or more, about 32,500 cm$^3$ or more, or about 65,000 cm$^3$ or more. The volume of the chamber may be about 100,000 cm$^3$ or less, about 85,000 cm$^3$ or less, or about 75,000 cm$^3$ or less. The volume of the chamber may be between about 12,000 cm$^3$ and about 100,000 cm$^3$, preferably between about 15,000 cm$^3$ and about 75,000 cm$^3$, or more preferably between about 20,000 cm$^3$ and about 50,000 cm$^3$. The chamber may have a volume that is usable by an animal that may fit through the entry opening. The usable volume may be any volume so that the chamber may be used by the animal to excrete waste. Preferably, the usable volume may be any volume so that the animal may turn around and move with the chamber. The usable volume may be the volume of the chamber minus the volume occupied by the litter and minus any internal components. The usable volume of the chamber may be increased by adjusting the axis of rotation of the chamber, adjusting the angle of the entry opening in the chamber, or both.

[0036]   The chamber has an axis of rotation. The axis of rotation of the chamber may have any orientation so that the usable volume is increased, the litter relative to the chamber has a conical rotation, the waste is funneled towards the rear of the chamber (i.e., away from the front opening), a screen and/or septum are located further back in the chamber creating more internal space, a larger entry opening may be used, or a combination thereof. The axis of rotation of the chamber may form an angle with a vertical plane. Preferably, the vertical plane is in the direction of gravity, is parallel to gravity, or both. The axis of rotation of the chamber may form any angle with a vertical plane so that one or more of the teachings herein are achieved. The axis of rotation may form an angle preferably about 75 degrees or less, or more preferably about 70 degrees or less with a vertical plane. The axis of rotation may form an angle of about 45 degrees or more, about 60 degrees or more, or about 65 degrees or more with vertical. The axis of rotation may form an angle of between about 80 degrees and 55 degrees, or preferably between about 75 degrees and 66 degrees (i.e., about 70 degrees) with a vertical plane. The angled axis

of rotation may funnel clumps, waste, or both towards a central rear location during rotation of the chamber. The angled axis may funnel clumps, waste, or both to a location so that a single waste port may be employed to transport waste from the chamber into the waste drawer. The angled axis of rotation may result in a litter bed with an angle of repose. The angle of the litter bed may be any angle so that the litter is angled away from a front opening (i.e., the depth of the litter will be less proximate to the front opening and the depth of the litter will gradually increase as the litter becomes more distal from the front opening). The angle of the litter bed may be any angle so that the litter bed is retained within the chamber. The angle of the litter bed may be any angle so that the chance of an animal accidentally moving litter out of the opening is reduced when compared to a litter bed that is free of an angle (i.e., about 90 degrees from a vertical plane). The angle of the litter bed may form an angle that is about 89 degrees or less, about 88 degrees or less, about 87 degrees or less, or about 85 degrees or less from a vertical plane. The angled axis of rotation may allow for a larger entry opening to be used in the chamber without litter being removed from the chamber, litter being spilled from the chamber, litter spilling out during rotation of the chamber, or a combination thereof. The litter bed may rest on any surface of the chamber.

[0037]   The chamber may directly contact the litter while the chamber is in the home position. Preferably, the chamber includes a liner that covers the chamber and the liner directly contacts the chamber. The liner may be any device that contacts the litter and retains the litter, waste, liquids, solids, semi-solids, or a combination thereof in the chamber so that the litter may absorb, encircle, clump, or a combination thereof the contents and remove the contents during a cleaning cycle. All or a portion of the liner may be attached to the chamber. Preferably, at least a portion of the liner is free of attachment to the chamber so that during a cleaning cycle the liner may drop and loosen and/or remove any contents that were stuck to the liner. The edges of the liner may be connected to the chamber and the central region of the liner may be free of attachment to the chamber so that during a cleaning cycle the liner may fall. The liner may be a nonstick surface. The liner may be liquid impenetrable. The liner may be made of any material that may hold animal waste, litter, liquids, solids, semi-solids, or a combination thereof without being damaged, stained, permanently affixed to, penetrated, or a combination thereof. The liner may be rubber, plastic, a synthetic material, a natural material, or a combination thereof. Additional aspects regarding the liner may be gleaned from the teachings herein including those of Column 2, lines 6-61 and Column 4, line 66 to Column 5, line 59 of U.S. Patent No. 6,463,881, issued on October 15, 2002, which shows liner and the liner function during a cleaning cycle.

[0038]   The chamber may have one entry opening that animals may use to enter and exit the chamber. The entry opening may be any size and shape so that animals may

enter and exit the chamber. The entry opening may be any size and shape so that during use, a cleaning cycle, entry, exit, or a time there between litter is substantially maintained with the chamber. The entry opening may form a plane. The entry opening plane may extend along the entry opening (e.g., along a surface that extends from the top of the entry opening to the bottom of the entry opening). The entry opening, the entry opening plane, or both may form an angle with vertical. The entry opening, the entry opening plane, or both may form an angle with vertical of about 10 degrees or more, about 15 degrees or more, or about 20 degrees or more. The entry opening, the entry opening plane, or both may form an angle with vertical of about 60 degrees or less, preferably about 45 degrees or less, or more preferably about 25 degrees or less, but greater than zero degrees. The entry opening, the entry opening plane, or both may form an angle with vertical of between about 5 degrees and 45 degrees, between about 10 degrees and 35 degrees, or between about 15 degrees and 25 degrees (i.e., about 20 degrees). The entry opening may be circular, square, elliptical, symmetrical, non-symmetrical, or a combination thereof. Preferably, the entry opening may be oval. More preferably, a primary axis of the opening extends substantially in the direction of the vertical plane. For example, the primary axis of the opening will be generally vertical when compared to a secondary axis. The secondary axis of the opening may be generally perpendicular to the vertical axis. The length of the primary axis and the length of the secondary axis may form a ratio. The ratio of the length of the primary axis to the length of the secondary axis may be any ratio so that an animal may fit within the opening and the contents of the chamber may be maintained with the chamber during use, cleaning, exit, entry, or any time therebetween. The ratio of the length of the primary axis to the length of the secondary axis may be about 1.2:1 or more, about 1.4:1 or more, about 1.5:1 or more, or about 1.6:1 or more. The ratio of the length of the primary axis to the length of the secondary axis may be about 3:1 or less, about 2.5:1 or less, or about 2:1 or less. The axis of rotation may run juxtaposed to the primary axis, the secondary axis, or both. The axis of rotation may pass through the primary axis, the secondary axis, or both at any location along their length. Preferably, the axis of rotation runs substantially through the center of the primary axis, the secondary axis, or both. The entry opening may have an area.

[0039]   The area of the entry opening may be any area so that an animal of the teachings herein may fit through the opening into the chamber. The area of the entry opening may be about 75 cm$^2$ or more, about 125 cm$^2$ or more, about 175 cm$^2$ or more, about 225 cm$^2$ or more, or even about 250 cm$^2$ or more. The length of the opening in the primary axis of about 15 cm or more, about 20 cm or more, or about 25 cm or more. The length of the entry opening in the secondary axis may be about 8 cm or more, about 10 cm or more, about 12 cm or more, or about 15 cm or more. The entry opening may include an entry lip.

[0040]   The entry lip may be in any form that creates a lip on the entry opening so that any contents of the chamber are prevented from sliding out of the chamber, being pushed out of the chamber and/or kicked out of the chamber, or both. The entry lip may be integrated in any form into the chamber that prevents liquids from coming out of the entry opening, assists is transporting liquids into the chamber, or both. The entry lip may be positioned so that an animal fully enters and/or fully exits the chamber. The entry lip may cover and connect to a bottom portion of the entry opening. The entry lip may include a fence feature, a lip, a drain, or a combination thereof. The entry lip may include a lip that extends out of the chamber so that anything that may fall as an animal is exiting the chamber, entering the chamber or both may be caught on the lip and funneled towards and/or into the chamber. The entry lip may funnel liquids, solids, or both in a drain. The drain may allow for solids, liquids, or both to funnel into the chamber. The drain may extend through and/or around a fence in the entry lip. The fence may be any device that extends vertically from the base of the entry opening so that a barrier is created. The fence may extend up high enough so that the top of the fence touches the underside of an animal so that the animal fully enters, fully exits, or both the chamber. The fence may have any height so that the animal may exit and enter the chamber over the fence and assist in retaining litter within the chamber. The fence may have a height of about 1 cm or more, about 2 cm or more, or about 2.5 cm or more. The fence may have a height of about 5 cm or less, about 4 cm or less, or about 3 cm or less. The fence may be rigid, flexible, deformable, or a combination thereof. The fence may be positioned substantially in the vertical plane. The fence may form an angle. The fence may form an angle so that the fence extends along a plane with the major axis of the entry opening. The fence may form substantially the same angle with the vertical plane as the entry opening, the entry opening plane, or both. The angle, shape, or both of the entry lip may funnel liquids, solids, litter, or a combination thereof into the chamber during a cleaning cycle so that any liquids, solids, litter, or a combination thereof that are dropped during an animal entering and/or exiting the chamber are retained within the chamber and may be removed from the chamber during a cleaning cycle through a waste opening.

[0041]   The chamber includes a waste opening. The waste opening may be at any location in the chamber so that waste may be removed from the chamber and moved into the waste drawer. The waste opening may be at any location in the chamber so that when the chamber is in the home position the waste opening allows for light to enter the chamber. The waste opening may be on an opposing wall of the chamber as the entry opening. For example, the chamber may include a track around the circumference of the chamber and the entry opening may be on one side of the track and the waste opening may be on an opposing side of the track. The waste opening

may be located entirely in one quadrant of the chamber. For example, when the chamber is viewed from the top the chamber may form four quadrants, the track plane may form one axis and the axis of rotation may form the second axis of the chamber, and the waste opening may be located entirely within one quadrant. The waste opening, during a cleaning cycle, may substantially align with a main region of the waste drawer. The waste opening, during a cleaning cycle may be rotated by an angle of about 135 degrees or more, about 150 degrees or more, about 180 degrees or more, or a complete revolution, or about 205 degrees or more so that litter may be cleaned and stored by a screen and septum and waste may be removed from the chamber through the waste opening.

[0042]    The screen and septum may be in any form that removes the waste from the litter and stores the litter so that only the waste is removed from the chamber during a cleaning cycle. Preferably, the screen and septum may be one unitary piece. The screen and septum may be separate pieces. The screen and septum may be integrated into the chamber. More preferably, the screen and septum may be attached together via a living hinge. The living hinge may be any part of the screen and/or septum that may move during a cleaning cycle as taught herein. The living hinge may be any part of the screen and/or septum that allows the screen to move as the chamber rotates. The living hinge may be any device that allows the screen to move so that the screen cleans litter during the beginning of a cleaning cycle and the screen moves above and/or on top of the litter when the chamber returns to the home position. The living hinge may be made of any material so that the screen opens and closes during a cleaning cycle. The living hinge may be plastically deformable. Preferably, the living hinge may be elastically deformable so that the living hinge closes the screen during a first half of cleaning (i.e., rotating towards removing the waste) and the hinge opens the screen during the second half of cleaning (i.e., rotating back towards the home position). The living hinge may be made of a polymeric material, a rubber material, a synthetic material, a natural material, or a combination thereof. Preferably, the living hinge is made of the same material as the screen and the septum. The living hinge may be created during formation of the screen and the septum. The living hinge may be an area of thinner material so that the thinner material exhibits some flexibility. The living hinge may be a crease created between the screen and septum so that the screen moves during a cleaning cycle. Preferably, the screen moves into a cleaning position during the beginning of cleaning cycle so that the screen removes waste from the litter while allowing "clean" litter to pass into the septum. For example, during the beginning of a cleaning cycle the chamber may rotate counter-clockwise so that the litter presses the screen down towards an inner wall of the chamber so that the screen removes any particles larger than the screen size from the litter. Preferably, the living hinge moves to a return position during the end of a cleaning cycle so that "clean" litter

passes under the screen back into the base of the chamber so that the "clean" litter may be used. For example, once the chamber has rotated and the waste is removed from the chamber through the waste opening the chamber begins to rotate, clockwise, back towards the home position, and the screen will move away from the internal wall of the chamber so that the litter will move under the screen into the base of the chamber. The living hinge may open as the living hinge travels to a home position after the chamber has removed waste so that the litter passes under the screen and dust is minimized and/or eliminated. The end of the screen may be fixedly connected to an internal chamber wall. Preferably, the end of the screen may contact an internal wall during at least a portion of a cleaning cycle, but may move away from the internal wall during rotation of the chamber to a home position. The septum may have a single opening where the litter enters and exit the septum. The septum may have an entry opening and an exit opening. The exit opening may be open, include a spring loaded door, or both. Preferably, the exit opening of the septum is hinged, includes a spring loaded door, or both that allows the litter to pass all of the way through the septum and flow directly back into the bottom of the lined chamber, be temporarily closed and retain the litter, or both. The spring loaded door may closed during rotation and be opened by the weight of the litter so that the litter is returned to the chamber after the waste is removed from the chamber. Additional aspects regarding a screen and septum may be gleaned from the teachings herein including those of column 12, line 12 through column 13, line 12 and Figures 3-8 and 13 of U.S. Patent No. 5,662,066, issued on September 2, 1997, which shows a cleaning cycle using a screen and septum. During a cleaning cycle one or more internal components, one or more internal surfaces, or both of the chamber may contact litter, waste, or both.

[0043]    The one or more internal components, one or more internal surfaces, or both when contacted by litter, waste, or both may retain residual amounts of litter, waste, or both. These residuals may be transferred to an animal when the animal enters the chamber. For example, during a cleaning cycle litter dust may form on a region of the chamber proximate to the waste opening and if an animal while inside the chamber contacts this surface the litter dust may transfer to the animal's fur and/or hair. The chamber may include a shield assembly which covers one or more internal components, one or more internal surfaces, or both so that any residuals that may be present on the components, surfaces, or both are covered by a clean surface so that residuals are not transferred to the animal.

[0044]    The shield assembly may be in any form that covers an internal surface, internal component, or both that directly contacts litter, waste, or both so that any residual matter on those surfaces is covered by the shield assembly and is not transferred to an animal. The shield assembly may be in any form which is located between

a surface with residual matter and an animal so that residual matter is not transferred to the animal. The shield assembly may be static. Preferably, at least a portion of the shield assembly is rotatable (i.e., an internal rotatable shield). The shield assembly may rotatably attach to the chamber.

[0045]   The shield assembly may include a shield, a retainer, a biasing member (e.g. a torsion spring), a screw, a washer, and a holder. The shield assembly may be assembled about the rotational axis of the chamber. The retainer may be rotatably attached to the holder and a biasing member may be attached about the rotational axis of the retainer. The biasing member may be fixedly attached to the retainer and correspondingly attached to a stop feature (e.g., a tab) in the holder. The biasing member may be attached to and located between the retainer and holder such that a torsion force is applied to the retainer by the biasing member. The retainer is prevented from rotating in reaction to the torsional force by a hook on the retainer that comes into contact with a tab in the holder thus preloading the biasing member (i.e., torsion spring), and retainer. The shield may be keyed so that the shield attaches to the retainer with a screw and washer such that the shield and retainer always rotate together. The holder may also be held in a position axially by the screw and washer. A clearance between the washer and the holder may allow free rotational movement of the retainer within the holder. The shield resides on the inside of the chamber and the retainer and holder reside on the outside of the chamber. The holder is prevented from rotating by nesting in a slot of the support base. The shield may rotate clockwise, counterclockwise, or both. For example, one possible rotation sequence of the shield assembly is as follows. Starting from the home position, as the chamber begins to cycle in a counter clockwise direction, the shield does not rotate because the shield is keyed to the retainer which is held in position by the biasing member forcing the retainer hook against the tab in the holder which is always stationary. The shield remains stationary until the chamber tab rotates into position and comes into contact with a tab on the retainer which causes the retainer and shield to rotate along with the chamber. When the retainer and shield rotate with the chamber, the biasing member is further loaded (e.g., wound) increasing the torsion force between the retainer and holder until the chamber stops at the cleaning position. When the chamber returns to the home position in a clockwise direction the retainer is held against the chamber tab by the torsion force of the biasing member until the retainer hook reaches the tab within the holder again at which time the retainer (and thus shield) stop and the chamber continues to rotate in a clockwise direction to level the litter.

[0046]   The retainer may have one or more ears that contact the chamber, a holder, a biasing member, or a combination thereof. The one or more ears may be any member that assists in rotating the shield, maintaining the shield in a static position, or both. The holder, retainer,

biasing member, shield attachment, shield, hole (ie bearing surface) in the chamber, or a combination thereof may substantially be aligned along the axis of rotation. The holder may be free of a fixed relationship with the chamber so that the chamber may rotate around the holder. The holder, the retainer, or both may include one or more tab features, retainer stops, biasing member stops, or a combination thereof. The tab features, retainer stop, biasing member stops, or a combination thereof may be a feature that contacts a part of the retainer, the biasing member, or both and prevents the retainer and/or biasing member from rotating, allows the retainer and/or biasing member to rotate, rotates the retainer and/or biasing member with the chamber, or a combination thereof. The holder may attach to the chamber at a location proximate to the retainer, contact a chamber tab, or both so that the holder at least partially rotates with the chamber. The holder may prevent the retainer, the biasing member, or both from rotating so that as the chamber rotates the shield moves independent of the chamber's rotation and/or remains static for at least a part of the chamber's rotation. The biasing member may be wound when installed. The biasing member may be wound so that when the chamber is in the home position the biasing member is exerting a force on the retainer, the holder, the shield, or a combination thereof.

[0047]   The shield may include a home position and a rotating position. The home position may be any position where the shield covers an internal region of the chamber that may include residual matter. The home position may be proximate to the waste opening. The home position may cover all or a portion of the screen, the septum, or both. The home position may be any position where the shield is located when the chamber is not moving; where the tab feature, the retainer stop, or both is not moving the shield; the biasing member is not moving the shield; or a combination thereof. Preferably, the shield may be in the home position when the chamber is static and then as the chamber begins to rotate the shield remains static until the chamber is sufficiently rotated that the shield will not directly contact the litter, waste, or both. The shield may remain static until the regions of direct contact with waste, litter, or both; the waste opening; or both pass by the shield. The shield may remain static until the chamber rotates far enough that a tab on the chamber comes into contact with the retainer and overcomes the force of the spring and then the shield may rotate with the chamber. The shield may rotate from a home position to a rotate position. The rotate position may be any position where the shield is free of direct contact with litter, waste, or both where the shield clears the waste opening, the shield is clear so that the liner may drop, or both. The rotate position may be located on a side of the waste opening opposite the direction of rotation of the chamber during a cleaning cycle. The rotate position may rotate the shield to a location where the shield is free of direct contact with waste, litter, or both and the shield is in a location where the liner may fall without the shield interfering. The shield

when in the rotate position may be substantially free of contact with a fully extended liner, be located on a side of the chamber, or both. After waste has been removed the shield may remain in the rotate position until the liner returns to the home position, the tab feature and/or retainer stop releases pressure on the spring, the chamber rotates far enough that the tab on the chamber disengages from the retainer and the force of the spring is sufficient to move the shield to the home position, or a combination thereof. During a cleaning cycle the chamber may be rotated by any device and/or mechanism.

[0048]   The chamber may be rotated using any rotation device that assists in rotating the chamber. The rotation device may be a track, a gear, a high friction surface, a raised area, a toothed area, a contact surface area, or a combination thereof. The support base may include a rotation device that corresponds to any device, mechanism, track, or a combination thereof of the chamber so that a motor, a drive mechanism, or both in the support base may rotate the chamber. The rotation device may be a belt, a cog, a sprocket, a toothed assembly, rollers, a wheel, or a combination thereof. Preferably, the chamber includes a toothed track around an outside of the chamber and the support base includes a corresponding toothed device that rotates the chamber.

[0049]   The track may encircle an outside wall of the chamber so that the chamber may be rotated around the axis of rotation. The track lies in a plane. The track plane may be any plane, have any angle, or both so that the chamber may rotate around the axis of rotation taught herein. The track plane may form an angle with the vertical plane (i.e., gravity). The track plane may form an angle of about 5 degrees or more, about 10 degrees or more, or about 15 degrees or more with the vertical plane. The track plane may form an angle of about 85 degrees or less, about 65 degrees, or less, or about 45 degrees or less with the vertical plane. The track plane may form an angle of between about 5 degrees and 60 degrees, between about 10 degrees and 40 degrees, or between about 15 degrees and 35 degrees with the vertical plane. The track may be used to rotate the chamber around the axis of rotation during a cleaning cycle, an empty cycle, or both. The track may be used to rotate the chamber clockwise, counter-clockwise, or both. The track, drive gear, a contact point with the chamber, or a combination thereof may be located within the support base so that a pinch point is not created. Preferably, the track is covered by a bonnet.

[0050]   The bonnet may be any device that extends over the chamber. The bonnet may attach to the support base on one or both sides of the chamber. The bonnet may partially or fully cover the track in the home position, during a cleaning cycle, during an empty cycle, or at any time therein between. The bonnet may fully or partially cover the waste opening in the home position, during a cleaning cycle, during an empty cycle, or at any time therein between. Preferably, the bonnet covers both the track and the waste opening at all times so that a pinch

condition is not created when the chamber rotates. The bonnet may remain static as the chamber rotates. The bonnet may connect on one or more sides to the support base. The bonnet may connect to the litter device using any method and/or apparatus that connects the bonnet to the litter device. Preferably, the bonnet is attached via any fastener (e.g., screw, bolt, formed sheet metal, interlocking tab, rivet, pin, the like, or a combination thereof) that connects the bonnet to one or both sides of the support base. More preferably, the bonnet is attached via any fastener that conducts electricity or current so that the bonnet may be powered and a sensor may sense when one or both sides of the bonnet have been removed from the support base. The bonnet may connect to the support base using one or more retaining clips located in the bonnet, the support base, or both. The bonnet, the support base, the retaining clips or a combination thereof may be and/or include an interlock sensor so that if one or both sides of bonnet are removed from contact, electrical contact, or both the chamber is prevented from rotating.

