AO 120 (Rev. 08/10)  (CAND version 7/18)

| TO: | **Do not mail; see e-filing instructions at bottom of page.**<br>Mail Stop 8<br>Director of the U.S. Patent and Trademark Office | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the Northern District of California  on the following ...

[X] Trademarks or   [✓] Patents.   ( [ ] the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>Northern District of California |
|---|---|---|
| PLAINTIFF<br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, | | DEFENDANT<br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See Attachment "Patent and Trademark Schedule A" |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**

**Patent/Trademark Schedule A**

| Patent No. | Date of Patent | Holder of Patent |
|---|---|---|
| 9,433,185 | September 6, 2016 | Automated Pet Care Products, LLC |
| 7,647,889 | January 19, 2010 | Automated Pet Care Products, LLC |

| Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|
| 4,674,124 | January 20, 2015 | Automated Pet Care Products, LLC |
| 4,674,125 | January 20, 2015 | Automated Pet Care Products, LLC |
| 5,259,515 | August 8, 2017 | Automated Pet Care Products, LLC |
| 6,227,960 | December 22, 2020 | Automated Pet Care Products, LLC |
| 6,570,005 | November 23, 2021 | Automated Pet Care Products, LLC |
| 6,668,860 | March 8, 2022 | Automated Pet Care Products, LLC |
| 6,734,934 | May 24, 2022 | Automated Pet Care Products, LLC |
| 6,734,935 | May 24, 2022 | Automated Pet Care Products, LLC |
| 6,799,211 | July 19, 2022 | Automated Pet Care Products, LLC |