COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401
Telephone:    310 883 6400
Facsimile:    310 883 6500

ERIK MILCH [*Pro hac vice forthcoming*]
(emilch@cooley.com)
11951 Freedom Drive, 14th Floor
Reason, VA 20190
Telephone:    703 456-8573
Facsimile:    703 456-8100

*[Full Listing on Signature Page]*

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendant. | Case No.<br><br>**PLAINTIFFF AUTOMATED PET CARE PRODUCTS, LLC D/B/A WHISKER'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

## CERTIFICATE OF INTERESTED ENTITIES

Under Civil L.R. 3-15, counsel for Plaintiff Automated Pet Care Products, LLC d/b/a Whisker, certifies that, as of this date, there is no such interest to report other than Automated Pet Care Products, LLC d/b/a Whisker.

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Plaintiff Automated Pet Care Products, LLC d/b/a Whisker, states the parent corporation is Whisker Holdings, Inc. and no publicly held corporation owns 10 percent or more of Plaintiff's stock.

Dated: July 22, 2022                                COOLEY LLP

By: /s/ Bobby Ghajar
Bobby Ghajar
Erik Milch
Ari Lipsitz
Allison Elman

*Attorneys for Plaintiff*
Automated Pet Care Products, LLC d/b/a Whisker

[Full Counsel List]
ARI LIPSITZ [Pro hac vice forthcoming]
(alipsitz@cooley.com)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6692
Facsimile: (212) 479-6275

ALLISON ELKMAN [Pro hac vice forthcoming]
(aelkman@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 776-2196
Facsimile: (202) 842-7899

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker