AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>*Plaintiff(s)*<br>v.<br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>*Defendant(s)* | Civil Action No. 5:22-cv-4261-SVK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Defendant, PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear")
96 Eleanor Avenue, Los Altos, California 94022.

Defendant, Chris Madeiras
Address: 1310 Creekside Drive, Unit 107
Walnut Creek, CA 94596

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cooley, LLP
Bobby Ghajar
1333 2nd Street, Suite 400
Santa Monica, CA 90401

Cooley, LLP
Erik Milch
11951 Freedom Drive, 14th Floor
Reston, VA 20190

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 7/25/2022

*Signature of Clerk or Deputy Clerk*