| Attorney or Party without Attorney:<br>BOBBY GHAJAR (SBN 198719)<br>COOLEY LLP<br>1333 2nd St., Ste 400<br>Santa Monica, CA 90401<br>Telephone No: (310) 883-6400<br><br>Attorney For: Plaintiff Automated Pet Care Products, LLC d/b/a Whisker | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation<br>Defendant: PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation; et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:22-cv-04261-SVK |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintifff Automated Pet Care Products, Llc D/B/A Whisker's Certificate Of Interested Entities Or Persons And Corporate Disclosure Statement; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:     PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation
   b. Person served:   Lynanne Gares, Litigation Management, Corporation Service Company, Registered Agent
                       served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Dr, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Aug 01 2022 (2) at: 12:00 PM

6. **Person Who Served Papers:**
   a. Zahid Nawaz
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $427.65

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/01/2022
(Date)          (Signature)



PROOF OF SERVICE

7436536
(5050898)