| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BOBBY GHAJAR (198719)<br>(bghajar@cooley.com) |
| 3 | 1333 2nd Street, Suite 400<br>Santa Monica, CA 90401 |
| 4 | Telephone:  (310) 883-6400<br>Facsimile:    (310) 883-6500 |
| 5 | ERIK MILCH [*Pro hac vice forthcoming*] |
| 6 | (emilch@cooley.com)<br>11951 Freedom Drive, 14th Floor |
| 7 | Reston, VA 20190<br>Telephone:  (703) 456-8573 |
| 8 | Facsimile:    (703) 456-8100 |

*[Full Listing on Next Page]*

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 5:22-cv-04261-SVK<br><br>**PROOF OF SERVICE OF SUMMONS FOR DEFENDANT CHRIS MADEIRAS**<br><br>Judge:     Hon. Susan van Keulen<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW

PROOF OF SERVICE
CASE NO. 5:22-CV-04261-SVK

| | |
|---|---|
| 1 | |
| 2 | *[Full Counsel List]* |
| 3 | ARI LIPSITZ *[Pro hac vice forthcoming]*<br>(alipsitz@cooley.com)<br>55 Hudson Yards |
| 4 | New York, NY 10001<br>Telephone:   (212) 479-6692 |
| 5 | Facsimile:   (212) 479-6275 |
| 6 | ALLISON ELKMAN *[Pro hac vice forthcoming]*<br>(aelkman@cooley.com) |
| 7 | 1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Telephone:   (202) 776-2196 |
| 8 | Facsimile:   (202) 842-7899 |
| 9 | Attorneys for Plaintiff<br>Automated Pet Care Products, LLC d/b/a Whisker |
| 10 | |
| 11 | |
| ... | |
| 28 | |

COOLEY LLP
ATTORNEYS AT LAW

**PROOF OF SERVICE**
**CASE NO. 5:22-CV-04261-SVK**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Ari Lipsitz*
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: