COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:  (310) 883-6400
Facsimile:  (310) 883-6500

ERIK MILCH *[Pro hac vice forthcoming]*
(emilch@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone:  (703) 456-8573
Facsimile:  (703) 456-8100

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 5:22-cv-04261-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Judge:     Hon. Susan van Keulen<br>Trial Date: Not yet set |

Pursuant to Civil Local Rules 6-1, Plaintiff Automated Pet Care Products, LLC d/b/a Whisker ("Plaintiff"), and PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear"), and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the Complaint and adopting the below briefing schedule for Defendants' motion to dismiss the Complaint.

**RECITALS**

WHEREAS, Plaintiff filed the Complaint in the above-entitled action in U.S. District Court for the Northern District of California on July 22, 2022;

WHEREAS, on August 1, 2022, Plaintiff delivered a copy of the Summons and Complaint to Defendant Smarty Pear's agent for service of process;

WHEREAS, on August 18, 2022, in lieu of any continued efforts by Plaintiff to personally serve Defendant Madeiras, and pursuant to agreement between the Parties, Plaintiff delivered a copy of the Summons and Complaint to Defendant Madeiras's counsel to effectuate service;

WHEREAS, the current deadlines to respond to the Complaint are August 22, 2022 for Defendant Smarty Pear and September 8, 2022 for Defendant Madeiras;

WHEREAS, in an effort to conserve party and Court resources, the Parties agree that both Defendants have been served and shall not assert insufficiency of service of process as grounds for dismissal of the Complaint;

WHEREAS, to extend the time for Defendant Smarty Pear to respond to the Complaint and to harmonize the deadlines for the Defendants to respond, the Parties agree that the deadline for both Defendants to respond to the Complaint shall be September 28, 2022—providing a five-week and three-week extension of time for Defendant Smarty Pear and Defendant Madeiras, respectively;

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between Plaintiff's and Defendants' counsel:

1. Both Defendants are deemed properly served and Defendants shall not assert insufficiency of service of process as grounds for dismissal of the Complaint;

2.    The Parties agree that Defendants shall respond to the Complaint no later than September 28, 2022.

Dated: August 22, 2022

COOLEY LLP

*/s/ Bobby Ghajar*
Bobby Ghajar

*Attorney for Plaintiff*
Automated Pet Care Products LLC d/b/a Whisker

Dated: August 22, 2022

HAILEY GUILIANO LLP

*/s/ Richard T. McCaulley*
Richard T. McCaulley

*Attorney for Defendants*
PurLife Brands, Inc. d/b/a Smarty Pear, Chris Madeiras

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____, 2022

_____
Hon. Susan van Keulen
United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2022

          COOLEY LLP

          */s/ Bobby Ghajar*
          Bobby Ghajar

          *Attorney for Plaintiff*
          Automated Pet Care Products LLC d/b/a Whisker