COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

ERIK MILCH *[Pro hac vice forthcoming]*
(emilch@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone:    (703) 456-8573
Facsimile:    (703) 456-8100

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 5:22-cv-04261-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Judge:    Hon. Susan van Keulen<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW

STIP. & [PROPOSED] ORDER ON DEFS.'
RESPONSE TO COMPL 5:22-CV-04261-SVK

Pursuant to Civil Local Rules 6-1, Plaintiff Automated Pet Care Products, LLC d/b/a Whisker ("Plaintiff"), and PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear"), and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the Complaint and adopting the below briefing schedule for Defendants' motion to dismiss the Complaint.

## RECITALS

WHEREAS, Plaintiff filed the Complaint in the above-entitled action in U.S. District Court for the Northern District of California on July 22, 2022;

WHEREAS, on August 1, 2022, Plaintiff delivered a copy of the Summons and Complaint to Defendant Smarty Pear's agent for service of process;

WHEREAS, on August 18, 2022, in lieu of any continued efforts by Plaintiff to personally serve Defendant Madeiras, and pursuant to agreement between the Parties, Plaintiff delivered a copy of the Summons and Complaint to Defendant Madeiras's counsel to effectuate service;

WHEREAS, the current deadlines to respond to the Complaint are August 22, 2022 for Defendant Smarty Pear and September 8, 2022 for Defendant Madeiras;

WHEREAS, in an effort to conserve party and Court resources, the Parties agree that both Defendants have been served and shall not assert insufficiency of service of process as grounds for dismissal of the Complaint;

WHEREAS, to extend the time for Defendant Smarty Pear to respond to the Complaint and to harmonize the deadlines for the Defendants to respond, the Parties agree that the deadline for both Defendants to respond to the Complaint shall be September 28, 2022—providing a five-week and three-week extension of time for Defendant Smarty Pear and Defendant Madeiras, respectively;

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between Plaintiff's and Defendants' counsel:

1.      Both Defendants are deemed properly served and Defendants shall not assert insufficiency of service of process as grounds for dismissal of the Complaint;

COOLEY LLP
ATTORNEYS AT LAW

1

STIP. & [PROPOSED] ORDER ON DEFS.'
RESPONSE TO COMPL. 5:22-CV-04261-SVK

1        2.       The Parties agree that Defendants shall respond to the Complaint no later than

2    September 28, 2022.

3

4    Dated: August 22, 2022

5                                                              COOLEY LLP

6                                                              */s/ Bobby Ghajar*
                                                               Bobby Ghajar

7
                                                               *Attorney for Plaintiff*
8                                                              Automated Pet Care Products LLC d/b/a
                                                               Whisker

9

10   Dated: August 22, 2022                                   HAILEY GUILIANO LLP

11                                                             */s/ Richard T. McCaulley*
                                                               Richard T. McCaulley

12
                                                               *Attorney for Defendants*
13                                                             PurLife Brands, Inc. d/b/a Smarty Pear, Chris
                                                               Madeiras

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3

4

Dated:   August 23 , 2022

5

Hon. Susan van Keulen
United States ~~District Judge~~

6

Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

2

I hereby attest that I obtained concurrence in the filing of this document from each of the other

3

signatories.  I declare under penalty of perjury that the foregoing is true and correct.

4

Dated: August 22, 2022

5

COOLEY LLP

6

*/s/ Bobby Ghajar*
Bobby Ghajar

7

8

*Attorney for Plaintiff*
Automated Pet Care Products LLC d/b/a
Whisker

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28