1  **HALEY GUILIANO LLP**
2  JOSHUA V. VAN HOVEN (CSB No. 262815)
    E-MAIL: Joshua.vanhoven@hglaw.com
3  111 N Market Street, Suite 900
   San Jose, California 95113
4  Telephone: 669.213.1050
   Fascimile: 669.500.7375
5

6  RICHARD T. MCCAULLEY (applying *pro hac vice*)
    E-MAIL: Richard.mccaulley@hglaw.com
7  8 E. Huron, 1004
   Chicago, Illinois 60661
8  Telephone: 312.330.8105

9  Attorneys for Defendants
   PurLife Brands, Inc. d/b/a Smarty Pear, a
10 Delaware corporation, and Chris Madeiras, an
   individual
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>            Defendants. | Case No. 5:22-cv-04261-SVK<br><br>**NOTICE OF APPEARANCE FOR JOSHUA VAN HOVEN FOR DEFENDANTS PURLIFE, BRANDS INC., D/B/A SMARTY PEAR, CHRIS MADEIRAS**<br><br>Judge:    Hon. Susan van Keulen<br>Trial Date: Not yet set |
|---|---|

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Joshua Van Hoven of Haley Guiliano LLP, 111 N. Market Street, Suite 900, San Jose, California 95113, Telephone (669) 213-1050, hereby enters an appearance as counsel of record in the above-captioned matter for Defendant PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the email listed above.

Dated: September 7, 2022

**HALEY GUILIANO LLP**

By: */s/ Joshua Van Hoven*
JOSHUA V. VAN HOVEN
Joshua.vanhoven@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Fascimile: 669.500.7375

RICHARD T. MCCAULLEY (applying *pro hac vice*)
Richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

*Attorneys for Defendants*
PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual

**CERTIFICATE OF SERVICE**

On September 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R 5-1 have been so served.

By: */s/* Joshua Van Hoven
Joshua Van Hoven