**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
    E-MAIL: Joshua.vanhoven@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Fascimile: 669.500.7375

RICHARD T. MCCAULLEY (applying *pro hac vice*)
    E-MAIL: Richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

Attorneys for Defendants
PurLife Brands, Inc. d/b/a Smarty Pear, a
Delaware corporation, and Chris Madeiras, an
individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>　　　　　Defendants. | Case No. 5:22-cv-04261-SVK<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:　　Hon. Susan van Keulen<br>Trial Date: Not yet set |

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD**

　　　Defendants PurLife Brands, Inc., d/b/a Smarty Pear, a Delaware corporation, and Chris

Madeiras, an individual, discloses the following information for the limited purpose of complying

with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15 of the Northern District of California:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned certifies that as of this date, PurLife Brands, Inc., has no parent corporation and no publicly held corporation owns 10% or more of PurLife Brands, Inc., stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 7, 2022

**HALEY GUILIANO LLP**

By: */s/ Joshua Van Hoven*
JOSHUA V. VAN HOVEN
Joshua.vanhoven@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1050
Fascimile: 669.500.7375

RICHARD T. MCCAULLEY (applying *pro hac vice*)
Richard.mccaulley@hglaw.com
8 E. Huron, 1004
Chicago, Illinois 60661
Telephone: 312.330.8105

*Attorneys for Defendants*
PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual

DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
5:22-CV-04261-SVK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

On September 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R 5-1 have been so served.

By: */s/ Joshua Van Hoven*
Joshua Van Hoven