Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUTOMATED PET CARE PRODUCTS, LLC D/B/A WHISKER, A MICHIGAN CORPORATION<br><br>    Plaintiff(s),<br><br> V.<br><br>PURLIFE BRANDS, INC. d/b/a SMARTY PEAR, A DELAWARE CORPORATION, AND CHRIS MADIERAS, AN INDIVIDUAL<br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: <u>5:22-cv-04261-SVK</u><br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

  I, <u>Richard McCaulley</u>, an active member in good standing of the bar of <u>Illinois</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: <u>PurLife Brands, Inc. d/b/a Smarty Pear, Chris Madeiras</u> in the above-entitled action. My local co-counsel in this case is <u>Joshua Van Hoven</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 8 E. Huron, 1004<br>Chicago, Illinois 60661 | 111 N Market Street, Suite 900<br>San Jose, California 95113 |
| MY TELEPHONE # OF RECORD:<br>(312) 330-8105 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(669) 213-1061 |
| MY EMAIL ADDRESS OF RECORD:<br>richard.mccaulley@hglaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>joshua.vanhoven@hglaw.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>6225586</u>.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  09/08/2022           /s/ Richard McCaulley

                     APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

  IT IS HEREBY ORDERED THAT the application of <u>Richard McCaulley</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                UNITED STATES DISTRICT/MAGISTRATE JUDGE