# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **ERIK BENTON MILCH** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  **MR. MILCH** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 27, 2001,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued September 14, 2022

*DaVida M. Davis*
**Director of Regulatory Compliance**