1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  (bghajar@cooley.com)
   1333 2nd Street, Suite 400
3  Santa Monica, CA 90401
   Telephone:  (310) 883-6400
4  Facsimile:   (310) 883-6500

5  ERIK MILCH [*Pro hac vice forthcoming*]
   (emilch@cooley.com)
6  11951 Freedom Drive, 14th Floor
   Reston, VA 20190
7  Telephone:  (703) 456-8573
   Facsimile:   (703) 456-8100

8  Attorneys for Plaintiff
   Automated Pet Care Products, LLC d/b/a Whisker
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-04261-SVK<br><br>**STIPULATION AND [Proposed] ORDER SETTING DEFENDANTS' DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge:　Hon. Susan van Keulen<br>Trial Date: Not yet set |

COOLEY LLP
ATTORNEYS AT LAW

Pursuant to Civil Local Rules 6-1, Plaintiff Automated Pet Care Products, LLC d/b/a Whisker ("Plaintiff"), and PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear"), and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court setting Defendants' time to respond to the First Amended Complaint.

## RECITALS

WHEREAS, Plaintiff filed the Complaint in the above-entitled action in U.S. District Court for the Northern District of California on July 22, 2022;

WHEREAS, upon service of the Complaint on Defendants, the initial deadlines to respond to the Complaint were August 22, 2022 for Defendant Smarty Pear and September 8, 2022 for Defendant Madeiras;

WHEREAS, on August 22, 2022, at Defendants' request, the Parties agreed to an extension of Defendants' time to respond to the Complaint by no later than September 28, 2022 (Dkt. 13);

WHEREAS, on August 23, 2022, this Court entered an order establishing that deadline (Dkt. 14);

WHEREAS, Plaintiff intends to amend its Complaint in order to add a third claim for patent infringement (the "First Amended Complaint");

WHEREAS, Defendants have provided written consent for Plaintiff to file the First Amended Complaint, including pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure;

WHEREAS, pursuant to such written consent, Plaintiff intends to file the First Amended Complaint by September 22, 2022;

WHEREAS, the Parties agree that the deadline for both Defendants to respond to the First Amended Complaint shall be October 12, 2022;

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between Plaintiff's and Defendants' counsel:

1. Plaintiff's First Amended Complaint shall be filed and deemed served on September 22, 2022;

2. Defendants shall answer or otherwise respond to the First Amended Complaint no later than October 12, 2022; and

3. The Parties agree that this agreement is without prejudice to Plaintiff's ability to amend as of right of pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 22, 2022

COOLEY LLP

*/s/ Bobby Ghajar*
Bobby Ghajar

*Attorney for Plaintiff*
Automated Pet Care Products LLC d/b/a Whisker

Dated: September 22, 2022

HAILEY GUILIANO LLP

*/s/ Richard T. McCaulley*
Richard T. McCaulley

*Attorney for Defendants*
PurLife Brands, Inc. d/b/a Smarty Pear, Chris Madeiras

# ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. Plaintiff's First Amended Complaint shall be filed and deemed served on September 22, 2022;

2. Defendants shall answer or otherwise respond to the First Amended Complaint no later than October 12, 2022; and

3. The Parties agree that this agreement is without prejudice to Plaintiff's ability to amend as of right of pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 22, 2022

                               Hon. Susan van Keulen
                               United States ~~District Judge~~
                                               Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2022

COOLEY LLP

 /s/ Bobby Ghajar
Bobby Ghajar

*Attorney for Plaintiff*
Automated Pet Care Products LLC d/b/a Whisker