**HALEY GUILIANO LLP**
JOSHUA V. VAN HOVEN (CSB No. 262815)
    E-Mail: joshua.vanhoven@hglaw.com
111 N Market Street, Suite 900
San Jose, California 95113
Telephone: 669.213.1061
Facsimile: 669.500.7375

RICHARD T. MCCAULLEY  (*pro hac vice*)
    E-Mail: richard.mccaulley@hglaw.com
116 W. Hubbard Street
Chicago, Illinois 60654
Telephone: 312.330.8105

*Attorneys for Defendants,*
PurLife Brands, Inc. d/b/a Smarty Pear,
and Chris Madeiras

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No.  5-22-cv-04261-VC<br><br>Honorable Vince Chhabria<br><br>**DECLARATION OF JOSHUA VAN HOVEN IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFEDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Hearing: December 1, 2022<br>Time: 10:00 a.m.<br>Courtroom: 4 – 17th Floor (Zoom Hearing)<br>Judge: The Honorable Vince Chhabria<br>Complaint Filed: July 22, 2022 |

I, JOSHUA VAN HOVEN, declare as follows:

1. I am a partner with the law firm of HALEY GUILIANO, LLP, attorneys for Defendants PurLife Brands, Inc. (d/b/a "Smarty Pear") and Chris Madeiras in this matter. I have personal knowledge of the matters set forth herein, unless otherwise noted.

2. Attached as Exhibit 1 is a true and correct copy of Smarty Pear's Leo's Loo Too User Manual, accessed via https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view as referenced in Amended Complaint.

3. Attached as Exhibit 2 is a true and correct copy of United States Trademark Registration No. 4,674,124, accessed via the United States Patent and Trademark Office ("USPTO") Trademark Status and Document Retrieval ("TSDR") system.

4. Attached as Exhibit 3 is a true and correct copy of United States Trademark Registration No. 4,674,125, accessed via the USPTO's TSDR system.

5. Attached as Exhibit 4 is a true and correct copy of United States Trademark Registration No. 6,227,960, accessed via the USPTO's TSDR system.

6. Attached as Exhibit 5 is a true and correct copy of United States Trademark Registration No. 5,259,515, accessed via the USPTO's TSDR system.

7. Attached as Exhibit 6 is a true and correct copy of United States Trademark Registration No. 6,570,005, accessed via the USPTO's TSDR system.

8. Attached as Exhibit 7 is a true and correct copy of United States Trademark Registration No. 6,668,860, accessed via the USPTO's TSDR system.

9. Attached as Exhibit 8 is a true and correct copy of United States Trademark Registration No. 6,734,934, accessed via the USPTO's TSDR system.

10. Attached as Exhibit 9 is a true and correct copy of United States Trademark Registration No. 6,734,935, accessed via the USPTO's TSDR system.

11. Attached as Exhibit 10 is a true and correct copy of the Application History of United States Trademark Serial No. 77142737, accessed via the USPTO's TSDR system.

12. Attached as Exhibit 11 is a true and correct copy of the Application History of United

1  States Trademark Serial No. 87202622, accessed via the USPTO's TSDR system.

2  13. Attached as Exhibit 12 is a true and correct copy of the Application History of United
3  States Trademark Serial No. 90503809, accessed via the USPTO's TSDR system.

4  14. Attached as Exhibit 13 is a true and correct copy of the Application History of United
5  States Trademark Serial No. 90503805, accessed via the USPTO's TSDR system.

6  15. Attached as Exhibit 14 is a true and correct copy of the Application History of United
7  States Trademark Serial No. 90503798, accessed via the USPTO's TSDR system.

8  16. Attached as Exhibit 15 is a true and correct copy of the Application History of United
9  States Trademark Serial No. 90296230, accessed via the USPTO's TSDR system.

10 17. Attached as Exhibit 16 is a true and correct copy of United States Trademark Registration
11 No. 6,799,211, accessed via the USPTO's TSDR system.

12 18. I declare under penalty of perjury that the foregoing is true and correct.

13

14 EXECUTED the 12th day of October, 2022 in San Jose, California.

15

16              _/s/ Joshua Van Hoven_____
               By: Joshua Van Hoven