# User Manual

## Automatic WiFi Enabled Litter Box



Leo's Loo Too

Smarty Pear ®

# Contents

Welcome .................................. 1

Safety Instructions .................................. 2

Inside the Box .................................. 3

Components .................................. 4

Features .................................. 5

Setup .................................. 6

App Pairing & Functionality .................................. 8

Power Button .................................. 11

Notifications .................................. 12

Removing Waste .................................. 14

Cleaning Your Loo .................................. 15

Video Tutorials .................................. 16

Acclimating Kitty .................................. 17

**Voice Control** .................................. 18

Product Specifications .................................. 19

## Welcome

*Dear Valued Customer,*

*Welcome to the Smarty Pear family! It means a great deal to me and my team that you chose our product - Leo's Loo Too - over all the other litter box products available.*

*When I started Smarty Pear, my goal was to create products that injected even more magic into the special bond that exists between pet lovers and their fur babies. That's what Leo's Loo Too is designed to do and why it's named after Leo, my loveable and sometimes cantankerous cat.*

*Leo's Loo Too removes the one by-product of cat parenting that no one loves: scooping litter. Taking that smelly chore out of the cat parenting experience opens room for a richer, more rewarding partnership with your cat companion.*

*Not to mention, it makes the business of doing business a lot more pleasant for Kitty too.*

*Making you and your cat happy is our number one goal at Smarty Pear. If you aren't satisfied with your purchase, please send us an email at customercare@smartypear.com and I promise I'll do whatever it takes to make you a satisfied member of the Smarty Pear family for years to come.*

*Here's to no more scooping!*

Christopher Madeiras
Smarty Pear Founder / CEO

1

# Safety Instructions

**Thank you for purchasing a Leo's Loo Too by Smarty Pear. Please carefully read the following safety instructions before using the machine.**

**Using your Leo's Loo is an acknowledgement that you have read and agreed to all the safety instructions written in this user manual.**

- Do not use this machine in Automatic Mode for cats weighing 3lbs or less.
- Do not power on while your cat is inside or on top of the machine.
- When first powered on, the machine will complete a rotation to calibrate sensors. Do not allow your cat to enter the machine at this time or the calibration process will be interrupted.
- Use only small particle clay clumping cat litter that absorbs moisture.
- Place the machine on a dry, solid and level surface. Soft or uneven surfaces will impede weight sensors from operating properly.
- For indoor use only. Do not place in direct sunlight.
- Do not soak the base of the machine in water.
- Empty the waste drawer frequently; no less than once per week.
- Compatible with 2.4G WiFi networks.

For safety or support related questions please contact Smarty Pear customer support at customercare@smartypear.com. Our company reserves the right to interpret and amend this document at any time.

2

## Inside the Box



- Power Adapter with 6' Anti-Chew Cord

- Drawstring Waste Drawer Liners (x10)

- Charcoal Air Filter (x2) - Pre Installed Beneath Drawer

- Quick Setup Guide

- Quick Reference Manual

- User Manual

*Please note product registration info located at the bottom of device before starting.*

## Components

 

| | | | |
|---|---|---|---|
| **1** | Rotating Drum (Removable) | **7** | POWER Button |
| **2** | Sifter | **8** | Base |
| **3** | Silicon Litter Bladder | **9** | Top Cover (Removable) |
| **4** | Weight Sensors | **10** | Waste Litter Drawer |
| **5** | Top Cover (Removable) | **11** | Power Connector |
| **6** | Silicone Step (Replaceable) | **12** | Carbon Filters |

4

## Features

### 1 UV Rays that Eliminate 99.9% of Bacteria

Leo's Loo Too utilizes UV rays to kill bacteria. After your cat exits the Loo, the machine projects UV rays into the waste drawer to throughly sterilize. The UV rays are 99.9% effective at eliminating bacteria, parasites and viruses.

### 2 Triple Safety Protection



**RADAR WALL**

Our state of the art radar system forms an invisible wall around your Loo. When it detects your kitty nearby, it stops the Loo from rotating, ensuring your kitty can always enter safely.

**WEIGHT SENSORS**

Four weight sensors located at the bottom of your Loo detect when your kitty enters and exits the drum. The Loo will only initiate a cleaning cycle when the weight sensors indicate the drum is empty.

**ANTI-PINCH SENSOR**

An anti-pinch sensor located at the top of the waste drawer detects when foreign objects enter the waste chute. When foreign objects are detected, your Loo will stop immediately and reverse rotation.

