| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-10-04 01:45:22 EDT |
| **Mark:** | LITTER ROBOT |

# LITTER ROBOT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77142737 | **Application Filing Date:** | Mar. 28, 2007 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | | DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. |
| **Status:** | Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Feb. 25, 2008 | | |
| **Date Abandoned:** | Jan. 14, 2008 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LITTER ROBOT |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Cat litter boxes; Cat litter pans; Animal litter boxes; Animal litter pans | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Apr. 07, 2000 | **Use in Commerce:** | Apr. 07, 2000 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Automated Pet Care Products, Inc.
**Owner Address:** 40 W. Howard St., Suite B5
Pontiac, MICHIGAN UNITED STATES 48342
**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** MICHIGAN

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** AUTOMATED PET CARE PRODUCTS, INC.
AUTOMATED PET CARE PRODUCTS, INC.
40 W HOWARD ST STE B-5
PONTIAC, MICHIGAN UNITED STATES 48342-1281

**Phone:** 248-322-9680  **Fax:** 248-253-1797
**Correspondent e-mail:** bbaxter@litter-robot.com  **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 25, 2008 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Feb. 25, 2008 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jul. 13, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 13, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 13, 2007 | NON-FINAL ACTION WRITTEN | 76507 |
| Jul. 10, 2007 | ASSIGNED TO EXAMINER | 76507 |
| Apr. 02, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** NADELMAN, ANDREA KOYNE  **Law Office Assigned:** LAW OFFICE 110

**File Location**

**Current Location:** TMO LAW OFFICE 110 - EXAMINING ATTORNEY ASSIGNED  **Date in Location:** Feb. 25, 2008

Side - 1



# NOTICE OF ABANDONMENT
MAILING DATE: Feb 25, 2008

The trademark application identified below was abandoned in full because a response to the Office Action mailed on Jul 13, 2007 was not received within the 6-month response period.

If the delay in filing a response was unintentional, you may file a petition to revive the application with a fee. If the abandonment of this application was due to USPTO error, you may file a request for reinstatement. Please note that a petition to revive or request for reinstatement **must be received within two months from the mailing date of this notice.**

For additional information, go to http://www.uspto.gov/teas/petinfo.htm. If you are unable to get the information you need from the website, call the Trademark Assistance Center at 1-800-786-9199.

| | |
|---|---|
| **SERIAL NUMBER:** | 77142737 |
| **MARK:** | LITTER ROBOT |
| **OWNER:** | Automated Pet Care Products, Inc. |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

AUTOMATED PET CARE PRODUCTS, INC.
AUTOMATED PET CARE PRODUCTS, INC.
40 W HOWARD ST STE B-5
PONTIAC , MI   48342-1281

| | |
|---|---|
| **To:** | Automated Pet Care Products, Inc. (bbaxter@litter-robot.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 77142737 - LITTER ROBOT - N/A |
| **Sent:** | 7/13/2007 9:54:55 AM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     77/142737

**MARK**: LITTER ROBOT

**CORRESPONDENT ADDRESS**:
   AUTOMATED PET CARE PRODUCTS, INC.
   AUTOMATED PET CARE PRODUCTS, INC.
   40 W HOWARD ST STE B-5
   PONTIAC, MI 48342-1281

**\*77142737\***

**RESPOND TO THIS ACTION:**
http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:     Automated Pet Care Products, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
   N/A
**CORRESPONDENT E-MAIL ADDRESS**:
   bbaxter@litter-robot.com

## FIRST OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**: **7/13/2007**

 TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:  TEAS Plus applicants should submit the following documents using the Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.html:  (1) written responses to Office actions; (2) preliminary amendments; (3) changes of correspondence address; (4) changes of owner's address; (5) appointments and revocations of attorney; (6) amendments to allege use; (7) statements of use; (8) requests for extension of time to file a statement of use, and (9) requests to delete a §1(b) basis.  If any of these documents are filed on paper, they must be accompanied by a $50 per class fee.  37 C.F.R. §§2.6(a)(1)(iv) and 2.23(a)(i).  Telephone responses will not incur an additional fee.  NOTE:  In addition to the above, applicant must also continue to accept correspondence from the Office via e-mail throughout the examination process in order to avoid the additional fee.  37 C.F.R. §2.23(a)(2).

The assigned examining attorney has reviewed the referenced application, and determined the following.

