**Generated on:** This page was generated by TSDR on 2022-10-04 01:39:09 EDT

**Mark:** LITTER-ROBOT

# Litter-Robot

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87202622 | **Application Filing Date:** | Oct. 13, 2016 |
| **US Registration Number:** | 5259515 | **Registration Date:** | Aug. 08, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The Trademark Trial and Appeal Board has terminated a cancellation proceeding. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Aug. 14, 2020

**Publication Date:** May 23, 2017

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | LITTER-ROBOT |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Acquired Distinctiveness Claim:** | In whole |

## Related Properties Information

| | |
|---|---|
| **International Registration Number:** | 1366645, 1546166, 1493234, 1325582 |
| **International Application(s)/Registration(s) Based on this Property:** | A0069037/1366645, A0097983/1546166, A0087906/1493234, A0062514/1325582 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Automated pet appliances, namely, litter boxes | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 07, 2000          **Use in Commerce:** Apr. 07, 2000

## Basis Information (Case Level)

**Filed Use:** Yes                    **Currently Use:** Yes

**Filed ITU:** No                     **Currently ITU:** No

**Filed 44D:** No                     **Currently 44E:** No

**Filed 44E:** No                     **Currently 66A:** No

**Filed 66A:** No                     **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** AUTOMATED PET CARE PRODUCTS, LLC

**Owner Address:** 1080 W Entrance Dr.
Auburn Hills, MICHIGAN UNITED STATES 48326

**Legal Entity Type:** LIMITED LIABILITY COMPANY          **State or Country Where Organized:** MICHIGAN

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Melissa Gray                  **Docket Number:** 3232.0050

**Attorney Primary Email Address:** melissa.gray@klemchuk.com          **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Melissa Gray
Klemchuk LLP
8150 N Central Expressway
10th Floor
Dallas, TEXAS UNITED STATES 75206

**Phone:** 214-367-6000

**Correspondent e-mail:** melissa.gray@klemchuk.com trademarks@klemchuk.com          **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 08, 2022 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 30, 2021 | NOTICE OF SUIT | |
| Feb. 16, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 16, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 16, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 16, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 16, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 16, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 14, 2020 | TTAB RELEASE CASE TO TRADEMARKS | 74305 |
| Aug. 14, 2020 | CANCELLATION TERMINATED NO. 999999 | 74305 |
| Aug. 14, 2020 | CANCELLATION DENIED NO. 999999 | 74305 |
| May 26, 2020 | CANCELLATION INSTITUTED NO. 999999 | 74305 |
| Apr. 01, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Apr. 01, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Apr. 01, 2020 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Apr. 01, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |

| Apr. 01, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 01, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Feb. 26, 2020 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 05, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 05, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 08, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| May 23, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 23, 2017 | PUBLISHED FOR OPPOSITION | |
| May 03, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 18, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 29, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 28, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 28, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 01, 2017 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Feb. 01, 2017 | PRIORITY ACTION E-MAILED | 6326 |
| Feb. 01, 2017 | PRIORITY ACTION WRITTEN | 91171 |
| Jan. 23, 2017 | ASSIGNED TO EXAMINER | 91171 |
| Oct. 18, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 17, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION     Date in Location: Aug. 08, 2017

## Assignment Abstract Of Title Information

**Summary**

Total Assignments: 2     Registrant: Automated Pet Care Products Inc.

**Assignment 1 of 2**

Conveyance: ENTITY CONVERSION
Reel/Frame: 6861/0225     Pages: 8
Date Recorded: Feb. 10, 2020
Supporting Documents: assignment-tm-6861-0225.pdf

**Assignor**

Name: AUTOMATED PET CARE PRODUCTS, INC.     Execution Date: Sep. 26, 2019
Legal Entity Type: CORPORATION     State or Country Where Organized: No Place Where Organized Found

**Assignee**

Name: AUTOMATED PET CARE PRODUCTS, LLC
Legal Entity Type: LIMITED LIABILITY COMPANY     State or Country Where Organized: MICHIGAN
Address: 2900 AUBURN CT.
AUBURN HILLS, MICHIGAN 48326

**Correspondent**

Correspondent Name: VIRGINIA SANDERSON
Correspondent Address: 150 POST ST., SUITE 520
SAN FRANCISCO, CA 94108

**Domestic Representative - Not Found**

**Assignment 2 of 2**

Conveyance: SECURITY INTEREST
Reel/Frame: 6774/0054     Pages: 6

| | |
|---|---|
| **Date Recorded:** | Oct. 02, 2019 |
| **Supporting Documents:** | assignment-tm-6774-0054.pdf |

| | | | |
|---|---|---|---|
| **Assignor** | | | |
| **Name:** | AUTOMATED PET CARE PRODUCTS, LLC | **Execution Date:** | Sep. 30, 2019 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | MICHIGAN |
| **DBA, AKA, TA, Formerly:** | FORMERLY AUTOMATED PET CARE PRODUCTS, INC. | | |

| | | | |
|---|---|---|---|
| **Assignee** | | | |
| **Name:** | BELL BANK | | |
| **Legal Entity Type:** | BANKING CORPORATION | **State or Country Where Organized:** | NORTH DAKOTA |
| **Address:** | 5500 WAYZATA BOULEVARD MINNEAPOLIS, MINNESOTA 55416 | | |

| | |
|---|---|
| **Correspondent** | |
| **Correspondent Name:** | BRIGGS AND MORGAN, P.A. |
| **Correspondent Address:** | 80 SOUTH 8TH STREET 2200 IDS CENTER MINNEAPOLIS, MN 55402 |

**Domestic Representative - Not Found**

# Proceedings

| | |
|---|---|
| **Summary** | |
| **Number of Proceedings:** | 1 |

**Type of Proceeding: Cancellation**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 92074305 | **Filing Date:** | May 26, 2020 |
| **Status:** | Terminated | **Status Date:** | Aug 14, 2020 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

| | |
|---|---|
| **Defendant** | |
| **Name:** | Automated Pet Care Products, LLC |
| **Correspondent Address:** | VIRGINIA SANDERSON KRONENBERGER ROSENFELD LLP 150 POST ST SUITE 520 SAN FRANCISCO CA UNITED STATES , 94108 |
| **Correspondent e-mail:** | tmapps@krinternetlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| LITTER-ROBOT | Cancellation Terminated - See TTAB Records | 87202622 | 5259515 |

| | |
|---|---|
| **Plaintiff(s)** | |
| **Name:** | RobotShop Inc |
| **Correspondent Address:** | RICHARD W HOFFMANN REISING ETHINGTON PC 755 W BIG BEAVER RD , SUITE 1850 TROY MI UNITED STATES , 48084 |
| **Correspondent e-mail:** | hoffmann@reising.com , adams@reising.com , becker@reising.com , dcosta@reising.com , docketing@reising.com |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 9 | TERMINATED | Aug 14, 2020 | |
| 8 | BD DECISION: CAN DENIED W/O PREJ | Aug 14, 2020 | |

| 7 | W/DRAW OF PET FOR CANCELLATION | Aug 10, 2020 | |
| 6 | D MOT TO DISMISS: FRCP 12(B) | Aug 04, 2020 | |
| 5 | EXTENSION OF TIME GRANTED | Jun 25, 2020 | |
| 4 | P MOT FOR EXT W/ CONSENT | Jun 25, 2020 | |
| 3 | INSTITUTED | May 26, 2020 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | May 26, 2020 | Jul 05, 2020 |
| 1 | FILED AND FEE | May 26, 2020 | |

| **From:** | TMOfficialNotices@USPTO.GOV |
|---|---|
| **Sent:** | Monday, August 8, 2022 01:48 AM |
| **To:** | melissa.gray@klemchuk.com ; trademarks@klemchuk.com |
| **Cc:** | trademarks@klemchuk.com |
| **Subject:** | Official USPTO Courtesy Reminder: Trademark Registration Maintenance Document Must Be Fil ed Before Deadline for U.S. Trademark Registration No. 5259515 LITTER-ROBOT |

**USPTO COURTESY REMINDER**

**TRADEMARK REGISTRATION MAINTENANCE DOCUMENT UNDER SECTION 8 MUST BE FILED BEFORE DEADLINE OR REGISTRATION WILL BE CANCELLED**

**U.S. Application Serial No.**  87202622
**U.S. Registration No.**  5259515
**U.S. Registration Date:**  August 8, 2017
**Mark:**  LITTER-ROBOT
**Owner:**  AUTOMATED PET CARE PRODUCTS, LLC
**Docket/Reference No.**  3232.0050

**Issue Date:**  August 8, 2022

**Required submission.**  The owner of the trademark registration must file a **Declaration of Use and/or Excusable Nonuse Under Section 8** (Section 8 Declaration) between now and August 8, 2023.   For an additional fee, the owner can file within the 6-month grace period that ends on February 8, 2024.

**Optional submission.**  If the owner can claim the benefits of incontestability, the owner may file an optional Declaration of Incontestability under Section 15.   This may be combined with the required Section 8 Declaration by filing a **Combined Declaration of Use and Incontestability Under Sections 8 and 15** (Combined Sections 8 and 15 Declaration).

**If ownership of the registration or the owner's name has changed,** the owner can use the **Electronic Trademark Assignment System (ETAS)** to record the change.   More information on changes of ownership/owner name is available on the **USPTO website.**

**Click here for more information about maintaining a trademark registration.**

**Proof of Use Audit.**  The USPTO is conducting an audit program to promote the accuracy and integrity of the trademark register.   If a registration is selected for audit, the holder/owner will be required to submit proof of use for additional goods/services for which use is claimed in a Section 8 Declaration.   Detailed information about the program is available on the **Proof of Use Audit Program webpage**.

**Determination of time of receipt by USPTO.**  Correspondence transmitted through the Trademark Electronic Application System (TEAS) is considered filed on the date the USPTO receives the transmission in Eastern Time.

**If the owner fails to file a timely Section 8 Declaration the registration will be CANCELLED** and cannot be reinstated.

