**Generated on:** This page was generated by TSDR on 2022-10-04 02:04:44 EDT

**Mark:** LITTER-ROBOT 3 CONNECT

LITTER-ROBOT 3 CONNECT

| | | | |
|---|---|---|---|
| **US Serial Number:** 90503805 | | **Application Filing Date:** | Feb. 02, 2021 |
| **US Registration Number:** 6734934 | | **Registration Date:** | May 24, 2022 |
| **Register:** Principal | | | |
| **Mark Type:** Trademark | | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 24, 2022

**Publication Date:** Mar. 08, 2022

## Mark Information

**Mark Literal Elements:** LITTER-ROBOT 3 CONNECT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "LITTER ROBOT"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 2017

**Use in Commerce:** Nov. 2017

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Automated Pet Care Products LLC

**Owner Address:** 1080 W Entrance Dr
Auburn Hills, MICHIGAN UNITED STATES 48326

**Legal Entity Type:** LIMITED LIABILITY COMPANY     **State or Country Where Organized:** MICHIGAN

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Melissa Gray     **Docket Number:** 3232.0013

**Attorney Primary Email Address:** Melissa.gray@klemchuk.com     **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Melissa Gray
KLEMCHUK LLP
8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
DALLAS, TEXAS UNITED STATES 75206

**Phone:** 214-367-6000     **Fax:** 214-367-6001

**Correspondent e-mail:** Melissa.gray@klemchuk.com trademarks@klemchuk.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| May 25, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 24, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 08, 2022 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 08, 2022 | PUBLISHED FOR OPPOSITION | |
| Feb. 16, 2022 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 03, 2022 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68123 |
| Feb. 02, 2022 | ASSIGNED TO LIE | 68123 |
| Jan. 31, 2022 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 28, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 27, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 27, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 27, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 27, 2021 | NON-FINAL ACTION E-MAILED | |
| Jul. 27, 2021 | NON-FINAL ACTION WRITTEN | 76507 |
| Jul. 27, 2021 | ASSIGNED TO EXAMINER | 76507 |
| May 05, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION     **Date in Location:** May 24, 2022

| From: | tmng.notices@uspto.gov |
|---|---|
| Sent: | Tuesday, May 24, 2022 03:14:26 AM EDT |
| Subject: | Official USPTO Notification: U.S. Trademark Application SN 90503805 -- Docket/Reference No. 3232.0013 |

## <u>OFFICIAL USPTO NOTICE OF REGISTRATION</u>

**U.S. Application Serial No.** 90503805
**Mark:** LITTER-ROBOT 3 CONNECT
**Owner:** Automated Pet Care Products LLC
**Docket/Reference No.** 3232.0013

**Issue Date:** May 24, 2022

Your mark has registered with the United States Patent and Trademark Office (USPTO). Your United States trademark registration number is 6734934.

View and download your electronic registration certificate using the Trademark Status & Document Retrieval (TSDR) database. If you have difficulty accessing the registration certificate, contact the Trademark Assistance Center (TAC) at TrademarkAssistanceCenter@uspto.gov or 800-786-9199. For more information on registration certificate options, visit the USPTO's electronic registration certificates webpage.

**Order presentation copies online:**

You can order a printed presentation copy in TEAS of your trademark registration certificate. The presentation copy is suitable for display and framing. Trademark owners who filed an initial application before May 24, 2022 can order one for free. Owners who file an initial application on or after May 24, 2022 can purchase one for $25.

**Requirements to maintain your registration:**

- File your registration maintenance documents at the required times.

- **If you do not submit your maintenance documents at the required times, your registration will be cancelled.** If that happens, you must file a new application. Filing a new application doesn't guarantee your trademark will register again.

**Please note the following:**

- You may receive unsolicited offers and notices from third-parties not affiliated with the USPTO. All official correspondence about your trademark registration will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and all emails will be from the domain "@uspto.gov." Visit our misleading notices webpage for more information.

- If your registration covers products that are likely targets for international counterfeiters (e.g., popular or high-demand products), consider applying to record your trademark registration with U.S. Customs and Border Protection (CBP). Recording your trademark registration helps CBP detain and seize imported goods if they violate your recorded trademark. Visit our recording trademark registrations with CBP webpage for more information.

- To help ensure that you receive emails from the USPTO, keep your email address(es) current using the Change Address or Representation (CAR)

form and add USPTO email addresses to your contacts or "Safe Senders" list.

- If your trademark registration contains an error that would not require republication to correct it, or identifies goods and/or services not in use with your trademark, you can use the Section 7 Request for Amendment or Correction of Registration Certificate (Section 7) form to request correction of that error or deletion of any goods and/or services not in use with your trademark. There's no fee to file a Section 7 form if you file the Section 7 form before you file your required registration maintenance documents, and you are only deleting goods, services, or classes. Other amendments and corrections may require a filing fee. For information on amendments and corrections after registration, see TMEP 1609.