[0051]   The interlock sensor may be any sensor that detects if one or both sides, one or more retaining clips, or both are partially removed, completely removed, or both so that rotation of the chamber is prevented. The interlock sensor may include a low current electrical sensor that is in communication with a motor, a controller, a microprocessor, or a combination thereof. The low current electrical sensor may transmit a signal to the motor, the controller, the microprocessor, or a combination thereof when the bonnet is removed so that the chamber does not rotate. The interlock sensor may sense power being supplied to the bonnet through the connection points. The bonnet may include one or more power connection points and power may be supplied to the bonnet when the bonnet is connected on one or more sides to the support base. The one or more power connection points may feed power from the support base to one or more lights, one or more ambient light sensors, or both.

[0052]   The one or more lights, the one or more ambient light sensors or both may connect to the bonnet, the chamber, the support base, or a combination thereof. The one or more lights may supply light to the inside of the chamber. The one or more lights may indirectly supply light through a transparent panel in the chamber. Preferably, the one or more lights may directly supply light into the chamber through the waste opening when the waste opening is in the home position. More preferably, the bonnet includes at least three lights directed at different angles so that the inside of the chamber is illuminated. The lights may turn on when an ambient light sensor detects the light in the chamber has reduced below a predetermined lumen level. The lights may turn on when the indirect weight sensor senses a change in mass and the ambient light sensor detects the light in the chamber has reduced below a predetermined lumen level. All or a portion of the bonnet may be transparent. Preferably, the portion of the bonnet that aligns with the waste open-

ing is transparent so that day light, natural light, light in the surrounding regions, or a combination thereof may pass through the bonnet into the chamber. The bonnet may include a transparent portion that aligns with the one or more ambient light sensors so that the ambient light sensors may monitor the amount of light surrounding the chamber. Preferably, the bonnet may cover the chamber so that light may enter the chamber through at least the waste opening while the bonnet prevents a pinch condition from being created between the support base and the track and/or the waste opening as the chamber rotates.

[0053]   The automatic litter device may include one or more pinch detectors. The one or more pinch detectors may be located proximate to any pinch points that may exist so that the pinch detector is contacted before an edge of the chamber, the waste opening, the support base, the bonnet, the waste drawer, any other components of the automatic litter device, or a combination thereof and the rotation of the chamber is stopped. Preferably, one or more pinch detectors may be located in the support base proximate to the waste drawer so that as the chamber begins to rotate towards the home position the pinch detector will be contacted and the rotation of the chamber may be stopped before a pinch condition occurs. The pinch detector may prevent a pinch condition if an item is extending through the waste opening, but is not extending far enough into the waste drawer that the indicator for detecting the level of waste in the drawer would detect the item and prevent rotation of the chamber. The pinch detector may be any sensor that detects an item projecting through the waste opening that may be subject to a pinch condition. The pinch detector may be any sensor that detects an impending pinch condition. The pinch detector may be rigid, flexible, partially flexible, jointed, hinged, elastically deformable, or a combination thereof. During a possible pinch condition an item extending through the waste opening that is not detected by the indicator may contact and deflect the pinch detector stopping the chamber from rotating. The controller, the microprocessor, the motor, or a combination thereof may cause the chamber to reverse so that the waste opening may be cleared. The pinch detector may flex back to its pre-deflected state so that if another pinch condition is created the pinch detector may prevent the pinch condition. The pinch detector may have a resistance when the pinch detector is in the home position (i.e., the pinch detector is not deflected). The pinch detector may have a different resistance when the pinch detector is in a deflected state (i.e., preventing a pinch condition). The pinch detector may be a simple normally closed switch which is opened when the pinch detector is deflected. The pinch detector may be a simple normally open switch which is closed when the pinch detector is deflected. The pinch detector may be electrically connected to a controller, a microprocessor, or both that monitor the switch status or resistance of the pinch detector for a pinch condition so that the pinch condition is

prevented. The microprocessor, the controller, or both may rotate the chamber towards the home position, the empty position, the cleaning position (i.e., waste removal position), the level position, or a combination thereof until one or more sensors indicate that the chamber has achieved the desired position.

[0054]   The microprocessor, the controller, or both may monitor the relative position of the chamber using one or more sensors. The sensors may be any sensor that may detect the position of the chamber relative to the support base. The sensors may be Hall effect sensors. The automated litter device may include a safety stop if the Hall effect sensors, the microprocessor, the controller, or a combination thereof cease to sense the position of the chamber, temporarily lose a signal, break, or a combination thereof. The safety stop may include a chamber stop, a support base stop, or both. The chamber safety stop may be a protrusion that extends from a portion of the chamber and contacts a part of the support base so that rotation of the chamber is prevented. The support base safety stop may be a protrusion that extends from the support base and contacts a piece of the chamber so that the chamber is prevented from rotating. Preferably, the chamber safety stop extends out so that when the chamber safety stop contacts a corresponding surface in the support base, rotation of the chamber the chamber is physically prevented. When the safety stop prevents the chamber from moving, the controller, the microprocessor, the motor, or a combination thereof may immediately stop rotating the chamber, may time out and stop rotating the chamber after a predetermined amount of time, or some time therein between. The controller, microprocessor, the motor, or a combination thereof may cease rotating the chamber at any period of time so that the chamber, the support base, rotation device, or a combination thereof are not damaged. A predetermined wait time of about 15 seconds or less, about 10 seconds or less, about 5 seconds or less, or about 2 seconds or less may allow the cause of the interruption to clear. The safety stop may prevent the chamber from over rotating in one direction but may allow the chamber to rotate in an opposing direction without rotation being prevented. For example, the safety stop may prevent the chamber from rotating past the waste opening during a cleaning cycle, but the safety stop may be bypassed during an empty cycle so that all of the contents of the chamber may be removed. Preferably, the stop prevents over rotation beyond the cleaning position but allows rotation beyond the home position so that the litter may be emptied in the empty cycle. The support base, the chamber, or both may include a diverter so that the when the chamber rotates during an empty cycle the safety stop may be bypassed and all of the contents may be emptied out of the chamber. The diverter may be any device that diverts the safety stop from contacting the opposing corresponding part of the safety stop so that an empty cycle may be performed. The diverter may be any device and/or mechanism that moves the safety stop out of its normal line of

rotation so that the safety stop is prevented from contacting the opposing safety stop. The diverter may be an angled piece of material that is in the line of rotation of the safety stop in one direction by is located after an opposing safety stop in an opposing direction.

[0055]   Figure 1 illustrates an automatic litter device 2. The automatic litter device 2 includes a chamber 20 having shield 50 that is rotatable with the chamber 20. The chamber 20 is positioned on a support base 100 that assists in rotating the chamber 20. The support base 100 includes a waste drawer 150 so that when the chamber 20 rotates waste is transferred from the chamber 20 to the waste drawer 150. The waste drawer 150 includes a step 152 with a cleaning device 154 so that an animal may use to the step 152 to enter and exit the chamber through the entry opening 22. The automatic litter device 2 includes a bonnet 80 that extends over the chamber 20 and is attached to the support base 100 on both sides of the chamber 20 at an attachment location 94. Figure 1 includes a reset button 305.

[0056]   Figure 2 is an exploded view of the automatic litter device 2 of Figure 1. A bonnet 80 is illustrated over the chamber 20. The bonnet includes a transparent window 82 so that ambient light may pass through the bonnet 80 and into the chamber 20 through the waste opening 24. The ends of the bonnet 80 connect to the support base 100 by retaining clips 84. The retaining clips 84 hold the bonnet 80 on the support base 100 and complete a circuit with an interlock sensor 86 that detects if the bonnet 80 has been removed and/or loosened and prevents the chamber 20 from rotating. The retaining clips 84 are attached to wiring 88 that extends from the retaining clips 84 to the ambient light sensor (not shown) and lights (not shown). The wiring 88 supplies power to the ambient light sensor so that the ambient light sensor can detect the amount of light passing into the chamber 20 through the transparent window 82 and if the ambient light drops below and/or increases above a predetermined level turn on and/or off the lights. The lights (not shown) supply light into the chamber 20 through the waste opening 24. The chamber 20 has a track 26 that rotates the chamber around an axis of rotation 28. The entry opening 22 of the chamber 20 includes an entry lip 40. The entry lip 40 has a fence 42 that assists in retaining litter (not shown) in the chamber 20. The fence 42 has a height (HF) that is tall enough so that the fence 42 contacts an underside of an animal and encourages the animal to completely enter and/or completely exit the chamber 20. The fence 42 has a drain 44 that allows liquids that are caught on the lip 46 to pass through the fence 42 into the chamber 20. The support base 100 has a control panel 102 for resetting a weight sensor (not shown), rotating the chamber 20, running a cleaning cycle, running an empty cycle, or a combination thereof. The support base 100 has a waste track 104 so that the waste drawer 150 is properly installed in the support base 100. The waste drawer 150 includes a step 152 to assist the animal in entering and exiting the chamber 20. The step 152 has a cleaning device 154 that assists in removing waste, litter, or both from paws of an animal exiting the chamber 20. The waste drawer 150 includes a receptacle area 156 for catching waste, and the receptacle area 156 includes a waste drawer track 158 so that the waste drawer is properly installed on the waste track 104.

[0057]   Figure 3A illustrates a left side view and Figure 3B illustrates a right side view of the litter device 2. The litter device 2 has a bonnet 80 extending over the chamber 20 and connecting to the support base 100 so that the retaining clips 84 and interlock sensors 86 are complete and power is supplied to the lights and ambient light sensor 90, which receives ambient light through the transparent window 82. The chamber 20 has an entry opening 22 that extends along an entry opening plane 38, which forms an angle (θ) with the vertical plane 4. The entry opening includes an entry lip 40 for preventing waste, fluids, or both from exiting the chamber 20. The entry opening 22 has a height (HE). The chamber 20 rotates around an axis of rotation 28. The axis of rotation 28 forms an angle (α) with vertical which is represented by a vertical plane 4. The axis of rotation 28 forms an angle (β) with a plane 6 that is perpendicular to the vertical plane 4 and is substantially parallel to the surface 200, which the litter device 2 sits upon. The rear of the chamber 20 includes a holder cover 58 that assists in attaching a shield 50 (not shown) to the chamber 20. The support base 100 has a control panel 102, and a weight sensor 106 for sensing the weight of the litter device 2 and its contents. The weight sensor 106 is located under the waste drawer 150. The waste drawer 150 has a step 152. Figure 3A shows front legs 301 and rear legs on the support base 100.

[0058]   Figure 4 illustrates a top view of the litter device 2. As shown a bonnet 80 extends over the chamber 20, and has a transparent window 82 so that ambient light can illuminate the chamber 20. As illustrated the chamber 20 has two halves separated by a chamber plane 14 and the transparent window 82 and waste opening 24 (not shown) are located entirely on one side of the chamber plane 14. The chamber has a holder cover 58 on one side and the opposing side of the chamber 20 includes an entry opening 22 with an entry lip 40. The entry lip 40 includes a fence 42 so that contents of the chamber 20 remain in the chamber 20. The chamber 20 is positioned on a support base 100 that includes a control panel 102 for controlling the litter device 2. The support base 100 has a waste drawer 150 that has a step 152 and a cleaning device 154.

[0059]   Figure 5 illustrates a cross-sectional view of the litter device 2. The litter device 2 as has a bonnet 80 covering the chamber 20 and the track 26. The track 26 surrounds the chamber 20 and forms a track plane 12 through the chamber. The track plane 12 has an angle (δ) with the vertical plane 4. The chamber 20 on the inside includes a shield 50 partially covering the screen 30 and septum 32. The shield 50 is attached to the chamber 20 via a retainer 52 that is covered by a holder cover 60 on

31                          EP 2 676 543 B1                          32

the outside of the chamber 20. The chamber 20 includes litter 10, and the top of the litter 10 forms a litter plane 8. The litter plane 8 forms an angle (γ) with a plane 6 that is perpendicular to the vertical plane 4. As shown the axis of rotation 28 of the chamber 20 extends through the retainer 52 of the shield 50. The chamber 20 is positioned above the support base 100, and the rear leg of the support base 100 has a weight sensor 106 and a pre-compressed member 108 for measuring the mass of the litter device 2. The support base 100 includes as waste drawer 150 with a receptacle area 156.

[0060]   Figure 6 illustrates an exploded view of the chamber 20 and internal components. The outside of the chamber 20 includes a track 26 and a waste opening 24. The entry opening 22 has a width (WE) and includes an entry lip 40. The inside of the chamber 20 has a liner 36, an entry lip 40, a shield 50, a screen 30, and a septum 32. The screen 30 and the septum 32 as illustrated are integrally connected via a living hinge 34. The entry lip 40 sits on and forms to the chamber 20 so that any liquids and/or solids caught by the entry lip 40 may be funneled into the liner 36 and the litter (not shown) during rotation of the chamber. The entry lip 40 has a fence 42, a drain 44 that extends through the fence 42, and a lip 46. The shield 50 includes a shield attachment 52 for attaching the shield 50 to the chamber 20. The shield attachment 52, retainer 56, and a biasing member 54 are connected to the chamber 20. A biasing member 54 is located axially within and between the retainer 56 and the shield 50. A portion of the biasing member 54 is located between the retainer and the holder so that a preload torsional force is created and the shield 50 and retainer 56 are held against a stop within the immovable holder 58 holding the shield 50 static during an initial portion of the chamber 20 rotation until a chamber tab 48 on the chamber 20 comes into contact with a tab on the retainer 56 causing the retainer and shield to follow along with the chamber 20 further moving the biasing member 54 until the chamber 20 stops at the cleaning position.. The holder 58 is connected to the support base (not shown) and covers a hole 62 in the chamber 20 wherein the shield attachment 52, biasing member 54, and retainer 56 connect to the chamber 20. The shield 50 partially covers the screen 30 and/or the septum 32 while the chamber is in the home position so that an animal does not contact any residuals that may be on the screen 30 and/or septum 32.

[0061]   Figure 7 illustrates a bonnet 80 having a transparent window 82 covering a track 26 around the chamber 20. A rear side of a chamber 20 is illustrated and includes a hole 62 having an integral inner and outer bearing surface. The shield 50 (not shown) is connected to the chamber 20 by the shield attachment 52 extending into the hole 62 of the chamber 20. A chamber tab 48 extends from the slot 62 and contacts a portion of the retainer (not shown) so that the retainer is at least partially rotated during rotation of the chamber 20.

[0062]   Figure 8 illustrates an exploded view of a bonnet 80. The bonnet has a transparent window 82 with an ambient light sensor 90 and lights 92 located proximate to the transparent window so that the lights can illuminate an inside of a chamber 20 (not shown) through the waste opening 24 (not shown). The ends of the bonnet 80 include retaining clips for attaching the bonnet 80 to a support base 100 (not shown). Wiring 88 transfers power through the retaining clips 84 to the light sensor 90 and the lights 92 so that the lights may illuminate the chamber when the ambient lighting is low.

[0063]   Figure 9 illustrates an exploded view of a support base 100. The support base includes a control panel 102 for controlling the litter device. The control panel 102 covers a compartment 112 that houses a rotation device 130 for rotating the chamber 20 (not shown). The rotation device 130 extends at least partially through control panel 102 so that the rotation device 130 can rotate the chamber. The compartment 112 houses all of the electronics so that the electronics are protected from moisture, fumes, corrosives, or a combination thereof. The rotation device 130 is in electrical communication with an interlock sensor 86 so that if the bonnet 80 (not shown) is removed and/or loosened the rotation device 130 will not rotate. A safety stop 116 and pinch detector 114 are located within the support base 100 so that the rotation of the chamber is limited. The rotation device 130 is also in electrical communication with a weight sensor 106 so that the rotation device 130 does not rotate while an animal is in the chamber 20 (not shown) but will subsequently rotate once the animal exits the chamber. The weight sensor 106 includes a pre-compressed member 108 in connection with a force sensitive monitoring device 110 so that an increase and/or decrease in weight of the system can be detected by the weight sensor 106. The support base 130 has a waste track 104 so that the waste drawer 150 (not shown) is aligned properly within the litter device so that all of the waste is caught in the waste drawer. An indicator 120 is located above the waste drawer and in electrical communication with the rotation device 130 so that if the waste drawer becomes the full the chamber will not be rotated. The indicator 120 includes transmitters 122 on one side of the waste opening and receivers 124 on an opposing side of the waste opening. An isolation mount 118 is located around the rotation device 130 for housing the motor and gear assembly. A battery compartment 140 housing a battery 142 is located proximate to the rotation device 130.

[0064]   Figure 10 is a bottom view of a litter device and especially one possible support base 100. The support base 100 includes a weight sensor 106 and a waste track 104 for the waste drawer 150 to slide upon. The waste drawer 150 includes a step 152. The chamber 20 as shown has a holder 58.

[0065]   Figure 11 illustrates one exemplary embodiment of a waste drawer 150. The waste drawer includes a step 152 that is covered by a removable cleaning device 154. The waste drawer has a receptacle area 156 for catching waste and the receptacle area 156 includes a waste drawer track 158. A removable carbon filter 160

is located within the waste drawer for filtering air from the waste drawer 150.

[0066]   Figures 12A and 12B illustrate the screen 30 and septum 32. A living hinge 34 is located between the screen 30 and the septum 32 so that litter is screened during rotation away from the home position and so that the screen moves above the litter during rotation back to the home position so that dust is reduced. Figure 12B illustrates the living hinge 34 in a cleaning position 300 so that litter passes through the screen 30 and into the septum 32 and waste is screened out and directed towards the waste opening 24. Figure 12A illustrates the living hinge 34 in a return position 302 where the litter passes under the screen 30 as the litter flows out of the septum 32.

[0067]   Figures 13A-13D illustrate a complete cleaning cycle. Figure 13A illustrates the litter device 2 in the home position 350. The litter 10 when in the home position 350 is ready for use by an animal. The shield 50 covers a portion of the screen 30 and the septum 32 while allowing light to enter the chamber 20 through the waste opening 24.

[0068]   Figure 13B illustrates the litter device 2 during the initial stages of a cleaning cycle. As shown, the litter device rotates counterclockwise so that the litter 10 is moved off of the liner 36 and into contact with the screen 30. As the litter 10 contacts the screen 30 the screen 30 is moved into contact with an internal wall of the chamber 20 so that the litter and/or waste are separated by the screen 30. The "clean" litter then passes from the screen to the septum 32 where the litter is stored while the waste is removed. As shown the shield 50 remains static so that the area which contacts waste is exposed so that the waste can be removed.

[0069]   Figure 13C illustrates the litter device 2 in the waste removal position 352. As illustrated the waste removal position 352 is in the same position as an empty position. The litter 10 has been fully screened and is stored in the septum 32 so that the "clean" litter does not pass through the waste opening 24 into the waste drawer (not shown). The shield 50 is rotated exposing a contact region 35 where waste is funneled along the screen 30 and septum 32 and out of the waste opening 24, and remnants (not shown) may form. The shield 50 is also rotated to a position where the liner 36 falls so that remnants are removed and/or loosened.

[0070]   Figure 13D illustrates a return from the removal position to the home position. The litter device 2 rotates the chamber 20 clockwise so that the litter 10 moves from the septum 32 towards the liner 36. As the chamber 20 rotates the litter pushes the screen 30 away from an internal chamber wall via the living hinge 34 so that the litter 10 passes under the screen 30 to minimize dust. The shield 50 rotates over the contact region 35 so that during use remnants (not shown) are not transferred from the contact region 35 to an animal.

[0071]   Figure 14 illustrates a close-up view of one possible weight sensor 106 located in the litter device of Fig-

ure 5. The weight sensor 106 includes a foot 220 located under the support base 100. The foot 220 is connected to the support base 100 via a fastener 222. The fastener 222 extends through the foot 220 and the support base 100. The fastener 222 extends through a pre-compressed member 108 and assists in retaining the pre-compressed member between the foot 220 and the support base 100. A rocker arm 224 is located above the support base 100 and secured to the support base 100 via a fastener 226 and a washer 228, and one side of the rocker arm 224 forms a pivot point with the support base 100. A force sensitive monitoring device 110 is located between the rocker arm 224 and the support base 100. During initial operation the pre-compressed member 108 has a force so that a gap (G) is created between the foot 220 and the support base 100. The gap (G) assists in providing a force on the rocker arm which produces a force on the force sensitive monitoring device 110. As weight is added to the litter device more force is applied to the support base 100 pushing down on the pre-compressed member 108 so that less force is translated to the force sensitive monitoring device 110. The amount of force the fastener 226 and washer 228 apply to the rocker arm 224 and the amount of force experienced by the force sensitive monitoring device 110 is correlated to indicate a weight change. When weight is removed from the litter device the pre-compressed member 108 pushes the support base 100 away from the foot 220 increasing the amount of force on the rocker arm 224 by the fastener 226 and the washer 228.

[0072]   Figure 15 illustrates a close-up view of another possible weight sensor 106 located in the litter device of Figure 5. The weight sensor 160 includes a foot 200 located under the support base 100. The foot 220 is connected to the support base 100 via a fastener 222. The fastener 222 extends through the foot 220 and the support base 100. The fastener 222 extends through a pre-compressed member 108 and assists in retaining the pre-compressed member between the foot 220 and the support base 100. A rocker arm 224 is located above the support base 100 and secured to the support base 100 via a fastener 226, and one side of the rocker arm 224 forms a pivot point with the support base 100. A compressible contact member 230 is located under the rocker arm 224 and above a force sensitive monitoring device 110. The force sensitive monitoring device 110 is located under the compressible contact member 230 and above the support base 100. During initial operation the pre-compressed member 108 has a force so that a gap (G) is created between the foot 220 and the support base 100. The pre-compressed member 108 provides a force on the rocker arm that produces a force on the compressible contact member 230 which ultimately transfers the force to the force sensitive monitoring device 110. As weight is added to the litter device more force is applied to the support base 100 pushing down on the pre-compressed member 108 so that the rocker arm 224 pivots around its pivot point 225 and reduces the amount of

force experienced by the force sensitive monitoring device 110 and thus the weight reading increases. When weight is removed from the litter device the pre-compressed member 108 pushes the support base 100 away from the foot 220 increasing the amount of force on the rocker arm 224 by the fastener 226 so that the rocker arm 224 rotates around its pivot point 225. This increases the amount of force applied to the compressible contact member 230 and ultimately the force sensitive monitoring device 110 which translates to a decrease in weight in the litter device.