### 3 Connected Smart Home Platform with App

**GLOBAL APP SERVICE**

The Leo's Loo Too App enables you to remotely monitor and control your Loo from anywhere in the world. You can access and adjust settings and view activity reports anywhere you have an internet connection.

## Setup

**2**



Ensure drum is property seated and cover on.

**1**



Place your device on a solid surface (no carpets) to ensure sensors function properly.

**3**



Add up to 2.2 gallons (10.0 L) / 13 pounds (5.9 kg) of clumping clay litter.

**4**



Install Waste Drawer Liners and Filters.

**5**



Plug your Loo into a power outlet then press the POWER button for 2 seconds to turn on.

Note: When power is turned on, the inner drum will rotate a full circle and the light will flash. Please wait patiently.



## Waste Drawer Setup

1. Remove the litter drawer and lift the top cover.

2. Spread the waste drawer liner bag evenly inside and smooth out all edges.

3. After adjusting the liner, put the drawer cover back on and make sure the edges of the liner are smooth.

4. Insert drawer back in.

# App Pairing & Functionality



Scan the QR code to download the app. Create an account and sign in.

Long press the POWER button for 5 seconds. When you hear 3 beeps, the Loo is in pairing mode.



5s

White light blinking quickly



Add Device

In the app, click on "Add Device" or select "+" in the top right corner. The app will display available devices. Select the Loo you'd like to pair with.

8



Hardware and software information.

Indicates when cleaning cycle is in process.

Indicates when UV Sterilization is in process

Change Waste Drawer alert.

Turn Automatic Sterilization function On/Off

Power Loo On/Off

Manually initiate cleaning cycle.

View and adjust app settings.

View activity record

9:41

# Leo's Loo Too
Automatic cleaning | Timed cleaning

Full
Change Bag

On     Sterilization     Settings     Clean

**25** January

11:56
UV sterilization completed.

11:47
Anti-pinch sensor detects blockage near chute. Clear blockage & click POWER to resume.

11:30
Kitty just used the Loo and weighs 12/lbs

9

Log Set Up

## Cleaning Settings

Adjust number of drum rotations per cleaning cycle.

Cleaning Cycles

— 2 +

Cleaning Mode

Auto ❯

Switch between Automatic and Manual cleaning modes.

🕐 Automatic Time Delay

Leo's Loo will start to clean 6 seconds after your kitty leaves.

Set when cleaning cycle starts after kitty exits Loo.

## Scheduled Settings

Schedule daily cleanings.

🕐 Scheduled Cleaning

After setting, your Loo will be cleaned according to the time you set.

Not Active

❯

🌙 Sleep Mode

Automatic and timed cleanings will not be performed when activated

Active

❯

Schedule periods when the device should be non operational.

Turn POWER button light On/Off.

Light Setting

Not Set

❯

Sterilization Timing

Not Set

❯

Schedule daily sterilizations.

Reset to factory settings.

⚙ Reset

🔄 Filter Replacement

Days Remaining: 25 days

Reset filter and litter replacement countdown.

10

## POWER Button



**Button Operation**

On/Off: Press 2 Seconds (1 Beep)

Pairing: Press 5 Seconds (3 Beeps)

Run/Pause: Short Press

Changing Modes: Double Press

**Light Codes**

| | |
|---|---|
| ◯ | White Light Steady On: Automatic Mode |
| | White Light Flashing Slowly: Connect Failure |
| | White Light Flashing Quickly: Ready to Pair to App |
| ◯ | Red Light Steady On: Manual Mode |
| | Red Light Flashing Slowly: Waste Drawer Full |
| | Red Light Flashing Quickly: Hardware Error |
| ◯ | Blue Light Steady On: UV Sterilization Cycle Running |
| | Blue Light Flashing Slowly: Weight Sensor Calibration |

11

**Notifications**

# Information Notifications

### LOO USE NOTIFICATION

While in Automatic Mode, you will receive a notification, via the app, each time your kitty finishes using the Loo.

### UV CYCLE NOTIFICATION

Each time the Loo runs a UV sterilization cycle, you will receive a notification in the app.