**No Conflicting Marks Noted**
The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

Please be advised however, of the following substantive issue(s):

**Mark Is Merely Descriptive – Section 2(e)(1)**

Registration is refused because the proposed mark merely describes a feature/characteristic of applicant's goods and/or services.  Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); TMEP §§1209 *et seq.*

A mark is merely descriptive under Section 2(e)(1) if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services.  *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry,* 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP §1209.01(b).  A mark that describes an intended user of a product or service is also merely descriptive within the meaning of Section 2(e)(1).  *See Hunter Publ'g Co. v. Caulfield Publ'g, Ltd.,*   1 USPQ2d 1996 (TTAB 1986); *In re Camel Mfg. Co.*, 222 USPQ 1031 (TTAB 1984).
The applicant applied to register the mark LITTER ROBOT for litter boxes; cat litter pans; animal litter boxes; animal litter pans.  The proposed mark merely corresponds to wording which is not arbitrary, but bears a logical relationship to the goods provided by the applicant.

The term ROBOT is defined as follows.
**ro·bot** (ro¹bet, -bòt´) *noun*
1. A mechanical device that sometimes resembles a human being and is capable of performing a variety of often complex human tasks on command or by being programmed in advance.
2. A machine or device that operates automatically or by remote control.
3. A person who works mechanically without original thought, especially one who responds automatically to the commands of others.

 [Czech, from *robota*, drudgery.]
— **ro·bot¹ic** or  **ro´bot·is¹tic** (-be-tîs¹tîk) *adjective*[1]

Presumably, the applicant's litter containers are actually robotic devices that operate automatically or by   remote control.  The applicant's specimen, a user manual, confirms this presumption.  As such, the applicant's goods are robots for use with litter.

The determination of whether a mark is merely descriptive is considered in relation to the identified goods and/or services, not in the abstract.  *In re Abcor Dev. Corp.*, 588 F.2d 811, 814, 200 USPQ 215, 218 (CCPA 1978); *see, e.g*., In re Polo Int'l Inc. , 51 USPQ2d 1061 (TTAB 1999) (DOC in DOC-CONTROL would be understood to refer to the "documents" managed by applicant's software, not "doctor" as shown in dictionary definition); *In re Digital Research Inc.*, 4 USPQ2d 1242 (TTAB 1987) (CONCURRENT PC-DOS found merely descriptive of "computer programs recorded on disk" where relevant trade uses the denomination "concurrent" as a descriptor of this particular type of operating system); *see* TMEP §1209.01(b).

Finally, for the purpose of a Section 2(e)(1) analysis, a term need not describe all of the purposes, functions, characteristics or features of the goods and/or services to be merely descriptive.  *In re Dial-a-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 U.S.P.Q.2d 1807 (Fed. Cir. 2001).  It is enough if the term describes only one significant function, attribute or property.  *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) ("[A] mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services.") (quoting  *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)).


Accordingly, the mark is refused registration on the Principal Register under Section 2(e)(1).
Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

**Section 2(f)**
The record indicates that applicant has used its mark for a long time; therefore, applicant may seek registration on the Principal Register under Trademark Act Section 2(f), 15 U.S.C. §1052(f), based on acquired distinctiveness.  To amend the application to Section 2(f) based on five years use, applicant should submit the following written statement claiming acquired distinctiveness, if accurate:

> The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.

Applicant must verify this statement with a notarized affidavit or a signed declaration under 37 C.F.R. §2.20.  37 C.F.R. §2.41(b); TMEP §1212.05(d).

**Sample Acceptable Declaration**
Applicant should add the following declaration paragraph to the end of its response/Section 2(f) claim, and include a dated signature by a person authorized under 37 C.F.R. §2.33(a).  37 C.F.R. §2.20.


> The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both,

under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any resulting registration, declares that the facts set forth in the application are true; all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

**Supplemental Register**
The applied-for mark has been refused registration on the Principal Register.  However, applicant may respond to the refusal by submitting evidence and arguments in support of registration, asserting a claim of acquired distinctiveness and/or by amending the application to seek registration on the Supplemental Register.  Trademark Act Section 23, 15 U.S.C. §1091; 37 C.F.R. §§2.47 and 2.75(a); TMEP §§801.02(b), 815 and 816 *et seq*.  Please note that amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s).