**This reminder notice is being sent only as a courtesy** to trademark owners who maintain a current email address with the USPTO.   Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a registration.

**Foreign-domiciled owners** must have a U.S.-licensed attorney represent them at the USPTO in any post-registration filing.

**Beware of misleading notices sent by private companies about registrations.**  Private companies **not** associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices - most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov.**"

**Direct questions** about this notice to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. í 290 and/or 15 U.S.C. í 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Central District of California___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. í 292.):

| DOCKET NO.<br>2:20-cv-09259 | DATE FILED<br>10/8/2020 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br>Automated Pet Care Products, LLC, a Michigan limited liability company | | DEFENDANT<br>Definitive Path, Inc., a Calfiornia corporation |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5259515 | 8/8/2017 | AUTOMATED PET CARE PRODUCTS,LLC |
| 2 | 4674124 | 1/20/2015 | AUTOMATED PET CARE PRODUCTS,LLC |
| 3 | 4674125 | 1/20/2015 | AUTOMATED PET CARE PRODUCTS,LLC |
| 4 | 88946932 | 6/3/2020 | AUTOMATED PET CARE PRODUCTS,LLC |
| 5 | | | |

In the above´ entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above´ entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1´ Upon initiation of action, mail this copy to Director    Copy 3´ Upon termination of action, mail this copy to Director
Copy 2´ Upon filing document adding patent(s), mail this copy to Director    Copy 4´ Case file copy

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87202622 |
| **REGISTRATION NUMBER** | 5259515 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | LITTER-ROBOT (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/87202622/large) |
| **OWNER SECTION(current)** | |
| **NAME** | AUTOMATED PET CARE PRODUCTS, LLC |
| **MAILING ADDRESS** | 2900 AUBURN CT. |
| **CITY** | AUBURN HILLS |
| **STATE** | Michigan |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 48326 |
| **EMAIL** | XXXX |
| **OWNER SECTION(proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| **NAME** | AUTOMATED PET CARE PRODUCTS, LLC |
| **MAILING ADDRESS** | 1080 W Entrance Dr. |
| **CITY** | Auburn Hills |
| **STATE** | Michigan |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 48326 |
| **EMAIL** | XXXX |
| **STATEMENT OF THE REASON FOR REPLACEMENT** | |
| the individual listed below should now be identified as the attorney of record | |
| **ATTORNEY SECTION (proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record: |
| **NAME** | Melissa Gray |

| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
|---|---|
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Klemchuk LLP |
| INTERNAL ADDRESS | 10th Floor |
| STREET | 8150 N Central Expressway |
| CITY | Dallas |
| STATE | Texas |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 75206 |
| PHONE | 214-367-6000 |
| EMAIL | melissa.gray@klemchuk.com |
| DOCKET/REFERENCE NUMBER(S) | 3232.0050 |

## CORRESPONDENCE SECTION(current)

| NAME | VIRGINIA SANDERSON |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmapps@krinternetlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## CORRESPONDENCE SECTION (proposed)

| NAME | Melissa Gray |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER(S) | 3232.0050 |

## SIGNATURE SECTION

| SIGNATURE | /jacob zuppke/ |
|---|---|
| SIGNATORY NAME | Jacob Zuppke |
| SIGNATORY DATE | 02/16/2021 |
| SIGNATORY POSITION | President & COO |
| SIGNATORY PHONE NUMBER | xxx-xxxx |
| ROLE OF AUTHORIZED SIGNATORY | Owner/Holder not represented by an attorney |
| SIGNATURE METHOD | Sent to third party for signature |

## FILING INFORMATION SECTION

| SUBMIT DATE | Tue Feb 16 13:15:36 ET 2021 |
|---|---|
| TEAS STAMP | USPTO/CAR-XXXX:XXXX:XXXX: XXXX:XXXX:XXXX:XXXX:XXXX- 20210216131536744874-8615 2877-77015a83667a525a16fc 129526164acaed5fe59fd15f4 8f1a1c4d1cc166e93-N/A-N/A |

| | -20210216121127026491 |

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** LITTER-ROBOT (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/87202622/large)
**SERIAL NUMBER:** 87202622
**REGISTRATION NUMBER:** 5259515


**Owner Section (Current) :**
AUTOMATED PET CARE PRODUCTS, LLC
2900 AUBURN CT.
AUBURN HILLS, Michigan 48326
United States
XXXX


By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
AUTOMATED PET CARE PRODUCTS, LLC
1080 W Entrance Dr.
Auburn Hills, Michigan 48326
United States
XXXX

**STATEMENT OF THE REASON FOR REPLACEMENT**
the individual listed below should now be identified as the attorney of record

By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record:

**Attorney Section (proposed):**
Melissa Gray of Klemchuk LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
10th Floor
8150 N Central Expressway
Dallas, Texas 75206
United States
214-367-6000
melissa.gray@klemchuk.com

Docket Reference Number(s): 3232.0050

Melissa Gray submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
VIRGINIA SANDERSON
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: tmapps@krinternetlaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Section (proposed):**
Melissa Gray
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: melissa.gray@klemchuk.com

SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com
Docket Reference Number(s): 3232.0050


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).


Signature: /jacob zuppke/      Date: 02/16/2021
Signatory's Name: Jacob Zuppke
Signatory's Position: President & COO
Signatory's Phone Number: xxx-xxxx
Signature method: Sent to third party for signature


The signatory has confirmed that he/she is either: (1) the owner/holder; or (2) a person or persons with legal authority to bind the owner/holder.


Serial Number: 87202622
Internet Transmission Date: Tue Feb 16 13:15:36 ET 2021
TEAS Stamp: USPTO/CAR-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20210216131536744874-86152877-
77015a83667a525a16fc129526164acaed5fe59f
d15f48f1a1c4d1cc166e93-N/A-N/A-202102161
21127026491

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 2300 (Rev 02/2020)
OMB No. 0651-0051 (Exp 11/30/2020)

# Change Address or Representation Form

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87202622 |
| **REGISTRATION NUMBER** | 5259515 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | LITTER-ROBOT (standard characters, see https://tmng-al.uspto.gov /resting2/api/img/8720262 2/large) |
| **OWNER SECTION(current)** | |
| **NAME** | AUTOMATED PET CARE PRODUCTS, LLC |
| **MAILING ADDRESS** | 2900 AUBURN CT. |
| **CITY** | AUBURN HILLS |
| **STATE** | Michigan |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 48326 |
| **ATTORNEY SECTION(current)** | |
| **NAME** | Tomasz R. Barczyk |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kronenberger Rosenfeld, LLP |
| **STREET** | 150 Post St., Suite 520 |
| **CITY** | San Francisco |
| **STATE** | California |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **POSTAL/ZIP CODE** | 94108 |
| **PHONE** | 4159551155 |
| **EMAIL** | tmapps@krinternetlaw.com |
| **CORRESPONDENCE SECTION(current)** | |
| **NAME** | Tomasz R. Barczyk |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmapps@krinternetlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tomasz@krinternetlaw.com |

| OWNER SECTION(proposed) | |
|---|---|
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | AUTOMATED PET CARE PRODUCTS, LLC |
| MAILING ADDRESS | 2900 AUBURN CT. |
| CITY | AUBURN HILLS |
| STATE | Michigan |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 48326 |
| EMAIL | XXXX |

| STATEMENT OF THE REASON FOR REPLACEMENT | |
|---|---|
| Attorney Tomasz R. Barczyk is no longer associated with the firm of Kronenberger Rosenfeld, LLP. | |

| ATTORNEY SECTION (proposed) | |
|---|---|
| STATEMENT TEXT | By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record: |
| NAME | Virginia Sanderson |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Kronenberger Rosenfeld, LLP |
| STREET | 150 Post St., Suite 520 |
| CITY | San Francisco |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 94108 |
| PHONE | 4159551155 |
| EMAIL | ginny@krinternetlaw.com |

| CORRESPONDENCE SECTION (proposed) | |
|---|---|
| NAME | Virginia Sanderson |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ginny@krinternetlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmapps@krinternetlaw.com |

| SIGNATURE SECTION | |
|---|---|
| SIGNATURE | /Virginia Sanderson/ |
| SIGNATORY NAME | Virginia Sanderson |
| SIGNATORY DATE | 04/01/2020 |
| SIGNATORY POSITION | Attorney of Record, California bar member |

| **SIGNATORY PHONE NUMBER** | 4159551155 |
|---|---|
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Apr 01 13:14:12 ET 2020 |
| **TEAS STAMP** | USPTO/CAR-XXX.XXX.XX.XXX-20200401131412403591-8678 4880-7106d678aa0c4e478e0e b811af361ba91d863b372ed84 d1089fc5948bbe6b4c5-N/A-N /A-20200401131002362640 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2300 (Rev 02/2020)
OMB No. 0651-0051 (Exp 11/30/2020)

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** LITTER-ROBOT (standard characters, see https://tmng-al.uspto.gov /resting2/api/img/8720262 2/large)
**SERIAL NUMBER:** 87202622
**REGISTRATION NUMBER:** 5259515

**Owner Section (Current) :**
AUTOMATED PET CARE PRODUCTS, LLC
2900 AUBURN CT.
AUBURN HILLS, Michigan 48326
United States

**Attorney Section (Current):**
Tomasz R. Barczyk of Kronenberger Rosenfeld, LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Post St., Suite 520
San Francisco, California 94108
United States
4159551155
Email Address: tmapps@krinternetlaw.com

**Correspondence Section (Current):**
Tomasz R. Barczyk
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: tmapps@krinternetlaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tomasz@krinternetlaw.com

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
AUTOMATED PET CARE PRODUCTS, LLC
2900 AUBURN CT.
AUBURN HILLS, Michigan 48326
United States
XXXX

**STATEMENT OF THE REASON FOR REPLACEMENT**
Attorney Tomasz R. Barczyk is no longer associated with the firm of Kronenberger Rosenfeld, LLP.