If you have any questions about this notice, contact TAC at TrademarkAssistanceCenter@uspto.gov or 800-786-9199.

# United States of America

## United States Patent and Trademark Office

# LITTER-ROBOT 3 CONNECT

**Reg. No. 6,734,934**

**Registered May 24, 2022**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Automated Pet Care Products LLC  (MICHIGAN LIMITED LIABILITY COMPANY)
1080 W Entrance Dr
Auburn Hills, MICHIGAN 48326

CLASS 21: Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes

FIRST USE 11-00-2017; IN COMMERCE 11-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LITTER ROBOT"

SER. NO. 90-503,805, FILED 02-02-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, March 8, 2022 00:58 AM |
| **To:** | Melissa.gray@klemchuk.com |
| **Cc:** | trademarks@klemchuk.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 90503805: LITTER-ROBOT 3 CONNECT: Docket/Reference No. 3232.0013 |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:**  90503805
**Mark:**  LITTER-ROBOT 3 CONNECT
**International Class(es):**  021
**Owner:**  Automated Pet Care Products LLC
**Docket/Reference Number:**  3232.0013

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Mar 08, 2022.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2022-03-08&serialNumber=90503805

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=90503805&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90503805&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

### OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  90503805
**Mark:**  LITTER-ROBOT 3 CONNECT
**International Class(es):**  021
**Owner:**  Automated Pet Care Products LLC
**Docket/Reference No.**  3232.0013

**Issue Date:**  February 16, 2022

**Your mark is scheduled to publish in the** *Trademark Official Gazette* **(TMOG) on March 8, 2022**.

**Your mark appears to be entitled to register** on the Principal Register, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a registration.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

Melissa.gray@klemchuk.com
trademarks@klemchuk.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, February 16, 2022 04:19 AM |
| **To:** | Melissa.gray@klemchuk.com |
| **Cc:** | trademarks@klemchuk.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 90503805: LITTER-ROBOT 3 CONNECT: Docket/Reference No. 3232.0013 |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 90503805) is scheduled to publish in the *Official Gazette* on Mar 8, 2022 .  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at <u>https://tsdr.uspto.gov/search.action?sn=90503805</u>.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at <u>TrademarkAssistanceCenter@uspto.gov</u> or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at <u>https://teas.uspto.gov/ccr/cca</u>.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at <u>https://teas.uspto.gov/office/ppa</u>.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90503805 | FILING DATE | 02/02/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/04/2022 |
| PUB DATE | 03/08/2022 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 02/03/2022 |
| LITERAL MARK ELEMENT | LITTER-ROBOT 3 CONNECT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT 3 CONNECT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W Entrance Dr<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 11/00/2017 | FIRST USE IN COMMERCE DATE | 11/00/2017 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "LITTER ROBOT" |
| PSEUDO MARK | LITTER-ROBOT THREE CONNECT |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/03/2022 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 02/02/2022 | ALIE | A | ASSIGNED TO LIE | 011 |
| 01/31/2022 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 01/28/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 01/27/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 01/27/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/27/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/27/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/27/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/27/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/05/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | Melissa Gray<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

# LITTER-ROBOT 3 CONNECT

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90503805 | FILING DATE | 02/02/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/01/2022 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 01/31/2022 |
| LITERAL MARK ELEMENT | LITTER-ROBOT 3 CONNECT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT 3 CONNECT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W Entrance Dr<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 11/00/2017 | FIRST USE IN COMMERCE DATE | 11/00/2017 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "LITTER ROBOT" |
| PSEUDO MARK | LITTER-ROBOT THREE CONNECT |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/31/2022 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 010 |
| 01/28/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 01/27/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 01/27/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/27/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/27/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/27/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/27/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/05/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | Melissa Gray<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

# LITTER-ROBOT 3 CONNECT

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90503805 | FILING DATE | 02/02/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/29/2022 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 01/28/2022 |
| LITERAL MARK ELEMENT | LITTER-ROBOT 3 CONNECT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT 3 CONNECT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W Entrance Dr<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 11/00/2017 | FIRST USE IN COMMERCE DATE | 11/00/2017 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| DISCLAIMER W/PREDETER TXT | "LITTER ROBOT" |
| PSEUDO MARK | LITTER-ROBOT THREE CONNECT |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/28/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 01/27/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 01/27/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/27/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/27/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/27/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/27/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/05/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | MELISSA GRAY<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS, TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