[0073]   Any numerical values recited herein include all values from the lower value to the upper value in increments of one unit provided that there is a separation of at least 2 units between any lower value and any higher value. As an example, if it is stated that the amount of a component or a value of a process variable such as, for example, temperature, pressure, time and the like is, for example, from 1 to 90, preferably from 20 to 80, more preferably from 30 to 70, it is intended that values such as 15 to 85, 22 to 68, 43 to 51, 30 to 32 etc. are expressly enumerated in this specification. For values which are less than one, one unit is considered to be 0.0001, 0.001, 0.01 or 0.1 as appropriate. These are only examples of what is specifically intended and all possible combinations of numerical values between the lowest value and the highest value enumerated are to be considered to be expressly stated in this application in a similar manner.

[0074]   Unless otherwise stated, all ranges include both endpoints and all numbers between the endpoints. The use of "about" or "approximately" in connection with a range applies to both ends of the range. Thus, "about 20 to 30" is intended to cover "about 20 to about 30", inclusive of at least the specified endpoints.

[0075]   The term "consisting essentially of" to describe a combination shall include the elements, ingredients, components or steps identified, and such other elements ingredients, components or steps that do not materially affect the basic and novel characteristics of the combination. The use of the terms "comprising" or "including" to describe combinations of elements, ingredients, components or steps herein also contemplates embodiments that consist essentially of the elements, ingredients, components or steps. By use of the term "may" herein, it is intended that any described attributes that "may" be included are optional.

[0076]   Plural elements, ingredients, components or steps can be provided by a single integrated element, ingredient, component or step. Alternatively, a single integrated element, ingredient, component or step might be divided into separate plural elements, ingredients, components or steps. The disclosure of "a" or "one" to describe an element, ingredient, component or step is not intended to foreclose additional elements, ingredients, components or steps.

[0077]   It is understood that the above description is intended to be illustrative and not restrictive. Many embodiments as well as many applications besides the ex-

amples provided will be apparent to those of skill in the art upon reading the above description. The scope of the teachings should, therefore, be determined not with reference to the above description, but should instead be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. The omission in the following claims of any aspect of subject matter that is disclosed herein is not a disclaimer of such subject matter, nor should it be regarded that the inventors did not consider such subject matter to be part of the disclosed inventive subject matter.

## Claims

1. A litter device (2) comprising:

   (a) a support base (100) and
   (b) a chamber (20), located on the support base (100), wherein the chamber (20) has an entry opening (22) so that an animal can enter and exit the chamber (20);

   wherein the chamber (20) includes an axis of rotation (28) that forms an angle ($\alpha$) of 80 degrees or less with a vertical plane (4).

2. The litter device (2) according to claim 1, wherein the chamber (20) includes a track (26), which encircles an outside wall of the chamber (20), for rotating the chamber (20) around the axis of rotation (28).

3. The litter device (2) according to claim 2, wherein the track (26) defines a track plane (12) that forms an angle ($\gamma$) of between 10 degrees and 40 degrees with the vertical plane (4),

4. The litter device (2) according to any one of claims 1 to 3, wherein the chamber (20) includes a waste opening (24) and the waste opening (24) is located in a wall of the chamber (20) on an opposite side of the track plane (12) as the entry opening (22).

5. The litter device (2) according to any one of claims 1 to 4 wherein the track (26) extends in a track plane (12), and the chamber (20) includes two halves that are separated by the track plane (12) and normal to the axis of rotation (28), and the chamber (20) includes a waste opening (24) located entirely on one side of the track (26) plane.

6. The litter device (2) according to any one of claims 1 to 5, wherein the chamber (20) is rotatable on the support base (100) around the axis of rotation (28) so that when litter is present in the chamber (20), the litter has a relative conical rotation when the chamber (20) is rotated.

37                                      EP 2 676 543 B1                                      38

7.  The litter device (2) according to any one of claims 1 to 6, wherein the chamber (20) includes litter and the angle of the axis of rotation (28) relative to the vertical plane (4) is an angle so that a top surface of litter, when present in the chamber (20) forms an angle of between 3 degrees and 8 degrees with a surface on which the support base (100) rests, a plane perpendicular to the vertical plane (4), or both.

8.  A litter device (2) according any one of Claims 1 to 7 wherein the chamber (20) includes a shield (50) located within and attached to the chamber (20); wherein the shield (50) is movably attached to the chamber (20) so that the chamber (20) is at least partially rotatable around the shield (50) and after rotation of the chamber (20) an internal surface of the chamber (20) is covered; the shield (50) is biased so that after rotation of the chamber (20) the shield (50) moves back to a home position (350), ceases to rotate with the chamber (20) once the shield (50) reaches a home position (350), or both; and the shield (50) translates during a portion of the rotation of the chamber (20) so that a liner (36) of the chamber (20) drops during the rotation of the chamber (20) without interference by the shield (50),

9.  The litter device (2) according to claim 8, wherein the shield (50) covers the internal surface of the chamber (20) that contacts waste and/or litter, when waste and/or litter is present, as the waste is directed out of a waste opening (24) so that an animal, when present, does not contact the waste and/or litter remnants that may remain on the internal surface of the chamber (20).

10. The litter device (2) according to claim 8 or 9, wherein the shield (50) is fixedly attached to a retainer (52) which can rotate within a holder that is immovably nested in a slot of the support base (100), with the retainer (52) held static by a preloaded biasing member located between the retainer (52) and holder until a tab on the chamber (20) comes into contact with a tab on the retainer (52) thus moving the shield (50) and retainer (52) with the chamber (20) and further loading the biasing member.

11. A litter device (2) according to any one of Claims 1 to 10 wherein the support base (100) includes:

    (a) a weight sensor (106), located in the support base (100) and below the chamber (20), having:

        1) an expandable and contractible member (108) generating a force on the support base (100),
        2) a rocker arm, and
        3) a force sensitive monitoring device (110) placed between the support base (100) and

the rocker arm,

wherein the expandable and contractible member (108) generates a force on the rocker arm (224) and the rocker arm (224) translates the force to the force sensitive monitoring device (110) so that the force sensitive monitoring device (110) detects changes in weight of the litter device (2).

12. The litter device (2) according to claim 11, wherein the weight sensor (106) continuously, intermittently, or both monitors the weight in the chamber (20) and compares the weight in the chamber (20) to a plurality of previous weight measurements, and when the weight sensor (106) measures an increase in weight relative to the plurality of previous weight measurements, and then a subsequent weight measurement drops and/or rises, the sensor (106) senses that an animal has entered and subsequently exited the chamber (20) and a cleaning cycle of the litter device (2) is triggered.

13. The litter device (2) according to claim II or 12, wherein the weight sensor (106) includes a reset button (305) so that a sensor algorithm is reset to a new baseline when litter is added or removed from the chamber (20).

14. The litter device (2) according to any one of claims 11 to 13, wherein the weight sensor (106) includes a compressible contact member (230) located between the rocker arm (224) and the force sensitive monitoring device (110).

15. The litter device (2) according to any one of claims 11 to 14 wherein the support base (100) includes one or more front legs (301) and one or more rear legs (303) and the weight sensor (106) is located in the one or more rear legs (303) or the one or more front legs (301) so that when an animal enters the chamber (20) the one or more front legs (301) or the one or more rear legs acts as a pivot and pivot the change in weight to the leg that includes the weight sensor (106).

**Patentansprüche**

1.  Einstreubehälter (2) mit:

    (a) einem Sockel (100) und
    (b) einer Kammer (20), die sich auf dem Sockel (100) befindet, wobei die Kammer (20) mit einer Eingangsöffnung (22) versehen ist, sodass ein Tier in die Kammer (20) eintreten und wieder austreten kann;

wobei die Kammer (20) über eine Drehachse (28) verfügt, die einen Winkel ($\alpha$) von 80 Grad oder weniger zu einer vertikalen Ebene (4) bildet.

2.  Einstreubehälter (2) gemäß Anspruch 1, wobei die Kammer (20) eine Führungsschiene (26) umfasst, die eine Außenwand der Kammer (20) umläuft, um die Kammer (20) um die Drehachse (28) zu drehen.

3.  Einstreubehälter (2) gemäß Anspruch 2, wobei die Führungsschiene (26) eine Führungsschienenebene (12) festlegt, die einen Winkel ($\gamma$) zwischen 10 und 40 Grad zur vertikalen Ebene (4) bildet.

4.  Einstreubehälter (2) gemäß einem der Ansprüche 1 bis 3, wobei die Kammer (20) eine Abfallöffnung (24) umfasst, die sich in einer Wand der Kammer (20) auf einer der Eingangsöffnung (22) gegenüberliegenden Seite der Führungsschienenebene (12) befindet.

5.  Einstreubehälter (2) gemäß einem der Ansprüche 1 bis 4, wobei die Führungsschiene (26) in eine Führungsschienenebene (12) hineinreicht, und die Kammer (20) aus zwei Hälften besteht, die durch die Führungsschienenebene (12) getrennt sind und normal zur Drehachse (28) verlaufen und die Kammer (20) eine Abfallöffnung (24) umfasst, die sich vollständig auf einer Seite der Führungsschienenebene (26) befindet.

6.  Einstreubehälter (2) gemäß einem der Ansprüche 1 bis 5, wobei die Kammer (20) auf dem Sockel (100) um die Drehachse (28) gedreht werden kann, sodass das Einstreu, wenn es sich in der Kammer (20) befindet, beim Drehen der Kammer (20) eine relative konische Drehung durchführt.

7.  Einstreubehälter (2) gemäß einem der Ansprüche 1 bis 6, wobei die Kammer (20) Einstreu umfasst und die Drehachse (28) relativ zur vertikalen Ebene (4) einen Winkel bildet, sodass eine Oberfläche des in der Kammer (20) befindlichen Einstreus einen Winkel zwischen 3 und 8 Grad zu einer Oberfläche, auf welcher der Sockel (100) sitzt, und/oder zu einer Ebene senkrecht zur vertikalen Ebene (4) bildet.

8.  Einstreubehälter (2) gemäß einem der Ansprüche 1 bis 7, wobei die Kammer (20) eine Blende (50) umfasst, die sich in der Kammer (20) befindet und an diese befestigt ist; wobei die Blende (50) beweglich an der Kammer (20) befestigt ist, sodass die Kammer (20) sich mindestens teilweise um die Blende (50) herum drehen kann und nach einer Drehung der Kammer (20) eine Innenoberfläche der Kammer (20) abgedeckt ist; die Blende (50) ist vorgespannt, sodass sich die Blende (50) nach einer Drehung der

Kammer (20) zu ihrer Grundstellung (350) zurückbewegt und/oder aufhört, sich mit der Kammer (20) zu drehen, sobald die Blende (50) ihre Grundstellung (350) erreicht; und die Blende (50) verschiebt sich bei einem Teil der Drehung der Kammer (20), sodass sich eine Abdichtung (36) der Kammer (20) bei der Drehung der Kammer (20) ohne Behinderung durch die Blende (50) absenkt.

9.  Einstreubehälter (2) gemäß Anspruch 8, wobei die Blende (50) die Innenoberfläche der Kammer (20) abdeckt, welche in Kontakt mit vorhandenem Abfall und/oder Einstreu ist, da der Abfall aus einer Abfallöffnung (24) herausgeleitet wird, sodass ein im Behälter befindliches Tier nicht in Berührung mit dem Abfall und/oder Einstreuresten kommt, die an der Innenoberfläche der Kammer (20) zurückbleiben können.

10. Einstreubehälter (2) gemäß einem der Ansprüche 8 oder 9, wobei die Blende (50) fest an einer Aufnahme (52) angebracht ist, die sich in einem Halter drehen kann, der unbeweglich in einem Schlitz im Sockel (100) eingebettet ist, wobei die Aufnahme (52) statisch von einem vorher vorgespannten Element gehalten wird, das sich zwischen der Aufnahme (52) und dem Halter befindet, eine Lasche der Kammer (20) mit einer Lasche auf der Aufnahme (52) in Berührung kommt und somit die Blende (50) und die Aufnahme (52) mit der Kammer (20) bewegt und somit das vorgespannte Element weiter spannt.

11. Einstreubehälter (2) gemäß einem der Ansprüche 1 bis 10, wobei der Sockel (100) Folgendes umfasst:

    (a) einen Gewichtssensor (106), der sich im Sockel (100) und unter der Kammer (20) befindet und Folgendes enthält:

        1) ein ausziehbares und einziehbares Element (108), das eine Kraft auf den Sockel (100) ausübt,
        2) einen Kipphebel, und
        3) eine kraftsensitive Überwachungseinrichtung (110), die sich zwischen dem Sockel (100) und dem Kipphebel befindet,

    wobei das ausziehbare und einziehbare Element (108) eine Kraft auf den Kipphebel (224) ausübt und der Kipphebel (224) die Kraft auf die kraftsensitive Überwachungseinrichtung (110) überträgt, sodass die kraftsensitive Überwachungseinrichtung (110) Änderungen am Gewicht des Einstreubehälters (2) erkennt.

12. Einstreubehälter (2) gemäß Anspruch 11, wobei der Gewichtssensor (106) entweder durchgehend und/oder intermittierend das Gewicht in der Kammer

41         **EP 2 676 543 B1**         42

(20) überwacht und das Gewicht in der Kammer (20) mit einer Vielzahl vorheriger Gewichtsmessungen vergleicht, und wenn der Gewichtssensor (106) einen Anstieg des Gewichts im Vergleich zur Vielzahl der vorherigen Gewichtsmessungen misst und der Wert einer nachfolgenden Gewichtsmessung dann sinkt und/oder steigt, erkennt der Sensor (106), dass ein Tier die Kammer (20) betreten und anschließend wieder verlassen hat, und löst eine Reinigung des Einstreubehälters (2) aus.

13. Einstreubehälter (2) gemäß Anspruch 11 oder 12, wobei der Gewichtssensor (106) eine Reset-Taste (305) umfasst, sodass einen Sensoralgorithmus auf eine neue Basislinie zurückgesetzt wird, wenn Einstreu hinzugefügt oder aus der Kammer (20) entnommen wird.

14. Einstreubehälter (2) gemäß einem der Ansprüche 11 bis 13, wobei der Gewichtssensor (106) ein zusammendrückbares Kontaktglied (230) enthält, das sich zwischen dem Kipphebel (224) und der kraftsensitiven Überwachungseinrichtung (110) befindet.

15. Einstreubehälter (2) gemäß einem der Ansprüche 11 bis 14, wobei der Sockel (100) ein oder mehrere vordere Beine (301) und ein oder mehrere hintere Beine (303) umfasst und sich der Gewichtssensor (106) in dem einen oder den mehreren hinteren Beinen (303) oder in dem einen oder den mehreren vorderen Beinen (301) befindet, sodass das eine oder die mehreren vorderen (301) Beine oder das eine oder die mehreren hinteren Beine bei Betreten der Kammer (20) durch ein Tier als Drehpunkt fungieren und die Gewichtsänderung auf das Bein übertragen, das den Gewichtssensor (106) enthält.

**Revendications**

1. Dispositif de litière (2) comprenant :

   (a) une base support (100) et
   (b) une chambre (20) située sur la base support (100), la chambre (20) présentant une ouverture d'entrée (22) de sorte qu'un animal peut entrer et sortir de la chambre (20) ;

   la chambre (20) comprenant un axe de rotation (28) qui forme un angle ($\alpha$) de
   80 degrés ou moins avec un plan vertical (4).

2. Dispositif de litière (2) selon la revendication 1, dans lequel la chambre (20) comprend une piste (26) entourant une paroi extérieure de la chambre (20), pour faire tourner la chambre (20) autour de l'axe de rotation (28) .

3. Dispositif de litière (2) selon la revendication 2, dans lequel la piste (26) définit un plan de piste (12) formant un angle ($\gamma$) d'entre 10 et 40 degrés avec le plan vertical (4).

4. Dispositif de litière (2) selon une des revendications 1 à 3, dans lequel la chambre (20) comprend un orifice d'évacuation (24) et l'orifice d'évacuation (24) se trouve dans une paroi de la chambre (20) sur un côté du plan de piste (12) opposé à l'orifice d'entrée (22) .

5. Dispositif de litière (2) selon une des revendications 1 à 4, dans lequel la piste (26) s'étend sur un plan de piste (12), et la chambre (20) comprend deux moitiés séparées par le plan de piste (12) et perpendiculaires à l'axe de rotation (28), et la chambre (20) comprend un orifice d'évacuation (24) situé complètement sur un côté du plan de piste (26).

6. Dispositif de litière (2) selon une des revendications 1 à 5, dans lequel la chambre (20) est rotative sur la base support (100) autour de l'axe de rotation (28), de sorte qu'en présence de la litière dans la chambre (20), la litière effectue une rotation conique relative lorsque la chambre (20) tourne.

7. Dispositif de litière (2) selon une des revendications 1 à 6, dans lequel la chambre (20) comprend de la litière et l'angle de l'axe de rotation (28) relatif au plan vertical (4) est un angle disposé de sorte qu'une surface supérieure de la litière forme, en étant dans la chambre (20), un angle d'entre 3 et 8 degrés avec une surface sur laquelle repose la base support (100), un plan perpendiculaire au plan vertical (4), ou les deux.

8. Dispositif de litière (2) selon une des revendications 1 à 7 dans lequel la chambre (20) comprend un bouclier (50) situé à l'intérieur et fixé à la chambre (20) ; dans lequel le bouclier (50) est fixé de façon amovible à la chambre (20) de sorte que la chambre (20) tourne au moins partiellement autour du bouclier (50) et qu'une surface intérieure de la chambre (20) est couverte après rotation de la chambre (20) ; le bouclier (50) est polarisé de sorte qu'après rotation de la chambre (20), le bouclier (50) retournera à sa position initiale (350), arrêtera de tourner avec la chambre (20) une fois que le bouclier (50) parviendra à une position initiale (350), ou les deux ; et le bouclier (50) se déplace pendant une partie de la rotation de la chambre (20), de sorte qu'une chemise (36) de la chambre (20) chute pendant la rotation de la chambre (20) sans interférence de la part du bouclier (50).

9. Dispositif de litière (2) selon la revendication 8, dans lequel le bouclier (50) recouvre la surface intérieure de la chambre (20) qui entre en contact avec les

déchets et/ou la litière, lorsqu'il y a présence de déchets et/ou de litière, pendant que les déchets sortent par un orifice d'évacuation (24) de sorte qu'un animal, lorsqu'il s'y trouve, n'entre pas en contact avec les déchets et/ou les résidus de litière qui pourraient subsister sur la surface intérieure de la chambre (20).

**10.** Dispositif de litière (2) selon la revendication 8 ou 9, dans lequel le bouclier (50) est fermement attaché à un élément de retenue (52) pouvant tourner à l'intérieur d'un support logé de façon inamovible dans une fente de la base support (100), avec l'élément de retenue (52) maintenu dans une position statique par un élément de polarisation préchargé situé entre l'élément de retenue (52) et le support, jusqu'à ce qu'une languette sur la chambre (20) entre en contact avec une languette sur l'élément de retenue (52), déplaçant ainsi le bouclier (50) et l'élément de retenue (52) avec la chambre (20) et chargeant davantage l'élément de polarisation.

**11.** Dispositif de litière (2) selon une des revendications 1 à 10 dans lequel la base support (100) comprend :

(a) un capteur de poids (106), situé dans la base support (100) et au-dessous de la chambre (20), possédant :

1) un élément extensible et rétractable (108) qui génère une force sur la base support (100),
2) un culbuteur, et
3) un dispositif de surveillance sensible à la force (110) placé entre la base support (100) et le culbuteur,

dans lequel l'élément extensible et rétractable (108) génère une force sur le culbuteur (224) et le culbuteur (224) transpose la force au dispositif de surveillance sensible à la force (110), de sorte que le dispositif de surveillance sensible à la force (110) détecte les changements de poids du dispositif de litière (2).

**12.** Dispositif de litière (2) selon la revendication 11, dans lequel le capteur de poids (106) surveille de façon continue, intermittente ou des deux façons, le poids dans la chambre (20) et compare le poids dans la chambre (20) à une multitude de mesures de poids antérieures et lorsque le capteur de poids (106) relève une augmentation de poids relative à la multitude de mesures de poids antérieures, et qu'une mesure de poids ultérieure chute et/ou augmente, le capteur (106) détecte qu'un animal a pénétré et ensuite quitté la chambre (20) et un cycle de nettoyage du dispositif de litière (2) se déclenche.

**13.** Dispositif de litière (2) selon la revendication 11 ou 12, dans lequel le capteur de poids (106) comprend bouton de réinitialisation (305) de sorte qu'un algorithme de capteur est ramené à une nouvelle base de référence lorsque la litière est ajoutée à ou retirée de la chambre (20).

**14.** Dispositif de litière (2) selon une des revendications 11 à 13, dans lequel le capteur de poids (106) comprend un élément de contact compressible (230) situé entre le culbuteur (224) et le dispositif de surveillance sensible à la force (110).