### WASTE DRAWER FULL NOTIFICATION

When your Loo detects that the waste drawer is full, it will enter a pause operation mode and a notification will be sent to your phone through the app to let you know. To resume operation, empty the waste drawer liner bag and replace with new one, then click on app "cleaning" button or quick click the power button once to clear the drawer full mode. Click one more time to resume normal

### FAILURE TO INITIATE CLEANING

If your kitty is inside the machine and a cleaning cycle is initiated, the machine will not operate. A warning notification will be sent indicating a cat is detected in the drum. Normal operation will resume once your kitty is clear of the Loo.

### TOO MANY CLEANING CYCLES RUN

To avoid wasting electricity, it's recommended that you inspect the Loo and consider switching to Manual Mode for a short period of time.

### MACHINE IS OFF WARNING

Please turn the power back on to continue operation.

### RECOMMENDED CLEANING

To avoid unpleasant odors, it's recommended that you replace all litter and the carbon air filters every 30 days. To clear this notification, click on settings, then check "replace litter and carbon filter."

12

# Error Notifications

**WEIGHT SENSOR ERROR: The sensors are reading inaccurate numbers.**

How to clear: Inspect if the weight sensors, located inside the four feet on the bottom of the machine, are on a solid, flat surface (no carpet) and that no foreign objects are underneath the feet (i.e. cat food or litter particles). Then restart the machine.

**SAFETY MODE WARNING: The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.**

How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation.

**RADAR SENSOR ERROR: Radar system may be faulty.**

If this happens multiple times, please contact customer care at customercare@smartypear.com.

**MOTOR ERROR: Motor connection or operation error.**

If this happens multiple times, please contact customer care at customercare@smartypear.com.

# Removing Waste





When the waste drawer is full, the POWER button light will turn red and blink slowly. The machine will stop rotating.

**1** Pull out the drawer.

**2** Remove and replace the waste drawer liner bag and top off the litter in the drum.

**3** Reinsert drawer and short press the POWER button twice to reset.

14

## Cleaning Your Loo

**1** Detach hood and then remove the drum from the base.

**2** Vacuum base and wipe with cleaning solution and cloth. Do NOT use water on the base as it will damage electronics.

**3** Empty old litter from drum and then wash out with soap and water. Let dry thoroughly.

**4** Return drum to unit, install cover and fill with fresh clay clumping litter.



15

## Video Tutorials

### Pairing with App



Please view this instructional video on how to pair your Leo's Loo Too with the Smarty Pear App.

### Getting Started



Please view this instructional video to see how to set up your Leo's Loo Too.

### Monthly Cleaning



Please view this instructional video to see how to clean your Leo's Loo Too. We recommend a complete litter and filter replacement and thorough cleaning on a monthly basis.

16

## Acclimating Kitty



Please scan the QR code to see an instructional video or read the tips below on how to acclimate your kitties to Leo's Loo Too.

## How to get your kitty to use your new Leo's Loo Too.

- Place a small amount of litter from your old box on top of the litter in the Loo to create a familiar scent.

- Run the machine in manual mode while your cat is present to demonstrate that there is no danger.

- Place food or snacks near the entrance of the machine to encourage your cat to enter and explore.

- Place the Loo near the location of your old litter box. Refrain from cleaning the old litter box or remove it. This will encourage your cat to migrate to the clean environment in the Loo.

## Voice Control





**Leo's Loo Too Commands:**

"Turn on (Your Device Name)"

"Turn off (Your Device Name)"

"Set (Your Device Name) to Automatic"

"Set (Your Device Name) to Manual"

**Pairing with Amazon Alexa / Google Assistant**



Please view this instructional video on how to control your Leo's Loo Too with voice commands.

18

## Product Specifications

| | |
|---|---|
| Product Name | Leo's Loo Too |
| Dimensions | 22 x 24 x 27.6 in (56 x 61 x 70 cm) |
| Input Voltage | 12 V |
| Max Weight Capacity | 55 lb (25 kg) |
| Max Litter Capacity | 1.5 gal (6 L) |
| Material | PP |
| Product Weight - Net | 27.5 lb (12.5 kg) |
| Product Weight - Gross | 37.4 lb (17 kg) |
| Power - Operating | 53 kWh per year |
| Power - Standby | 9 kWh per year |
| Scale Accuracy | ± 1 lb (0.5 kg) |

Model: LLT

The complete LIMITED WARRANTY, warnings and cautions are available at www.Smarty Pear.com

© PurLife Brands Inc. / Palo Alto, CA, USA

Made in China



FCC Compliance: This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

20



www.SmartyPear.com