Although Supplemental Register registration does not afford all the benefits of registration on the Principal Register, it does provide the following advantages:

- The registrant may use the registration symbol ®;
- The registration is protected against registration of a confusingly similar mark under §2(d) of the Trademark Act, 15 U.S.C. §1052(d);
- The registrant may bring suit for infringement in federal court; and
- The registration may serve as the basis for a filing in a foreign country under the Paris Convention and other international agreements.
- 

**Informalities**
If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following.

**Advisory - Disclaimer Of Generic Matter On Supplemental Register**
If applicant amends the application to seek registration on the Principal Register under Section 2(f) or on the Supplemental Register, applicant must disclaim "ROBOT," because such wording appears to be generic in the context of applicant's goods and/or services.   *In re Wella Corp.*, 565 F.2d 143, 196 USPQ 7 (C.C.P.A. 1977); *In re Creative Goldsmiths of Washington, Inc.*, 229 USPQ 766 (TTAB 1986); *In re Carolyn's Candies, Inc.*, 206 USPQ 356 (TTAB 1980); TMEP §1213.03(b).

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer.  TMEP §1213.08(a)(i).  The following is the standard format used by the Office:

> No claim is made to the exclusive right to use "ROBOT" apart from the mark as shown.

*See In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

**Applicant May Wish To Seek Trademark Counsel**
Applicant may wish to hire a specialist attorney to assist in prosecuting this application because of the technicalities involved.  The Office cannot aid in the selection of a trademark attorney.  37 C.F.R. §2.11.  Applicant may wish to consult the Yellow Pages for a listing of attorneys specializing in trademark or intellectual property law, or seek guidance from its local Bar Association attorney-referral service.

**Applicant's Response**
There is no required format or form for responding to this Office action.  The Office recommends applicants use the Trademark Electronic Application System (TEAS) to respond to Office actions online at http://www.uspto.gov/teas/index.html.  However, if applicant responds on paper via regular mail, the response should include the following information:  (1) the name and law office number of the examining attorney; (2)

the serial number of this application; (3) the mailing date of this Office action; and (4) applicant's telephone number.

The response should address each refusal and/or requirement raised in the Office action. If a refusal has issued, applicant may wish to argue against the refusal, i.e., submit arguments and/or evidence as to why the refusal should be withdrawn and why the mark should register. To respond to requirements, applicant should simply set forth in writing the required changes or statements and request that the Office enter them into the application record.

The response *must* be signed by applicant or someone with legal authority to bind applicant (i.e., a corporate officer of a corporate applicant, the equivalent of an officer for unincorporated organizations or limited liability company applicants, a general partner of a partnership applicant, each applicant for applications with multiple individual applicants, etc.). TMEP §§712 *et seq*.

To ensure that its response is considered timely, applicant may wish to add the following completed "certificate of mailing" to the end of its response, if the applicant responds on paper via regular mail. Applicant should keep a photocopy of its response with the signed certificate, in case the response is lost or misplaced. *See* TMEP §§305.02 *et seq*.

### CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA, 22313-1451, on the date below.

_____
(Typed or Printed Name of Person Signing Certificate)
_____
(Signature)
_____
(Date)

The certificate of mailing procedure does not apply to the initial filing of trademark applications. 37 C.F.R. §2.197(a)(2).

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/Andrea Koyner Nadelman/
Andrea Koyner Nadelman
Trademark Attorney
Law Office 110
(571) 272-9370

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office Action should be filed using the Office's Response to Office action form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response. Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov. When conducting an online status check, print and maintain a copy of the complete TARR screen. If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

---

[1]*The American Heritage® Dictionary of the English Language, Third Edition* copyright © 1992 by Houghton Mifflin Company. Electronic version licensed from INSO Corporation; further reproduction and distribution restricted in accordance with the Copyright Law of the United States. All rights reserved.

| To: | Automated Pet Care Products, Inc. (bbaxter@litter-robot.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77142737 - LITTER ROBOT - N/A |
| Sent: | 7/13/2007 9:54:57 AM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | |

## IMPORTANT NOTICE
### USPTO OFFICE ACTION HAS ISSUED ON 7/13/2007 FOR APPLICATION SERIAL NO. 77142737

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link **http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77142737&doc_type=OOA&mail_date=20070713** (or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from **7/13/2007**.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.  Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**.  Please contact the assigned examining attorney with questions about the Office action.

## WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

*** User:anadelman ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 77142737[SN] |
| 02 | 902 | N/A | 0 | 0 | 0:03 | *l{"iy"}tt{v}r*[bi,ti] |
| 03 | 1510 | N/A | 0 | 0 | 0:01 | *robot*[bi,ti] |
| 04 | 1 | 0 | 1 | 1 | 0:01 | 2 and 3 |
| 05 | 255 | 151 | 104 | 66 | 0:02 | 2 and "021"[cc] |
| 06 | 224 | 128 | 96 | 68 | 0:02 | 3 and "021"[cc] |

Session started 7/13/2007 9:41:05 AM

Session finished 7/13/2007 9:44:08 AM

Total search duration 0 minutes 10 seconds

Session duration 3 minutes 3 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77142737

# LITTER ROBOT



# Litter-Robot™ Manual

## The Self-Cleaning Litter Box that Really Works



40 W. Howard, Suite B-5, Pontiac, MI 48342
Toll Free: 877-250-7729  Fax: 248-253-1797
www.Litter-Robot.com

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 77142737
Filing Date: 03/28/2007

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | LITTER ROBOT |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | LITTER ROBOT |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Automated Pet Care Products, Inc. |
| *STREET | 40 W. Howard St., Suite B5 |
| *CITY | Pontiac |
| *STATE (Required for U.S. applicants) | Michigan |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 48342 |
| PHONE | 248-322-9680 |
| FAX | 248-253-1797 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| *STATE/COUNTRY OF INCORPORATION | Michigan |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 021 |
|    *FIRST USE ANYWHERE DATE | At least as early as 04/07/2000 |

| | |
|---|---|
| *FIRST USE IN COMMERCE DATE | At least as early as 04/07/2000 |
| *DESCRIPTION | Cat litter boxes |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 04/07/2000 |
| *FIRST USE IN COMMERCE DATE | At least as early as 04/07/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\427 \77142737\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Scanned Image of Product Manual |
| *DESCRIPTION | Cat litter pans |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 04/07/2000 |
| *FIRST USE IN COMMERCE DATE | At least as early as 04/07/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\427 \77142737\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Scanned Image of Product Manual |
| *DESCRIPTION | Animal litter boxes |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 04/07/2000 |
| *FIRST USE IN COMMERCE DATE | At least as early as 04/07/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\427 \77142737\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Scanned Image of Product Manual |
| *DESCRIPTION | Animal litter pans |
| *FILING BASIS | SECTION 1(a) |
| *FIRST USE ANYWHERE DATE | At least as early as 04/07/2000 |
| *FIRST USE IN COMMERCE DATE | At least as early as 04/07/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT12\771\427 \77142737\xml1\FTK0003.JP G |
| SPECIMEN DESCRIPTION | Scanned Image of Product Manual |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Automated Pet Care Products, Inc. |
| FIRM NAME | Automated Pet Care Products, Inc. |

| | |
|---|---|
| *STREET | 40 W. Howard St., Suite B5 |
| * CITY | Pontiac |
| * STATE (Required for U.S. applicants) | Michigan |
| * COUNTRY | United States |
| * ZIP/POSTAL CODE (Required for U.S. applicants only) | 48342 |
| PHONE | 248-322-9680 |
| FAX | 248-253-1797 |
| * EMAIL ADDRESS | bbaxter@litter-robot.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| TOTAL FEE DUE | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Brad Baxter/ |
| * SIGNATORY'S NAME | Bradley J. Baxter |
| SIGNATORY'S POSITION | President |
| * DATE SIGNED | 03/28/2007 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Mar 28 15:43:31 EDT 2007 |
| TEAS STAMP | USPTO/FTK-XX.XXX.XXX.XXX-20070328154331698908-7714 2737-3708a6a905d26abd413b 22e9f19b596e-CC-254-20070 328151919427821 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 77142737**
**Filing Date: 03/28/2007**

To the Commissioner for Trademarks:
Correspondence Information: Automated Pet Care Products, Inc.
    40 W. Howard St., Suite B5
    Pontiac, Michigan 48342
    248-322-9680(phone)
    248-253-1797(fax)
    bbaxter@litter-robot.com (authorized)

A fee payment in the amount of $275 will be submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Brad Baxter/   Date: 03/28/2007
Signatory's Name: Bradley J. Baxter
Signatory's Position: President

RAM Sale Number: 254
RAM Accounting Date: 03/29/2007

Serial Number: 77142737
Internet Transmission Date: Wed Mar 28 15:43:31 EDT 2007
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-200703281543316
98908-77142737-3708a6a905d26abd413b22e9f
19b596e-CC-254-20070328151919427821

# LITTER ROBOT



# Litter-Robot™ Manual

*The Self-Cleaning Litter Box that Really Works*



40 W. Howard, Suite B-5, Pontiac, MI 48342
Toll Free: 877-250-7729  Fax: 248-253-1797
www.Litter-Robot.com