By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record:

**Attorney Section (proposed):**
Virginia Sanderson of Kronenberger Rosenfeld, LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Post St., Suite 520
San Francisco, California 94108
United States
4159551155
ginny@krinternetlaw.com

Virginia Sanderson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (proposed):**
Virginia Sanderson
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: ginny@krinternetlaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmapps@krinternetlaw.com


Signature: /Virginia Sanderson/      Date: 04/01/2020
Signatory's Name: Virginia Sanderson
Signatory's Position: Attorney of Record, California bar member
Signatory's Phone Number: 4159551155

Serial Number: 87202622
Internet Transmission Date: Wed Apr 01 13:14:12 ET 2020
TEAS Stamp: USPTO/CAR-XXX.XXX.XX.XXX-202004011314124
03591-86784880-7106d678aa0c4e478e0eb811a
f361ba91d863b372ed84d1089fc5948bbe6b4c5-
N/A-N/A-20200401131002362640

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2196 (Rev 09/2005)
OMB No. 0651-0056 (Exp 11/30/2020)

# Revocation, Appointment, and/or Change of Address of Attorney/Domestic Representative

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87202622 |
| **REGISTRATION NUMBER** | 5259515 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | LITTER-ROBOT (see, https://tmng-al.uspto.gov/resting2/api/img/87202622/large) |
| **CURRENT ATTORNEY ADDRESS** | |
| **NAME** | Michael A Sneyd |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | KERR RUSSELL AND WEBER PLC |
| **INTERNAL ADDRESS** | SUITE 2500 |
| **STREET** | 500 WOODWARD |
| **CITY** | DETROIT |
| **STATE** | Michigan |
| **COUNTRY** | US |
| **POSTAL/ZIP CODE** | 48226 |
| **PHONE** | 3139610200 |
| **FAX** | 3139610388 |
| **EMAIL** | msneyd@kerr-russell.com |
| **ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **CURRENT CORRESPONDENCE ADDRESS** | |
| **NAME** | MICHAEL A SNEYD |
| **FIRM NAME** | KERR RUSSELL AND WEBER PLC |
| **INTERNAL ADDRESS** | SUITE 2500 |
| **STREET** | 500 WOODWARD |
| **CITY** | DETROIT |
| **STATE** | Michigan |
| **COUNTRY** | US |
| **POSTAL/ZIP CODE** | 48226 |

| PHONE | 3139610200 |
|---|---|
| FAX | 3139610388 |
| EMAIL | msneyd@kerr-russell.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| **NEW ATTORNEY INFORMATION** | |
| STATEMENT TEXT | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney. |
| NAME | Tomasz R. Barczyk |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Kronenberger Rosenfeld, LLP |
| STREET | 150 Post St., Suite 520 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 94108 |
| PHONE | 4159551155 |
| EMAIL | tmapps@krinternetlaw.com |
| ATTORNEY AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER | |
| **NEW CORRESPONDENCE INFORMATION** | |
| NAME | Tomasz R. Barczyk |
| FIRM NAME | Kronenberger Rosenfeld, LLP |
| STREET | 150 Post St., Suite 520 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 94108 |
| PHONE | 4159551155 |
| EMAIL | tmapps@krinternetlaw.com; tomasz@krinternetlaw.com |
| AUTHORIZED TO COMMUNICATE VIA E-MAIL | YES |
| INDIVIDUAL ATTORNEY DOCKET/REFERENCE NUMBER | |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jacob Zuppke/ |
| SIGNATORY NAME | Jacob Zuppke |

| SIGNATORY DATE | 09/02/2019 |
|---|---|
| SIGNATORY POSITION | Executive Vice President |
| SIGNATORY PHONE NUMBER | (248) 752-8105 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Sep 05 16:20:07 EDT 2019 |
| TEAS STAMP | USPTO/RAA-XXX.XXX.XX.XXX-20190905162007919025-8720 2622-610318c66bec2be31bba d5e8ed8d5725198255948d4d2 ad28c0d94a0fa3b4a28-N/A-N /A-20190822192648509250 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 2196 (Rev 09/2005)
OMB No. 0651-0056 (Exp 11/30/2020)

# Revocation, Appointment, and/or Change of Address of Attorney/Domestic Representative

To the Commissioner for Trademarks:

**MARK:** LITTER-ROBOT (see, https://tmng-al.uspto.gov/resting2/api/img/87202622/large)
**SERIAL NUMBER:** 87202622
**REGISTRATION NUMBER:** 5259515

**Current Attorney Information:**
Michael A Sneyd, KERR RUSSELL AND WEBER PLC
is located at
SUITE 2500
500 WOODWARD
DETROIT, Michigan 48226
US
3139610200
3139610388
msneyd@kerr-russell.com (authorized)

**Current Correspondence Information:**
MICHAEL A SNEYD
KERR RUSSELL AND WEBER PLC
SUITE 2500
500 WOODWARD
DETROIT, Michigan 48226
US
3139610200
3139610388
msneyd@kerr-russell.com (authorized)


By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney.

**New Attorney information:**
Tomasz R. Barczyk, Kronenberger Rosenfeld, LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 Post St., Suite 520
San Francisco, California 94108
United States
4159551155
tmapps@krinternetlaw.com (not authorized)


Tomasz R. Barczyk submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**New Correspondence Information:**
Tomasz R. Barczyk
Kronenberger Rosenfeld, LLP
150 Post St., Suite 520
San Francisco, California 94108
United States
4159551155
tmapps@krinternetlaw.com;tomasz@krinternetlaw.com (authorized)


Signature: /Jacob Zuppke/    Date: 09/02/2019

Signatory's Name: Jacob Zuppke
Signatory's Position: Executive Vice President
Signatory's Phone Number: (248) 752-8105

Serial Number: 87202622
Internet Transmission Date: Thu Sep 05 16:20:07 EDT 2019
TEAS Stamp: USPTO/RAA-XXX.XXX.XX.XXX-201909051620079
19025-87202622-610318c66bec2be31bbad5e8e
d8d5725198255948d4d2ad28c0d94a0fa3b4a28-
N/A-N/A-20190822192648509250

# United States of America

## United States Patent and Trademark Office

# Litter-Robot

**Reg. No. 5,259,515**

**Registered Aug. 08, 2017**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Automated Pet Care Products Inc. (MICHIGAN CORPORATION)
2900 Auburn Court
Auburn Hills, MI 48326

CLASS 21: Automated pet appliances, namely, litter boxes

FIRST USE 4-7-2000; IN COMMERCE 4-7-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SEC.2(F)

SER. NO. 87-202,622, FILED 10-13-2016
ANNIE MELISSA NOBLE, EXAMINING ATTORNEY



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 23, 2017 00:44 AM |
| **To:** | msneyd@kerr-russell.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87202622: LITTER-ROBOT |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  87202622
**Mark:**  LITTER-ROBOT
**International Class(es):**  021
**Owner:**  Automated Pet Care Products Inc.
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on May 23, 2017.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2017-05-23&serialNumber=87202622

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

   *   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=87202622&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=87202622&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

May 3, 2017

# NOTICE OF PUBLICATION

1.   Serial No.:
     87-202,622

2.   Mark:
     LITTER-ROBOT
     (STANDARD CHARACTER MARK)

3.   International Class(es):
     21

4.   Publication Date:
     May 23, 2017

5.   Applicant:
     Automated Pet Care Products Inc.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

msneyd@kerr-russell.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, May 3, 2017 04:06 AM |
| **To:** | msneyd@kerr-russell.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 87202622: LITTER-ROBOT |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (Serial No. 87202622) is scheduled to publish in the *Official Gazette* on May 23, 2017.  To preview the Notice of Publication, go to <u>http://tdr.uspto.gov/search.action?sn=87202622</u>.  If you have difficulty accessing the Notice of Publication, contact <u>TDR@uspto.gov</u>.

**PLEASE NOTE:**
1.  The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.  You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact <u>TMPostPubQuery@uspto.gov</u>.

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87202622 | FILING DATE | 10/13/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NOBLE, ANNIE MELISSA | L.O. ASSIGNED | 109 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/19/2017 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 04/18/2017 |
| LITERAL MARK ELEMENT | LITTER-ROBOT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products Inc. |
|---|---|
| ADDRESS | 2900 Auburn Court<br>Auburn Hills, MI 48326 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Michigan |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Automated pet appliances, namely, litter boxes |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 04/07/2000 | FIRST USE IN COMMERCE DATE | 04/07/2000 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/18/2017 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 03/29/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 03/28/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 03/28/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 02/01/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 02/01/2017 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 02/01/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 01/23/2017 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/18/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/17/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Michael A Sneyd |
|---|---|
| CORRESPONDENCE ADDRESS | MICHAEL A SNEYD<br>KERR RUSSELL AND WEBER PLC<br>500 WOODWARD<br>SUITE 2500<br>DETROIT, MI 48226 |
| DOMESTIC REPRESENTATIVE | NONE |

Litter-Robot

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
### (Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 87202622 | FILING DATE | 10/13/2016 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NOBLE, ANNIE MELISSA | L.O. ASSIGNED | 109 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/30/2017 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 03/29/2017 |
| LITERAL MARK ELEMENT | LITTER-ROBOT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products Inc. |
|---|---|
| ADDRESS | 2900 Auburn Court<br>Auburn Hills, MI 48326 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Automated pet appliances, namely, litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 04/07/2000 | FIRST USE IN COMMERCE DATE | 04/07/2000 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/29/2017 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 03/28/2017 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 03/28/2017 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 02/01/2017 | GPRN | O | NOTIFICATION OF PRIORITY ACTION E-MAILED | 006 |
| 02/01/2017 | GPRA | F | PRIORITY ACTION E-MAILED | 005 |
| 02/01/2017 | CPRA | R | PRIORITY ACTION WRITTEN | 004 |
| 01/23/2017 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/18/2016 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 10/17/2016 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Michael A Sneyd |
|---|---|
| CORRESPONDENCE ADDRESS | MICHAEL A SNEYD<br>KERR RUSSELL AND WEBER PLC<br>500 WOODWARD<br>SUITE 2500<br>DETROIT, MI 48226 |
| DOMESTIC REPRESENTATIVE | NONE |