# LITTER-ROBOT 3 CONNECT

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90503805 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **MARK SECTION** | |
| MARK | [mark](#) |
| LITERAL ELEMENT | LITTER-ROBOT 3 CONNECT |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION | |
| Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/00/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/00/2017 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 021 |
| TRACKED TEXT DESCRIPTION | |
| Litter boxes for pets; ~~automated pet appliances, namely, litter boxes and accessories~~; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes | |
| FINAL DESCRIPTION | |
| Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 11/00/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 11/00/2017 |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| DISCLAIMER | No claim is made to the exclusive right to use LITTER ROBOT apart from the mark as shown. |

| ATTORNEY INFORMATION (current) | |
|---|---|
| NAME | Melissa Gray |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | KLEMCHUK LLP |
| STREET | 8150 N CENTRAL EXPRESSWAY, 10TH FLOOR |
| CITY | DALLAS |
| STATE | Texas |
| POSTAL CODE | 75206 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 214-367-6000 |
| FAX | 214-367-6001 |
| EMAIL | Melissa.gray@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0013 |
| CORRESPONDENCE INFORMATION (current) | |
| NAME | MELISSA GRAY |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | Melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0013 |
| CORRESPONDENCE INFORMATION (proposed) | |
| NAME | Melissa Gray |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | Melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0013 |
| SIGNATURE SECTION | |
| RESPONSE SIGNATURE | /Mandi Phillips/ |
| SIGNATORY'S NAME | Mandi Phillips |
| SIGNATORY'S POSITION | Senior Attorney, Klemchuk LLP, Texas Bar member |
| SIGNATORY'S PHONE NUMBER | 2143676000 |
| DATE SIGNED | 01/27/2022 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Thu Jan 27 14:46:30 ET 2022 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XX.XX-20 2201271446302717 74-905038 05-800516c0d07d7ecd769d1d b26bc2caea1b6dd8aabc82f1a |

| | eb9bbb2ba79f37-N/A-N/A-20 |
|---|---|
| | 220127115427816327 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **90503805** LITTER-ROBOT 3 CONNECT(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90503805/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 021 for Litter boxes for pets; automated pet applicances, namely, litter boxes and accessories
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 11/00/2017 and first used in commerce at least as early as 11/00/2017 , and is now in use in such commerce.

**Proposed:**

**Tracked Text Description:** Litter boxes for pets; ~~automated pet applicances, namely, litter boxes and accessories~~; automated pet applicances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes

Class 021 for Litter boxes for pets; automated pet applicances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 11/00/2017 and first used in commerce at least as early as 11/00/2017 , and is now in use in such commerce.

Webpage URL: None Provided
Webpage Date of Access: None Provided

**ADDITIONAL STATEMENTS**
**Disclaimer**
No claim is made to the exclusive right to use LITTER ROBOT apart from the mark as shown.

The owner's/holder's current attorney information: Melissa Gray. Melissa Gray of KLEMCHUK LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
    DALLAS, Texas 75206
    United States
The docket/reference number is 3232.0013.
    The phone number is 214-367-6000.
    The fax number is 214-367-6001.
    The email address is Melissa.gray@klemchuk.com

**Correspondence Information (current):**
    MELISSA GRAY

PRIMARY EMAIL FOR CORRESPONDENCE: Melissa.gray@klemchuk.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0013.

**Correspondence Information (proposed):**
  Melissa Gray
  PRIMARY EMAIL FOR CORRESPONDENCE: Melissa.gray@klemchuk.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0013.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /Mandi Phillips/   Date: 01/27/2022
Signatory's Name: Mandi Phillips
Signatory's Position: Senior Attorney, Klemchuk LLP, Texas Bar member

Signatory's Phone Number: 2143676000 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   MELISSA GRAY
  KLEMCHUK LLP

  8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
  DALLAS, Texas 75206
Mailing Address:   Melissa Gray
  KLEMCHUK LLP
  8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
  DALLAS, Texas 75206

Serial Number: 90503805
Internet Transmission Date: Thu Jan 27 14:46:30 ET 2022
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XX-20220127144630271
774-90503805-800516c0d07d7ecd769d1db26bc
2caea1b6dd8aabc82f1aeb9bbb2ba79f37-N/A-N
/A-20220127115427816327

| | |
|---|---|
| **To:** | Melissa Gray(Melissa.gray@klemchuk.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90503805 - LITTER-ROBOT 3 CONNECT - 3232.0013 |
| **Sent:** | July 27, 2021 07:05:24 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

87202622
88946932

<br>

### United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

<br>

**U.S. Application Serial No.** 90503805

**Mark:** LITTER-ROBOT 3 CONNECT

**Correspondence Address:**
MELISSA GRAY
KLEMCHUK LLP
8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
DALLAS TX 75206 UNITED STATES

**Applicant:** Automated Pet Care Products LLC

**Reference/Docket No.** 3232.0013

**Correspondence Email Address:** Melissa.gray@klemchuk.com

<br>

## NONFINAL OFFICE ACTION

<br>

**The USPTO must receive applicant's response to this letter within underline six months of the issue date below or the application will be abandoned.** Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:** July 27, 2021

**PLEASE NOTE:** Applicant is encouraged to telephone or e-mail the assigned trademark examining attorney to resolve the issues raised in this Office action.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## No Conflicting Marks

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

The application may not proceed to registration until the applicant responds to the following.