**15.** Dispositif de litière (2) selon une des revendications 11 à 14 dans lequel la base support (100) comprend une ou plusieurs pattes avant (301) et une ou plusieurs pattes arrière (303) avec le capteur de poids (106) situé dans l'une ou plusieurs pattes arrière (303) ou dans l'une ou plusieurs pattes avant (301) de sorte qu'à l'entrée d'un animal dans la chambre (20), l'une ou plusieurs pattes avant (301) ou l'une ou plusieurs pattes arrière agissent comme pivot et font basculer le changement de poids vers la patte comprenant le capteur de poids (106).

**EP 2 676 543 B1**



Figure 1

EP 2 676 543 B1



Figure 2

EP 2 676 543 B1



Figure 3A

Figure 3B

EP 2 676 543 B1



Figure 4

Figure 5

Figs. 14, 15



Figure 6



Figure 7



Figure 8



Figure 9

EP 2 676 543 B1



Figure 10



Figure 11

EP 2 676 543 B1



Figure 12A

Figure 12B



Figure 13A

Figure 13B



Figure 13C

Figure 13D

EP 2 676 543 B1



Figure 14



Figure 15

EP 2 676 543 B1

**REFERENCES CITED IN THE DESCRIPTION**

*This list of references cited by the applicant is for the reader's convenience only. It does not form part of the European patent document. Even though great care has been taken in compiling the references, errors or omissions cannot be excluded and the EPO disclaims all liability in this regard.*

**Patent documents cited in the description**

- US 4096827 A **[0003]**
- US 4886014 A **[0003]**
- US 5107797 A **[0003]**
- US 5662066 A **[0003] [0042]**
- US 6055935 A **[0003]**
- US 6082302 A **[0003]**
- US 6126015 A **[0003]**
- US 6463881 B **[0003] [0037]**
- US 6851386 B **[0003]**
- US 7198006 B **[0003]**
- US 7762231 B **[0003]**
- US 7647889 B **[0003]**

Case 3:22-cv-04261-VC Document 1-5 Filed 07/23/22 Page 70 of 99



US 20190364840A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2019/0364840 A1
Baxter et al. (43) Pub. Date: Dec. 5, 2019

(54) **SYSTEM FOR MONITORING AND CONTROLLING AN AUTOMATED LITTER DEVICE**

(71) Applicant: **Automated Pet Care Products, Inc.,** Auburn Hills, MI (US)

(72) Inventors: **Brad Baxter**, Bloomfield Hills, MI (US); **Jacob Zuppke**, Royal Oak, MI (US)

(21) Appl. No.: **16/428,433**

(22) Filed: **May 31, 2019**

**Related U.S. Application Data**

(60) Provisional application No. 62/678,727, filed on May 31, 2018, provisional application No. 62/837,965, filed on Apr. 24, 2019.

**Publication Classification**

(51) **Int. Cl.**
*A01K 1/01* (2006.01)

(52) **U.S. Cl.**
CPC ............ *A01K 1/0114* (2013.01); *A01K 1/011* (2013.01)

(57) **ABSTRACT**

An automated litter device having: a) a chamber configured to hold litter to allow an animal to enter and excrete waste; b) a waste drawer in communication with the chamber and configured to receive the waste; c) one or more sensors configured to detect one or more conditions of the device and transmit one or more signals related to the one or more conditions; d) a controller in communication with the one or more sensors which is adapted to receive the one or more signals, wherein the controller is configured to determine one or more positions of the chamber based on the one or more signals received from the one or more sensors and interpret the one or more signals as one or more status signals; e) a communication module in communication with the controller and adapted to communicate with a user interface via a network to transmit the one or more status signals to the user interface, receive one or more instruction signals via the user interface, or both; wherein the user interface is adapted to transmit the one or more instruction signals to the controller to change at least one of the one or more conditions of the device.



Case 3:22-cv-04261-VC   Document 1-5   Filed 07/22/22   Page 71 of 99



*FIG.-1*

Case 3:22-cv-04261-VC   Document 1-5   Filed 07/22/22   Page 72 of 99



*FIG. 2*

*FIG. 3*



FIG. 4



*FIG. 5*



*FIG. 6*

Case 3:22-cv-04261-VC   Document 1-5   Filed 07/22/22   Page 76 of 99



*FIG. 7*

*FIG. 8*



*FIG. 9*

*FIG. 10*

Case 3:22-cv-04261-VC   Document 1-5   Filed 07/22/22   Page 78 of 99



*FIG. 11*

US 2019/0364840 A1

Dec. 5, 2019

1

## SYSTEM FOR MONITORING AND CONTROLLING AN AUTOMATED LITTER DEVICE

### FIELD

[0001]   The present teachings generally relate to an automated system for a litter device. The present teachings may be particularly useful in remotely monitoring and receiving signals from an automated litter device, and even remotely controlling one or more operations of an automated litter device.

### BACKGROUND

[0002]   Automated litter devices may provide a means for pet owners (e.g., user) to effectively manage waste eliminated by one or more of their pets. These automated litter devices may be advantageous in automatically removing waste contents from litter; automatically collecting waste for subsequent disposal; storing waste contents separate from a litter chamber such that they are not exposed to the ambient environment, thereby preventing and/or reducing smell from the waste. Examples of some automated litter boxes which may be particularly beneficial may be found in U.S. Pat. Nos. 6,463,881; 8,757,094; and 9,433,185 and U.S. Provisional Application No. 62/837,965 which are incorporated by reference herein in their entirety for all purposes.

[0003]   Generally, automated litter devices are standalone devices. They have one or more controllers onboard which determine one or more operations, conditions, faults, or any combination thereof directly on the device. For a user to determine a status of these operations, conditions, or faults, the user typically has to be within proximity of the litter device, or may even have to read a control panel located directly on the litter device. Thus, if one or more faults occur while a user is physically away from the automated litter device, the user may be unaware of the fault until once again in proximity. As a user is relying on the automated litter device to automatically dispose of waste contents, a user may not physically check the automated litter device more than one time per day, week, or however long until a waste drawer or other waste repository may typically take to fill. The user may even rely on the automated litter device to dispose of waste contents for extended periods of time, such as when the user is away on personal or work-related travel. As a user may be unaware one or more faults may have occurred in the litter device, the automated litter device may not properly dispose of contents for an extended period of time. Thus, problems the automated litter device is seeking to avoid are recreated, such as buildup of waste within an exposed litter chamber, smell from the waste transferring to ambient surroundings, or even hindering an animal from using the device.

[0004]   As an automated litter device is generally a standalone device, a user typically needs to interface with a control panel located directly on the device to execute any operations of the device. A user may want to temporarily pause operations of the device to avoid noise, allow for comfortable training of an animal to use the device, or both. A user may want to change one or more settings of a device for comfort of the animal, such as lighting within the device, a predetermined mass which recognizes a presence of an animal, or both. A user may even want to limit functionality of a control panel, so as to avoid other individuals, such as

children, or animals from accidentally touching a control panel and changing one or more settings, initiating one or more cleaning cycles, turning the device off, or any combination thereof.

[0005]   Many litter box designs require manual cleaning by a user, which typically correlates to availability of time a user as opposed to waste elimination habits of the animal. Automatic litter devices may be programmed to perform a clean cycle when a waste level reaches a certain volume within a chamber for the animal, after use of the device by the animal, or both. Waste patterns of an animal may be indicative of one or more health concerns or ailments. An animal may eliminate waste more or less frequently than average, indicating the health of the animal may be deteriorating or even improving. Notwithstanding the above, there is still a need for an automatic litter device which is able to gather animal waste elimination behavior to determine the average waste eliminate habits of the animal and identify the potential presence of a health concern or improvement.

[0006]   It would be attractive to monitor one or more conditions, operations, or both of a litter device from one or more computing devices remote from the litter device. It would be attractive to automatically receive one or more notifications of one or more conditions, faults, operations, or any combination thereof of an automated litter device via one or more computing devices remote from the litter device. It would be attractive to control one or more operations of an automated litter device for comfort of a user, animal, or both. It would be attractive to have a litter device which is able to be integrated into a network to allow for communication over the network. It would be attractive to use one or more operations of a litter device to determine the waste elimination behavior of an animal, and even identify the presence or absence of an ailment.

### SUMMARY

[0007]   The present disclosure relates to an automated litter device comprising: a) a chamber configured to hold litter to allow an animal to enter and excrete waste; b) a waste drawer in communication with the chamber and configured to receive the waste; c) one or more sensors configured to detect one or more conditions of the device and transmit one or more signals related to the one or more conditions; d) a controller in communication with the one or more sensors which is adapted to receive the one or more signals, wherein the controller is configured to determine one or more positions of the chamber based on the one or more signals received from the one or more sensors and interpret the one or more signals as one or more status signals; e) a communication module in communication with the controller and adapted to communicate with a user interface via a network to transmit the one or more status signals to the user interface, receive one or more instruction signals via the user interface, or both; and wherein the user interface is adapted to transmit the one or more instruction signals to the controller to change at least one of the one or more conditions of the device.

[0008]   The present disclosure relates to a method of operating an automated litter device via a remote user interface comprising the steps of: a) receiving an input from a user via a user interface, wherein the user interface is located remotely from the device and wherein the input includes one or more instructions which instruct the device

to perform one or more operations; b) sending the one or more instructions to a communication module, wherein the communication module is in communication with the user interface and a controller, and wherein both the communication module and the controller are part of the device; c) sending one or more instruction signals associated with the one or more instructions from the communication module to the controller; d) automatically initiating one or more operations of the device by the controller based on the one or more instruction signals; and wherein the device includes a chamber configured to hold litter to allow an animal to enter and excrete waste, and a waste drawer in communication with the chamber and configured to receive the waste.

[0009]   The present disclosure further relates to a method of monitoring and receiving signals from an automated litter device via a communication module comprising the steps of: a) detecting one or more conditions of the device and transmitting one or more signals related to the one or more conditions; b) automatically determining one or more conditions and/or positions of the device based on the one or more signals to form one or more status signals; c) transmitting the one or more status signals to the communication module of the device; d) wirelessly transmitting the one or more status signals from the communication module via a network to a user interface, wherein the user interface is located remotely from the device; and wherein the device includes a chamber configured to hold litter to allow an animal to enter and excrete waste, and a waste drawer in communication with the chamber and configured to receive the waste.

[0010]   One or more litter devices may include one or more controllers and communication modules, thus allowing one or more signals related to one or more conditions, operations, and/or faults to be communicated to one or more remotely located computing devices. One or more litter devices may be integrated into a network to transmit one or more notifications of conditions, operations, and/or faults to another computing device on the network. The one or more litter devices may be able to receive one or more instructions from one or more remotely located computing devices, thus allowing for one or more users to control one or more operations remote from the litter device. The one or more litter devices may send one or more signals related to one or more cleaning cycles to a system for analysis. A system integrated with a litter device may be able to identify and/or alert a user of the presence of one or more animal waste behaviors anomalous to the average waste elimination behavior of the animal.

## COPYRIGHT NOTICE

[0011]   A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the US Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## BRIEF DESCRIPTION OF DRAWINGS

[0012]   FIG. 1 illustrates a schematic of a system (e.g., network and devices) for operating an automated litter device, according to the teachings herein.

[0013]   FIG. 2 illustrates a front view of an automated litter device, according to the teachings herein.

[0014]   FIG. 3 illustrates a cross-section of an automated litter device along section A-A of FIG. 2, according to the teachings herein.

[0015]   FIG. 4 illustrates a process of executing one or more waste drawer algorithms of a litter device to calculate a clean cycle count, according to the teachings herein.

[0016]   FIG. 5 illustrates a process of executing one or more waste drawer status algorithms to determine a waste drawer status, according to the teachings herein.

[0017]   FIG. 6 illustrates a process of updating a moving average of a completed or default count according to the teachings herein.

[0018]   FIG. 7 illustrates a user interface showing a waste drawer status according to the teachings herein.

[0019]   FIG. 8 illustrates a user interface showing a waste drawer status according to the teachings herein.

[0020]   FIG. 9 illustrates a user interface showing an input screen for one or more instructions by a user according to the teachings herein.

[0021]   FIG. 10 illustrates a user interface showing a view for sleep mode instruction by a user according to the teachings herein.

[0022]   FIG. 11 illustrates a user interface showing a plurality of conditions according to the teachings herein.

## DETAILED DESCRIPTION

[0023]   The explanations and illustrations presented herein are intended to acquaint others skilled in the art with the present teachings, its principles, and its practical application. The specific embodiments of the present teachings as set forth are not intended as being exhaustive or limiting of the present teachings. The scope of the present teachings should be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. The disclosures of all articles and references, including patent applications and publications, are incorporated by reference for all purposes. Other combinations are also possible as will be gleaned from the following claims, which are also hereby incorporated by reference into this written description.

[0024]   The present teachings relate to an automated litter device. The litter device may be any device which includes litter for use by an animal. An animal may include any domesticated animal such as a cat, rabbit, pig, dog, or a combination thereof. The present teachings may be particularly useful for use with an automated litter device having both a chamber and a waste drawer. The chamber portion may be a portion of the device configured to hold litter, where an animal may enter and excrete waste, or both. The chamber may rotate through one or more cleaning cycles to allow for funneling and disposal of waste. Waste from the chamber may be disposed into a waste drawer, such as a waste drawer located in a support base of the device. A chamber portion, cleaning cycle of the chamber portion, support base, waste drawer, and other components of the litter device may be configured such as those disclosed in U.S. Pat. Nos. 8,757,094; and 9,433,185; and U.S. Provisional Application No. 62/837,965 which are incorporated by reference herein in their entirety for all purposes.

[0025]   The automated litter device may include one or more sensors. The one or more sensors may function to detect one or more conditions of the device, receive one or

more status signals, transmit one or more status signals, or a combination thereof. The one or more status signals may be related to one or more conditions of one or more components of the litter device. The one or more sensors may be located in any one or more portions of the litter device which may allow for a sensor to detect the presence and/or absence of one or more conditions of the one or more components. Based on the one or more conditions sensed, one or more sensors may transit one or more signals to one or more controllers, processors, communication modules, computing devices, or any combination thereof. One or more signals from one or more sensors may be converted into one or more status signals by one or more controllers, processors, communication modules, computing devices, or any combination thereof. One or more sensors may be adapted to detect one or more conditions related to: a mass, change in mass, or both of the litter device; a presence of waste, a level of waste, or both; the presence of light, light above, at, and/or below a lumen level, or a combination thereof; a connection between two or more components of the device (e.g., support base and bonnet); the presence of one or more pinch conditions; one or more positions of a chamber; an operating condition of a motor; or any combination thereof. The one or more sensors may include one or more waste drawer sensors (e.g., indicator), mass or presence sensors, light sensors, interlock sensors, pinch detectors, position sensors, motor sensors (e.g., one or more laser sensors, distance sensors,) or any combination thereof.

[0026]   The litter device may include one or more waste drawer sensors. The one or more waste drawer sensors may function to detect a predetermined level of contents, a real-time level of contents, or both within a waste drawer. The one or more waste drawer sensors may be located anywhere within the litter device such that the one or more waste drawer sensors may sense a level of contents within a waste drawer. The one or more waste drawer sensors may be located in a support base, waste drawer, chamber, bezel, in proximity to an entry opening, or a combination thereof. The one or more waste drawer sensors may be any type of sensor suitable for detecting, monitoring, and/or a level of contents within a waste drawer. One or more waste drawer sensors may include one or more mass sensors, capacitive sensors, infrared sensors, laser sensors, ultrasonic sensors, membrane sensors, radio frequency (RF) admittance sensors, conductive sensors, optical interface sensors, microwave sensors, the like, or combination thereof. Suitable waste drawer sensors and configurations may be that of one or more indicators as described in U.S. Pat. No. 9,422,185, lasers as described in U.S. Provisional Application No. 62/837,965, or a combination of both. Exemplary combinations of one or more waste drawer sensors may include two or more infrared sensors opposing one another, one or more laser beams, a laser beam sensor and infrared sensor combination, or any combination thereof. One waste drawer sensor may include a light beam transmitter and one waste drawer sensor may include a light beam detector. The light beam transmitter may relay a light beam to the light beam detector such that the light beam is detected. A waste drawer may be indicated as at least partially full once the waste within the drawer interferes with the light beam, such that the light beam is no longer detected by the light beam detector. Another example of a waste drawer sensor may include one or more laser sensors affixed near an entry opening of the chamber or an interior upper surface of the chamber opposite a waste

drawer. The one or more laser sensors may include one or more cone sensors. The one or more laser sensors may be arranged to have a line of sight into a waste drawer. The one or more laser sensors may have line of sight when a waste opening of a chamber is aligned with a waste drawer, such as during a cleaning cycle. The one or more waste drawer sensors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more waste drawer sensors may be directly and/or indirectly connected to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more waste drawer sensors may relay one or more signals related to a level of contents within a waste drawer to one or more controllers. The one or more waste drawer sensors may relay a presence of waste above a predetermined level, a real-time level of contents, or both to one or more controllers, computing devices, processors, communication modules, or any combination thereof. A signal from one or more waste drawer sensors to one or more controllers, computing devices, processors, communication modules, or any combination thereof related to the level of contents may be a waste level signal.

[0027]   The litter device may include one or more mass sensors (e.g., presence sensors). The one or more mass sensors may function to monitor a mass of the litter device, such as a mass within the chamber; a presence of an animal within the litter device; or both. A mass sensor may continuously, intermittently, or both monitor a mass of or presence of an animal within the litter device. The mass sensor may be located at any location in the device so that any change in mass of the litter device, presence of an animal within the device, or both may be detected. The mass sensor may be located at a location in the device so that rotation of the chamber may be prevented if additional mass over a predetermined mass is located within the chamber, if an animal is detected within the chamber, or both. The predetermined mass may be a mass over a mass of litter within a unit, a mass set by a user, below a mass of an animal, or any combination thereof. The mass sensor may include one or more resistors, force sensors, switches, controllers, microprocessors, laser sensors, or a combination thereof. A suitable mass sensor and configuration within a litter device may be as described in U.S. Pat. No. 9,422,185. Another suitable laser sensor configuration for detecting presence of an animal may be the one or more laser sensors as described in U.S. Provisional Application No. 62/837,965. The one or more mass sensors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more mass sensors may be directly and/or indirectly connected to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more mass sensors may relay one or more signals related a monitored mass to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more mass sensors may relay a presence of mass above a predetermined mass, a real-time mass, or both to one or more controllers, computing devices, processors, communication modules, or any combination thereof. A signal from one or more mass sensors relayed to one or more controllers, computing devices, processors, communication modules, or

4

any combination thereof related to the mass within the litter device may be referred to as a mass signal.

[0028] The litter device may include one or more light sensors. The one or more light sensors may function to detect a light level within the litter device, about the outside surface of the litter device (e.g., ambient light), or both. The one or more light sensors may be any sensor suitable for detecting light within the litter device, outside of the litter device, or both. The one or more light sensors may be any sensor suitable for detecting a light reading below a predetermined lumen level. The one or more light sensors may be in direct or indirect connection with one or more lights. Reading of a light level below a predetermined lumen level may cause one or more lights within the litter device to turn on. The one or more light sensors may cooperate with one or more other sensors, such as a mass sensor. One or more lights within the litter device may turn on if a light level below a predetermined lumen level is detected by one or more or more light sensors and a mass above a predetermined mass level is detected by one or more mass sensors. Exemplary suitable light sensors and configurations within a litter device may be as described in U.S. Pat. No. 9,422,185. The one or more light sensors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more light sensors may be directly and/or indirectly connected to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more light sensors may relay one or more signals related to a monitored light level to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more light sensors may relay the presence of light at, below, or above a predetermined lumen level to one or more controllers, computing devices, processors, communication modules, or any combination thereof. A signal from one or more light sensors relayed to one or more controllers, computing devices, processors, communication modules, or any combination thereof related to a light level within or outside of the litter device may be referred to as a light signal.

[0029] The litter device may include one or more interlock sensors. The one or more interlock sensors may detect a connection, broken connection, or both between a bonnet and a support base. The one or more interlock sensors may detect if one or both sides, retaining clips, or both are partially removed, completely removed, or both. The one or more interlock sensors may sense power being supplied or not supplied to a bonnet through one or more connection points to the support base. The one or more interlock sensors may include one or more low current electrical sensors. One or more exemplary interlock sensors and configurations within a litter device may be as described in U.S. Pat. No. 9,422,185. The one or more interlock sensors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more interlock sensors may be directly and/or indirectly connected to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more interlock sensors may relay one or more signals related to a power being supplied or not supplied to the bonnet to one or more controllers, computing devices, processors, communication modules, or any combination thereof. A signal from one or

more interlock sensors relayed to one or more controllers, computing devices, processors, communication modules, or any combination thereof may be referred to as an interlock signal. Upon receiving and/or upon the absence of an interlock signal to one or more controllers, computing devices, processors, communication modules, or any combination thereof, the one or more controllers, computing devices, processors, communication modules, or any combination thereof may prevent and/or allow rotation of the chamber.

[0030] The litter device may include one or more pinch detectors. The one or more pinch detectors may detect the presence of one or more pinch conditions. The one or more pinch detectors may be located anywhere within the litter device suitable for detecting one or more pinch conditions. The one or more pinch detectors may be located proximate to any pinch points within the litter device. One or more pinch detectors may be located within a litter device so that a pinch detector is contacted before an edge of the chamber, the waste opening, the support base, the bonnet, the waste drawer, any other components of the litter device, or a combination thereof. One or more exemplary pinch detectors and configurations within a litter device may be as described in U.S. Pat. No. 9,422,185. The one or more pinch detectors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more pinch detectors may be directly and/or indirectly connected to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more pinch detectors may relay one or more signals related to the presence and/or absence of a pinch condition. A signal from one or more pinch detectors to one or more controllers may be referred to as a pinch signal. Upon receiving a pinch signal at one or more controllers, computing devices, processors, communication modules, or any combination thereof, the one or more controllers may prevent rotation of a controllers, computing devices, processors, communication modules, or any combination thereof. During the absence of a pinch signal at one or more controllers, the one or more controllers, computing devices, processors, communication modules, or any combination thereof may allow for rotation of a chamber.