Litter-Robot

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87202622 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87202622/large |
| LITERAL ELEMENT | LITTER-ROBOT |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Applicant's mark LITTER-ROBOT has obtained secondary meaning. Applicant has been consistently using the Mark in interstate commerce for approximately 17 years. Since the beginning of 2010, Applicant has sold over 125,000 units under the LITTER-ROBOT Mark, and has spent over $4 million on marketing LITTER-ROBOT branded products. See attached affidavit. LITTER-ROBOT has also been featured in publications. See attached articles. | |
| **EVIDENCE SECTION** | |
| EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | evi_5020325530-20170328180718267279_._Baxter_Affidavit__D1145878xA18F1_.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0002.JPG |
| ORIGINAL PDF FILE | evi_5020325530-20170328180718267279_._Robotic_Litter_Boxes_Really_Work__D1145809xA18F1_.pdf |
| CONVERTED PDF FILE(S) (6 pages) | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0008.JPG |
| ORIGINAL PDF FILE | evi_5020325530-20170328180718267279_._Litter_Robot_II_Review__D1145796xA18F1_.pdf |
| CONVERTED PDF FILE(S) (6 pages) | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0009.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0012.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0013.JPG |

| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml5\ROA0014.JPG |
|---|---|
| **DESCRIPTION OF EVIDENCE FILE** | Affidavit from Applicant's president and articles showing the Mark is associated with the goods and is not merely descriptive. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use** | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /M.A. Sneyd/ |
| **SIGNATORY'S NAME** | Michael A. Sneyd |
| **SIGNATORY'S POSITION** | Attorney of record, Michigan bar member |
| **SIGNATORY'S PHONE NUMBER** | 3139610200 |
| **DATE SIGNED** | 03/28/2017 |
| **RESPONSE SIGNATURE** | /M.A. Sneyd/ |
| **SIGNATORY'S NAME** | Michael A. Sneyd |
| **SIGNATORY'S POSITION** | Attorney of record, Michigan bar member |
| **SIGNATORY'S PHONE NUMBER** | 3139610200 |
| **DATE SIGNED** | 03/28/2017 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Tue Mar 28 18:19:39 EDT 2017 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XXX.XX-2 0170328181939338181-87202 622-580e72691803a75937288 1924d77f985fc02b7554f555c 47b8ea98dace78efb1e-N/A-N /A-20170328180718267279 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **87202622** LITTER-ROBOT(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87202622/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Applicant's mark LITTER-ROBOT has obtained secondary meaning. Applicant has been consistently using the Mark in interstate commerce for approximately 17 years. Since the beginning of 2010, Applicant has sold over 125,000 units under the LITTER-ROBOT Mark, and has spent over $4 million on marketing LITTER-ROBOT branded products. See attached affidavit. LITTER-ROBOT has also been featured in publications. See attached articles.

**EVIDENCE**
Evidence in the nature of Affidavit from Applicant's president and articles showing the Mark is associated with the goods and is not merely descriptive. has been attached.
**Original PDF file:**
evi_5020325530-20170328180718267279_._Baxter_Affidavit__D1145878xA18F1_.pdf
**Converted PDF file(s)** ( 1 page)
Evidence-1
**Original PDF file:**
evi_5020325530-20170328180718267279_._Robotic_Litter_Boxes_Really_Work__D1145809xA18F1_.pdf
**Converted PDF file(s)** ( 6 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
**Original PDF file:**
evi_5020325530-20170328180718267279_._Litter_Robot_II_Review__D1145796xA18F1_.pdf
**Converted PDF file(s)** ( 6 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6

**ADDITIONAL STATEMENTS**
**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

**SIGNATURE(S)**
**Declaration Signature**

**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services

specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /M.A. Sneyd/    Date: 03/28/2017
Signatory's Name: Michael A. Sneyd
Signatory's Position: Attorney of record, Michigan bar member
Signatory's Phone Number: 3139610200


**Response Signature**
Signature: /M.A. Sneyd/    Date: 03/28/2017
Signatory's Name: Michael A. Sneyd
Signatory's Position: Attorney of record, Michigan bar member

Signatory's Phone Number: 3139610200

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.


Serial Number: 87202622
Internet Transmission Date: Tue Mar 28 18:19:39 EDT 2017
TEAS Stamp: USPTO/ROA-XX.XXX.XXX.XX-2017032818193933
8181-87202622-580e72691803a759372881924d
77f985fc02b7554f555c47b8ea98dace78efb1e-
N/A-N/A-20170328180718267279

## AFFIDAVIT OF BRAD BAXTER

I, Brad Baxter, being first duly sworn, states as follows:

1.  I am the president of Automated Pet Care Products, Inc. ("Auto Pets"). I have personal knowledge of the facts in this affidavit.

2.  Auto Pets has been manufacturing and selling automated pet appliances in United States commerce under the name LITTER ROBOT for approximately 17 years.

3.  Since the beginning 2010, Auto Pets has sold over 125,000 LITTER ROBOT branded pet appliances, averaging approximately 17,000 units a year. During that period, Auto Pets has spent over $4 million on marketing the LITTER ROBOT branded products.

4.  The LITTER ROBOT mark has become well known in the pet care industry as an identifier of Auto Pets' automated pet appliances.

FURTHER AFFIANT SAYETH NOT.

Dated: March 26, 2017

_____
Brad Baxter

{37804/1/D1145321.DOCX;1}

Do Robotic Litter Boxes Really Work? | Animal Planet                    Page 1 of 9

**INSURANCE AGENT MARKETING - WE HELP BUILD BETTER AGENCIES**

Stop Cold-Calling. Connect with New, Local Leads Right Now! Try QuoteWizard®

Pets                                                                     Sut

# Do Robotic Litter Boxes Really Work?

posted: 05/15/12



More Cats Cat Breed Selector, Feline Fact Puzzles, Match the Cats, Kitten's First Year, Ginger's Hidden Adventure Game

In an age when nearly everything can be taken care of electronically — from paying bills to parallel parking — it's easy to get used to the convenience of computers performing automated tasks. Consider robotic vacuums, which are becoming increasingly popular because they can automatically roam around the floor sucking up dirt. Such cool

1/26/2017

inventions have amazing potential to free up our time that we'd much rather spend on other things.

The same goes for robotic litter boxes, which you may have seen advertised as a miracle solution to the unpleasant task of cleaning up after your cat. Sounds amazing, right? Most cat lovers already appreciate that cats are generally cleaner and easier to housebreak than dogs. To eliminate the need to clean up after them every day would be even better. In fact, many manufacturers promise that their product eliminates the bad smells you typically find in a traditional litter box, too. These machines might even encourage more people to adopt cats. But if you've been fooled before by infomercials that promise miracle products, you've learned to be skeptical and believe that when something seems too good to be true, it usually is.

One way to find out if a product really works is to wait and see if it lasts long in the pet stores. For instance, the LitterMaid hit the market in 1997. The fact that it's around more than a decade later and is still being sold is proof to many that it's been successful and really does work. But that doesn't mean it's without drawbacks.

And what about the newer products? There are a variety of automated machines in addition to the LitterMaid that claim to improve on the traditional litter box. They all work differently and might require different levels of maintenance. What they all have in common is that none is perfect. And, like any motorized appliance, they can malfunction.

We'll go over some of the most popular models and what the manufacturers claim they do. But we'll also delve into the various disadvantages of the machines that you'd never know from watching the infomercials.

Before you make the decision to switch to a robotic litter box, remember that every cat is different, and yours might have a preference. One disadvantage to all robotic litter boxes is that some cats are spooked by the sounds and movements of the machines. You should consider the personality of your own cat and decide whether it's curious and adventurous enough to try a robotic litter box without getting spooked. Also, keep in mind that older cats might refuse to accept a new kind of litter box altogether.

And although the machines we'll discuss all have sensors that pretty reliably ensure a cat is gone before it starts a cleaning cycle, this can pose problems. For instance, if you have multiple cats, another cat might come to use a machine while it's set in motion. But if you have adaptable cats that are willing to be patient occasionally, a robotic litter box might be perfect for you.

A relatively simple machine, the LitterMaid is a rectangular box with an enclosed waste receptacle at one end and a sifter that sits at the other end when at rest. After the cat has done its business, the motion sensor will determine it has gone before it triggers the sifter, which travels across the box, picking up the clumpy waste. The sifter also opens the receptacle door and dumps the waste before closing it again and traveling back across the box to the start position, waiting for the next visit.

The LitterMaid is one of the cheaper robotic litter boxes, which is one reason why it's very popular. They also make large versions that are great for bigger cats or multi-cat homes. It also comes with a ramp that collects litter granules from a cat's paws as it climbs down. However, waste clumps that are too large or off to the side have been known to prevent the machine from working properly.

You should also be careful not to fill it too high or too low with litter, because that can confuse the sifter. Some users also complain that if you don't use high-quality litter, it won't dry out well. And be warned that newer models aren't necessarily better. Check user reviews online for individual models, because many people indicate that some don't work as well as the classic models.

Like the LitterMaid, the ScoopFree machine has a sifter that rakes across the litter after the cat has left, depositing waste in an enclosed receptacle at one end. However, the ScoopFree requires even less maintenance than the LitterMaid, because it doesn't require you to refill litter. It uses special trays of crystal litter that work to absorb urine and dry solid waste. The manufacturers claim you only need to replace the trays once every few weeks.

Although it's relatively inexpensive at the outset, one common complaint about the ScoopFree is the high costs of replacing the special litter trays — and the fact that they typically need replacing more often than the manufacturer suggests. Some users have also reported problems with urine leaks. What's most alarming is that some say the silica gel from the special litter can be harmful to the cat or even to a child if accidentally consumed.