SUMMARY OF ISSUES:
- Disclaimer requirement
- Identification of goods requirement

## Disclaimer

Applicant must disclaim the wording "LITTER ROBOT" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The specimen of record demonstrates that the goods include a robotic device that automatically self-cleans litter boxes. Thus, the wording merely describes applicant's goods and/or services because it immediately describes the nature and type of goods provided by the applicant.

Applicant owns active U.S. Registration Nos. 5259515 and 6227960 for the mark LITTER-ROBOT for litter boxes. See attachments. In this case, applicant has applied for essentially the same mark and/or portion of that mark for the identical goods in part.

In applicant's prior registrations, applicant claimed acquired distinctiveness under Trademark Act Section 2(f) unconditionally and not in the alternative for LITTER-ROBOT in the initial application or a subsequent amendment. Thus, applicant conceded that this wording was not inherently distinctive but was rather merely descriptive. *See Mini Melts, Inc. v. Reckitt Benckiser LLC*, 118 USPQ2d 1464, 1479 (TTAB 2016) (citing *Cold War Museum, Inc. v. Cold War Air Museum, Inc.*, 586 F.3d 1352, 1358, 92 USPQ2d 1626, 1629 (Fed. Cir. 2009)); TMEP §1212.02(b)-(c). Accordingly, applicant's prior registration(s) is probative to show that applicant's applied-for mark is not inherently distinctive in this case. *See In re Thomas Nelson, Inc.*, 97 USPQ2d 1712, 1713 (TTAB 2011); TMEP §1212.02(c).

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "LITTER ROBOT" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

## Identification of Goods

The identification for "accessories" in International Class 21 is indefinite and too broad and must be clarified because this wording does not make clear the nature of the type of accessory and could include

goods in more than one international class. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03(a). For example, deodorizers for household pet litter boxes are in International Class 3, and pet litter box liners are in International Class 21. Applicant must either (1) specify the common commercial or generic name for each accessory item, or (2) delete this wording from the identification. *See* TMEP §§1402.01, 1402.03(a).

The applicant must also correct the misspelling of the term "appliances."

Applicant may adopt the following wording, if accurate:

**Litter box** accessories**, namely, [specify, e.g., deodorizers for household pet litter boxes]** in International Class 5; and/or

Litter boxes for pets; automated pet **appliances**, namely, litter boxes and accessories**, namely, [specify, e.g., pet litter box liners]** in International Class 21.

### Advisory - Identification Of Goods and/or Services
Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

### Insufficient Fee
The application identifies goods and/or services that are classified in at least two classes; however, applicant submitted a fee(s) sufficient for only one class. In a multiple-class application, a fee for each class is required. 37 C.F.R. §2.86(a)(2), (b)(2); TMEP §§810.01, 1403.01. For more information about adding classes to an application, see the Multiple-class Application webpage.

Therefore, applicant must either (1) restrict the application to the number of classes covered by the fees already paid, or (2) submit the fees for each additional class.

The fee for adding classes to a TEAS Standard application is $350 per class. *See* 37 C.F.R. §2.6(a)(1)(iii). For more information about adding classes to an application, see the Multiple-class Application webpage.

### Multiple-class Application Requirements
The application references goods and/or services based on use in commerce in more than one international class; therefore, applicant must satisfy all the requirements below for each international class:

      (1)  **List the goods and/or services by their international class number** in consecutive numerical order, starting with the lowest numbered class (for example, International Class 3: perfume; International Class 18: cosmetic bags sold empty).

      (2)  **Submit a filing fee for each international class** not covered by the fee(s)

already paid (view the USPTO's current fee schedule) or restrict the application to the number of classes covered by the fees already paid.

(3)    **Submit verified dates of first use of the mark** anywhere and in commerce **for each international class**. See more information about verified dates of use.

(4)    **Submit a specimen for each international class**. The current specimen is acceptable for class 21 only.  See more information about specimens.

**Examples of specimens.**  Specimens for goods include a photograph of (1) the actual goods bearing the mark; (2) an actual container, packaging, tag or label for the goods bearing the mark; or (3) a point-of-sale display showing the mark directly associated with the goods.  *See* 37 C.F.R. §2.56(b)(1), (c); TMEP §904.03(a)-(m).  A webpage specimen submitted as a display associated with the goods must show the mark in association with a picture or textual description of the goods and include information necessary for ordering the goods.  TMEP §904.03(i); *see* 37 C.F.R. §2.56(b)(1), (c).