[0031] The litter device may include one or more position sensors. The one or more position sensors may monitor a position of a chamber. The one or more position sensors may be any sensor that may detect a position of a chamber relative to a support base, a waste drawer, a bonnet, or any combination thereof. The one or more sensors may include one or more Hall Effect sensors. One or more exemplary position sensors and configurations within a litter device may be as described in U.S. Pat. No. 9,422,185. The one or more position sensors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more position sensors may be directly and/or indirectly connected to one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more position sensors may relay one or more signals related to a position of a chamber to one or more controllers, computing devices, processors, communication modules, or any combination thereof. A signal from one or more position sensors to one or more controllers,

computing devices, processors, communication modules, or any combination thereof may be referred to as a position signal.

[0032] The litter device may include one or more motor sensors. The one or more motor sensors may monitor functionality of the one or more motors located within the litter device. The one or more motor sensors may be any sensor which may detect a position, torque, temperature, speed, the like, or any combination thereof of one or more motors within the litter device. The one or more sensors may include one or more position sensors, laser sensors, torque sensors, temperature sensors, speed sensors, the like, or any combination thereof. The one or more motor sensors may be in communication with one or more controllers, computing devices, processors, communication modules, or any combination thereof. The one or more motor sensors may relay one or more signals related to one or more conditions of a motor to one or more controllers, computing devices, processors, communication modules, or any combination thereof. A signal from one or more motor sensors to one or more controllers, computing devices, processors, communication modules, or any combination thereof may be referred to as a motor signal.

[0033] The automated litter device may include one or more controllers. The one or more controllers may function to receive one or more signals, transmit one or more signals, control operations of one or more components of the litter device, or a combination thereof. The one or more controllers may be in communication with one or more sensors. The one or more controllers may be adapted to receive one or more signals from the one or more sensors. The one or more controllers may be in communication with one or more sensors. The one or more controllers may be in electrical communication with one or more sensors. The one or more controllers may interpret one or more signals from one or more sensors as one or more status signals. The one or more controllers may automatically receive, interpret, and/or transmit one or more signals. The one or more controllers may automatically control one or more operations of one or more components upon receive of one or more signals or instructions. The one or more controllers may reside within or be in communication with the litter device. The one or more controllers may be located within or affixed to a support base, chamber, or both. The one or more controllers may include one or more controllers, microcontrollers, microprocessors, processors, storage mediums, or a combination thereof. One or more suitable controllers may include one or more controllers, microprocessors, or both as described in U.S. Pat. Nos. 8,757,094; and 9,433,185. The one or more controllers may be in communication with and/or include one or more communication modules. The one or more controllers may include one or more processors.

[0034] The automated litter device may include one or more communication modules. The one or more communication modules may allow for the litter device to receive and/or transmit one or more signals from one or more computing devices, be integrated into a network, or both. The one or more communication modules may have any configuration which may allow for one or more data signals from one or more controllers to be relayed to one or more other controllers, communication modules, communication hubs, networks, computing devices, processors, the like, or any combination thereof located external of the litter device. The one or more communication modules may include one

or more wired communication modules, wireless communication modules, or both. A wired communication module may be any module capable of transmitting and/or receiving one or more data signals via a wired connection. One or more wired communication modules may communicate via one or more networks via a direct, wired connection. A wired connection may include a local area network wired connection by an ethernet port. A wired communication module may include a PC Card, PCMCIA card, PCI card, the like, or any combination thereof. A wireless communication module may include any module capable of transmitting and/or receiving one or more data signals via a wireless connection. One or more wireless communication modules may communicate via one or more networks via a wireless connection. One or more wireless communication modules may include a Wi-Fi transmitter, a Bluetooth transmitter, an infrared transmitter, a radio frequency transmitter, an IEEE 802.15.4 compliant transmitter, the like, or any combination thereof. A Wi-Fi transmitter may be any transmitter complaint with IEEE 802.11. A communication module may be single band, multi-band (e.g., dual band), or both. A communication module may operate at 2.4 Ghz, 5 Ghz, the like, or a combination thereof. A communication module may communicate with one or more other communication modules, computing devices, processors, or any combination thereof directly; via one or more communication hubs, networks, or both; via one or more interaction interfaces; any combination thereof.

[0035] The automated litter device may be in communication with a communication hub. A communication hub may function to receive one or more signals, transfer one or more signals, or both from one or more other computing devices. The communication hub may be any type of communication hub capable of sending and transmitting data signals over a network to one or a plurality of computing devices. The communication hub may include a wired router, a wireless router, an antenna, a satellite, or any combination thereof. For example, an antenna may include a cellular tower. The communication hub may be connected to the litter device, one or more computing devices, or both a via wired connection, wireless connection, or a combination of both. For example, the communication hub may be in wireless connection with the litter device via the communication module. The communication hub may allow for communication of a computing device with the litter device when the computing device is directly connected to the communication hub, indirectly connected to the communication hub, or both. A direct connection to the communication hub may mean that the computing device is directly connected to the communication hub via a wired and/or wireless connection and communicates with the litter device through the communication hub. An indirect connection to the communication hub may mean that a computing device first communicates with one or more other computing devices via a network before transmitting and/or receive one or more signals to and/or from the communication hub and then to the litter device.

[0036] The automated litter device may be integrated into one or more networks. The automated litter device may be in removable communication with one or more networks. The one or more networks may be formed by placing the litter device in communication with one or more other computing devices. One or more networks may include one or more communication hubs, communication modules,

6

computing devices, or a combination thereof as part of the network. One or more networks may be free of one or more communication hubs. One or more computing devices of the system may be directly connected to one another without the use of a communication hub. For example, a communication module of the litter device may be placed in direct communication with a communication module of a mobile communication device (e.g., mobile phone) without having a communication hub therebetween. One or more networks may be connected to one or more other networks. One or more networks may include one or more local area networks (LAN), wide area networks (WAN), intranet, Internet, Internet of Things (IoT), the like, or any combination thereof. The network may allow for the automated litter device to be in communication with one or more user interfaces remote from the device via the Internet, such as through one or more managed cloud services. An exemplary managed cloud service may include AWS IoT Core by Amazon Web Services®. The network may be temporarily, semi-permanently, or permanently connected to one or more computing devices, litter device, or both. A network may allow for one or more computing devices to be temporarily and/or permanently connected to the litter device to transmit one or more data signals to the litter device, receive one or more data signals from the device, or both. The network may allow for one or more signals from one or more controllers to be relayed through the system to one or more other computing devices, processors, storage mediums, the like, or any combination thereof. The network may allow for one or more computing devices to receive one or more data entries from and/or transmit one or more data entries to one or more storage mediums. The network may allow for transmission of one or more signals, status signals, data entries, instruction signals, or any combination thereof for processing by one or more processors.

[0037] Devices on the network may communicate via one or more protocols. The one or more protocols may allow for two or more devices part of the network or system to communicate with one another either while in direct or indirect communication, wireless or wired communication, via one or more communication hubs, or any combination thereof. The one or more protocols may be any protocol suitable for use in telecommunications. The one or more protocols may be suitable for wired, wireless, or both communication styles between devices within the network or system. The one or more protocols may allow the devices of the system to be connected to and communication with one another through the Internet. The network and protocols may allow for the devices to be an "Internet of Things" (IoT). The one or more protocols may be those compatible with cloud computing services. Exemplary cloud computing services may include Amazon Web Services®, Microsoft Azure®, Google Cloud®, IBM®, Oracle Cloud®, the like, or any combination thereof. One or more cloud computing services may be managed by one or more managed cloud services. Exemplary protocols may include simple object access protocol (SOAP), hypertext transfer protocol (HTTP), user datagram protocol (UDP), message queuing telemetry transport (MQTT), Bluetooth low energy (BLE) protocol, IEEE 802 family of standards, the like, or any combination thereof. For example, the automated litter device may connect wirelessly to a computing device using one or more protocols. Exemplary protocols may include UDP, BLE, and the like which allow for direct communi-cation between devices. UDP and BLE may even be useful for allowing direct communication with devices without using the Internet as part of the network. As another example, an automated litter device may connect with a dispatch interface, interaction interface, or both via one or more protocols using the Internet. Exemplary protocols for communication from the litter device to a dispatch interface, interaction interface, or both may include UDP, MQTT, REST, and the like. As another example, a dispatch interface, interaction interface, or both may communicate with an authentication portal using one or more protocols either directly or indirectly through the Internet. Exemplary protocols for communication between a dispatch interface or interaction interface and an authentical portal may include REST, SOAP, MQTT, the like, or any combination thereof. Suitable protocols useful as IoT protocols may be those provided by "IoT Standards and Protocols" by Postscapes™ available at https://www.postscapes.com/internet-of-things-protocols/, incorporated herein in its entirety for all purposes.

[0038] The automated litter device may be integrated into a system. The system may allow for monitoring signals from, receiving signals from, and/or sending signals to an automated litter device. The system may allow for sending one or more instruction signals to a litter device. The system may allow for transmitting one or more signals, status signals, or both from the device. The system may allow for storing one or more data entries related to one or more signals. The system may allow for one or more algorithms to be executed remote from the litter device. The system may allow for controlling of one or more operations of an automated litter device while remote from the device. The system may include one or more communication hubs, computing devices, processors, storage mediums, databases, the like, or any combination thereof.

[0039] The automated litter device may include and/or be in communication with one or more computing devices. The one or more computing devices may function to receive and/or transmit one or more signals, convert one or more signals to data entries, to send one or more data entries to a storage medium, to store one or more data entries, to retrieve one or more data entries from a storage medium, to compute one or more algorithms, apply one or more rules, or any combination thereof. One or more computing devices may include or be in communication with one or more other computing devices, processors, storage mediums, databases, interaction devices, the litter device, or any combination thereof. One or more computing devices may communicate with one or more computing devices, processors, storage mediums, databases, or any combination thereof through an interaction interface, dispatch interface, or both. Communication between computing devices may be controlled or managed via a managed cloud service. The one or more computing devices may include one or more non-transient storage mediums. A non-transient storage medium may include one or more physical servers, virtual servers, or a combination of both. One or more servers may include one or more local servers, remote servers, or both. One or more computing devices may include one or more processors of a litter device, personal computers (e.g., laptop, desktop, etc.), mobile computing devices (e.g., tablet, mobile phone, etc.), or a combination thereof. One or more computing devices may use one or more processors.

[0040] One or more computing devices may include one or more processors. The one or more processors may function to analyze one or more signals from the litter device, one or more storage mediums, databases, communication modules, or any combination thereof. The one or more processors may be located within or in communication with one or more computing devices, servers, storage mediums, or any combination thereof. One or more processors may be in communication with one or more other processors. The one or more processors may function to process data, execute one or more algorithms to analyze data, apply one or more rules, evaluate data against one or more rules, or any combination thereof. The one or more processors may automatically process data, execute one or more algorithms, apply one or more rules, evaluate data, or a combination thereof; may wait for an instruction or signal such as from a user; or any combination thereof. Processing data may include receiving, transforming, outputting, executing, the like, or any combination thereof. One or more processors may be part of one or more hardware, software, systems, or any combination thereof. One or more hardware processors may include one or more central processing units, multi-core processors, front-end processors, the like, or any combination thereof. One or more software processors may include one or more word processors, document processors, the like, or any combination thereof. One or more system processors may include one or more information processors, the like, or a combination thereof. One or more processors suitable for use within the litter device as part of the one or more controller may include a microcontroller, such as Part No. PIC18F45K22 and/or Part No. PIC18F46J50 produced by Microchip Technology Inc., incorporated herein by reference in their entirety for all purposes. The one or more processors may be located within a same or different non-transient storage medium as one or more storage mediums, other processors, communication modules, communication hubs, or any combination thereof. The one or more processors may include one or more cloud-based processors. A cloud-based processor may be part of or in communication with a dispatch interface, an interaction interface, an authentication portal, or a combination thereof. A cloud-based processor may be located remote from a litter device, a computing device, one or more other processors, one or more databases, or any combination thereof. Cloud-based may mean that the one or more processors may reside in a non-transient storage medium located remote from the litter device, computing device, processor, databases, or any combination thereof. One or more cloud-based processors may be accessible via one or more networks. A suitable cloud-based processor may be Amazon Elastic Compute Cloud™ (EC2™) may be provided by Amazon Web Services®, incorporated herein by reference in its entirety for all purposes. Another suitable platform for a cloud-based processor may include Lambda™ provided by Amazon Web Services®, incorporated herein in its entirety by reference for all purposes. The one or more processors may convert data signals to data entries to be saved within one or more storage mediums. The one or more processors may access one or more algorithms to analyze one or more data entries and/or data signals. The one or more processors may access one or more algorithms saved within one or more memory storage mediums. The one or more algorithms being accessed by one or more processors may be located in a same or different storage medium or server as the processor(s).

[0041] One or more computing devices may include one or more memory storage mediums. The one or more memory storage mediums may include one or more hard drives (e.g., hard drive memory), chips (e.g., Random Access Memory "RAM)"), discs, flash drives, memory cards, the like, or any combination thereof. The one or more storage mediums may include one or more cloud-based storage mediums. A cloud-based storage medium may be located remote from a litter device, a computing device, one or more processors, one or more databases, or any combination thereof. Cloud-based may mean that the one or more storage mediums may reside in a non-transient storage medium located remote from the litter device, computing device, processor, other databases, or any combination thereof. One or more cloud-based storage mediums may be accessible via one or more networks. A suitable cloud-based storage medium may be Amazon S3™ provided by Amazon Web Services®, incorporated herein by reference in its entirety for all purposes. One or more memory storage mediums may store one or more data entries in a native format, foreign format, or both. One or more memory storage mediums may store data entries as objects, files, blocks, or a combination thereof. The one or more memory storage mediums may include one or more algorithms, rules, databases, data entries, the like, or any combination therefore stored therein. The one or more memory storage mediums may store data in the form of one or more databases.

[0042] One or more computing devices may include one or more databases. The one or more databases may function to receive, store, and/or allow for retrieval of one or more data entries. The one or more databases may be located within one or more memory storage mediums. The one or more databases may include any type of database able to store digital information. The digital information may be stored within one or more databases in any suitable form using any suitable database management system (DBMS). Exemplary storage forms include relational databases (e.g., SQL database, row-oriented, column-oriented), non-relational databases (e.g., NoSQL database), correlation databases, ordered/unordered flat files, structured files, the like, or any combination thereof. The one or more databases may store one or more classifications of data models. The one or more classifications may include column (e.g., wide column), document, key-value (e.g., key-value cache, key-value store), object, graph, multi-model, or any combination thereof. One or more databases may be located within or be part of hardware, software, or both. One or more databases may be stored on a same or different hardware and/or software as one or more other databases. The databases may be located within one or more non-transient storage mediums. One or more databases may be located in a same or different non-transient storage medium as one or more other databases. The one or more databases may be accessible by one or more processors to retrieve data entries for analysis via one or more algorithms. The one or more databases may be one or more cloud-based databases. Cloud-based may mean that the one or more databases may reside in a non-transient storage medium located remote from the litter device. One or more cloud-based databases may be accessible via one or more networks. One or more databases may include one or more databases capable of storing one or more conditions of a litter device, one or more status signals related to a litter device, one or more instruction signals sent to a litter device, one or more users, one or more user

accounts, one or more registered litter devices, one or more, the like, or any combination thereof. The one or more databases may include a Commands database, Activities database, Device database, Lifetime Cycles database, a User database, a User Computing Device database, a Registered Device database, a User Settings database, the like, or any combination thereof. One suitable database service may be Amazon DynamoDB® offered through Amazon Web Services®, incorporated herein in its entirety by reference for all purposes.

[0043] One or more computing devices may include one or more interaction interfaces. One or more interaction devices may function to transmit and/or relay one or more data signals, data entries, or both from one or more computing devices, processors, storage mediums, databases, or a combination thereof to one or more other computing devices, processors, storage mediums, databases, or a combination thereof. One or more interaction interfaces may include one or more application programming interfaces (API). The one or more interaction interfaces may utilize one or more architectures. The one or more architectures of an interaction interface may be one or more web service architectures useful for requesting, receiving and/or transmitting one or more data signals, data entries, or both from one or more other remotely located computing devices connected via one or more networks (e.g., web-based resources). One or more web service architectures may include Representation State Transfer (REST), gRPC, the like, or any combination thereof. One suitable interaction interface which is a REST API may be Amazon API Gateway™ provided by Amazon Web Services®, incorporated herein by reference in its entirety for all purposes. The one or more interaction interfaces may utilize one or more protocols for transmitting and/or receiving one or more data signals, data entries, or both. One or more protocols may include simple object access protocol (SOAP), hypertext transfer protocol (HTTP), user datagram protocol (UDP), message queuing telemetry transport (MQTT), the like, or any combination thereof.

[0044] The system in which the litter device is integrated into may include and/or be connected to one or more authentication controls. One or more authentication controls may function to control access of a user to one or more litter devices, computing devices, processors, storage mediums, databases, interaction interfaces, e-commerce platforms, the like, or any combination thereof. The one or more authentication controls may be in communication with one or more components of the system via one or more networks. The one or more authentication controls may communicate with one or more other components of the system via one or more interaction interfaces. The one or more authentication controls may receive one or more user credentials via one or more user interfaces of one or more computing devices. One or more user credentials may include one or more data entries related to one or more user accounts. One or more user credentials may include one or more user login identifications (e.g., "user ID"), passwords, the like, or a combination thereof. One or more authentication controls may include one or more authentication algorithms. The one or more authentication algorithms may compare the one or more user credentials provided via a user interface with one or more data entries residing within one or more databases, such as a User Database and/or User Settings Database. If the one or more user credentials match one or more data

entries, the one or more authentication algorithms may instruct one or more computing devices, processors, or both to allow a user to access one or more data entries, receive one or more data signals, transmit one or more instruction signals, or any combination thereof. A suitable authentication control may include Amazon Cognito™ available through Amazon Web Services®, incorporated herein by reference in its entirety for all purposes. One or more authentication controls may cooperate with one or more e-commerce platforms. One or more authentication controls may authenticate one or more users based on one or more user credentials received from one or more e-commerce platforms, stored within one or more databases of one or more e-commerce platforms, or both.

[0045] The system in which the litter device is integrated may include and/or be connected to one or more e-commerce platforms. The one or more e-commerce platforms may function establish one or more user accounts, edit one or more user accounts, authenticate one or more users, allow for purchase of one or more litter devices, or any combination thereof. An exemplary e-commerce platform may include Magento® sold by Magento Inc. The one or more e-commerce platforms include one or more authentication portals. The one or more authentication portals may allow for one or more e-commerce platforms to be placed into communication with one or more components of the system. The one or more e-commerce platforms may allow for an e-commerce platform to be placed in communication with one or more interaction interfaces, computing devices, processors, storage mediums, databases, dispatch interfaces, litter devices, or any combination thereof. The one or more authentication portals may include communication between one or more authentication controls and one or more e-commerce platforms. The one or more authentication portals may allow for one or more user credentials entered via one or more authentication controls to be verified via one or more e-commerce platforms, vice-versa, or both.

[0046] One or more computing devices may include one or more user interfaces. The one or more user interfaces may function to display information related to a litter device, receive user inputs related to the litter device, transmit information to the litter device, or any combination thereof. The one or more user interfaces may be located on the litter device, a separate computing device, or both. One or more user interfaces may be part of one or more computing devices. One or more user interfaces may include one or more interfaces capable of relaying information (e.g., data entries) to a user, receiving information (e.g., data signals) from a user, or both. One or more user interfaces may display information related to the litter device. One or more user interfaces may display information from one or more algorithms. The user interface may allow for inputting of information related to the litter device. Information may include a user name, password, one or more instruction signals, the like, or any combination thereof. The one or more user interfaces may include one or more graphic user interfaces. The one or more graphic interfaces may include one or more screens. The one or more screens may be a screen located directly on the litter device, another computing device, or both. The one or more screens may be a screen on a mobile computing device, non-mobile computing device, or both. The one or more graphic interfaces may include and/or be in communication with one or more user input devices. The one or more user input devices may allow

for receiving one or more inputs (e.g., instruction signals) from a user. The one or more input devices may include one or more buttons, wheels, keyboards, switches, touchscreens, the like, or any combination thereof. The one or more input devices may be integrated with a graphic interface. The one or more input devices may include one or more touch-sensitive monitor screens.

[0047]   One or more computing devices may include on or more algorithms stored therein. For example, one or more algorithms may be stored within one or more storage mediums of an interaction interface. The one or more algorithms may function to analyze one or more signals, determine one or more conditions of the litter device, relay one or more conditions to one or more user interfaces, receive one or more instructions from one or more user interfaces, initiate one or more operations, identify one or more faults, or any combination thereof. The one or more algorithms may be executed automatically by the one or more computing devices (e.g., processors of the computing device), may wait for an input for a user, or both. A sensed condition may cause one or more algorithms to be executed automatically. One or more algorithms may include one or more waste detection algorithms, waste drawer algorithms, animal health algorithms, fault algorithms, instruction algorithms, or a combination thereof.