One very interesting and nifty gadget is the CatGenie, which actually uses a flushing mechanism similar to a toilet. The bowl of the CatGenie uses washable granules that don't need replacing. Liquid waste simply drips down through the granules to get flushed away later. After the motion sensor has determined that the cat has left, the bowl rotates, allowing the sifter to pick up solid waste. Sanitizing solution mixes with both the liquid and solid waste before they get flushed away (the solid waste is liquefied, too). While this is happening, the machine releases water and sanitizing solution into the bowl

with the granules. The bowl rotates and, this time, the sifter works to help clean the granules before a hot air blower allows them to dry.

The CatGenie gets glowing reviews from some users. It does, however, require access to a cold water tap and drain. The CatGenie is the most complicated mechanism of all the popular robotic litter boxes. A very common complaint is that granules get scattered around the machine during the cleaning cycle. It is the lowest maintenance robotic litter box, but only if it works the way it's supposed to. Some users do report significant problems with their CatGenie machines. And instances of malfunction or clogs might require a user to take it apart, which can result in bigger messes and headaches than maintaining a normal litter box.

One of the most unique (and space-age-looking) is the Litter-Robot. At first glance, youâ€™d think it was a kitty-sized escape pod. A cat is supposed to climb up and get inside the mounted, spherical globe to do its business. Using a weight sensor and timer, the machine waits until several minutes after the cat has come and left. Then, the sphere rotates around, allowing the mechanism to sift out clumps of waste and drop only the waste down into the base. The waste collects in an enclosed, removable shelf.

The manufacturers suggest emptying the waste drawer and refilling litter about once a week (if you own just one cat). You can clean the removable globe whenever necessary with soap and water because all of the electronic mechanisms are in the base of the unit.

Because the Litter-Robot is the most funky-looking of the robotic litter boxes and has the most significant mechanical movement, your cat is more likely to be scared and wary of it. The manufacturers have a few recommendations for getting your cat acclimated, however. You might try taking a scoop of litter from the old box and putting it in the Litter-Robot so that your cat recognizes a familiar scent. Also, if you stop cleaning your old litter box, the clean litter in the Litter-Robot will start to seem more attractive.

The Litter-Robot's weight sensor can only detect cats over 5 lbs (about 2.3 kg). You can, however, start the cycle automatically. Also, the space inside is only big enough for cats that aren't overweight or very large. Cats over 15 lbs may not fit comfortably inside the machine. The Litter-Robot Web site also mentions that it might not work well for diabetic cats that leave large litter clumps of urine, because the clumps might not fall through the waste holes.

Users report generally favorable experiences with the Litter-Robot. However, some of the disadvantages users list include noisiness and its large overall size but small interior. It also happens to be one of the more expensive robotic litter boxes.

So, while none of these products is perfect, and some unlucky consumers get stuck with malfunctioning machines, overall, many cat owners love their robotic litter boxes. Just make sure to read the fine print of the return policy.

Omega Paw
An interesting alternative to robotic litter boxes is the Omega Paw. This product isn't entirely self-cleaning because it requires that you roll the box over. But the rolling motion allows it to work similar to the Litter-Robot, as it lets the waste get filtered out into a tray so you can easily dispose of it.

Sources
Amazon. "Customer Reviews: CatGenie-Self Washing, Self Flushing Cat Box." Amazon.com. (March 8, 2011)

http://www.amazon.com/CatGenie-Self-Washing-Self-Flushing-Cat/product-reviews/B000MKHQG4/ref=cm_cr_dp_all_summary?ie=UTF8&showViewpoints=1&sortBy=bySubmissionDateDescending

Amazon. "Customer Reviews: LitterMaid LME9000 Elite Mega Advanced Self-Cleaning Litter Box." Amazon.com. (March 8, 2011)

http://www.amazon.com/LitterMaid-LME9000-Advanced-Automatic-Self-Cleaning/product-reviews/B000H6AK7A/ref=dp_top_cm_cr_acr_txt?ie=UTF8&showViewpoints=1

Amazon. "Customer Reviews: Litter Robot LRII Automatic Self-Cleaning Litter Box, Beige." Amazon.com. (March 8, 2011)

http://www.amazon.com/Litter-Robot-Automatic-Self-Cleaning-Beige/product-reviews/B000LJDLKG/ref=cm_cr_dp_all_helpful?ie=UTF8&showViewpoints=1&sortBy=bySubmissionDateDescending

Amazon. "Customer Reviews: ScoopFree Self-Cleaning Litter Box." Amazon.com (March 8, 2011)

http://www.amazon.com/Brilliant-Pet-SX1-ScoopFree-Self-Cleaning/product-reviews/B000ELUQQS/ref=cm_cr_dp_all_helpful?ie=UTF8&showViewpoints=1&sortBy=bySubmissionDateDescending

Litter-Robot.com. "Is the Litter-Robot Right for Your Cat?" Litter-Robot.com. (March 8, 2011)

http://www.litter-robot.com/right-for-your-cat.aspx

Rainbolt, Dusty. "Cat Wrangling Made Easy." Globe Pequot, 2007. (March 8, 2011)

http://books.google.com/books?id=YQNoDrie9YcC

ScoopFree. "How ScoopFree Works." ScoopFree.com. (March 8, 2011)

http://www.scoopfree.com/HowScoopFreeWorks/index.html

Thornton, Kim Campbell. "Starting Out Right With Your New Cat." Innova Publishing, 2005. (March 8, 2011)

http://books.google.com/books?id=NzNlH9KdofgC



# CAT FOOD *DISPENSERS* REVIEWS
### Pros and Cons of the most popular cat food dispensers

Home | Automatic Cat Feeder Reviews | Cat Food Reviews | Automatic Litter Boxes Reviews | Treat Dispenser Toys Reviews

Cat Water Dispenser Reviews

3+ Stars Rating Feeders | 4+ Stars Rating Feeders | My Top Pick Feeders | Best 3 Automatic Litter Boxes | Cat Litter Reviews | Automatic Cat Door Reviews

Other Cat Products Reviews

$18.99

DMCA.com
PROTECTED & MONITORED

## LITTER ROBOT II SELF CLEANING LITTER BOX – FULL REVIEW

By Lorena Ávila on | 5 Comments

### LITTER ROBOT II REVIEW



On this review I will describe all the features of the classic Litter Robot and how it works, how to clean it and much more. This Classic model is the first version out of three and it may not be produced in the future because the top notch automatic litter box now is the Litter Robot 3. Check this latest version suitable for larger cats and discover its great features.

The Litter Robot II self cleaning litter box is a very sophisticated automatic solution that will allow you to never have to scoop a dirty litter again, even if you have several cats. The unit has a unique design with a rotating mechanism that separates the waste from the clean litter and deposits it in a receptacle on the bottom of the unit. All this done seven minutes after your cat has done its "business" and left the litter box.

To clean this machine is very simple; you only have to change kitchen garbage bags every few days. Ideal trash bags are 13 gallon but 8 gallon standard bags also work. If you have several cats you will probably need to change the bag every 2-3 days, but you will never have to scoop the litter box by hand anymore.

The Litter Robot is a safe unit. It operates at 12 volts (AC/DC adapter included). Besides, there are not losing parts or sharp pieces or any electrical wiring that could make contact with your cat and harm it.



Top Automatic Pet Feeders

PetSafe Healthy Pet Simply Feed 12-M...
$129.95          (928)

Feed and Go Automatic Pet Feeder with Bui...
$192.89          (178)

Search Amazon          Go

Ads by Amaz

Litter-Robot Open Air Fence

Top Automatic Litter Boxes

ScoopFree Ultra Self Cleaning Litter Bo...

CatGenie Self Washing Self Flushing Cat Box

This automatic litter box accommodates cats up to 15 pounds, but depending on the cat's versatility a bigger cat could adapt with no problem to this automatic litter box.

## FEATURES

- Automatically cleans the litter box, no more manual scooping
- Very easy to setup
- It does not require expensive trays or disposable receptacles
- It works with clumping cat litter
- Reduces effectively cat litter box odor with big carbon filter
- You don't have to buy supplies periodically to make it work.
- Comfortable and safe for your cats
- It works also with biodegradable cat litter.
- Built-to-last appliance.
- Very suitable for multiple cats households.
- Litter saver
- Sifting system keeps the litter and the cat's paws clean.
- Waste goes into a bottom drawer for easy bagged disposal.
- Good for long trips: drawer is able to contain several days' worth of bagged waste.
- Automatic 7-minutes-delay-cleaning reduces significantly the litter box odor.
- It features manual cleaning cycles by pushing a button.
- Gives you more freedom to take short trips
- It provides you more time to enjoy with your pet.
- 90 day money-back guarantee (from manufacturer)
- 18 month full warranty


Cat using the Litter Robot II

## DIMENSIONS

- Product Dimensions: 24" D x 22" W x 29" H
- Waste drawer dimension: 6" H x 11" W x 16" L
- Entry opening for the cat: 9" H x 6 ½" W
- The litter area measures 14" across at maximum litter capacity.
- Unit's weight: 24 pounds

## HOW DOES THE LR II WORK?

Once your cat gets in the Litter Robot its weight is detected by a special sensor which triggers a 7-minute countdown after the cat leaves the unit to start a cleaning cycle. On minute "zero" the mechanism of the globe rotates and gently separates the waste clumps from the clean litter These clumps drop into a waste drawer located on the bottom of the unit. This drawer contains a carbon filter for better odor control.

Litter Robot control panel

As a safety measure, the globe rotates slowly and the unit shuts off automatically if your cat re enters the litter box while in cleaning cycle. The machine will wait for 15 sec. to resume the cleaning cycle. If the cat is still inside the unit, the Globe won't rotate.





This unique system does not have rake mechanism that could get jammed so it does not need frequent cleaning and maintenance.

The Litter Robot features manual cleaning cycles by pushing "cycle" button.