Any webpage printout or screenshot submitted as a specimen must include the webpage's URL and the date it was accessed or printed on the specimen itself, within the TEAS form that submits the specimen, or in a verified statement under 37 C.F.R. §2.20 or 28 U.S.C. §1746 in a later-filed response. *See* 37 C.F.R. §2.56(c); TMEP §§904.03(i), 1301.04(a).

(5)    **Submit a verified statement** that "**The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application.**" See more information about verification.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(a) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the Multiple-class Application webpage.

**How to respond.  Click to file a response to this nonfinal Office action.**

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

/Andrea Koyner Nadelman/
Trademark Examining Attorney
Law Office 110
(571) 272-9370
andrea.nadelman@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

## (4) STANDARD CHARACTER MARK

Litter-Robot

**Mark Punctuated**
LITTER-ROBOT

**Translation**

**Goods/Services**

- IC 021. US 002 013 023 029 030 033 040 050.G & S: Automated pet appliances, namely, litter boxes.
  FIRST USE: 20000407. FIRST USE IN COMMERCE: 20000407

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Design Code**

**Serial Number**
87202622

**Filing Date**
20161013

**Current Filing Basis**
1A

**Original Filing Basis**
1A

**Publication for Opposition Date**
20170523

**Registration Number**
5259515

**Date Registered**
20170808

**Owner**
(REGISTRANT) Automated Pet Care Products Inc. CORPORATION MICHIGAN 2900 Auburn Court Auburn
Hills MICHIGAN 48326 (LAST LISTED OWNER) AUTOMATED PET CARE PRODUCTS, LLC LIMITED
LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326

**Priority Date**

**Disclaimer Statement**

**Description of Mark**

**Type of Mark**
TRADEMARK

**Register**

PRINCIPAL-2(F)

**Live Dead Indicator**
LIVE

**Attorney of Record**
Melissa Gray

## (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

**litter·robot**

**Mark Punctuated**
LITTER-ROBOT

**Translation**

**Goods/Services**

- IC 021. US 002 013 023 029 030 033 040 050.G & S: Automated pet appliances, namely, litter boxes. FIRST USE: 20180300. FIRST USE IN COMMERCE: 20180300

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

**Design Code**
260121 270301 290107

**Serial Number**
88946932

**Filing Date**
20200603

**Current Filing Basis**
1A

**Original Filing Basis**
1A

**Publication for Opposition Date**
20201006

**Registration Number**
6227960

**Date Registered**
20201222

**Owner**
(REGISTRANT) Automated Pet Care Products, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326

**Priority Date**

**Disclaimer Statement**

**Description of Mark**
The mark consists of the stylized wording "LITTER" and "ROBOT" separated by a shaded circle forming a hyphen.

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL-2(F)

**Live Dead Indicator**
LIVE

**Attorney of Record**
Melissa Gray

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on July 27, 2021 for
**U.S. Trademark Application Serial No. 90503805**

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned.  Please follow the steps below.

**(1)  Read the official letter**.

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.

Andrea Nadelman
Examining Attorney
LAW OFFICE 110
(571) 272-9370
Andrea.Nadelman@USPTO.GOV

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from July 27, 2021, using the Trademark Electronic Application System (TEAS).  The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  See the Office action for more information about how to respond.

## GENERAL GUIDANCE

- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

- **Beware of misleading notices sent by private companies about your application.**

Private companies **not** associated with the USPTO often use public information provided in USPTO trademark applications to mail and email trademark-related offers and notices - most of which require fees.  These companies often have names similar to the USPTO.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov".**

# Note To The File

Serial Number: 90503805                     LITTER-ROBOT 3 CONNECT
Date: 07/27/2021 6:39 pm
Created by: Andrea Nadelman