[0048]   One or more algorithms may include one or more waste detection algorithms. One or more waste detection algorithms may function to convert one or more waste level signals to one or more waste level status signals, allow for execution of one or more cleaning cycles based on a level of waste, prevent one or more cleaning cycles based on a level of waste, or any combination thereof. The one or more waste detection algorithms may be accessible by one or more controllers, processors, or both. The one more waste detection algorithms may be stored within the litter device, remote from the litter device, or both. Storage of the one or more waste detection algorithms within the litter device, such as a controller of the litter device, may allow for the one or more processors to relay a level of fullness of a waste drawer to at least one user interface, stop rotation of the chamber, or both without the litter device being connected to a system. In other words, by the one or more waste detection algorithms being programmed into a controller located within the litter device, the litter device may be able to function offline without a network connection. The one or more waste detection algorithms may receive one or more waste level signals from one or more waste drawer sensors via one or more processors. The one or more waste drawer sensors may include a single waste drawer sensor or a plurality of waste drawer sensors. A single waste drawer sensor may detect a specific level of presence of waste or may detect varying levels of waste. For example, a plurality of sensors may be located within the waste drawer sensor and each sensor or a plurality of sensors in combination detect one or more predetermined volumes of waste within the waste drawer. One or more waste sensors may include one or more getting full waste sensors, one or more almost full waste sensors, one or more unit full waste sensors, or any combination thereof. As an alternative example, one or more laser sensors may be located within the waste drawer which may scan for a real-time level of waste within the waste drawer. The one or more waste drawer sensors may relay one or more waste level signals to one or more processors. The one or more waste level signals may include

the presence, absence, or both of waste detected by a waste sensor; a level of waste detected by a waste sensor; or both. The one or more waste algorithms may instruct the one or more processors to convert the one or more waste level signals to one or more waste level status signals. The one or more waste algorithms may instruct one or more processors to send the one or more the one or more waste level signals, waste level status signals, or both to one or more storage mediums, databases, or both as one or more waste level data entries. The one or more waste algorithms may instruct one or more processors to apply one or more waste level rules. The one or more waste level rules may be part of the of the one or more waste algorithms. The one or more waste level rules may include a getting-full-rule, almost-full-rule, and a unit-full-rule.

[0049]   A getting-full-rule may include receiving a waste level signal, waste level status signal, and/or waste level data entry indicating the waste drawer is getting full. Getting full may include the waste drawer being filled with a volume of waste about 60% or greater, about 70% or greater, or even about 80% or greater than a total available volume of the waste drawer. Getting full may include the waste drawer being filled with a volume of waste about 90% or less, about 85% or less, or even about 82% or less than a total available volume of the waste drawer. A getting-full-rule may include instructing one or more processors to relay the waste level signal, status signal, and/or data entry to one or more user interfaces. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification that the waste drawer is getting full. A user may receive a notification via a graphic user interface that the waste drawer is getting full (e.g., between about 60% to about 90% full of waste).

[0050]   An almost-full-rule may include receiving a waste level signal, waste level status signal, and/or waste level data entry indicating the waste drawer is almost full. Almost full may include the waste drawer being filled with a volume of waste about 80% or greater, about 83% or greater, or even about 87% or greater than a total available volume of the waste drawer. Almost full may include the waste drawer being filled with a volume of waste about 95% or less, about 93% or less, or even about 90% or less than a total available volume of the waste drawer. An almost-full-rule may include instructing one or more processors to relay the waste level signal, status signal, and/or data entry to one or more user interfaces. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification that the waste drawer is almost full. A user may receive a notification via a graphic user interface that the waste drawer is almost full (e.g., between about 80% to about 95% full of waste).

[0051]   A unit-full-rule may include receiving a waste level signal, waste level status signal, and/or waste level data entry indicating the waste drawer is full. Full may include the waste drawer being filled with a volume of waste about 95% or greater, about 96% or greater, or even about 97% or greater than a total available volume of the waste drawer. Full may include the waste drawer being filled with a volume of waste about 100% or less, about 99% or less, or even about 98% or less than a total available volume of the waste drawer. A unit-full-rule may include instructing one or more processors to relay the waste level signal, status signal, and/or data entry to one or more user interfaces. A user may be able to refer to a graphic user interface (e.g., interface on

litter device, interface of mobile computing device, etc.) to see a notification that the waste drawer is full. A user may receive a notification via a graphic user interface that the waste drawer is full (e.g., between about 95% to about 100% full of waste). A unit-full-rule may include instructing one or more processors to prevent execution of one or more cleaning cycles, rotation of a chamber, or both. A unit-full-rule may include instructing one or more processors to prevent rotation of one or more motors.

[0052] One or more algorithms may include one or more waste drawer algorithms. The one or more waste drawer algorithms may function to estimate how many cleaning cycles are available before a waste drawer is full, a level of waste contents within a waste drawer, or both. The one or more waste drawer algorithms may be accessible by one or more processors. The one or more processors may be located within the device (e.g., a controller), remote from the device (e.g., cloud-based processor), or both. The one or more waste drawer algorithms may instruct one or more processors to reset one or more clean cycle counts; count cleaning cycles between two or more waste level signals to calculate one or more clean cycle counts; average the number of clean cycle counts occurring between a plurality of waste level signals; calculate a number of cleaning cycles remaining before receiving a waste level signal, or any combination thereof. The one or more waste drawer algorithms may include one or more reset count algorithms, counting algorithms, waste drawer status algorithms, or any combination thereof.

[0053] The one or more waste drawer algorithms may include one or more reset count algorithms. The one or more reset count algorithms may function to reset a count (e.g., set to zero) of cleaning cycles. The one or more reset count algorithms may be accessible by one or more controllers, processors, or both. The one or more reset count algorithms may be stored within the litter device (e.g., controller), remote from the litter device, or both. The one or more reset count algorithms may instruct one or more processors to reset one or more clean cycle counts, transfer one or more completed cycle counts to a storage medium, or both. The one or more reset count algorithms may instruct one or more processors to transmit one or more completed cycle counts to a storage medium, one or more databases, or both. The one or more completed counts may be transferred by the one or more processors as one or more completed count signals. The one or more completed count signals may be stored within one or more storage mediums as one or more completed count data entries. Upon transmitting the one or more completed count signals to a storage medium, saving the one or more completed count data entries in the storage medium, or both, one or more reset count algorithms may instruct one or more processors to reset one or more clean cycle counts to zero.

[0054] One or more reset count algorithms may be initiated by one or more reset instructions. One or more reset instructions may include one or more users initiating a reset count algorithm via one or more user interfaces; a cleaning cycle occurring without a waste level signal; or both. One or more user interfaces may display and/or include a reset count interface. For example, the reset count interface may be a physical button on the litter device, a virtual button on a graphic interface of the litter device or a mobile computing device, or both. The one or more user interfaces may display a reset count interface after one or more cleaning cycles. The

one or more user interfaces may display a reset count interface after a cleaning cycle is completed; no waste level signal (e.g., getting full, almost full, full) is triggered; or a combination thereof. The one or more user interfaces may display a reset count interface after a cleaning cycle is completed and a waste level signal has been cleared. A waste level signal may be cleared upon a cleaning cycle occurring without a waste level signal being triggered subsequently after a cleaning cycle occurring under the presence of, or which triggers a, waste level signal. For example, a cleaning cycle may trigger a waste level full signal and then a cleaning cycle may occur in which there is no presence of a waste level full signal. The waste level full signal may no longer be present after a user may have emptied a waste drawer, removed some waste contents from the waste drawer, or even moved (e.g., shaken) the waste drawer to evenly distribute the waste contents within the waste drawer. The waste level full signal may no longer be present as one or more waste level sensors may no longer detect the presence, height, and/or volume of waste contents within the waste drawer. Upon displaying one or more reset counter interfaces, one or more reset count algorithms may instruct one or more processors to apply one or more reset rules.

[0055] The one or more reset count algorithms may include one or more reset rules. One or more reset rules may instruct a processor to reset a count, instruct a processor to continue with a current count, or both. The one or more reset interfaces may allow for a user to select from an affirmative response, negative response, or not select a response. An affirmative response may include a user confirming a waste drawer has been emptied, is empty, or both. A negative response may include a user confirming a waste drawer was not emptied, is not empty, or both. Not selecting a response may include not selecting either of the affirmative response or negative response. The one or more reset rules may instruct one or more processors to reset one or more counts, transmit one or more completed count data signals, or both if one or more affirmative responses are received by a reset counter interface. The one or more reset rules may instruct one or more processors to continue counting and aggregating each occurrence of a cleaning cycle if a negative response is received by the reset counter interface. The one or more reset rules may instruct one or more processors to continue executing one or more counting algorithms if a negative response is received via the reset counter interface. The one or more reset rules may instruct one or more processors to transmit one or more completed data signals, continue counting and aggregating each occurrence of a clean cycle, or both if no response is received by the reset counter interface. If no response is received by the reset counter interface, the one or more reset rules may instruct one or more processors to transmit one or more completed data signals to one or more storage mediums, not to reset the counter, or both. If no response is received by the reset counter interface, the one or more reset rules may instruct one or more processors to continue counting the occurrences of cleaning cycles and aggregating with a previous count of cleaning cycles. If no response is received by the reset counter interface, the one or more reset rules may instruct one or more processors to continue executing one or more count algorithms. If no response is selected, the one or more processors may execute one or more count algorithms until a reset count algorithm is re-triggered by a new or subsequent waste level signal, one or more predetermined occur-

rences of cleaning cycles occur, or both. If a subsequent waste level signal occurs, the one or more reset rules may instruct one or more processors to re-initiate one or more reset algorithms from the start (e.g., triggering the one or more reset count interfaces). If no response is selected, the one or more reset rules may allow for a predetermined value of cleaning cycles to occur before instructing one or more processors to reset one or more counts. A predetermined value of a cleaning cycle may be the maximum number of cleaning cycles possible before a waste drawer is full of waste contents within the waste drawer, such as when the waste contents are evenly distributed within the waste drawer. For example, a predetermined value of a cleaning cycle may be the maximum number of cleaning cycles possible before a waste drawer is full after the waste drawer is shaken by a user, as opposed to emptying the waste drawer. A predetermined value of cleaning cycles may include 1 or more cleaning cycles, 5 or more cleaning cycles, or even 8 or more cleaning cycles. A predetermined value of cleaning cycles may include 20 or less cleaning cycles, 15 or less cleaning cycles, or even 12 or less cleaning cycles. A predetermined value of cleaning cycles may be about 7 or more cleaning cycles to about 13 or less cleaning cycles (e.g., about 10 cleaning cycles). Once a predetermined value of cleaning cycles are executed, above the completed count, the one or more reset rules may instruct one or more processors to reset one or more counts, transmit one or more completed count data signals (i.e., either the original completed count before aggregating the predetermined cleaning cycles, or the completed count in addition to the count of predetermined cleaning cycles), or both (e.g., similar to the result from the rule if an affirmative response is received).

[0056]   The one or more waste drawer algorithms may include one or more counting algorithms. The one or more counting algorithms may function to count and/or aggregate how many clean cycles occur between two or more waste level signals being triggered, two more waste level full signals being triggered, or both; how may clean cycles occur between a reset of a clean cycle count and one or more waste level signals, one or more waste level full signals, or both; or any combination thereof. The one or more counting algorithms may be accessible by one or more controllers, processors, or both. The one or more counting algorithms may be stored within the litter device (e.g., controller), remote from the litter device, or both. The one or more counting algorithms may instruct one or more processors to increase a count of cleaning cycles by 1, for every occurrence of a cleaning cycle. The one or more counting algorithms may instruct one or more processors to send a count of cleaning cycles to one or more storage mediums as one or more count data entries. The one or more counting algorithms may instruct one or more processors to increase one or more count data entries by 1 during and/or after execution of a cleaning cycle. The one or more counting algorithms may instruct one or more processors to replace one or more previous count data entries with one or more new count data entries. Upon initiation of one or more reset algorithms, one or more count data entries may be referred to as one or more completed count data entries. The one or more completed count data entries may be stored within one or more storage mediums, databases, or both based on one or more reset algorithms. The one or more completed count data entries may be utilized by one or more waste drawer status algorithms.

[0057]   One or more waste drawer algorithms may include one or more waste drawer status algorithms. The one or more waste drawer status algorithms may function to inform a user how many estimated cleaning cycles remain before a waste drawer may be full, an estimated percentage of fullness of a waste drawer, an estimated duration until a waste drawer needs to be emptied, if one or more cleaning cycles are prevented from occurring as a waste drawer is full, or any combination thereof. The one or more waste drawer status algorithms may instruct one or more processors to display the estimated cleaning cycles remaining before full, percentage of waste drawer fullness, percentage of waste drawer capacity, estimated amount of time remaining before a waste drawer is full, or any combination thereof one or more interfaces. The one or more waste drawer status algorithms may be stored within a litter device (e.g., controller), remote from the litter device, or both. The one or more waste drawer status algorithms may be accessible by one or more controllers, processors, or both. One or more waste drawer status algorithms may instruct one or more processors to retrieve, average, or both a set quantity of count data entries from one or more storage mediums. One or more count data entries may include one or more completed count data entries, one or more predetermined-count-cycles-until-full, or both. A set quantity of count data entries may include a plurality of count data entries. A set quantity of count data entries may include 1 or more, 2 or more, 3 or more, or even 4 or more count data entries. A set quantity of count data entries may include 10 or less, 8 or less, or even 6 or less count data entries. For example, a set quantity of count data entries may be about 3 or more count data entries to about 5 or less count data entries (e.g., about 4 count data entries). Until a number of completed number of count data entries stored within a storage medium is equal to or greater than the set value of count data entries, the one or more waste drawer status algorithms may instruct a processor to use a predetermined-count-cycle-until-full as a placeholder. The one or more waste drawer status algorithms may include or refer to one or more predetermined-clean-cycles-until-full.

[0058]   One or more predetermined-clean-cycles-until-full may be a number of cleaning cycles a litter device may perform until a waste drawer may be full of waste contents (e.g., starting from an empty waste drawer). One or more predetermined-clean-cycles-until-full may be based on a volume of the waste drawer, an average volume of waste from an animal, or both. One or more predetermined-clean-cycles-until-full may be about 10 cleaning cycles or more, about 15 cleaning cycles or more, about 20 cleaning cycles or more, about 25 cleaning cycles or more, or even about 30 cleaning cycles or more. One or more predetermined-clean-cycles-until-full may be about 60 cleaning cycles or less, about 55 cleaning cycles or less, about 50 cleaning cycles or less, about 45 cleaning cycles or less, or even about 40 cleaning cycles or less. One or more predetermined-clean-cycles-until-full may be anywhere from about 30 clean cycles or more to about 40 clean cycles or less (e.g., 36 clean cycles). One or more predetermined-clean-cycles-until-full values may be stored within one or more databases. One or more waste drawer status algorithms may instruct one or more processors to retrieve one or more completed count data entries from one or more storage mediums. One or more waste drawer status algorithms may instruct one or more

12

processors to average the set quantity of count data entries to determine an estimated-clean-cycles-until-full-from-empty.

[0059] The one or more waste drawer status algorithms may instruct one or more processors to estimate cleaning cycles remaining before a waste drawer is full. The one or more waste drawer status algorithms may instruct one or more processors to calculate a difference between an estimated-clean-cycles-until-full-from-empty and one or more count data entries (e.g., from one or more count algorithms). The difference between the estimated-clean-cycles-until-full-from-empty and one or more count data entries may be referred to as the estimated-cleaning-cycles-remaining-before full.

[0060] The one or more waste drawer status algorithms may instruct one or more processors to calculate an estimated percentage of fullness of a waste drawer, estimated percentage of capacity remaining, or both. To calculate the estimated percentage of fullness, the one or more waste drawer status algorithms may instruct one or more processors to calculate the percentage or ratio of the one or more count data entries relative to the estimated-clean-cycles-until-full-from-empty. To calculate the estimated percentage of capacity remaining within a waste drawer, one or more waste drawer status algorithms may instruct one or more processors to calculate the percentage or ratio of the estimated cleaning cycles remaining before full relative to the estimated-clean-cycles-until-full-from-empty.

[0061] The one or more waste drawer status algorithms may instruct one or more processors to calculate an amount of time remaining before a waste drawer may be full (e.g., each the-estimated-clean-cycles-until-full-from-empty). The one or more waste drawer status algorithms may instruct one or more processors to determine an average time between cleaning cycles. The one or more waste drawer status algorithms may instruct one or more processors to calculate an average time between cleaning cycles for completed clean cycle data entries. The one or more waste drawer status algorithms may instruct one or more waste drawer status algorithms to calculate an estimated amount of time remaining before a waste drawer is fully by multiplying an average time between cleaning cycles with the estimated cleaning cycles remaining before full.

[0062] One or more algorithms may include one or more animal health algorithms. The one or more animal health algorithms may function to detect a change in waste behavior of an animal, alert a user of a change in waste behavior of an animal, or both. The one or more animal health algorithms may be accessible by one or more controllers, processors, or both. The one or more animal health algorithms may be located within the litter device, remote from the litter device, or both. The one or more animal health algorithms may instruct one or more processors to alert a user of any waste patterns outside of one or more weekly, monthly, and/or yearly trends of waste patterns. A waste pattern may include a single occurrence or a plurality of occurrences. A waste pattern may include an average of a plurality of occurrences. The trends of waste patterns may include average time between cleaning cycles, average cleaning cycles until full, the like, or any combination thereof. The one or more animal health algorithms may instruct one or more processors to identify a user of waste patterns which deviate from one or more trends of waste patterns. One or more deviations may be referred to as one

or more waste patterns which fall outside of a mean, variance, standard deviation, or a combination thereof relative to one or more trends of waste patterns. The one or more animal health algorithms may instruct one or more processors to interpret one or more deviations, relay one or more interpreted deviations to one or more user interfaces or both. Interpreting a deviation may include interpreting a deviation of a waste pattern into an actual animal behavior.

[0063] Interpreting a deviation in the average time elapsed between cleaning cycles may include applying a waste frequency rule by one or more processors. A waste frequency rule may instruct one or more processors that a deviation above an average time between cleaning cycles may be interpreted by one or more processors onto a user interface as an increase in time between utilizing the litter device, may suggest an animal may not be drinking and/or eating enough, may suggest waste habits of an animal are less frequent than usual, the like, or a combination thereof. A waste frequency rule may instruct one or more processors that a deviation below an average time between cleaning cycles may be interpreted by one or more processors onto a user interface as a decrease in time between utilizing the litter device, may suggest an animal may is drinking and/or eating more than usual, may suggest waste habits of an animal are more frequent than usual, the like, or a combination thereof.

[0064] Interpreting a deviation in average cleaning cycles until full may include applying a drawer full rule by one or more processors. A drawer full rule may instruct one or more processors that a deviation above an average cleaning-cycles-until-full-from empty may be interpreted by one or more processors onto a user interface as an increase in time between utilizing the litter device, may suggest waste contents of an animal are smaller in volume than usual, may suggest an animal may not be drinking and/or eating enough, may suggest waste habits of an animal are less frequent than usual, the like, or a combination thereof. A drawer full rule may instruct one or more processors that a deviation below an average cleaning-cycles-until-full-from-empty may be interpreted by one or more processors onto a user interface as a decrease in time between utilizing the litter device, may suggest waste contents of an animal are larger in volume than usual, may suggest an animal may is drinking and/or eating more than usual, may suggest waste habits of an animal are more frequent than usual, the like, or a combination thereof.

[0065] One or more algorithms may include one or more fault algorithms. One or more fault algorithms may function to detect one or more anomalous conditions based on one or more status signals, stop and/or prevent rotation of a chamber based on one or more status signals, prevent execution of one or more cleaning cycles based on one more status signals, communicate one or more anomalous conditions to a user interface, or any combination thereof. One or more fault algorithms may be accessible by one or more controllers, processors, or both. One or more fault algorithms may be stored within the litter device, remote from the litter device, or both. Storage of one or more fault algorithms within litter device, such as a controller of the litter device, may allow for one or more processors to stop and/or prevent rotation of a chamber, prevent execution of one or more cleaning cycles, or both without the litter device being connected to a system. The one or more fault algorithms may instruct one or more processors to transmit one or more fault

US 2019/0364840 A1

Dec. 5, 2019

13

conditions, warnings, or the like to one or more storage mediums, databases, or both. The one or more fault conditions may be stored within one or more storage mediums, databases, or both for a predetermined period of time. The one or more fault conditions may be stored for a period of about 1 day or greater, 5 days or greater or even 2 weeks or greater. The one or more fault conditions may be stored for a period of about 5 years or less, about 3 years or less, or even about 1 year or less. The one or more fault algorithms may receive one or more signals from one or more sensors. The presence, absence, change, or combination thereof of one or more signals from one or more sensors may indicate the presence of an anomalous condition. The one or more fault algorithms may be configured to receive one or more signals via one or more processors (e.g., controller) from one or more mass sensors, interlock sensors, pinch detectors, position sensors, motor sensors, or any combination thereof. The one or more fault algorithms may include one or more mass fault algorithms, pinch fault algorithms, interlock fault algorithms, position fault algorithms, motor fault algorithms, power fault algorithms, or any combination thereof.

[0066] The one or more fault algorithms may include one or more mass fault algorithms. The one or more mass fault algorithms may function to detect the presence of an animal within the litter device, detect a mass over a predetermined mass of the litter device, stop and/or prevent rotation of a chamber, prevent execution of a cleaning cycle, or any combination thereof. The one or more mass fault algorithms may be executed by one or more processors. One or more mass fault algorithms may be executed upon receipt of one or more mass signals from one or more mass sensors. The one or more mass fault algorithms may instruct the one or more processors to interpret one or more mass signals received from one or more mass sensors. Interpreting a mass signal may include converting the mass signal to a mass value (e.g., grams, kilograms, pounds, etc). The one or more mass fault algorithms may instruct the one or more processors to compare a mass signal, mass status signal, or both to one or more predetermined masses. The algorithm may include one or more predetermined masses stored therein. The one or more mass fault algorithms may instruct one or more processors to apply one or more mass rules. The one or more mass rules may include stopping and/or preventing rotation of a chamber, preventing execution of one or more cleaning cycles, or both if the mass signal, mass status signal or both indicate a mass greater than the predetermined mass. One or more mass rules may include instructing one or more processors to prevent rotation of one or more motors if a mass signal, mass status signal, or both are over a predetermined mass. The one or more mass rules may include instructing one or more processors to transmit the mass signal, mass status signal, mass fault, or a combination thereof to a user interface. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification that the mass of the device is over the predetermined mass. A user may receive a notification via a graphic user interface that the mass of the device is over the predetermined mass.