## VIDEO HOW THE LITTER ROBOT WORKS:

Litter Robot 2 - Inside view





## WHAT COMES IN THE BOX?

√ Litter Robot II Standard unit fully assembled
√ 1 Lip Extender (it comes assembled to the globe)
√ 1 Carbon Filter
√ 3 Waste Drawer Liners
√A 12 Volt AC/DC power adapter
√ Owner's Manual
√ Return and Repack Instructions

## HOW TO SETUP THE UNIT:

The Litter Robot comes assembled so all you have to do is putting the globe on the base and align the cog in the base unit with the cog notches in the globe and then plug the unit.  If you bought the additional fence, you have to snap the lip with this fence and then place it on the globe. Instructions how to put together the lip and the fence.

## LITTER ROBOT II VS LITTER ROBOT BUBBLE UNIT

Both versions include the lip extender and additionally you can order an optional fence that snaps with the lip to act as an effective barrier to kicked litter and also helps to the full entry of your cat into the globe.

Basically the difference it's on the globe: the Litter Robot Bubble Globe has a "Skylight-Bubble" type of window which increases the space by 3 inches (front to back depth) and gives natural light to the litter chamber. This solution is very good for big sized cats. The Litter Robot LRII does not have this type of window and consequently the extra 3" room from front to back.

If you want to know the differences between the Litter Robot II, the LR II Bubble Unit and the Open Air, we offer a very complete side by side comparison Chart between these 3 versions and the main differences. You may want to see this comparison here.



CATEGORIES

Select Category



**VERY IMPORTANT POINTS:**

- If you have kittens or small cats weighing less than 5 pounds you cannot use the Litter Robot without supervision. Due to their low weight they won't activate the mechanism of the Litter Robot and it would not be safe for them to use it, so if you have a kitten you must use the Litter Robot manually by turning on the unit when it needs to be cleaned and then turn it off when the cleaning cycle has been completed.

- Litter Robot II works with clumping cat litter but for optimal performance it is highly recommended to use Ultra Premium Clumping Cat Litter to avoid some problems such as waste getting stuck on the Globe, dust when rotating or bad odor control.

- The unit does not work with non-clumping litters, litters that are strictly absorbent, newspaper based litters nor Pine based pellets.

**WHAT TO DO IF YOUR CAT DOES NOT ADOPT THIS MACHINE**

This is unlikely since almost 99% of cats adopt this litter box but if this happens to you and your cat refuses to use it, the manufacturer gives 90 day money back guarantee for a full refund of the purchase price, less shipping cost. Check the guarantee policy for better information.

## PROS

- Very easy to setup and operate.
- No contact with the waste.
- Ir works with any clumping litter (except pine)
- Low maintenance, no manual scooping is needed.
- Good odor control.
- Much less cat litter needed than other systems.
- It's very easy to fill.
- It automatically cleans 7 minutes delay after your cat using it.
- Not need to purchase the Company brand supplies to maintain the system working.
- It's very easy to change the provided bags and you can use regular trash bags as well.
- With the Litter Robot's step you get much less litter tracking.
- It does not require expensive special cat litters.
- It is quieter than other automatic litter box systems.
- It is made with high quality materials that will not rust (the rake)
- 18 month warranty

## CONS

- It is a big unit.
- It might not work for large cats over 15 lbs.
- It has to be used manually for small cats and kittens less than 5 lbs.
- High initial investment
- It makes some noise when operating (quieter than other automatic litter boxes)
- Some litter falls from the Litter Robot when the cat exits the unit (place a mat next to it)
- Some  litter does not get contain from cats that kick vigorously the litter when covering.

**PAGES**

3 Best Clumping Cat Litters Reviews

5 Reasons Why the Litter Robot III is the Best Automatic Litter Box

5 Signs To Tell Your Cat needs An Automatic Cat Feeder

Accessories For Litter Robot III

Automatic Cat Door Reviews

Automatic Cat Feeder: 5 Mistakes You Have to Avoid When Buying One

Automatic Cat Litter Box Reviews

Best 15 Automatic Cat Feeder Comparison

Best 3 Cat Litter Mat Reviews & Comparison

Best 7 Automatic Cat Feeder Wet Food Comparison Chart 2016

Best 8 Automatic Cat Litter Box Comparison Chart

Cat Food Dispensers Reviews 2016

Cat Food Mats – Choose the best cat feeding mat for your pet

Cat Food Reviews: Top Healthiest Dry Cat Foods

Cat Treat Dispenser Toys Reviews

Cat Water Dispenser Reviews

Cat-Proof Automatic Pet Feeders: Checkmate to Mischiveous Cats

Elevated Cat Feeder Reviews

Home

How to Choose the Best Automatic Litter Box for Multiple Cats

How To Get Your Cat To Adopt A Top Automatic Litter Box

Litter Robot III Open Air vs LRII Bubble vs LRII Classic

Litter Robot vs CatGenie vs ScoopFree: Which is the Best?

Sitemap

What You Should Know Before Buying An Automatic Cat Litter Box

Why Your Cat Doesn't Drink From A Water Bowl And Tips to Resolve It


DOES YOUR CAT DRINK FROM THE FAUCET?
AUTOMATIC PET WATER FOUNTAINS REVIEWS
CLICK HERE!

- Drawer is not airtight so bad odor may come out after some days of use.
- Bad odor when opening the drawer to dispose the bagged waste.
- Some cats jump into the box without activating the sensor.
- Control panel is not water proof (keep it protected with plastic film)

## TIPS GIVEN BY CUSTOMERS USING THE LR

**1.** Keep the unit clean and fresh by doing these 4 simple steps:

- Use "Precious Cat Ultra Premium Clumping Cat Litter" together with a litter additive called "Nil-O-Litter Cat Litter Deodorizer" or even cheaper, you can use "Arm & Hammer Cat Litter Deodorizer" which contains baking soda.
- Change carbon filter every 2 months.
- Wash the globe once a month.
- Empty the drawer every 4 days and wash the drawer twice a month.

**2.** It is important not to plug this unit in front of your cat because it will automatically start a cleaning cycle and this might scare your cat to the level of never wanting to get in. If your cat is shy or timid it is a good idea to use the Litter Robot unplugged for a while.



Photo courtesy of cygnus921

**3.** You will most likely have to adjust the sensor on the bottom to your cat's weight. If not adjusted correctly, it may not clean automatically. The adjustment is very easy and you can consult it in the provided user's manual.

**4.** To get your cat to adopt the new litter box, use some litter magnet on it. Another trick is to leave the old litter box next to the Litter Robot (unplugged) and keep using the old one for a while until your cat gets familiar with the new Litter Robot and takes it.

**5.** Protect the control panel with a cling wrap.

**6.** If your cat always jumps to get into places, get a ramp to ensure he will use the step of the Litter Robot and will activate the sensor mechanism.

## CONCLUSION:

The Litter Robot is a very good solution to avoid the daily duty of scooping your cat litter box and the closest to be a maintenance-free automatic cat litter box.

Some points to consider about this unit:

- You can use this automatic litter box with any plastic trash bag and it will work. You save money in cat litter as well because as the system removes promptly the waste, the dirty litter does not have time to leak out to contaminate the clean one.

- Litter Robot's globe needs a good washing after a month of constant use (depending on how much cats use it), otherwise the globe stars to smell. The drawer needs to be washed often too. If you want to avoid a smelly drawer, you can check the Open Air version.

- Some bad reviews from customers are usually consequence of using cheap litter, not filling the unit often with litter and letting the drawer too long without emptying it. You need to dispose the bagged waste at least once a week, ideally twice a week with multiple cats.





Lorena Ávila

I love cats, especially my baby Sophie.

G+ Follow

Lorena Ávila
YouTube

Follow @SophieTheCat__





DMCA.com
PROTECTED & MONITORED

- If your cats eat by-products they will create more and smelly feces so you may need to empty the drawer every two or three days.

## BOTTOM LINE

In general, the "cons" of this unit can be easily overcome which makes the Litter Robot a very good solution for people who don't want to scoop the cat litter box. For all these reasons:

√  **I recommend the Litter Robot II for cats that weigh between 5 and 15 pounds; if you want your cat to have more room the ideal maximum weight is 12 lbs. Good option for:**

- Two cats.
- A money-saving seeker (on the long run).
- Very busy and cannot take care of the daily scooping.
- Trying to avoid too much contact with your cat waste.
- A busy person who takes trips often.

**I recommend the Litter Robot with reservations if:**

- Your cat's weight is 5 pounds or less (you will need to make it work manually)
- Your cat weight is more than 15 pounds (it might adjust to it, and it might not)
- Your pet is shy or very nervous to movements or noises (if introduced properly the unit might work well)
- Your cat has diabetes or digestive problems
- Your cats eat by-products
- Your cat is old or if is very stubborn to adopt new systems (you never know the reaction, but these are not good points)
- If you don't want a smelly litter box and you are going to use it inside the house in living areas.

For more information about the Litter Robot II click here.

Posted in Automatic Cat Litter Box Reviews

« ScoopFree Self-Cleaning Litter Box – Full Review    SmartScoop Self Scooping Litter Box – Full Review »

View Comments



## DISCLAIMER

Certain content that appears on catfooddispensersreviews.com comes from Amazon Services, LLC. and Automated Care Products Inc. This content is provided "As Is" and is subject to change or removal at any time. catfooddispensersreviews.com is a participant in the Amazon Services, LLC and Automated Care Products Inc. Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to Amazon.com or Automated Pet Care Products Inc.

| To: | Automated Pet Care Products Inc. (msneyd@kerr-russell.com) |
| --- | --- |
| Subject: | U.S. TRADEMARK APPLICATION NO. 87202622 - LITTER-ROBOT - N/A |
| Sent: | 2/1/2017 9:06:34 AM |
| Sent As: | ECOM109@USPTO.GOV |
| Attachments: | Attachment - 1 |

UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87202622

**MARK:** LITTER-ROBOT

## *87202622*

**CORRESPONDENT ADDRESS:**
    MICHAEL A SNEYD
    KERR RUSSELL AND WEBER PLC
    500 WOODWARD
    SUITE 2500
    DETROIT, MI 48226
**APPLICANT:** Automated Pet Care Products Inc.