---

**Searched**

- Google
- https://www.litter-robot.com/

**Contacted Applicant/Atty**

- Left message

User: Andrea Nadelman

| | Statistics for Case 90503805 | | | | | |
|---|---|---|---|---|---|---|
| **#** | **Search** | **Total Marks** | **Dead Marks** | **Live Viewed Docs** | **Live Viewed Images** | **Status/Search Duration** |
| **1** | 90503805[sn] | 1 | 0 | 1 | 1 | 0:00 |
| **2** | *l{"iy"}{"t"1:2}{v}r*[bi,ti] | 55579 | 0 | 0 | 0 | 0:02 |
| **3** | *ro{"w"0:1}{"b"1:2}{v}t*[bi,ti] | 5185 | 0 | 0 | 0 | 0:02 |
| **4** | 2 and 3 | 51 | 0 | 0 | 0 | 0:01 |
| **5** | 4 not dead[ld] | 34 | 0 | 34 | 34 | 0:01 |
| **6** | *3*[bi,ti] *three*[bi,ti] | 77824 | 0 | 0 | 0 | 0:01 |
| **7** | *{"ckq"}{v:2}{"n"1:2}{v:2}{"ckq"}t*[bi,ti] | 29320 | 0 | 0 | 0 | 0:03 |
| **8** | 6 and 7 | 213 | 0 | 0 | 0 | 0:04 |
| **9** | 8 not dead[ld] | 86 | 0 | 86 | 86 | 0:01 |
| **10** | (2 3) and (6 7) | 1479 | 0 | 0 | 0 | 0:03 |
| **11** | 10 not dead[ld] | 715 | 0 | 0 | 0 | 0:02 |
| **12** | 11 and "021"[cc] | 155 | 0 | 155 | 155 | 0:03 |
| **13** | *o{"p"1:2}{v}n*[bi,ti] | 18666 | 0 | 0 | 0 | 0:02 |
| **14** | *a{"iy"}r*[bi,ti] | 82842 | 0 | 0 | 0 | 0:02 |
| **15** | 13 and 14 | 219 | 0 | 0 | 0 | 0:05 |
| **16** | 15 not dead[ld] | 78 | 0 | 78 | 78 | 0:02 |
| **17** | (13 14) and (2 3) | 729 | 0 | 0 | 0 | 0:04 |
| **18** | 17 not dead[ld] | 360 | 0 | 0 | 0 | 0:03 |
| **19** | 18 and "021"[cc] | 109 | 0 | 109 | 109 | 0:03 |

Session started 07/27/2021 5:57 pm

Session ended 07/27/2021 6:30 pm

Total search duration 44.00

Session duration 32 minutes 26 seconds

Adjacency Level 1

Near Level 1

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90503805**
**Filing Date: 02/02/2021**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90503805 |
| **MARK INFORMATION** | |
| *__MARK__ | LITTER-ROBOT 3 CONNECT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | LITTER-ROBOT 3 CONNECT |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *__OWNER OF MARK__ | Automated Pet Care Products LLC |
| *__MAILING ADDRESS__ | 1080 W Entrance Dr |
| *__CITY__ | Auburn Hills |
| *__STATE__ (Required for U.S. applicants) | Michigan |
| *__COUNTRY/REGION/JURISDICTION/U.S. TERRITORY__ | United States |
| *__ZIP/POSTAL CODE__ (Required for U.S. and certain international addresses) | 48326 |
| *__EMAIL ADDRESS__ | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Michigan |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 021 |
| *__IDENTIFICATION__ | Litter boxes for pets; automated pet applicances, namely, litter boxes and accessories |
| **FILING BASIS** | SECTION 1(a) |
|    **FIRST USE ANYWHERE DATE** | At least as early as 11/00/2017 |
|    **FIRST USE IN COMMERCE DATE** | At least as early as 11/00/2017 |
|    **SPECIMEN FILE NAME(S)** | |
| | SPE0-742024398-2021012817 2614147406_._LITTER- |

| ORIGINAL PDF FILE | ROBOT _3_CONNECT_Specimen.pdf |
|---|---|
| **CONVERTED PDF FILE(S)** <br> **(8 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\038\90503805\xml1\ APP0010.JPG |
| **SPECIMEN DESCRIPTION** | images of point of sale website page |
| **WEBPAGE URL** | https://www.litter-robot.com/catalog/product/view/id/448/s/litter-robot-iii-open-air-with-connect/category/7/ |
| **WEBPAGE DATE OF ACCESS** | 01/28/2021 |
| **ATTORNEY INFORMATION** | |
| **NAME** | Melissa Gray |
| **ATTORNEY DOCKET NUMBER** | 3232.0013 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Klemchuk LLP |
| **STREET** | 8150 N Central Expressway, 10th Floor |
| **CITY** | Dallas |
| **STATE** | Texas |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 75206 |
| **PHONE** | 214-367-6000 |
| **FAX** | 214-367-6001 |
| **EMAIL ADDRESS** | Melissa.gray@klemchuk.com |
| **OTHER APPOINTED ATTORNEY** | Darin M .Klemchuk |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Melissa Gray |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | Melissa.gray@klemchuk.com |

| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
|---|---|
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /jacob zuppke/ |
| SIGNATORY'S NAME | Jacob Zuppke |
| SIGNATORY'S POSITION | President & COO |
| SIGNATORY'S PHONE NUMBER | 000-000-0000 |
| DATE SIGNED | 02/01/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90503805**
**Filing Date: 02/02/2021**

## To the Commissioner for Trademarks:

**MARK:** LITTER-ROBOT 3 CONNECT (Standard Characters, see mark)
The literal element of the mark consists of LITTER-ROBOT 3 CONNECT. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Automated Pet Care Products LLC, a limited liability company legally organized under the laws of Michigan, having an address of

    1080 W Entrance Dr
    Auburn Hills, Michigan 48326
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 021:  Litter boxes for pets; automated pet applicances, namely, litter boxes and accessories

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 11/00/2017, and first used in commerce at least as early as 11/00/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) images of point of sale website page.