[0067] The one or more fault algorithms may include one or more interlock fault algorithms. The one or more interlock fault algorithms may function to detect removal of a bonnet from a support base, stop and/or prevent rotation of a chamber, prevent execution of a cleaning cycle, or any combination thereof. The one or more interlock fault algo-

rithms may be executed by one or more processors. One or more interlock fault algorithms may be executed upon receipt, change in, and/or absence of one or more interlock signals from one or more interlock sensors. The one or more fault algorithms may instruct one or more processors to interpret one or more interlock signals received from one or more interlock sensors. The one or more fault algorithms may instruct one or more processors to convert an interlock signal to an interlock status signal. The one or more fault algorithms may instruct one or more processors to apply one or more interlock rules. The one or more interlock rules may include stopping and/or preventing rotation of a chamber, preventing execution of one or more cleaning cycles, or both if one or more interlock signals, status signals, or both indicate a bonnet has been removed from a support base. One or more interlock rules may include instructing one or more processors to prevent rotation of one or more motors if an interlock signal, status signal, or both indicate a bonnet has been removed from a support base. The one or more interlock rules may include instructing one or more processors to transmit the interlock signal, status signal, interlock fault, or a combination thereof to a user interface. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification that the bonnet of a device has been disconnected from the support base. A user may receive a notification via a graphic user interface that a bonnet of a device has been disconnected from a support base.

[0068] The one or more fault algorithms may include one or more pinch fault algorithms. The one or more pinch fault algorithms may function to detect the presence of one or more pinch conditions, stop and/or prevent rotation of a chamber, prevent execution of a cleaning cycle, or any combination thereof. The one or more pinch fault algorithms may be executed by one or more processors. One or more pinch fault algorithms may be executed upon receipt, change in, and/or absence of one or more pinch signals from one or more pinch detectors. The one or more pinch algorithms may instruct one or more processors to interpret one or more pinch signals received from one or more pinch detectors. The one or more pinch algorithms may instruct one or more processors to convert a pinch signal to a pinch status signal. The one or more fault algorithms may instruct one or more processors to apply one or more pinch rules. The one or more pinch rules may include stopping and/or preventing rotation of a chamber, preventing execution of one or more cleaning cycles, or both if one or more pinch signals, status signals, or both indicate the presence of a pinch condition with the litter device. One or more pinch rules may include instructing one or more processors to prevent rotation of one or more motors if a pinch signal, status signal, or both indicate the presence of a pinch signal. The one or more pinch rules may include instructing one or more processors to transmit the pinch signal, status signal, pinch fault, or a combination thereof to a user interface. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification that a pinch condition is present, where the pinch condition is detected, or both. A user may receive a notification via a graphic user interface that a pinch condition is present.

[0069] The one or more fault algorithms may include one or more position fault algorithms. The one or more position

fault algorithms may function to detect when a chamber is out of position, return a chamber into a proper position, return a chamber into a home position, stop and/or prevent rotation of a chamber, prevent execution of a cleaning cycle, or any combination thereof. Out of position may include a chamber not reaching or moving out of home position, an empty position, or both during one or more cleaning cycles. One or more suitable positions of a chamber are discussed in U.S. Pat. Nos. 8,757,094; and 9,433,185, which are incorporated herein. The one or more position algorithms may be executed by one or more processors. One or more position fault algorithms may be executed upon receipt, change in, and/or absence of one or more position signals from one or more position sensors. The one or more position fault algorithms may instruct one or more processors to interpret one or more position signals received from one or more position sensors. The one or more position fault algorithms may instruct one or more processors to convert a position signal to a position status signal. The one or more position fault algorithms may instruct one or more processors to apply one or more position rules. The one or more position rules may include stopping and/or preventing rotation of a chamber, preventing execution of one or more cleaning cycles, initiating rotation of a chamber to a home position, initiating rotation of a chamber to an empty position, restarting a cleaning cycle, or any combination thereof based on one or more position signals, status signals, or both indicating a chamber out of an intended position. One or more position rules may include instructing one or more processors to prevent rotation, initiate rotation, or both of one or more motors if a position signal, status signal, or both indicate a chamber is out of an intended position. The one or more position rules may include instructing one or more processors to transmit the position signal, status signal, position fault, or a combination thereof to a user interface. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification that a position fault is present, in what position a chamber may be stuck in or prevented from moving into, or both. A user may receive a notification via a graphic user interface that a position fault is present.

[0070]   The one or more fault algorithms may include one or more motor algorithms. The one or more motor fault algorithms may function to detect a motor is over torque, stalled, non-functional, over-heating, the like, or a combination thereof; stop and/or prevent rotation of a chamber, prevent execution of a cleaning cycle, or any combination thereof. The one or more motor fault algorithms may be executed by one or more processors. One or more motor fault algorithms may be executed upon receipt of one or more motor signals from one or more motor sensors. The one or more motor fault algorithms may instruct the one or more processors to interpret one or more motor signals received from one or more motor sensors. Interpreting a motor signal may include converting the motor signal to a motor status signal. Interpreting a motor signal may include comparing a motor status signal to one or more predetermined motor faults. The algorithm may include one or more predetermined motor faults stored therein. The one or more motor fault algorithms may instruct one or more processors to apply one or more motor rules. The one or more motor rules may include stopping and/or preventing rotation of a chamber, preventing execution of one or more cleaning

cycles, or both. One or more motor rules may include stopping and/or preventing rotation of a chamber, preventing execution of one or more cleaning cycles, or both if one or more motor status signals match one or more predetermined motor faults. The one or more motor rules may include instructing one or more processors to transmit the motor signal, motor status signal, motor fault, or a combination thereof to a user interface. A user may be able to refer to a graphic user interface (e.g., interface on litter device, interface of mobile computing device, etc.) to see a notification of a motor fault. A user may receive a notification via a graphic user interface of the presence of a motor fault.

[0071]   The one or more fault algorithms may include one or more power fault algorithms. The one or more power fault algorithms may function to notify a user that a litter device is not receiving a power supply, is offline (e.g., disconnected from a system and/or network), or both. The one or more power fault algorithms may be executed by one or more processors. The one or more processors may be located remote from the litter device, within the litter device, or both. A processor remote from the litter device may be advantageous in continuing to function when the litter device does not have power, is offline, or both. The one or more power fault algorithms may be executed upon the absence of one or more signals from one or more processors of a litter device. The one or more power fault algorithms may be executed upon the absence of any or all signals from one or more processors of a litter device. The one or more power fault algorithms may instruct one or more processors to transmit a power signal, power fault, or both to a user interface. A user may be able to refer to a graphic user interface (e.g., interface of a mobile computing device) to see a notification of a power fault. A user may receive a notification via a graphic user interface of the presence of a power fault.

[0072]   One or more algorithms may include one or more instruction algorithms. The one or more instruction algorithms may function to relay one or more instruction signals from one or more computing devices to the litter device, change one or more conditions of a litter device based on one or more instruction signals, initiate one or more operations of the litter device, or any combination thereof. A user may provide one or more instruction signals via one or more user interfaces. A user interface may include an interface of the litter device, mobile computing device, non-mobile computing device, or any combination thereof. The use of one or more remotely located computing devices may be particularly advantageous for providing one or more instruction signals via a mobile computing device. Upon selection of one or more instruction signals via a user interface, one or more instruction algorithms may direct the one or more instruction signals to one or more processors. The one or more instruction algorithms may reside within one or more processors. The one or more instruction algorithms may be accessible and/or executable by one or more processors located remote from the litter device, within the litter device, or both. The one or more instruction algorithms may direct the one or more instruction signals to a processor located remote from the litter device and then to a processor (e.g., controller) located within the litter device. The one or more instruction algorithms may direct one or more processors to execute one or more operations of the litter device. One or more operations of a litter device may include one or more cleaning cycles, reset cycles, sleep modes, wait modes, light

modes, lockout modes, training modes, power modes, reset modes, or any combination thereof. One or more instruction algorithms may include one or more cleaning cycle algorithms, reset cycle algorithms, sleep mode algorithms, wait mode algorithms, light mode algorithms, lockout mode algorithms, training mode algorithms, power mode algorithms, or any combination thereof.

[0073] One or more instruction algorithms may include one or more cleaning cycle algorithms. One or more cleaning cycle algorithms may function to initiate one or more cleaning cycles. One or more cleaning cycles may include a cleaning cycle as described in U.S. Pat. Nos. 8,757,094; and 9,433,185, which are incorporated herein. A user may select a cleaning cycle instruction via one or more user interfaces. Upon selection of a cleaning cycle instruction, one or more cleaning cycle algorithms may instruct one or more processors to identify the cleaning cycle instruction as a cleaning cycle instruction signal. The one or more cleaning cycle algorithms may instruct the one or more processors to direct the cleaning cycle instruction signal to a controller of the litter device. Upon starting a cleaning cycle, completing a cleaning cycle, or both a controller may send one or more signals to one or more processors of a status of the cleaning cycle. The one or more processors may relay the status of the cleaning cycle to one or more user interfaces. A status of a cleaning cycle may include confirming receipt of the cleaning cycle instruction by the controller of the litter device, initiating a cleaning cycle, progress of a cleaning cycle, completion of a cleaning cycle, or any combination thereof.

[0074] One or more instruction algorithms may include one or more sleep mode algorithms. One or more sleep mode algorithms may function to initiate one or more sleep modes. One or more sleep modes may prevent one or more cleaning cycles from occurring over a predetermined period of time. The predetermined period of time may include a start time, end time, duration of time, or any combination thereof. The one or more sleep modes may be particularly useful in preventing rotation of a chamber. Preventing rotation of a chamber may eliminate noise association with rotating a chamber, executing a cleaning cycle, or both. Eliminating noise may be particularly beneficial, such as when a user, infant within the same home as the device, and/or even one or more animals within the same home as the device, are sleeping or otherwise need a quiet environment. A user may select a sleep mode instruction via one or more user interfaces. Upon selection of a sleep mode instruction, one or more sleep mode algorithms may instruct one or more processors to direct the sleep mode instruction to one or more other processors. One or more other processors may include a processor within the system, a processor within a controller in the device, or both. Upon initiating one or more sleep modes, the one or more processors (such as the controller), may prevent rotation of the chamber, prevent execution of a cleaning cycle, or both for the predetermined period of time. Upon starting a sleep mode, in progress of a sleep mode, ending of a sleep mode, or any combination thereof, a controller may send one or more signals to one or more processors regarding a status of the sleep mode. The one or more processors may relay the status of the sleep mode to the one or more user interfaces. A status of the sleep mode may include confirming receipt of the sleep mode instruction, initiating a sleep mode, in progress of a sleep mode, ending a sleep mode, or any combination thereof.

[0075] One or more instruction algorithms may include one or more wait mode algorithms training mode algorithms, or both. One or more wait mode algorithms may function to initiate one or more wait modes. One or more training mode algorithms may function to initiate one or more training modes. One or more wait modes, training modes, or both may prevent one or more cleaning cycles from occurring for a predetermined period of time after waste is eliminated from an animal into the chamber, after the absence of an animal has been confirmed, or both; adjust the predetermined period of time; or any combination thereof. The predetermined period of time may include one or more time-intervals. The predetermined period of time may be selected by the user via a user interface. The predetermined period of time may be particularly advantageous for use with multi-animal households by allowing for more automatic and frequent cleaning of the device; an animal suffering one or more ailments requiring frequent use of the litter device for eliminating waste by allowing for more time between cleaning cycles; or both. The predetermined period of time may also be useful while acclimating an animal to the litter device, training an animal under the predetermined mass to use the litter device, or both. A user may select a wait mode instruction via one or more user interfaces. Upon selection of a wait mode instruction, training mode instruction, or both one or more wait mode algorithms, training mode algorithms, or both may instruct one or more processors to direct the wait mode instruction, training mode instruction, or both to one or more other processors. One or more processors may include a processor within the system, within a controller of the device, or both. Upon initiating the one or more wait modes, training modes, or both the one or more processors may edit a predetermined wait period within an onboard wait mode algorithm to the predetermined period selected by the user. Upon initiating one or more wait modes, training modes, or both, one or more processors may wait the predetermined period of time after a mass of the device has substantially returned to a baseline mass before initiating a clean cycle. The edited, predetermined period of time may reside within one or more computing devices, storage mediums, algorithms, or any combination thereof located directly within the litter device. The edited, predetermined period of time may reside within a controller of the litter device. The one or more processors may relay the status of the wait mode, training mode, or both to the one or more user interfaces. A status of the wait mode, training mode, or both may include confirming receipt of the wait mode instruction, training instruction, or both; initiating of a new or edited predetermined period of time; the currently selected predetermined period of time; or any combination thereof.

[0076] One or more instruction algorithms may include one or more light mode algorithms. One or more light mode algorithms may function to initiate one or more light modes. One or more light modes may include one or more lights of the litter device being powered on, powered off, or both. A user may select a light mode instruction via one or more user interfaces. Upon selection of a light mode instruction, one or more light mode algorithms may instruct one or more processors to identify the light mode instruction as a light mode instruction signal. The one or more light mode algorithms may instruct one or more processors to direct the light mode instruction signal to a controller of the litter device. Upon starting a light mode, powering on one or more lights,

powering off one or more lights; or any combination thereof the one or more algorithms may instruct one or more processors to send one or more signals related to a status of the light mode to one or more other processors, a user interface, or both. A status of a light mode may include confirming receipt of the light mode algorithm, the mode of one of more lights (e.g., power on, power off, or both), or a combination thereof.

[0077]   One or more instruction algorithms may include one or more lockout mode algorithms. One or more lockout mode algorithms may function to initiate one or more lockout modes. One or more lockout modes may include panel accessible, panel locked out, or both. Panel accessible may mean that a user interface located on the litter device may be operable to change one or more settings (e.g., algorithms) stored within the device, the system, or both. Panel locked out may mean that a user interface located on the litter device is temporarily disconnected from one or more processors, such one or more controllers, such that any inputs do not have an impact on any settings (e.g., algorithms). A user may select one or more lockout mode instructions via a user interface remote from and/or affixed to the litter device. The one or more lockout mode algorithms may instruct one or more processors to direct a lockout mode instruction signal to a controller of the litter device. The one or more lockout modes algorithms may instruct one or more controllers of the device to allow receipt of user inputs via a user interface on the device (e.g., accessible), prevent receipt of user inputs via a user interface on the device (e.g., locked out), or both. Upon starting a lockout mode, one or more algorithms may instruct one or more processors to send one or more signals related to a status of the lockout mode to one or more other processors, user interfaces, or both. A status of a lockout mode may include confirming receipt of the lock mode instruction, the actual lockout mode of the litter device, or both.

[0078]   One or more instruction algorithms may include one or more power mode algorithms. One or more power mode algorithm may function to initiate one or more power modes. One or more power modes may include the litter device being powered on, powered off, placed into hibernation mode, connected to a system and/or network, disconnected from a system and/or network, or any combination thereof. A user may select one or more power mode instructions via a user interface remote from and/or affixed to the litter device. The one or more power mode algorithms may instruct one or more processors to direct a power mode instruction signal to a controller of the litter device. The one or more power mode algorithms may instruct one or more controllers of the device to power the device on or off, place the device into a hibernation mode, connect the device to a network and/or system; disconnect the device from a network and/or system; or any combination thereof. Upon starting a power mode, one or more power mode algorithms may instruct one or more processors to send one or more signals related to a status of the power mode to one or more other processors, user interfaces, or both. A status of a power mode may include confirming receipt of a power mode instruction, initiating of a change in power mode, completing a change in a power mode, a real-time power mode of the litter device, or any combination thereof.

## ILLUSTRATIVE EMBODIMENT(S)

[0079]   FIG. **1** illustrates a system **10** for operating an automated litter device **12**. The litter device **12** includes a chamber **14** and a waste drawer **16**. The litter device **12** also includes a controller **18** and a communication module **20**. The controller **18** and communication module **20** may be located internally within the litter device **12**, such as within a base **15**. The system **10** further includes a user interface **22**. The user interface **22** is part of a graphic user interface of a mobile computing device **24**. A user interface **22** may also be incorporated into the litter device **12**. The system **10** may include one or more communication hubs **21**. The communication hubs **21** may include a router **25** and antenna tower **23**. The system **10** may incorporate a network **19**, such as the Internet. The system **10** further includes an interaction interface **26**. The interaction interface **26** is in the form of an application programming interface (API) **27**. The communication module **20** is able to communicate with the interaction interface **26** through the user interface **22** or via a dispatch interface **28**. The dispatch interface **28** is in communication with the interaction interface **26** and the communication module **20**. The interaction interface **26** is also in communication with an authentication portal **30**.

[0080]   FIG. **1** may present a working example of how the system **10** may allow for the automated litter device **12** to communicate with a user interface **22** and vice-versa. The mobile computing device **24** may connect with the automated litter device **12** directly and wirelessly or indirectly. A direct and wireless connection between the mobile computing device **24** and the litter device **12** may be established using User Datagram Protocol (UDP) and/or Bluetooth Low Energy (BLE) protocol. This type of direct and wireless connection may be useful when first setting up and onboarding the automated litter device **12** into an overall network, such as the system **10** of FIG. **1**. The mobile computing device **24** may then be in wireless communication with the Internet **19** either via a router **25** or an antenna tower **23**. The automated litter device **12** may be in wireless communication with the Internet **19** via a router **25**. Although it is shown that the mobile computing device **24** and the litter device **12** are sharing the router **25**, they may each connect to the Internet **19** via separate routers **25**, such as when the mobile computing device **24** is in a different facility than the litter device **12**. The litter device **12** may be in wireless communication with the dispatch interface **28** using user datagram protocol (UDP), message queueing telemetry transport (MQTT) protocol, or both, such as over the Internet **19**. The mobile computing device **24** may be in wireless communication to the interaction interface **26** over the Internet **19**. The mobile computing device **24** may be in communication with the interaction interface **26** using a representation state transfer protocol (REST). The interaction interface **26** may also use REST protocol to communicate with the dispatch interface **28**. The interaction interface **26** may additionally be in communication with an authentication portal **30**. The interaction interface **26** may use simple object access protocol (SOAP) to communicate with the authentication portal **30**.

[0081]   FIG. **2** illustrates an automatic litter device **12**. The litter device **12** includes a chamber **14**. A bonnet **32** is located around a portion of the chamber **14**. An opening **34** is formed in the chamber **14**. Inside the chamber **14** is a septum **36**. A bezel **38** surrounds the opening **22**. The bezel **38** includes a user interface **22**. The bezel **38** is affixed to the

base **15**. The base includes a base frame **40**. Located within and removable from the base frame **40** is a waste drawer **16**. The waste drawer **16** includes a step **42**.

**[0082]** FIG. **3** illustrates a sensing range within an automatic litter device **12**. The device **12** includes a chamber **14** supported by a base **15**. The chamber **14** includes an axis of rotation AR. During a cleaning cycle, the chamber **14** rotates about the axis of rotation AR. During the cleaning cycle, a waste opening **58** of the chamber **14** aligns with a bin interior **50** of the waste drawer **16** to allow waste to transfer from within an interior of the chamber **14** into a bin interior **50** of the waste drawer **16**. The chamber **14** is tilted such that the axis of rotation AR is not parallel to a rest surface **82** upon which the litter device **12** rests on. The axis of rotation AR forms an angle α with vertical which is represented by a vertical plane VP. The axis of rotation AR forms an angle β with a horizontal plane HP substantially parallel to a surface **44**. The opening **34** extends along an opening plane OP. The opening plane OP forms an angle Θ with the vertical plane VP.

**[0083]** The litter device **12** includes one or more sensors **46**. Due to the tilt of the chamber **14**, one or more sensors **46** affixed to the bezel **38** at the opening **34** are able to sense one or more conditions within the litter device **12**. Specifically, due to the tilt of the chamber **14**, the one or more sensors **46** are aligned with litter **5** (within the chamber **14**) and a bin interior **50** of a waste drawer **16**. The one or more sensors **46** may be one or more laser sensors **52**. The one or more laser sensors **52** may include one or more cone lasers. For example, two wide cone lasers and a one narrow cone laser may be used together. The one or more sensors **52** may be able to measure a distance, displacement, and/or even position within the chamber **12**, within the bin interior **50** of a waste drawer **16**, or both. One or more of the sensors **46** have an animal presence sensing range **54**. The animal presence sensing range **54** covers a majority of an upper surface of the litter **48** within the chamber. One or more of the sensors **46** which provide the animal presence sensing range **104** are able to sense or detect the presence of an animal within the chamber **14**. The one or more sensors **46** which provide the animal presence sensing range **54** may be one or more cone laser sensors, such as two wide cone laser sensors or even the combination of two wide cone laser sensors and one narrow cone laser sensor. The one or more sensors **46** have a waste level sensing range **56**. Those sensors **46** associated with the waste level sensing range **56** may be referred to as waste drawer sensors **46a**. The waste level sensing range **56** is able to cover a surface area within a bin interior **50** of a waste drawer **16**. The one or more sensors **46** which provide the waste level sensing range **56** have the "line of sight" aligned with the bin interior **50** when a waste opening **58** is rotated during a cleaning cycle such that the waste opening **58** exposes the bin interior **50**. This line of sight alignment is a result of the tilt of the chamber **14** relative to the vertical plane VP. If the chamber **14** were to have its axis of rotation AR aligned with horizontal plane HP, the sensors **46** would have a sensing range looking across the opening **34** as opposed to into the chamber **14**. The one or more sensors **46** which provide the waste level sensing range **56** may include a single narrow cone laser sensor. In addition to sensing the presence of an animal within the chamber **14**, waste or a waste level within the bin

interior **50**, the one or more sensors **52** may also provide position sensing of the chamber **14** before, during, and/or after a cleaning cycle.