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
    N/A
**CORRESPONDENT E-MAIL ADDRESS:**
    msneyd@kerr-russell.com

# PRIORITY ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 2/1/2017**

**DATABASE SEARCH:**  The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**ISSUES APPLICANT MUST ADDRESS:**  On January 26, 2017, the trademark examining attorney and Michael Sneyd discussed the issues below.  Applicant must timely respond to these issues.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §2.62(a); TMEP §§708, 711.

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**

- Section 2(e)(1) refusal – merely descriptive
- Supplemental Register – advisory

**SECTION 2(e)(1) REFUSAL - MERELY DESCRIPTIVE**

Applicant has applied to register LITTER-ROBOT for use in connection with "Automated pet appliances, namely, litter boxes" in International Class 21.

Registration is refused because the applied-for mark merely describes a feature, characteristic, purpose, or function of applicant's goods. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

The determination of whether a mark is merely descriptive is made in relation to an applicant's goods, not in the abstract. *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012); *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see, e.g., In re Polo Int'l Inc.*, 51 USPQ2d 1061, 1062-63 (TTAB 1999) (finding DOC in DOC-CONTROL would refer to the "documents" managed by applicant's software rather than the term "doctor" shown in a dictionary definition); *In re Digital Research Inc.*, 4 USPQ2d 1242, 1243-44 (TTAB 1987) (finding CONCURRENT PC-DOS and CONCURRENT DOS merely descriptive of "computer programs recorded on disk" where the relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).

"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

The wording "LITTER" is encompassed in applicant's identification of goods; it is included within the broad identification of litter boxes for pets.

The wording "ROBOT" is defined as a device that automatically performs complicated often repetitive tasks." See attached dictionary evidence.

Taken together, applicant's mark describes the automated pet appliance which will manage litter boxes for pets.

Accordingly, the proposed mark is merely descriptive, and registration is refused on the Principal Register under Section 2(e)(1).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration. If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

## SECTION 2(f) ACQUIRED DISTINCTIVENESS

Applicant's attorney indicated an intention to assert a claim of acquired distinctiveness. As discussed with applicant's attorney, evidence will be needed to support its claim.

If applicant believes applicant's mark has acquired distinctiveness, that is, it has become a distinctive source indicator for the applied-for goods, applicant may amend the application to assert a claim of acquired distinctiveness under Trademark Act Section 2(f). *See* 15 U.S.C. §1052(f). The USPTO decides each case on its own merits. *See* TMEP §1212.06.

Evidence of acquired distinctiveness may include affidavits or declarations of long-term use in commerce; specific dollar sales under the mark; advertising expenditures; samples of typical advertising; and letters, affidavits, or declarations in which consumers and/or dealers assert recognition of the mark as an indicator of source. *See* 37 C.F.R. §2.41(a)(3); *In re Ideal Indus., Inc.*, 508 F.2d 1336, 1339-40, 184 USPQ 487, 489-90 (C.C.P.A. 1975); *In re Capital Formation Counselors, Inc.*, 219 USPQ 916, 919 (TTAB 1983); TMEP §§1212.06 *et seq.*

The following factors are generally considered when determining whether a proposed mark has acquired distinctiveness: length and exclusivity of use of the mark in the United States by applicant; the type, expense, and amount of advertising of the mark in the United States; applicant's sales success; unsolicited media coverage; and consumer studies (linking the name to the source). *See In re Koninklijke Philips Elecs. N.V.*, 112 USPQ2d 1177, 1180 (TTAB 2014) (citing *In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005)). A showing of acquired distinctiveness need not consider all of these factors, and no single factor is determinative. *In re Steelbuilding.com*, 415 F.3d at 1300, 75 USPQ2d at 1424; *see* TMEP §§1212.06 *et seq.*

An applicant bears the burden of proving that a mark has acquired distinctiveness under Trademark Act Section 2(f). *Yamaha Int'l Corp. v. Yoshino Gakki Co.*, 840 F.2d 1572, 1576, 1578-79, 6 USPQ2d 1001, 1004, 1006 (Fed. Cir. 1988); *In re Meyer & Wenthe, Inc.*, 267 F.2d 945, 949, 122 USPQ 372, 374-75 (C.C.P.A. 1959); TMEP §1212.01. An applicant must establish that the purchasing public has come to view the proposed mark as an indicator of origin. *See* TMEP §1212.

Allegations of sales and advertising expenditures do not per se establish that a term has acquired significance as a mark. *See* TMEP §1212.06(b). An applicant must also provide the actual advertising material so that the examining attorney may determine how the term is used, the

commercial impression created by such use, and the significance the term would have to prospective purchasers.  TMEP §1212.06(b); *see In re Boston Beer Co.*, 198 F.3d 1370, 1373, 53 USPQ2d 1056, 1058 (Fed. Cir. 1999); *In re Packaging Specialists, Inc.*, 221 USPQ 917, 920 (TTAB 1984).

The ultimate test in determining acquisition of distinctiveness under Section 2(f) is not applicant's  efforts, but applicant's  success in educating the public to associate the claimed mark with a single source.  TMEP §1212.06(b); *see In re Packaging Specialists*, *Inc.*, 221 USPQ at 920-21; *In re Redken Labs., Inc.*, 170 USPQ 526, 529 (TTAB 1971).

<u>**RESPONSE GUIDELINES**</u>

 For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action.  If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register.  Applicant may also have other options specified in this Office action for responding to a refusal and should consider those options carefully.  To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.  For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02.  Additionally, the USPTO will not refund the application filing fee, which is a required processing fee.  *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

When an application has abandoned for failure to respond to an Office action, an applicant may timely file a petition to revive the application, which, if granted, would allow the application to return to active status.  *See* 37 C.F.R. §2.66; TMEP §1714.  The petition must be filed within two months of the date of issuance of the notice of abandonment and may be filed online via the Trademark Electronic Application System (TEAS) with a $100 fee.  *See* 37 C.F.R. §§2.6(a)(15)(ii), 2.66(b)(1).

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's  rights.  *See* TMEP §§705.02, 709.06.

 **TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

/Annie M. Noble/
Examining Attorney
Law Office 109
(571) 272-3272
annie.noble@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

8:58:03 AM 2/1/2017



| To: | Automated Pet Care Products Inc. (msneyd@kerr-russell.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 87202622 - LITTER-ROBOT - N/A |
| Sent: | 2/1/2017 9:06:35 AM |
| Sent As: | ECOM109@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON 2/1/2017 FOR U.S. APPLICATION SERIAL NO. 87202622

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from 2/1/2017 (*or sooner if specified in the Office action*). A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period. For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# NOTE TO THE FILE

SERIAL NUMBER:        87202622

DATE:                        01/26/2017

NAME:                        anoble

## NOTE:

**Searched:**
X   Google
___ Lexis/Nexis
X   OneLook
___ Wikipedia
___ Acronym Finder
X   Other: https://www.litter-robot.com/

**Discussed ID with:**
___ Senior Atty
___ Managing Atty

___ Protest evidence reviewed

**Checked:**
___ Geographic significance
___ Surname
___ Translation
___ ID with ID/CLASS mailbox

**Discussed Geo. Sig. with:**
___ Senior Atty
___ Managing Atty

__ Checked list of approved Canadian attorneys and agents

**Discussed file with**

**Attorney/Applicant via:**
___ phone
___ email

___ Requested Law Library search
     for:

___ **PRINT** ___ **DO NOT PRINT**
___ Description of the mark
___ Translation statement

___ Negative translation statement
___ Consent of living individual

___ Changed TRADEUPS to:

___ OTHER:

___ Left message with
     Attorney/Applicant

___ Issued Examiner's Amendment
     and entered changes in TRADEUPS

___ Added design code in TRADEUPS

___ Re-imaged standard character
     drawing

___ Contacted TM MADRID ID/CLASS
     about misclassified definite ID

*** User:anoble ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|------|------|-----|-----|------|------------------------------------------------|
| 01 | 0 | 0 | 0 | 0 | 0:03 | "Automated Pet Care Product"[ow] |
| 02 | 11 | 4 | 6 | 6 | 0:01 | "Automated Pet"[ow] |
| 03 | 35368 | N/A | 0 | 0 | 0:03 | *l{"iy":2}{"r":2}$2r*[bi,ti] |
| 04 | 10933 | N/A | 0 | 0 | 0:04 | *r{v:2}{"b":2}{v:2}t*[bi,ti] |
| 05 | 63 | 0 | 63 | 63 | 0:01 | 3 and 4 not dead[ld] |
| 06 | 149 | 0 | 149 | 137 | 0:01 | *l{"iy"}tter*[bi,ti] not dead[ld] and "021"[cc] |
| 07 | 272 | 0 | 272 | 270 | 0:01 | *robot*[bi,ti] not dead[ld] and "021"[cc] |

Session started 1/26/2017 11:31:43 AM
Session finished 1/26/2017 12:16:57 PM
Total search duration 0 minutes 14 seconds
Session duration 45 minutes 14 seconds
Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 87202622

# Litter-Robot

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™



| All Litter | Litter-Robot | Litter-Robot | Litter-Robot | Special | Reconditioned | Accessories | Components | SHOP ALL |
|------------|--------------|--------------|--------------|---------|---------------|-------------|-----------|----------|
| Robots | III Open Air | II Bubble | II Classic | | | | | |



## Automatic Self-Cleaning
### Litter Box for Cats

The Litter-Robot is an automatic self-cleaning litter box. Its patented sifting system automatically separates waste from clean litter, so you never have to scoop litter again!