**Original PDF file:**
SPE0-742024398-2021012817 2614147406_._LITTER-ROBOT _3_CONNECT_Specimen.pdf
**Converted PDF file(s)** (8 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8

Webpage URL: https://www.litter-robot.com/catalog/product/view/id/448/s/litter-robot-iii-open-air-with-connect/category/7/
Webpage Date of Access: 01/28/2021

The owner's/holder's proposed attorney information: Melissa Gray. Other appointed attorneys are Darin M .Klemchuk. Melissa Gray of Klemchuk LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    8150 N Central Expressway, 10th Floor
    Dallas, Texas 75206
    United States
    214-367-6000(phone)
    214-367-6001(fax)
    Melissa.gray@klemchuk.com
The docket/reference number is 3232.0013.
Melissa Gray submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

Melissa Gray
PRIMARY EMAIL FOR CORRESPONDENCE: Melissa.gray@klemchuk.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /jacob zuppke/   Date: 02/01/2021
Signatory's Name: Jacob Zuppke
Signatory's Position: President & COO
Signatory's Phone Number: 000-000-0000
Signature method: Sent to third party for signature
Payment Sale Number: 90503805
Payment Accounting Date: 02/02/2021

Serial Number: 90503805
Internet Transmission Date: Tue Feb 02 09:21:41 ET 2021
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XX-20210202092141761
672-90503805-760e1f5a0fb414ea6659bee1490
a98fd8547cdf28fdd9a5b489605a95556064418a
-CC-21400422-20210128172614147406

# LITTER-ROBOT 3 CONNECT



Overview

# Same Litter-Robot—Now WiFi-Enabled

The AutoPets Connect app gives you additional freedom from your litter box duties by allowing you to view the waste drawer level, get notifications, troubleshoot, and see recent usage history for insights into your cat's health. The app is compatible with Apple mobile devices with iOS 10.0 or later and Android mobile devices 8.0 or later, and requires a 2.4 GHz router signal and IPv4 router (5 GHz band not supported; unable to connect to IPv6 routers). As with any Litter-Robot, you never have to scoop again: After the cat exits, the patented sifting process automatically separates the waste from the litter and deposits the clumps into a waste drawer for easy disposal.







## Features & Benefits

# Fully Connected Litter Box

Keep the litter box out of sight but not out of mind. Check the waste drawer level from wherever you are. Know that your cat always has a clean litter box with its self-cleaning technology.



## Features & Benefits

# Never Scooping Just Got Easier

Turn on push notifications to know when your Litter-Robot needs your attention. Customize alerts to find out when it's cycling, the drawer is full, or the unit is paused. You can also connect multiple Litter-Robot units to the app, making your life that much easier!

## Features & Benefits



## Multiple Cats? No Problem!

The Litter-Robot is great for multiple-cat households. And now with our Litter-Robot app, you can view your cats' usage insights and see trends in their bathroom behaviors.



**Features & Benefits**

## Efficiency: Save Time And Money

The patented sifting process only removes the clumps, preserving clean litter and saving you time. Reduce litter usage by up to 50%. No special accessories required.



**Features & Benefits**

## Odor Management

The Litter-Robot sifts waste within minutes to greatly reduce unpleasant odors. Our carbon-filtered, fully enclosed waste drawer is an easy-to-empty design (use any bag). It's time for your

visitors to stop smelling that litter box—and you too!



**Features & Benefits**

# Safety First

With our cat sensor technology and pinch detect safety system, never worry about your cat using the Litter-Robot. And if your unit stops for any reason, receive a push notification to inform you what's going on.

**Features & Benefits**

# No Special Accessories

With the Litter-Robot, use any clumping litter and consider yourself done! No need to purchase special consumables—but if you're looking for high-quality litter or custom-fit waste bags, check out our accessories.