**[0084]** The base **15** also includes both the controller **18** and communication module **20**. As an alternative, the controller **18** and/or the communication module **20** could also be located on the chamber **14** or part of the bezel **38**. Such as in the same or proximate to the one or more sensors **46**. FIG. **4** illustrates a clean cycle count process **100**. During the clean cycle count process **100**, one or more waste drawer algorithms **101** of a litter device **12** (not shown) are executed to calculate a clean cycle count. The process **100** starts **102** with a current clean cycle count set at zero **104**. The clean cycle count is set at zero **104** as a waste drawer **16** (not shown) of the litter device **12** (not shown) has not yet been used or has just been emptied. An animal enters a chamber **14** (not shown) of the litter device **12** (not shown) and excretes waste, then exits the chamber **106**. Upon exiting the chamber **14** (not shown), a cleaning cycle of the litter device **12** (not shown) is initiated **108** such that the waste is transferred from the chamber **14** (not shown) to the waste drawer **16** (not shown). After a cleaning cycle occurs **108**, the current clean cycle count is aggregated by one to calculate an updated current clean cycle count **110**. One or more waste drawer sensors **46a** (not shown) monitor a level of waste **112** within the waste drawer **16** (not shown). If the one or more waste drawer sensors **46a** (not shown) do not detect the waste drawer is full **114**, there is no notification **116** provided to a user via a user interface **24** (not shown) that the waste drawer **16** (not shown) is full. If one or more waste drawer sensors **46a** do not detect the waste drawer **16** (not shown) being full, the litter device **12** (not shown) is able to continue to be used by an animal (e.g., back to step **106**) and the clean cycle count increases by one for each cleaning cycle executed (e.g., back to steps **108**, **110**, and **112**). If one or more waste drawer sensors **46a** (not shown) detect the waste drawer **16** (not shown) is full **118**, a notification is provided **120** via a user interface **24** (not shown) indicating the waste drawer **16** (not shown) is getting full, almost full, or even full of waste.

**[0085]** After the waste drawer full notification is provided **120**, the one or more waste drawer algorithms of the clean cycle count process **100** awaits the next cleaning cycle **122**. After a subsequent cleaning cycle **122**, the waste drawer algorithm determines if one or more waste drawer sensors **46a** (not shown) still detect **124** a waste drawer **16** (not shown) being full or if the one or more waste drawer sensors **46a** (not shown) no longer sense a getting full, almost full, or even full amount of waste within the waste drawer **16** (not shown). If the one or more waste drawer sensors continue to detect the waste drawer is full **126**, the waste drawer algorithm then seeks to determine if a certain number of pre-determined cleaning cycles have occurred after the one or more waste drawer sensors **46a** (not shown) initially sensed the waste drawer **16** (not shown) as being full **128**. If the number of cleaning cycles is below the number of pre-determined cleaning cycles **130**, the litter device **12** (not shown) is able to continue to be used by an animal (e.g., back to **106**), cleaning cycle continues to occur (e.g., repeat **108**), and the cleaning cycle may continue to increase by one per cleaning cycle executed (e.g., repeat **110**, **112**). If the number of cleaning cycles is at or above the pre-determined cleaning cycles **132**, a cleaning cycle of the litter device **12** (not shown) is prevented **134**. Cleaning cycles of the litter

device continue to be prevented until the waste drawer is emptied **136**. Once the waste drawer **16** (not shown) is emptied **138**, a cleaning cycle is allowed to occur **122** and the one or more waste drawer algorithms sense the occurrence of the cleaning cycle **122** and the absence of the waste drawer sensors **46***a* (not shown) sensing the waste drawer **16** (not shown)being full **124**, **126**.

[0086] Typically, there are two circumstances when after a waste drawer full notification **120** and a cleaning cycle **122** occurs, the waste drawer full condition is no longer detected **140**. These two conditions include: 1) a user emptying the waste drawer **16** (not shown), or 2) the user moving waste contents within a waste drawer **16** (not shown) such that the one or more waste drawer sensors **46***a* (not shown) no longer sense the waste drawer **16** (not shown) being full.

[0087] After a cleaning cycle is sensed **122** and one or more waste drawer sensors **46***a* (not shown) no longer sense the waste drawer **16** (not shown) being full, an empty confirmation **142** is displayed on a reset interface **22**. The reset interface **22** may be part of one or more user interfaces **22** (not shown). The reset interface **22** requests a user input confirming if the waste drawer **16** (not shown) has been emptied. A user may affirmatively respond that a waste drawer **16** (not shown) has been emptied **146**. When a user affirmatively responds the waste drawer **16** (not shown) has been emptied **146**, the one or more waste drawer algorithms convert the current clean cycle count into a completed clean cycle count **148**. The completed clean cycle count is then stored within one or more storage mediums as the most recent completed clean cycle count data entry **150**. Once the completed clean cycle count is stored **150**, the current clean cycle count is reset to zero **152**.

[0088] A user may not respond via the reset interface **22** (not shown), such as by ignoring the empty confirmation **154**. If a user does not respond to the empty confirmation **154**, the current clean cycle count is temporarily stored as a completed clean cycle count data entry **156**. A second current clean cycle count begins at one **158**. As the litter device **12** (not shown) is used by an animal **160** and a cleaning cycle occurs **162**, the second current clean cycle is increased by one to create an updated second clean cycle count **164**. Once one or more waste drawer sensors **46***a* (not shown) sense **166** the waste drawer **16** (not shown) is partially full, getting full, or is full **168**, the one or more waste drawer algorithms may aggregate the completed clean cycle count data entry with the current second clean cycle count to calculate a new, current cycle count **170**. Additionally, once a new, current cycle count is calculated **170**, one or more waste drawer full notifications are provided (e.g., back to **120**). As long as the one or more waste drawer sensors **46***a* (not shown) do not sense the waste drawer **16** (not shown) being full **172**, an animal is able to continue using (e.g., back to **160**) the litter device **12** (not shown), cleaning cycles continue to occur **162**, and the second clean cycle count continues to be updated **164** until the second clean cycle count **174** reaches a predetermined second clean cycle count maximum **176**. Upon reaching a predetermined second clean cycle count maximum **174** without one or more waste drawer sensors **46***a* (not shown) detecting the waste drawer **16** (not shown) is full, the initial (e.g., temporarily stored) completed cleaning cycle count is stored as the most recent completed clean cycle count data entry **178**. The current, second clean cycle count is then converted into the new, completed clean cycle count **180**. Cleaning cycles (e.g.,

back to **108**) are allowed to continue to occur after use of the litter device by an animal (e.g., back to **106**).

[0089] FIG. **5** illustrates a process of executing one or more waste drawer status algorithms **200** to determine a waste drawer status **202**. The one or more waste drawer status algorithms **200** first identify if there is a recent completed clean cycle data entry **204** (e.g, stored within a storage medium). If there is **206**, the one or more waste drawer status algorithms **200** retrieve the entry **208** as the first clean cycle count **214**. If there is not a recent completed clean cycle data entry **210**, the one or more waste drawer status algorithms **200** retrieve a default, pre-determined clean cycle count **212** as the first clean cycle count **214**. The one or more waste drawer status algorithms similarly, look for a second **204***a*, third **204***b*, fourth **204***c* (and so on) most recent completed clean cycle data entry to retrieve the second, third, fourth (and so on) clean cycle counts **214***a*, **214***b*, **214***c*. Although the example provides for four most recent completed clean cycle data entries, this is only exemplary. The one or more waste drawer status algorithms **200** then automatically calculate the average cleaning cycle counts to determine an average cleaning-cycles-until-full **216**. The one or more waste drawer status algorithms **200** then compare a current clean cycle count (such that displayed in FIG. **4**) to the average cleaning-cycles-until-full **218**. By comparing, the one or more waste drawer status algorithms **200** automatically calculate and estimate a waste drawer status **202**. The waste drawer status **202** may include one or more of the following: cleaning cycles remaining before waste drawer is full, a percentage of fullness of a waste drawer, a time remaining before the waste drawer is full, the like, or a combination thereof. Additionally, the new, calculated average of cleaning cycles until full **216** may become the new pre-determined cycle count **220**.

[0090] FIG. **6** illustrates a process of calculating an average cleaning-cycles-until-full and updating the default, predetermined cycle count **300**. When the litter device **12** (not shown) has not yet been used or has not yet been full, the waste drawer status algorithms **101** (such as illustrated in FIG. **4**) may use a default, predetermined cycle count **301***a-d* to calculate an average cleaning cycles until full **302**. As illustrated in the example, 36 cleaning cycles are assumed. In other words, it is initially estimated that the waste drawer **16** (not shown) will reach a full level of waste when 36 cleaning cycles have occurred. After the waste drawer has reached full status for the first time and been emptied **303** (such as shown in FIG. **4**), the one or more waste drawer algorithms **101** may replace a count **301***a* with the actual count of completed cycles until the waste drawer reaches a full level **304***a*. As can be seen, Count **1** is converted to the actual number of completed cycles. The average of Counts **1** to **4** is calculated (such as shown in FIG. **5**) and the average becomes the new default, pre-determined cycle count **302**. The average may be rounded up or down to the nearest whole number (not shown). The average **302** also becomes the new average cleaning-cycles-until-full **305** and thus default, predetermined cycle count **301***c-d*. The process is repeated after each time a waste drawer is full and then emptied (as shown in FIG. **4**), until all of the counts represent actual cleaning-cycles-until-full **304***a-d*, as opposed to requiring a default, pre-determined cycle count **301***a-d*, **305**. In this example, there are four counts which initially use the default, pre-determined cycle count. Thus, after have a waste drawer full status detected and emptying

19

the waste drawer four times, all of the counts represent the actual number of cleaning-cycles-until-full 304a-d and no longer require the use of the default, pre-determined cycle count 301a-d, 305.

[0091] FIG. 7 illustrates a user interface 22, such as that of a mobile computing device 24. The user interface 22 includes displays a waste drawer status 202. The waste drawer status 202 as displayed is a level of fullness of a waste drawer (e.g., bin) 202a. The user interface 22 also includes an instruction button 60. The instruction button 60 is specifically a cleaning cycle instruction button 62. The cleaning cycle instruction button 62 allows for a user to initiate a cleaning cycle of the device 12 (not shown).

[0092] FIG. 8 illustrates a user interface 22. The user interface 22 displays a waste drawer status 202. The waste drawer status 202 as displayed is an average number of cleaning cycles per day 202b of the automated litter device 12 (not shown), the total cleaning cycles per month 202c of the automated litter device 12 (not shown), and an overall chart showing the cleaning cycles over a month time period 202d. Although a month is shown, the time period may be shown in weeks, days, years, and the like.

[0093] FIG. 9 illustrates a user interface 22. The user interface 22 displays a plurality of instruction buttons 60. The instructions buttons 60 include a sleep mode menu button 62, a wait time menu button 64, a light button 66, a lockout button 68, and a power button 70. The plurality of instruction buttons 60 may each allow for causing of one or more operations of the automated litter device 12. Upon selecting an instruction button 60, one or more instruction algorithms may be executed to change the one or more operations or conditions of the device 12. The sleep mode menu button 62 may allow for entering or exiting a sleep mode of the device 12. The wait time menu button 64 may allow for setting of a wait time for wait mode of the device 12. The light button 66 may allow for changing a light mode of the device 12. The lockout button 68 may allow for enabling or disabling a lockout mode of the device 12. The power button 70 may allow for changing the power mode of the device 12.

[0094] FIG. 10 illustrates a user interface 22. The user interface 22 is within a sleep menu 72. The sleep menu 72 may be accessed by a sleep menu button 64 such as illustrated in FIG. 9. The sleep menu 72 allows for a user to configure one or more sleep modes of a remotely located automated litter device 12 (such as shown in FIG. 2).

[0095] FIG. 11 illustrates a user interface 22. The user interface 22 displays one or more conditions 74 of a remotely located automated litter device 12 (such as shown in FIG. 2). The one or more conditions 74 can include a pinch condition 76

[0096] Any numerical values recited in the above application includes all values from the lower value to the upper value in increments of one unit provided that there is a separation of at least 2 units between any lower value and any higher value. These are only examples of what is specifically intended and all possible combinations of numerical values between the lowest value, and the highest value enumerated are to be considered to be expressly stated in this application in a similar manner. Unless otherwise stated, all ranges include both endpoints and all numbers between the endpoints.

[0097] The terms "generally" or "substantially" to describe angular measurements may mean about +/−10° or less, about +/−5° or less, or even about +/−1° or less. The terms "generally" or "substantially" to describe angular measurements may mean about +/−0.01° or greater, about +/−0.1° or greater, or even about +/−0.5° or greater. The terms "generally" or "substantially" to describe linear measurements, percentages, or ratios may mean about +/−10% or less, about +/−5% or less, or even about +/−1% or less. The terms "generally" or "substantially" to describe linear measurements, percentages, or ratios may mean about +/−0.01% or greater, about +/−0.1% or greater, or even about +/−0.5% or greater.

[0098] The term "consisting essentially of" to describe a combination shall include the elements, ingredients, components, or steps identified, and such other elements ingredients, components or steps that do not materially affect the basic and novel characteristics of the combination. The use of the terms "comprising" or "including" to describe combinations of elements, ingredients, components, or steps herein also contemplates embodiments that consist essentially of the elements, ingredients, components, or steps.

[0099] Plural elements, ingredients, components, or steps can be provided by a single integrated element, ingredient, component, or step. Alternatively, a single integrated element, ingredient, component, or step might be divided into separate plural elements, ingredients, components, or steps. The disclosure of "a" or "one" to describe an element, ingredient, component, or step is not intended to foreclose additional elements, ingredients, components, or steps.

What is claimed is:

1. A device which is an automated litter device comprising:
  a) a chamber configured to hold litter to allow an animal to enter and excrete waste;
  b) a waste drawer in communication with the chamber and configured to receive the waste;
  c) one or more sensors configured to detect one or more conditions of the device and transmit one or more signals related to the one or more conditions;
  d) a controller in communication with the one or more sensors and is adapted to receive the one or more signals, wherein the controller is configured to determine one or more positions of the chamber based on the one or more signals received from the one or more sensors and interpret the one or more signals as one or more status signals;
  e) a communication module in communication with the controller and adapted to communicate with a user interface via a network to transmit the one or more status signals to the user interface, receive one or more instruction signals via the user interface, or both;
    wherein the communication module is a wireless communication module and is in wireless communication with the user interface via the network; and
    wherein the user interface is adapted to transmit the one or more instruction signals wirelessly to the controller via the network to change at least one of the one or more conditions of the device.

2. The device of claim 1, wherein the user interface is a mobile computing device, non-mobile computing device, or both.

3. The device of claim 2, wherein in the mobile computing device includes a mobile phone, a tablet, a mobile computer, or a combination thereof; and

wherein a non-mobile computing device includes a desktop computer.

**4**. The device of claim **1**, wherein the wireless communication module comprises a Wi-Fi transmitter, a Bluetooth transmitter, an infrared transmitter, a radio frequency transmitter, an IEEE 802.15.4 compliant transmitter, or any combination thereof.

**5**. The device of claim **4**, wherein the user interface is configured to allow a user to instruct the device to perform one or more operations resulting in the one or more instruction signals being transmitted to the controller via the communication module and the controller is configured to initiate the one or more operations of the device;

wherein the one or more operations include: one or more cleaning cycles, one or more reset cycles, one or more sleep modes, one or more wait modes, one or more light modes, one or more lockout modes, one or more training modes, one or more power modes, or a combination thereof.

**6**. The device of claim **4**, wherein the communication module is configured to communicate with the user interface via an interaction interface through the network;

wherein the interaction interface is an application programming interface (API); and

wherein the network is an Internet.

**7**. The device of claim **1**, wherein the one or more sensors include one or more waste drawer sensors, one or more mass or presence sensors, one or more light sensors, one or more interlock sensors, one or more pinch detectors, one or more position sensors, one or more motor sensors, or any combination thereof; and

wherein the one or more signals include a waste level signal from the one or more waste drawer sensor, a mass signal or presence signal from the one or more mass or presence sensors, an interlock signal from the one or more interlock sensors, a pinch signal from the one or more pinch detectors, a position signal from the one or more position sensors, a motor signal from the one or more motor sensors, or any combination thereof.

**8**. The device of any of claim **4**, wherein the one or more sensors include one or more waste drawer sensors and the one or more signals include one or more waste level signals from the one or more waste drawer sensors to the controller;

wherein the controller is adapted to relay a level of the waste within the waste drawer to the user interface via the communication module; and

wherein the level of the waste includes any level from empty to a maximum level of fullness of the waste drawer, a pre-determined level of waste near a maximum capacity of the waste drawer; a pre-determined level of waste at the maximum capacity of the waste drawer; or a combination thereof; and

wherein the level of the waste is displayed in real-time on the user interface.

**9**. The device of claim **8**, wherein a waste drawer algorithm is configured to calculate how many cleaning cycles of the device remain before the waste drawer reaches the maximum capacity; and

wherein a cleaning cycle of the device is rotational movement of the chamber such that a waste opening of the chamber aligns with the waste drawer and the waste located within the chamber transfers from the chamber to the waste drawer.

**10**. The device of claim **9**, wherein the waste drawer algorithm is stored within one or more non-transient storage mediums and accessible by one or more processors;

and the one or more non-transient storage mediums and the one or more processors are part of the controller as part of the device, are located remote from the device and in communication via the network, or both.

**11**. The device of claim **10**, wherein the waste drawer algorithm is an algorithm which calculates and averages how many of the cleaning cycles occur between two or more waste drawer full signals, resetting a clean cycle count and a waste drawer full signal, or both.

**12**. The device of claim **10**, wherein one or more processors wirelessly communicate to the user interface via the network how many of the cleaning cycles remain before the waste drawer is full at the maximum capacity, a percentage of a fullness of the waste drawer relative to the maximum capacity, an estimated time duration until the user needs to empty the waste drawer before the waste drawer reaches the maximum capacity, if subsequent cleaning cycles are prevented due to waste drawer being full at the maximum capacity, or any combination thereof.

**13**. A method of operating an automated litter device via a user interface remote from the automated litter device comprising the steps of:

a) receiving an input from a user via a user interface to change one or more conditions of the automated litter device, wherein the user interface is located remote from the automated litter device and in wireless communication with a communication module of the automated litter device over a network, and wherein the input includes one or more instructions which instruct the automated litter device to perform one or more operations;

b) sending the one or more instructions to the communication module, wherein the communication module is a wireless communication module, is in communication with a controller, and wherein both the communication module and the controller are part of the automated litter device;

c) sending one or more instruction signals associated with the one or more instructions from the communication module to the controller, wherein the controller includes one or more processors for analyzing the one or more instruction signals;

d) automatically initiating the one or more operations of the automated litter device by the one or more processors of the controller based on the one or more instruction signals to change the one or more conditions of the automated litter device;

wherein the automated litter device includes a chamber configured to hold litter to allow an animal to enter and excrete waste, a waste drawer in communication with the chamber and configured to receive the waste, and one or more sensors configured to detect the one or more conditions of the automated litter device and transmit one or more signals related to the one or more conditions;

wherein the controller is configured to determine one or more positions of the chamber based on the one or more signals and interpret the one or more signals and one or more status signals; and

wherein the communication module is configured to transmit one or more status signals to the user interface.

**14**. The method of claim **13**, wherein the one or more operations include: one or more cleaning cycles, one or more sleep modes, one or more wait modes, one or more light modes, one or more lockout modes, one or more training modes, one or more power modes, or a combination thereof.

**15**. The method of claim **14**, wherein the user interface sends the one or more instructions to the communication module via an interaction interface; and

wherein the interaction interface is an application programming interface (API).

**16**. A method of remotely monitoring signals, receiving signals, or both of an automated litter device via a communication module comprising the steps of:

a) detecting one or more conditions of the automated litter device by one or more sensors of the automated litter device and transmitting one or more signals related to the one or more conditions from the one or more sensors to a controller;

b) automatically determining one or more conditions, one or more positions, or both of the automated litter device based on the one or more signals and forming one or more status signals with one or more processors of the controller;

c) transmitting the one or more status signals to the communication module of the device, wherein the communication module is a wireless communication module;

d) wirelessly transmitting the one or more status signals from the communication module via a network to a user interface, wherein the user interface is located remotely from the device; and

wherein the device includes a chamber configured to hold litter to allow an animal to enter and excrete waste, and a waste drawer in communication with the chamber and configured to receive the waste.

**17**. The method of claim **16**, wherein the one or more sensors include one or more waste drawer sensors, one or more mass or presence sensors, one or more light sensors,

one or more interlock sensors, one or more pinch detectors, one or more position sensors, one or more motor sensors, or any combination thereof.

**18**. The method of claim **17**, wherein the one or more sensors include the one or more waste drawer sensors and the one or more conditions include a waste drawer fullness condition; and

wherein the one or more processors of the controller, one or more processors remote from the automated litter device and in communication via the network, or both are adapted to interpret the waste drawer fullness condition as one or more waste drawer statuses which are relayed to the user interface via the communication module, the network, or both.

**19**. The method of claim **18**, wherein the one or more processors of the controller, the one or more processors remote from the automated litter device, or both determine one or more of the waste drawer statuses by applying a waste drawer algorithm configured to calculate how many cleaning cycles remain before the waste drawer is full;

wherein a cleaning cycle of the automated litter device is rotational movement of the chamber such that a waste opening of the chamber aligns with the waste drawer and the waste located within the chamber transfers from the chamber to the waste drawer; and

wherein the waste drawer algorithm is stored within one or more non-transient storage mediums and accessible by the one or more processors of the controller, the one or more processors remote from the automated litter device, or both.

**20**. The method of claim **19**, wherein the waste drawer algorithm calculates and averages how many of the cleaning cycles occurred between two or more waste drawer full signals, resetting a clean cycle count and a waste drawer full signal, or both; and

wherein the one or more waste drawer statuses include: how many of the cleaning cycles remain before the waste drawer is full, a percentage of fullness of the waste drawer, an estimated time duration until the user needs to empty the waste drawer, if subsequent cleaning cycles are prevented due to the waste drawer being full, or a combination thereof.

\*  \*  \*  \*  \*