*Self-cleans after each use*

*Helps remove litter box odor*

*Great for cats of all sizes*



View Full Screen



https://www.litter-robot.com/[10/13/2016 4:28:40 PM]

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™



## Which Litter-Robot Is Right For My Cat?

### Open Air

 

### Features

- Self-cleans after each use
- Reduces litter box odor
- Saves money on litter
- No special accessories needed
- Great for multiple cats
- Safe for cats as light as 5lbs
- Extra spacious litter chamber
- Enlarged entryway
- Drawer full indication

### Bubble



### Features

- Self-cleans after each use
- Reduces litter box odor
- Saves money on litter
- No special accessories needed
- Great for multiple cats
- Safe for cats as light as 5lbs
- Spacious litter chamber
- Enlarged entryway
- Drawer full indication
- Adjustable cycle

### Classic

 

### Features

- Self-cleans after each use
- Reduces litter box odor
- Saves money on litter
- No special accessories needed
- Great for multiple cats
- Safe for cats as light as 5lbs
- Spacious litter chamber
- Enlarged entryway
- Drawer full indication
- Adjustable cycle

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™

- **Adjustable cycle timer**
- **Sleep mode & lock out feature**
- **Automatic night light**

Price: $449

timer
- Sleep mode & lock out feature
- Automatic night light

Price: $399

timer
- Sleep mode & lock out feature
- Automatic night light

Price: $349

 ORDER OPEN AIR

 ORDER BUBBLE

 ORDER CLASSIC



## Money-Back Guarantee

Risk-free purchase with our no-questions-asked 90-Day Money-Back Guarantee.



## Free Shipping

Order any Litter-Robot today and the shipping is free. Act now before it is too late!

 Reviews *&* Ratings



Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™



○ ○ ○

( 📄 READ ALL REVIEWS )  ( 📹 VIDEO TESTIMONIALS )

□ **ORDER YOUR LITTER-ROBOT NOW**

## Subscribe to Our Mailing List

First Name                    Last Name

Email Address                 **Submit**

### Our Company
ABOUT US
WHOLESALE & RETAIL
INTERNATIONAL
AFFILIATE
SCHOLARSHIP

### Product Info
FAQS
GUARANTEE
WARRANTY
RETURNS

### Account Info
LOG IN
VIEW CART

## Connect With Us

 Have a question? Send us an email!

 Give us a call ( Mon - Fri 9am-5pm )
**1.877.250.7729**

## Follow Us



## Contact

ADDRESS:2900 Auburn Ct. Auburn Hills, MI 48326

PHONE:    1-877-250-7729

EMAIL:    support@litter-robot.com

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™

Privacy Policy  |  Disclaimer
Copyright: © Automated Pet Care Products. All Rights Reserved



Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87202622**
**Filing Date: 10/13/2016**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Litter-Robot |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Litter-Robot |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Automated Pet Care Products Inc. |
| *STREET | 2900 Auburn Court |
| *CITY | Auburn Hills |
| *STATE (Required for U.S. applicants) | Michigan |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 48326 |
| PHONE | 877-250-7729 |
| FAX | 248-254-1797 |
| EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | www.litter-robot.com |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | Michigan |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 021 |

| *IDENTIFICATION | Automated pet appliances, namely, litter boxes |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/07/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/07/2000 |
| SPECIMEN FILE NAME(S) | |
| JPG FILE(S) | \\TICRS\EXPORT17\IMAGEOUT 17\872\026\87202622\xml1\ FTK0008.JPG |
| ORIGINAL PDF FILE | SPE0-1-5020325530-20161013164338995006_._Litter-Robot.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml1\FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml1\FTK0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml1\FTK0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml1\FTK0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\872\026\87202622\xml1\FTK0007.JPG |
| SPECIMEN DESCRIPTION | photo of the Mark on the goods; screenshot from website showing the Mark used in association with the goods and the means to order the goods. |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | Michael A Sneyd |
|---|---|
| FIRM NAME | Kerr Russell and Weber PLC |
| INTERNAL ADDRESS | Suite 2500 |
| STREET | 500 Woodward |
| CITY | Detroit |
| STATE | Michigan |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 48226 |
| PHONE | 3139610200 |
| FAX | 3139610388 |
| EMAIL ADDRESS | msneyd@kerr-russell.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | Michael A Sneyd |
|---|---|

| FIRM NAME | Kerr Russell and Weber PLC |
|---|---|
| INTERNAL ADDRESS | Suite 2500 |
| *STREET | 500 Woodward |
| *CITY | Detroit |
| *STATE<br>(Required for U.S. addresses) | Michigan |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 48226 |
| PHONE | 3139610200 |
| FAX | 3139610388 |
| *EMAIL ADDRESS | msneyd@kerr-russell.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /M.A. Sneyd/ |
| * SIGNATORY'S NAME | Michael A Sneyd |
| * SIGNATORY'S POSITION | Attorney of record, Michigan bar member |
| SIGNATORY'S PHONE NUMBER | 3139610200 |
| * DATE SIGNED | 10/13/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

Serial Number: 87202622
Filing Date: 10/13/2016

## To the Commissioner for Trademarks:

**MARK:** Litter-Robot (Standard Characters, see mark)
The literal element of the mark consists of Litter-Robot.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Automated Pet Care Products Inc., a corporation of Michigan, having an address of
    2900 Auburn Court
    Auburn Hills, Michigan 48326
    United States
    877-250-7729(phone)
    248-254-1797(fax)
    XXXX (not authorized)

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 021:  Automated pet appliances, namely, litter boxes

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/07/2000, and first used in commerce at least as early as 04/07/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) photo of the Mark on the goods; screenshot from website showing the Mark used in association with the goods and the means to order the goods..
**JPG file(s):**
Specimen File1
**Original PDF file:**
SPE0-1-5020325530-20161013164338995006_._Litter-Robot.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

For informational purposes only, applicant's website address is: www.litter-robot.com
The applicant's current Attorney Information:
    Michael A Sneyd of Kerr Russell and Weber PLC
    Suite 2500
    500 Woodward
    Detroit, Michigan 48226
    United States

   3139610200(phone)
   3139610388(fax)
   msneyd@kerr-russell.com (authorized)

The applicant's current Correspondence Information:

   Michael A Sneyd
   Kerr Russell and Weber PLC
   Suite 2500
   500 Woodward
   Detroit, Michigan 48226
   3139610200(phone)
   3139610388(fax)
   msneyd@kerr-russell.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /M.A. Sneyd/   Date Signed: 10/13/2016
Signatory's Name: Michael A Sneyd
Signatory's Position: Attorney of record, Michigan bar member


RAM Sale Number: 87202622
RAM Accounting Date: 10/14/2016

Serial Number: 87202622
Internet Transmission Date: Thu Oct 13 17:18:04 EDT 2016
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XX-2016101317180466
4673-87202622-5702d6071229a12e4c2666aea6
4af8e617624ece040c8e42d9a1c3d88bd9dd52ed
4-CC-4434-20161013164338995006

Litter-Robot

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™



Shop All    Learning Center ›    Support ›    About Us    Contact    Blog

| All Litter | Litter-Robot | Litter-Robot | Litter-Robot | Special | Reconditioned | Accessories | Components | SHOP ALL |
| Robots | III Open Air | II Bubble | II Classic | | | | | |



Free Shipping

90-Day Mon
Back Guara

Limited Time Only
Excludes Alaska, Hawaii

ORDER NOW

itterfurryfeet

## Automatic Self-Cleaning
### Litter Box for Cats

The Litter-Robot is an automatic self-cleaning litter box. Its patented sifting system automatically separates waste from clean litter, so you never have to scoop litter again!

*Self-cleans after each use*

*Helps remove litter box odor*

*Great for cats of all sizes*


ORDER LITTER-ROBOT


Say hello to the Litter-Robot

View Full Screen

https://www.litter-robot.com/[10/13/2016 4:28:40 PM]

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™



## Which Litter-Robot Is Right For My Cat?

*Open Air*

 

*Bubble*



*Classic*

 

### Features

- Self-cleans after each use
- Reduces litter box odor
- Saves money on litter
- No special accessories needed
- Great for multiple cats
- Safe for cats as light as 5lbs
- Extra spacious litter chamber
- Enlarged entryway
- Drawer full indication

### Features

- Self-cleans after each use
- Reduces litter box odor
- Saves money on litter
- No special accessories needed
- Great for multiple cats
- Safe for cats as light as 5lbs
- Spacious litter chamber
- Enlarged entryway
- Drawer full indication
- Adjustable cycle

### Features

- Self-cleans after each use
- Reduces litter box odor
- Saves money on litter
- No special accessories needed
- Great for multiple cats
- Safe for cats as light as 5lbs
- Spacious litter chamber
- Enlarged entryway
- Drawer full indication
- Adjustable cycle

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™

- **Adjustable cycle timer**
- **Sleep mode & lock out feature**
- **Automatic night light**

Price: $449

- timer
- Sleep mode & lock out feature
- Automatic night light

Price: $399

- timer
- Sleep mode & lock out feature
- Automatic night light

Price: $349

⬜ ORDER OPEN AIR

⬜ ORDER BUBBLE

⬜ ORDER CLASSIC



## Money-Back Guarantee

Risk-free purchase with our no-questions-asked 90-Day Money-Back Guarantee.



## Free Shipping

Order any Litter-Robot today and the shipping is free. Act now before it is too late!



**Reviews** *&* **Ratings**





Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™



● ● ●

READ ALL REVIEWS          VIDEO TESTIMONIALS

◻ ORDER YOUR LITTER-ROBOT NOW

## Subscribe to Our Mailing List

| First Name | Last Name |

| Email Address | Submit |

## Our Company
ABOUT US
WHOLESALE & RETAIL
INTERNATIONAL
AFFILIATE
SCHOLARSHIP

## Product Info
FAQS
GUARANTEE
WARRANTY
RETURNS

## Account Info
LOG IN
VIEW CART

## Connect With Us

 Have a question? Send us an email!

 Give us a call ( Mon - Fri 9am-5pm )
**1.877.250.7729**

## Follow Us



## Contact

ADDRESS: 2900 Auburn Ct. Auburn Hills, MI 48326

PHONE:   1-877-250-7729

EMAIL:   support@litter-robot.com

Automatic Self-Cleaning Litter Box for Cats | Litter-Robot™

Privacy Policy  |  Disclaimer
Copyright: © Automated Pet Care Products. All Rights Reserved