**Drawer Full Indication**
The Litter-Robot notifies you when the waste drawer is full.

**Sleep Mode**
The 8-hour sleep mode stops the unit from cycling during the night.

**Automatic Night Light**
The automatic night light helps elderly cats during night time visits.

**Adjustable Cycle Timer**
Choose a 3, 7, or 15-minute delay before the unit cycles.

**Control Panel Lockout**
Lock out all button functions on the control panel.

## What's In The Box?

Along with your fully assembled Litter-Robot 3 Connect, the box will contain the following:


1 Carbon Filter


3 Waste Drawer Liners







**Shop**
Litter-Robot 3
Litter-Robot 3 Connect
Accessories
Components
Reconditioned
Shop All Products

**Learn**
How It Works
The App
Features & Benefits
FAQ
Our Guarantee
Acclimating Your Cat

**Company**
About Us
Careers
Blog
Reviews
Media

**Partners**
Influencers & Affiliates
Veterinarians
Shelters & Rescues
International Distributors
Refer-a-Friend
Realtors & Landlords

**Support**
Warranty Support
Returns & Refunds
User Manuals

Receive pawsome product updates and exclusive promotions!

Email

**Subscribe**

© Automated Pet Care Products. All Rights Reserved. Privacy

Policy / Legal / Prop 65 / California Privacy Rights / Do Not Sell
My Personal Information

United States

# LITTER-ROBOT 3 CONNECT



### Overview

# Same Litter-Robot—Now WiFi-Enabled

The AutoPets Connect app gives you additional freedom from your litter box duties by allowing you to view the waste drawer level, get notifications, troubleshoot, and see recent usage history for insights into your cat's health. The app is compatible with Apple mobile devices with iOS 10.0 or later and Android mobile devices 8.0 or later, and requires a 2.4 GHz router signal and IPv4 router (5 GHz band not supported; unable to connect to IPv6 routers). As with any Litter-Robot, you never have to scoop again: After the cat exits, the patented sifting process automatically separates the waste from the litter and deposits the clumps into a waste drawer for easy disposal.







### Features & Benefits

## Fully Connected Litter Box

Keep the litter box out of sight but not out of mind. Check the waste drawer level from wherever you are. Know that your cat always has a clean litter box with its self-cleaning technology.



### Features & Benefits

## Never Scooping Just Got Easier

Turn on push notifications to know when your Litter-Robot needs your attention. Customize alerts to find out when it's cycling, the drawer is full, or the unit is paused. You can also connect multiple Litter-Robot units to the app, making your life that much easier!

### Features & Benefits



## Multiple Cats? No Problem!

The Litter-Robot is great for multiple-cat households. And now with our Litter-Robot app, you can view your cats' usage insights and see trends in their bathroom behaviors.



**Features & Benefits**

## Efficiency: Save Time And Money

The patented sifting process only removes the clumps, preserving clean litter and saving you time. Reduce litter usage by up to 50%. No special accessories required.



**Features & Benefits**

## Odor Management

The Litter-Robot sifts waste within minutes to greatly reduce unpleasant odors. Our carbon-filtered, fully enclosed waste drawer is an easy-to-empty design (use any bag). It's time for your

visitors to stop smelling that litter box—and you too!



**Features & Benefits**

# Safety First

With our cat sensor technology and pinch detect safety system, never worry about your cat using the Litter-Robot. And if your unit stops for any reason, receive a push notification to inform you what's going on.

**Features & Benefits**

# No Special Accessories

With the Litter-Robot, use any clumping litter and consider yourself done! No need to purchase special consumables—but if you're looking for high-quality litter or custom-fit waste bags, check out our accessories.



**Drawer Full Indication**

The Litter-Robot notifies you when the waste drawer is full.

**Sleep Mode**

The 8-hour sleep mode stops the unit from cycling during the night.

**Automatic Night Light**

The automatic night light helps elderly cats during night time visits.

**Adjustable Cycle Timer**

Choose a 3, 7, or 15-minute delay before the unit cycles.

**Control Panel Lockout**

Lock out all button functions on the control panel.



## What's In The Box?

Along with your fully assembled Litter-Robot 3 Connect, the box will contain the following:



1 Carbon Filter



3 Waste Drawer Liners





One 15 Volt DC Power Supply

User Manuals

## People Also Bought

### Cat Tree
$279.00

View Details

### Ruggable Washable Rug
$89.00

View Details

### LR 3 Accessory Kit
$130.00

View Details

litter·robot®

contact us



**Shop**

Litter-Robot 3
Litter-Robot 3 Connect
Accessories
Components
Reconditioned
Shop All Products

**Learn**

How It Works
The App
Features & Benefits
FAQ
Our Guarantee
Acclimating Your Cat

**Company**

About Us
Careers
Blog
Reviews
Media

**Partners**

Influencers & Affiliates
Veterinarians
Shelters & Rescues
International Distributors
Refer-a-Friend
Realtors & Landlords

**Support**

Warranty Support
Returns & Refunds
User Manuals

Receive pawsome product updates and exclusive promotions!

Email

**Subscribe**

© Automated Pet Care Products. All Rights Reserved. Privacy

Policy / Legal / Prop 65 / California Privacy Rights / Do Not Sell

My Personal Information

United States