**Generated on:** This page was generated by TSDR on 2022-10-04 02:05:55 EDT

**Mark:** LITTER-ROBOT OPEN AIR

## LITTER-ROBOT OPEN AIR

| | |
|---|---|
| **US Serial Number:** 90503798 | **Application Filing Date:** Feb. 02, 2021 |
| **US Registration Number:** 6668860 | **Registration Date:** Mar. 08, 2022 |
| **Register:** Supplemental | |
| **Mark Type:** Trademark | |
| **TM5 Common Status Descriptor:**  | LIVE/REGISTRATION/Issued and Active <br><br> The trademark application has been registered with the Office. |
| **Amended to Principal Register:** No | **Date Amended to Current Register:** Jan. 28, 2022 |
| **Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due. | |
| **Status Date:** Mar. 08, 2022 | |

## Mark Information

**Mark Literal Elements:** LITTER-ROBOT OPEN AIR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 4674124, 4674125, 5259515 and others

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes

**International Class(es):** 021 - Primary Class       **U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Jul. 2015       **Use in Commerce:** Jul. 2015

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes |
| **Filed ITU:** No | | **Currently ITU:** No |

| | | | |
|---|---|---|---|
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

# Current Owner(s) Information

**Owner Name:** Automated Pet Care Products LLC

**Owner Address:** 1080 W Entrance Dr
Auburn Hills, MICHIGAN UNITED STATES 48326

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country
Where Organized:** MICHIGAN

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Melissa Gray

**Attorney Primary
Email Address:** Melissa.gray@klemchuk.com

**Docket Number:** 3232.0014

**Attorney Email
Authorized:** Yes

### Correspondent

**Correspondent
Name/Address:** Melissa Gray
KLEMCHUK LLP
8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
DALLAS, TEXAS UNITED STATES 75206

**Phone:** 214-367-6000

**Fax:** 214-367-6001

**Correspondent e-
mail:** Melissa.gray@klemchuk.com trademarks@klemc
huk.com

**Correspondent e-
mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 08, 2022 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Feb. 03, 2022 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68123 |
| Feb. 02, 2022 | ASSIGNED TO LIE | 68123 |
| Jan. 31, 2022 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Jan. 28, 2022 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jan. 28, 2022 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 28, 2022 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 28, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 28, 2021 | NON-FINAL ACTION E-MAILED | |
| Jul. 28, 2021 | NON-FINAL ACTION WRITTEN | 76507 |
| Jul. 27, 2021 | ASSIGNED TO EXAMINER | 76507 |
| May 05, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 05, 2021 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information - None

### File Location

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Mar. 08, 2022

# United States of America

## United States Patent and Trademark Office

# LITTER-ROBOT OPEN AIR

**Reg. No. 6,668,860**

**Registered Mar. 08, 2022**

**Int. Cl.: 21**

**Trademark**

**Supplemental Register**

Automated Pet Care Products LLC  (MICHIGAN LIMITED LIABILITY COMPANY)
1080 W Entrance Dr
Auburn Hills, MICHIGAN 48326

CLASS 21: Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes

FIRST USE 7-00-2015; IN COMMERCE 7-00-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5259515, 4674125, 4674124

SER. NO. 90-503,798, FILED P.R. 02-02-2021; AM. S.R. 01-28-2022



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90503798 | FILING DATE | 02/02/2021 |
| REG NUMBER | 0000000 | REG DATE | 03/08/2022 |
| REGISTER | SUPPLEMENTAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/04/2022 |
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 02/03/2022 |
| LITERAL MARK ELEMENT | LITTER-ROBOT OPEN AIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | 01/28/2022 | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT OPEN AIR |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W Entrance Dr<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 07/00/2015 | FIRST USE IN COMMERCE DATE | 07/00/2015 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| OWNER OF US REG NOS | 4674124   4674125   5259515 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 02/03/2022 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 012 |
| 02/02/2022 | ALIE | A | ASSIGNED TO LIE | 011 |
| 01/31/2022 | CNTA | O | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | 010 |
| 01/28/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 01/28/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 01/28/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/28/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/28/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/28/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/27/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/05/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | MELISSA GRAY<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS, TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

# LITTER-ROBOT OPEN AIR

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90503798 | FILING DATE | 02/02/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | SUPPLEMENTAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/01/2022 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 01/31/2022 |
| LITERAL MARK ELEMENT | LITTER-ROBOT OPEN AIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | 01/28/2022 | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT OPEN AIR |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W Entrance Dr<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 07/00/2015 | FIRST USE IN COMMERCE DATE | 07/00/2015 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| OWNER OF US REG NOS | 4674124   4674125   5259515 |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/31/2022 | CNTA | O | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | 010 |
| 01/28/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 01/28/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 01/28/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/28/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/28/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/28/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/27/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/05/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | MELISSA GRAY<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS, TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

# LITTER-ROBOT OPEN AIR

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90503798 | FILING DATE | 02/02/2021 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | SUPPLEMENTAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | NADELMAN, ANDREA KOYNE | L.O. ASSIGNED | 110 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 01/29/2022 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 01/28/2022 |
| LITERAL MARK ELEMENT | LITTER-ROBOT OPEN AIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | 01/28/2022 | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | LITTER-ROBOT OPEN AIR |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W Entrance Dr<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

### GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes |

### GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 07/00/2015 | FIRST USE IN COMMERCE DATE | 07/00/2015 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

### MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| OWNER OF US REG NOS | 4674124   4674125   5259515 |

### PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 01/28/2022 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 009 |
| 01/28/2022 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 008 |
| 01/28/2022 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 007 |
| 07/28/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 006 |
| 07/28/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 005 |
| 07/28/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 004 |
| 07/27/2021 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 05/05/2021 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 02/05/2021 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | MELISSA GRAY<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS, TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

# LITTER-ROBOT OPEN AIR

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90503798 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **MARK SECTION** | |
| MARK | [mark](mark) |
| LITERAL ELEMENT | LITTER-ROBOT OPEN AIR |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| The examiner issued a Section 2(e)(1) objection of mere descriptiveness, issued a specimen refusal, and requirement for amendment to the specification of goods for clarification. Applicant herein amends the application for registration on the Supplemental Register, submits a substitute specimen with a verified statement, and amends the description of goods for clarification. | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 021 |
| DESCRIPTION | |
| Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories | |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 07/00/2015 |
|    FIRST USE IN COMMERCE DATE | At least as early as 07/00/2015 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 021 |
| TRACKED TEXT DESCRIPTION | |
| Litter boxes for pets; ~~automated pet appliances, namely, litter boxes and accessories~~; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes | |
| FINAL DESCRIPTION | |
| Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes | |
| FILING BASIS | Section 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 07/00/2015 |
|    FIRST USE IN COMMERCE DATE | At least as early as 07/00/2015 |
| | **"The substitute (or new, or originally submitted, if appropriate) specimen(s)** |

| STATEMENT TYPE | was/were in use in commerce at least as early as the filing date of the application"*[for an application based on Section 1(a), Use in Commerce] OR* "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use" *[for an application based on Section 1(b) Intent-to-Use]. OR* "The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use" [for an illegible specimen]. |
|---|---|
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPU0-742024398-2022012812 0355932549_._Specimen_21_Insert.pdf |
| **CONVERTED PDF FILE(S)** (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0003.JPG |
| **ORIGINAL PDF FILE** | SPU0-742024398-2022012812 0355932549_._Specimen_21_Manual.pdf |
| **CONVERTED PDF FILE(S)** (41 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0012.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0015.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0018.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0019.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0022.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0026.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0029.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0031.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0032.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0033.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0034.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0035.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0036.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0037.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0038.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0039.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0040.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0041.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0042.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0043.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\037\90503798\xml2\ ROA0044.JPG |
| **SPECIMEN DESCRIPTION** | PDFs of a product packaging insert of product reference guide and product manual included within product packaging |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| **SUPPLEMENTAL REGISTER** | The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register'). |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Melissa Gray |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | KLEMCHUK LLP |
| **STREET** | 8150 N CENTRAL EXPRESSWAY, 10TH FLOOR |
| **CITY** | DALLAS |
| **STATE** | Texas |
| **POSTAL CODE** | 75206 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 214-367-6000 |
| **FAX** | 214-367-6001 |
| **EMAIL** | Melissa.gray@klemchuk.com |
| **DOCKET/REFERENCE NUMBER** | 3232.0014 |
| **CORRESPONDENCE INFORMATION (current)** | |

| NAME | MELISSA GRAY |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | Melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0014 |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | Melissa Gray |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | Melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0014 |

## SIGNATURE SECTION

| DECLARATION SIGNATURE | /jacob zuppke/ |
|---|---|
| SIGNATORY'S NAME | Jacob Zuppke |
| SIGNATORY'S POSITION | President and COO |
| SIGNATORY'S PHONE NUMBER | 000-000-0000 |
| DATE SIGNED | 01/28/2022 |
| SIGNATURE METHOD | Sent to third party for signature |
| RESPONSE SIGNATURE | /Mandi Phillips/ |
| SIGNATORY'S NAME | Mandi Phillips |
| SIGNATORY'S POSITION | Senior Attorney, Klemchuk LLP, Texas bar member |
| SIGNATORY'S PHONE NUMBER | 2143676000 |
| DATE SIGNED | 01/28/2022 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |

## FILING INFORMATION SECTION

| SUBMIT DATE | Fri Jan 28 13:37:55 ET 2022 |
|---|---|
| TEAS STAMP | USPTO/ROA-XX.XXX.XX.XX-20 2201281337559748 16-905037 98-80098c8edf8eec760d616c 16a1226ebee635216d5d5cbc6 afa23b61cd48a6d7e42-N/A-N /A-20220128123921184772 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **90503798** LITTER-ROBOT OPEN AIR(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90503798/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

The examiner issued a Section 2(e)(1) objection of mere descriptiveness, issued a specimen refusal, and requirement for amendment to the specification of goods for clarification. Applicant herein amends the application for registration on the Supplemental Register, submits a substitute specimen with a verified statement, and amends the description of goods for clarification.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following:**

**Current:**
Class 021 for Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 07/00/2015 and first used in commerce at least as early as 07/00/2015 , and is now in use in such commerce.

**Proposed:**

**Tracked Text Description:** Litter boxes for pets; ~~automated pet appliances, namely, litter boxes and accessories~~; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes

Class 021 for Litter boxes for pets; automated pet appliances, namely, litter boxes and accessories, namely, drawers for litter boxes, trays for litter boxes, barriers for use around litter boxes to prevent the spread of loose litter, filters for use with litter boxes, liners for litter boxes
**Filing Basis: Section 1(a), Use in Commerce:** The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended. The mark was first used at least as early as 07/00/2015 and first used in commerce at least as early as 07/00/2015 , and is now in use in such commerce. Applicant hereby submits one(or more) specimen(s) for Class 021. The specimen(s) submitted consists of PDFs of a product packaging insert of product reference guide and product manual included within product packaging.
**"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"** *[for an application based on Section 1(a), Use in Commerce] OR* **"The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use]. OR* **"The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use"** [for an illegible specimen].
**Original PDF file:**
SPU0-742024398-2022012812 0355932549 _. Specimen_21_ Insert.pdf
**Converted PDF file(s)** ( 2 pages) Specimen File1Specimen File2
**Original PDF file:**
SPU0-742024398-2022012812 0355932549 _. Specimen_21_ Manual.pdf
**Converted PDF file(s)** ( 41 pages) Specimen File1Specimen File2Specimen File3Specimen File4Specimen File5Specimen File6Specimen File7Specimen File8Specimen File9Specimen File10Specimen File11Specimen File12Specimen File13Specimen File14Specimen File15Specimen File16Specimen File17Specimen File18Specimen File19Specimen File20Specimen File21Specimen File22Specimen File23Specimen File24Specimen File25Specimen File26Specimen File27Specimen File28Specimen File29Specimen File30Specimen File31Specimen File32Specimen File33Specimen File34Specimen File35Specimen File36Specimen File37Specimen File38Specimen File39Specimen File40Specimen File41


Webpage URL: None Provided
Webpage Date of Access: None Provided

**ADDITIONAL STATEMENTS**
**Supplemental Register**
The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register').

The owner's/holder's current attorney information: Melissa Gray. Melissa Gray of KLEMCHUK LLP, is a member of the XX bar, admitted to the

bar in XXXX, bar membership no. XXX, is located at

    8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
    DALLAS, Texas 75206
    United States
The docket/reference number is 3232.0014.
    The phone number is 214-367-6000.
    The fax number is 214-367-6001.
    The email address is Melissa.gray@klemchuk.com

**Correspondence Information (current):**
    MELISSA GRAY
    PRIMARY EMAIL FOR CORRESPONDENCE: Melissa.gray@klemchuk.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0014.

**Correspondence Information (proposed):**
    Melissa Gray
    PRIMARY EMAIL FOR CORRESPONDENCE: Melissa.gray@klemchuk.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0014.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Declaration Signature**

**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will

not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**


Signature: /jacob zuppke/      Date: 01/28/2022
Signatory's Name: Jacob Zuppke
Signatory's Position: President and COO
Signatory's Phone Number: 000-000-0000

Signature method: Sent to third party for signature

**Response Signature**
Signature: /Mandi Phillips/    Date: 01/28/2022
Signatory's Name: Mandi Phillips
Signatory's Position: Senior Attorney, Klemchuk LLP, Texas bar member

Signatory's Phone Number: 2143676000 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   MELISSA GRAY
   KLEMCHUK LLP

   8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
   DALLAS, Texas 75206
Mailing Address:   Melissa Gray
   KLEMCHUK LLP
   8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
   DALLAS, Texas 75206

Serial Number: 90503798
Internet Transmission Date: Fri Jan 28 13:37:55 ET 2022
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XX-20220128133755974
816-90503798-80098c8edf8eec760d616c16a12
26ebee635216d5d5cbc6afa23b61cd48a6d7e42-
N/A-N/A-20220128123921184772



litter·robot® *Open Air*

QUICK REFERENCE GUIDE

| What do the lights mean? | | What to do: |
|---|---|---|
| ● | Illuminated: Standby; unit is ready for use. | No action required. |
| ✕ | Flashing: Drawer Full Indicator Waste Drawer is approaching full. | Empty Waste Drawer, install new liner, then press the (reset) button to cancel indicator, reset Cat Sensor, and return to standby with blue light on. |
| ○ | Illuminated: Unit is cycling or paused. | No action required. To pause a cycle, press any button. Press the (cycle) button to resume cycle, or press (reset) or (empty) to abort cycle and return Globe to Home position. |
| ✕ | Flashing Slowly (about once per second): Cycle interrupted: 1. Cat Re-Entry Protection: Cat Sensor activated during cycle, or 2. Bonnet removed or disconnected | Cat Re-Entry Protection: Unit will resume cycling 15 seconds after cat leaves Globe. Bonnet: Check that Bonnet tabs at sides and rear are secured to Base. Unit will resume cycle 5 seconds after Bonnet is replaced. |
| ✕ | Flashing Quickly (about four times per second): Anti-Pinch Safety Feature detects pinch condition. | Turn unit off. Check Waste Port in Base and remove any obstruction. Turn unit on. Press the (reset) button to cancel indicator light and return Globe to Home position. |
| ● | Illuminated: Cat Sensor activated by cat entering Globe while unit ready for use. Upon cat's exit, Wait Time (default 7 minutes) will count down to Clean cycle. | No action required. To cancel the Wait Time and reset the Cat Sensor, press the (reset) button. Unit will return to standby with blue light on. |
| ✕ | Flashing: Cat Sensor Fault Cat Sensor activated continuously for 2 minutes or more by: 1. Too much weight in unit, or 2. Cat that won't leave unit | Check for excess weight, such as too much litter or waste. When you are done, press the (reset) button to cancel indicator light and reset Cat Sensor. The unit will resume previous function (either resume Clean cycle with yellow light on or return to standby with blue light on). |
| ◎ | Power Button Illuminated: Backup Battery Mode | If use of Backup Battery is not intentional, make sure unit is plugged in to wall outlet. |
| ○ ● | Illuminated: 8 Hour Sleep Mode | No action required. Press and hold the (cycle) button for about 5 seconds to deactivate. |
| ✕ ▷ ✕ | Flashing sequentially: Motor detects obstruction or jam. | Turn unit off and remove Bonnet and Globe. Check for gear motor obstruction. Reassemble unit and verify proper litter level. Power on. If problem persists, contact Customer Service. |
| ✕ ◁ ✕ ▷ ✕ | Flashing sequentially: Cannot find Dump position. | Unit will continue to function in Automatic Mode. Contact Customer Service. |
| ✕ ◁ ✕ ▷ ✕ | Flashing sequentially: Cannot find Home position. | Unit will continue to function in Automatic Mode. Contact Customer Service. |
| ✕ - ✕ - ✕ | Flashing simultaneously: Cannot find Dump or Home positions. | Unit will not cycle. Contact Customer Service. |

If you still need help, visit www.litter-robot.com/customer-service.html



**litter·robot** *Open Air*

QUICK REFERENCE GUIDE



| | | Press & Release | Press & Hold (5 Seconds) |
|---|---|---|---|
| ⏻ | **Power Button** | Turns system power on and off. | **Automatic Night Light** Turns Night Light function on and off. |
| cycle | **Cycle Button** | **Clean Cycle** At Home position with blue light on, press Cycle to start Clean cycle (yellow light will be on while cycling). To pause cycle, press any button. Press Cycle to resume cycle. Press Empty or Reset to abort cycle and return Globe to Home position. | **8 Hour Sleep Mode** Activates 8 Hour Sleep Mode. The yellow and blue lights will be on and the Cat Sensor will be inactive for 8 hours. The unit will only cycle if you press the Cycle button. Repeats every 24 hours according to the initial set time. To cancel Sleep Mode, press and hold Cycle. |
| empty | **Empty Button** | **Empty Cycle** At Home position with blue light on, press Empty to empty all litter from Globe into Waste Drawer for easy disposal. To pause cycle, press any button. Press Cycle to resume cycle. Press Empty or Reset to abort the cycle. Empty cycle stops at Dump position with yellow light on. Press any button to return Globe to Home position. | **Wait Time Setting** Enters Wait Time Setting indicated by one of the lights flashing. Use Reset button to toggle through Wait Times: • Blue flashing= 3 minutes • Yellow flashing = 7 minutes (default) • Red flashing = 15 minutes Press and hold Empty to save setting. |
| reset | **Reset Button** | **Reset Cat Sensor** At Home position with blue light on, press Reset to reset the Cat Sensor (after adding or removing litter, emptying Waste Drawer, or moving the unit). While cycling, press Reset to pause cycle. While paused, press again to abort cycle. | **Control Panel Lockout** Activates Control Panel Lockout (blue light will blink momentarily). Locks out button functions to prevent unwanted changes, while allowing unit to function normally. To unlock Control Panel, press and hold Reset until blue light blinks momentarily. |

For more information, refer to the Instruction Manual. Download it at www.litter-robot.com/owners-manuals.html



# litter·robot® *Open Air*

## The Self-Cleaning Litter Box
### *that Really Works!*



# Instruction Manual

Toll Free: 877-250-7729          www.Litter-Robot.com

1

2

## Thank you for purchasing Litter-Robot® *Open Air*, the self-cleaning litter box *that really works!*

At AutoPets™ (Automated Pet Care Products, Inc.), we aim to develop products that keep your pets happy and make your life easier. This manual will help you get the most out of your Litter-Robot® *Open Air*. We will guide you through the setup process, as well as provide you with useful tips and advice for acclimating your cat to its new, automatic self-cleaning litter box.

Along with its larger capacity and ergonomically shaped litter chamber, there are many new features to explore with the *Open Air*, so keep this manual handy for future reference. You can also download it from our website.

Try the Litter-Robot® *Open Air* in your home for 90 days. If you or your cats are not completely satisfied for any reason, simply return it within 90 days for a full refund. Please note that you are responsible for return shipping costs. If you need assistance during your trial period, or a little extra time, please email us at support@litter-robot.com or call us 877-250-7729.

Enjoy your Litter-Robot®, and *Enjoy your Freedom!*

Brad Baxter
President
AutoPets™
(Automated Pet Care Products, Inc.)

3

## Important Safety Instructions

☐ **Always** be sure any cat in your household that might use the Litter-Robot weighs at least 5 pounds.

*Cats must weigh 5 pounds or more to safely use the Litter-Robot in Automatic Mode.*

☐ **Always** place the Litter-Robot on a firm, level surface. Avoid soft, uneven, or unstable flooring, which may affect the ability of the unit to detect your cat.

☐ **Always** unplug the unit before servicing.

☐ **Never** force your cat into the Litter-Robot.

☐ **Never** put anything in the unit other than clumping litter.

☐ **Never** sit on or place anything on top of the Litter-Robot.

☐ **Never** push the Litter-Robot against a wall or into a corner (must not be touching any walls).

☐ **Never** remove the Globe or Bonnet while the unit is rotating or turn the unit on if the Globe or Bonnet are removed.

☐ **Never** wet or submerge the Bonnet or Base.

4

# Table of Contents

Important Safety Instructions .......................................... 3

Components and Dimensions........................................... 5

Setting Up Your Litter-Robot ............................................ 7

Introducing Your Cat to the Litter-Robot........................... 9

Ongoing Maintenance.....................................................10

Cycles .........................................................................11

Control Panel - Button Functions .....................................13
    Power Button............................................................................. 13
    Cycle Button ............................................................................. 14
    Empty Button............................................................................. 15
    Reset Button.............................................................................. 16

Control Panel - Indicator Lights .......................................17

Cat Sensor...................................................................19

Drawer Full Indicator......................................................20

Automatic Night Light.....................................................20

Bonnet ........................................................................21

Internal Shield and Key ..................................................21

Step Mat .....................................................................22

8 Hour Sleep Mode.........................................................22

Wait Time Setting ..........................................................23

Control Panel Lockout ....................................................23

Optional Backup Battery .................................................24

Use & Care ..................................................................25

Safety Features.............................................................30

Frequently Asked Questions.............................................32

Money-Back Guarantee and Warranty ..............................36

Contacting Customer Service ..........................................37

5

## Components and Dimensions



Front View
Home Position



Rear View

6



Bottom View

## Dimensions

|  | Height | x | Width | x | Depth | Weight |
|---|---|---|---|---|---|---|
| Fully Assembled | 29.5" | x | 24.25" | x | 27" | 24 lbs. |
| Waste Drawer | 5" | x | 12.5" | x | 16" | |
| Entryway | 15.5" | x | 10.25" | | | |
| Inside Globe | 15"-17" depending on litter level | x | 20" | x | 20" | |
| Litter Bed | | | 14" | x | 14" | |
| Floor to Step | 7.1" | | | | | |
| Step to Entryway | 6.3" | | | | | |
| Floor to Entryway | 13.4" | | | | | |

7

## Setting Up Your Litter-Robot

Your Litter-Robot comes fully assembled and ready to use. Get started by following the steps below.

### Placement

- If possible, place the Litter-Robot in the same location as the old litter box (at least during transition).
- Make sure the unit is on a firm, level surface. Avoid soft, uneven, or unstable flooring.
- Keep the unit indoors in a cool, dry location. Reduce exposure to high temperature and humidity.
- Locate the unit near a power outlet. Ensure the unit isn't pushed against a wall or into a corner (must not be touching any walls).
- Place mats or rugs directly in front of, but not under, the unit. Do not place mats partially under the unit.

### Litter

Fill the Globe through the opening with **clumping litter** until it meets the raised Fill Line when spread flat (about 8-10 pounds by weight or 1 ½ gallons by volume). Be careful not to overfill the Globe.




Fill litter to raised Fill Line on black rubber liner.

The Litter-Robot litter sifting system requires **clumping** litter to work properly. We recommend a high quality clay clumping litter. Litter beads and crystals that are small

8

enough to pass through the screen will also work (periodic changing of this type of litter is required).

DO NOT use litters that are the strictly absorbent, non-clumping, loose-clumping, newspaper-based, or wood-based pellets.

If you are using a litter alternative not listed here, please contact us at support@litter-robot.com to make sure you are using a compatible litter.

**Tip** *When filling the Litter-Robot for the first time, it is best to continue using the brand of litter you were using previously—as long as it is a clumping type of litter. Your cat will need to adjust to the new litter box, and introducing a new litter at the same time may increase its anxiety. However, if you are currently using a non-clumping litter, you will need to switch to a clumping type.*

## Power and Initial Clean Cycle

Plug the small end of the Power Supply into the socket at the back of the Base. Then plug the AC/DC adapter into a wall outlet.



Locate and press the Power button. The Litter-Robot will perform an initial Clean cycle that will last about 2 ½ minutes. Learn more about the Clean cycle on page 11.

Your Litter-Robot is now ready to use; however, we recommend powering the unit off until your cat/s become familiar with and begin using the Litter-Robot.

9

## Introducing Your Cat to the Litter-Robot

Most likely, your cat will quickly adapt to the Litter-Robot. Here are some ways to facilitate the transition:

- Place the Litter-Robot in the same location as the current litter box, set it up (make sure you add litter to the Globe), and make sure it is turned off. Give your cats a day or two to explore the Litter-Robot. If your cats show no interest, entice them to approach the Litter-Robot by using some catnip or a favorite treat.

- Add a scoop of litter from the old litter box to provide a familiar scent for your cat.

- Place treats on the step or around the Litter-Robot so your cat associates rewards with the unit.

- Since cats are curious and love to go into boxes, try putting the original packaging over the Litter-Robot with a hole cut out for the entryway and drawer.

- Once you notice that your cats have used the Litter-Robot, power the unit on to cycle the unit. Encourage your cats to be present, so they can observe the motion and become familiar with the sound of the Litter-Robot while you are there to reassure them. Turn the unit off again once the cycle is complete (the Litter-Robot should be in the Home position). We recommend that you no longer clean the old litter box once your cats have used the Litter-Robot.

- If your cats are not using the Litter-Robot within a few days, continue using the old brand of litter in the old litter box, and let it go as long as possible without cleaning it. Cats prefer a clean litter box and a dirty litter box might persuade them to use the clean Litter-Robot. Also consider replacing the litter in the Litter-Robot with a litter specifically formulated for litter box training.

Once your cats are consistently using the Litter-Robot, you can turn the unit on and leave it on to operate in Automatic Mode—and remove the old litter box.

*Congratulations, you have successfully introduced your cats to the Litter-Robot. Enjoy your freedom from scooping!*

10

## Ongoing Maintenance

**Empty the Waste Drawer when indicated** by the
flashing blue light on the Control Panel.

How often you will need to empty the Waste drawer
depends on the number and size of your cats. For two
average-sized cats, twice per week is typical. For a single
cat, once per week is usually sufficient.

Pull out the Waste Drawer using the handle below the
step, then gather the edges of the liner bag and dispose.

You can use Litter-Robot custom-fit, biodegradable Waste
Drawer liners or any 10-13-gallon trash bags.

To install a new drawer liner, open the bag and roll down
the edge about four times. Starting at the back of the
drawer, push the rolled edge of the bag into each of the
four tabs, keeping the bag taut as you work forward.
Slide the drawer back in, being careful not to push the
unit against the wall or into a corner (must not be
touching any walls). Then, press the Reset button to
reset the Cat Sensor.

### Add litter as needed.

Check the litter level once per week or each time you
empty the Waste Drawer. Add just enough litter to meet
the raised Fill Line inside the Globe, and be careful not to
overfill it. After adding or removing litter, press the Reset
button to reset the Cat Sensor.

### Press the Reset button.

Any time you affect the weight or placement of the unit
(including emptying the Waste Drawer, adding or
removing litter, or cleaning or moving the unit), press the
Reset button to ensure the Cat Sensor will detect your
cat and cycle properly.

**See *Use and Care* on page 25** to learn about the Carbon
Filter, Base Seal Strips, Waste Drawer Liners, and how to
clean the Litter-Robot.

11

## Clean Cycle

After your cat leaves the Globe, the Litter-Robot automatically performs a Clean cycle. The patented sifting system separates the clumps from the clean litter and deposits them into the Waste Drawer below. It takes about 2 ½ minutes. You can also press the Cycle button to start a Clean cycle.

During a Clean cycle, press any button to pause the cycle. Press the Cycle button to resume the cycle. Press the Reset or Empty button to abort the cycle and return the Globe to the Home position.

### How it works:

The Litter-Robot is ready for use when the Globe is at the Home position and the blue light on the Control Panel is on.

- When a cat enters the Globe, the Cat Sensor is activated; the blue light turns off and the red light turns on.
- Once the cat exits the Globe, the countdown to a Clean cycle begins. When the Wait Time (see page 23) has elapsed, the red light turns off and the yellow light turns on as a Clean cycle begins.
- The Globe rotates counterclockwise. The yellow light will be on while cycling.
- During rotation, a weight behind the black rubber Globe liner causes the liner to fall away from the Globe to ensure any stuck-on clumps are removed.
- The screen passes through the litter, separating the clumps from the clean litter. The clean litter is collected in a chamber behind the screen.
- As the Globe rotates to Dump position, the waste clumps fall through the Waste Port in the Waste Drawer.
- The Globe then rotates clockwise, toward the Home position. The Globe liner will fall back into place and the clean litter will spill back into the litter bed.

12

- The Globe will rotate past the Home position to level the litter before finally returning to the Home position. The yellow light turns off and the blue standby light turns on.

If your cat re-enters the Globe during the Wait Time countdown (red light is on), the Cat Sensor detects that weight and will not cycle with your cat inside (see page 30). Once your cat exits, a new countdown will begin.

## Empty Cycle

The Empty cycle allows you to empty all of the litter from the Globe into the Waste Drawer for easy disposal. Use this cycle to change out the whole bed of litter or before cleaning the Globe (see page 27).

Press the Empty button to start an Empty cycle.

During an Empty cycle, press any button to pause the cycle. Press the Cycle button to resume the cycle. Press the Reset or Empty button to abort the cycle and return the Globe to the Home position.

### How it works:

- The Globe rotates clockwise. The yellow light on the Control Panel will be on while cycling.

- As the Globe rotates, the litter will fall through the Waste Port into the Waste Drawer.

- After the litter is emptied, the Globe will stop with the yellow light on and await your action.

- (You may need to sweep any remaining litter toward the Waste Port.)

- Press any button to return the Globe to the Home position.

13

## Control Panel - Button Functions

### 1.   Power Button  +  [Automatic Night Light]

Night Light
Sensor



Press and Release:  Turns the system power on and off.

Press and Hold:  Toggles the Automatic Night Light
function on and off (see page 20).

The Litter-Robot arrives with the Automatic Night Light
function activated. When the light sensor detects low
light conditions, the Night Light turns on automatically.

Check the status of the Night Light function by covering
the light sensor (located above the Cycle button on the
Control Panel) to see if the Night Light comes on or not.

To turn the Night Light function off, press and hold the
Power button for about 5 seconds. The Night Light will
flash on, then off.

To turn the Night Light function on, press and hold the
Power button for about 5 seconds. The Night Light will
flash on and, depending on the ambient light, the Night
Light will either stay on (if low light) or turn off (if bright
light).

14

## 2. Cycle Button + [8 Hour Sleep Mode]



Press and Release: Starts a Clean cycle (see page 11).

To pause a cycle, press any button on the Control Panel. Press Cycle to resume the cycle.

To abort the Clean cycle, press any button to pause the cycle, then press Empty or Reset to return the Globe to the Home position.

Press and Hold: Activates 8 Hour Sleep Mode (see page 22).

In Sleep Mode, the yellow light will be on in addition to the blue standby light. The Cat Sensor will be deactivated for the next 8 hours and the unit will only cycle if you press the Cycle button.

Immediately after the 8-hour period, the unit will perform a Clean cycle, then return to the Home position with the blue light on. The Cat Sensor will be active again.

Once set, the 8-hour period repeats every 24 hours. The start of the period is determined by when the mode is set initially.

To exit this mode, press and hold the Cycle button until the yellow light turns off, or, if only the blue light is on (you are not within the 8-hour sleep period), the yellow light will flash to indicate you have exited this mode.

15

### 3. Empty Button + [Wait Time Setting]



Press and Release:  Starts an Empty cycle (see page 12), which empties all litter from the Globe into the Waste Drawer for easy disposal. During the Empty cycle, the Globe will rotate clockwise, then stop with the yellow light on, and await your action. Press any button to return the Globe to the Home position.

To pause the Empty cycle, press any button. Press Cycle to resume the Empty cycle or Empty or Reset to abort the cycle and return the Globe to the Home position.

Press and Hold:  Enters Wait Time Setting mode (see page 23). One of the lights will start flashing, indicating the current Wait Time Setting. Use the Reset button to toggle to the next setting: blue for 3 minutes, yellow for 7 minutes, and red for 15 minutes. Press and hold the Empty button to save the setting. The blue light will blink to confirm, then return to standby.

The Wait Time is the time that elapses starting from when a cat exits the Globe until the unit performs a Clean cycle.

It may be useful to reduce the Wait Time to minimize odor and/or the time that the waste is available to other pets—such as dogs. However, reducing the Wait Time may reduce the cleaning effectiveness if clumps do not have enough time to set up. Extend the Wait Time when using a lower quality clumping litter that needs more time to set up.

16

## 4.   Reset Button + [Control Panel Lockout]



Press and Release:

When pressed while the Globe is at the Home position with the blue light on, it resets the Cat Sensor.

When pressed during a cycle, it pauses the cycle. If pressed again while paused, it will abort the cycle.

If pressed when the red light is on, it cancels the Wait Time and the unit returns to standby (blue light on).

**IMPORTANT**: Any time you do anything that affects the weight or placement of the unit, including adding or removing litter, emptying the Waste Drawer, or moving or cleaning the unit, press the Reset button once you are done. The Reset button adjusts the Cat Sensor automatically, ensuring the Litter-Robot will detect your cat and cycle properly.

Press and Hold:  Activates Control Panel Lockout (see page 23), indicated by the blue light blinking momentarily.

While in Control Panel Lockout mode, press and hold the Reset button to exit the mode, indicated by the blue light blinking momentarily.

This setting will disable all button functions on the Control Panel while allowing the unit to function normally in Automatic Mode. During Control Panel Lockout you can still turn the unit off by pressing and holding the Power button for 3 seconds.

17

## Control Panel - Indicator Lights

**Blue Light On:** OK/Standby

The unit is OK and ready for your cat's next use.

**Blue Light Flashing:** Waste Drawer is Full

The Waste Drawer is approaching full (see page 20). Remove the waste, install a new liner, then press Reset to cancel the flashing light and adjust the Cat Sensor.

**Blue and Yellow Lights On:** Sleep Mode

The Litter-Robot is in 8 Hour Sleep Mode (see page 22).

**Yellow Light On:** Cycling/In Use

The Litter-Robot is cycling (Clean or Empty cycle).

**Yellow Light Flashing:** Cycle Interrupted

A yellow light flashing **slowly (about once per second)** indicates a cycle has been interrupted by one of the following:

- While cycling, if the **Cat Sensor** is activated by a cat entering the Globe, the unit will stop and the yellow light will flash. The unit will start to cycle again 15 seconds after your cat has left the Globe.
- If the **Bonnet** is removed while cycling or while the Globe is at the Home position, the unit will stop (if previously cycling) and the yellow light will flash. The unit will resume its previous function 5 seconds after the Bonnet is replaced (see page 28-29).

A yellow light flashing **quickly (about four times per second)** indicates a cycle has been interrupted by the **Anti-Pinch Safety Feature** (see page 30). While cycling, if a potential pinch condition is detected, the Globe will stop and reverse direction for 2 seconds. The yellow light will begin flashing quickly, awaiting your action. Once the blockage is cleared, press any button to return the Globe to the Home position.

18

**Red Light:** Cat Sensor Activated and Wait Time Countdown

The Cat Sensor has been activated by a cat entering the Globe. Once the cat exits, the Wait Time countdown to a Clean cycle will begin (see page 23). You can cancel the timer (red light) by pressing Reset.

**Red Light Flashing:** Cat Sensor Fault

The Cat Sensor has been continuously activated for 2 minutes or more, either by a cat that won't leave the Globe or by too much weight in the unit.

Check for excess weight, such as too much litter or waste. When you are done, press the Reset button or turn the unit off then back on to reset the Cat Sensor.

**Yellow → Red Lights Flashing Sequentially:**
Motor detects obstruction or jam.

Turn unit off and remove Bonnet and Globe. Check for gear/motor obstruction. Reassemble unit and verify proper litter level. Power on and let cycle. If problem persists, contact Customer Service.

**Blue → Yellow → Red Flashing Sequentially:**
Cannot find Dump position.

Unit will continue to function in Automatic Mode. Contact Customer Service.

**Red → Yellow → Blue Flashing Sequentially:**
Cannot find Home position.

Unit will continue to function in Automatic Mode. Contact Customer Service.

**Blue-Yellow-Red Flashing Simultaneously:**
Cannot find Home or Dump positions.

Unit will not cycle. Contact Customer Service.

19

## Cat Sensor

The Cat Sensor is a weight-sensitive switch that detects when a cat enters and exits the Globe.

**Your cat must weigh at least 5 pounds to trip the Cat Sensor. Do not use the Litter-Robot in the unattended Automatic Mode with kittens that weigh less than 5 pounds.** See *FAQ: Can kittens use the Litter-Robot?* on page 32.

For the Cat Sensor to accurately detect your cat, the Litter-Robot must be placed on firm, level flooring. Avoid soft, uneven, or unstable surfaces.

The Litter-Robot relies on the Cat Sensor to know when your cat is inside the Globe and when it's time to run a Clean cycle. Here's how it works:

- Each time the unit is powered on and at the end of each cycle, the Cat Sensor measures the weight of the unit to use as a baseline.
- When your cat enters the Globe, the Cat Sensor detects increased weight, and prevents the Globe from rotating. When your cat exits, the Cat Sensor detects a decrease in weight and allows the countdown to a Clean cycle to begin.
- If the Cat Sensor is tripped during that countdown, a new countdown will begin once your cat leaves the Globe, ensuring it does not rotate with a cat inside.
- Eventually (3, 7, or 15 minutes later—depending on the setting), a Clean cycle will start, and upon finishing, the Cat Sensor will take another measurement of the weight to use as its new baseline.

**Note:** Weight applied on the step and/or step mat will not trip the Cat Sensor and stop the Globe's rotation. *This is intentional as we do not want to invite a cat to enter by stopping the Globe's rotation. If, however, the cat steps inside, the Globe will stop.*

**To ensure the accuracy and reliability of the Cat Sensor**, power the unit off before making any changes that

20

will affect the weight of the unit, including emptying the Waste Drawer, adding or removing litter from the Globe, or cleaning or moving the unit. When you are done, turn the unit back on. The Litter-Robot will perform an initial Clean cycle and the Cat Sensor will take a new measurement of the unit's weight.

**The Reset button is another way to reset the Cat Sensor** after doing anything that affects the unit's weight. Press Reset firmly and quickly, then watch for the blue light to flash to confirm you have reset the Cat Sensor. Be careful not to rest on the unit as you press the button or your weight will influence the reading.

## Drawer Full Indicator (DFI)



The Litter-Robot is equipped with infrared emitters and sensors located above the Waste Drawer that check if the drawer is full each time the Globe returns to the Home position. The Control Panel displays a flashing blue light when the DFI is activated. Upon the first activation of the DFI, the blue light flashes, and the Cat Sensor remains active. Upon the third activation of the DFI (after 2 more Clean cycles), the Cat Sensor deactivates and the unit will no longer cycle automatically. Check or empty the Waste Drawer, then press Reset to cancel the indicator and reset the Cat Sensor.

## Automatic Night Light

Although cats generally have excellent vision, aging and illness can diminish their ability to see in low light conditions. The Automatic Night Light, located in the upper Bonnet, is there to help guide your cat to the litter box. A light sensor located above the Cycle button turns the Night Light on and off automatically. Turn the Night Light function on and off by pressing and holding the Power button (see *Control Panel - Buttons section → Power Button*, page 13).

21

## Bonnet

The Bonnet functions as a cover and guard for the Waste Port as the Globe rotates. The Bonnet also provides a mount location for the Night Light, wires, and electrical terminals that provide a low and safe 5VDC to the Night Light LED. The Globe will not rotate without the Bonnet installed (see *Control Panel - Indicator Lights* → *Yellow Light Flashing*, page 17). See page 28-29 for assembly instructions.



Night Light

Underside of Bonnet

## Internal Shield and Key

The Internal Shield is located in the top, left side of the Globe. It provides a barrier between the working surface of the Globe and the space used by your cat. The position of the Internal Shield during cycling is controlled by the Key located at the back of the Globe. Position the Key by snapping it into the pocket in the Base.

22

**Note**: The Internal Shield and Key are not required for the unit to function and can be removed if desired. Simply remove the attachment screw in the center of the Key.



## Step Mat

The Step Mat provides a soft, gripping surface for your cat's entry/exit, and acts as a litter catch to reduce litter tracking. The flexible, removable Step Mat can be cleared of litter by simply peeling up, turning upside down inside the Globe, and flexing.



## 8 Hour Sleep Mode

This mode allows you to deactivate the Cat Sensor for 8 hours so the unit will not cycle automatically. Sleep Mode is useful for units located in bedrooms or areas where you may not want the unit to cycle for a period of 8 hours.

The 8-hour period is repeated every 24 hours; the start is determined by the time the mode is initially set.

To enter Sleep Mode, at the desired time, press and hold the Cycle button until the yellow light turns on (in addition to the blue standby light). Both the yellow and blue lights will be on during the next 8 hours, indicating the unit is in 8-Hour Sleep Mode.

23

When the 8-hour period expires, the unit will run a Clean cycle. Once the Globe has returned to the Home position, only the blue light will be on. When the 8-hour sleep period begins again automatically, both the yellow and blue lights will be on again.

To exit Sleep Mode, press and hold the Cycle button until the yellow light turns off. Or, if only the blue light is on because you are not within the 8-hour sleep period, the yellow light will flash to indicate you have exited this mode.

## Wait Time Setting

The Wait Time is the elapsed time starting from when your cat exits the Globe until the unit starts a Clean cycle. It can be set for 3, 7, or 15 minutes. The default Wait Time is 7 minutes.

Reduce the Wait Time if it is important to minimize odor and/or the time that waste is available to other pets—such as dogs. However, reducing the Wait Time may reduce the cleaning effectiveness if clumps do not have enough time to set up. Extend the Wait Time when using a lower quality clumping litter that needs more time to set up.

Press and hold the Empty button for about 5 seconds to enter Wait Time Setting mode. One of the lights will start flashing, indicating the current Wait Time Setting. Use the Reset button to toggle to the next setting: blue for 3 minutes, yellow for 7 minutes, and red for 15 minutes. Press and hold the Empty button to save the setting. The blue light will blink to confirm, then return to standby.

## Control Panel Lockout

Control Panel Lockout disables button functions to prevent unwanted changes. The Litter-Robot functions normally in Automatic Mode during Control Panel Lockout.

24

Press and hold the Reset button for about 5 seconds to enter or exit Control Panel Lockout. The blue light will blink to confirm status.

While in Control Panel Lockout, you can still turn the unit off by pressing and holding the Power button for 3 seconds.

25

## Optional Backup Battery

The Litter-Robot has the option of a Backup Battery. Using a sealed 12VDC, 1.3 Amp Hour battery allows the unit to continue working during power outages. When power to the Litter-Robot is interrupted, the unit automatically switches to Backup Battery power, indicated by the Power button becoming backlit by a yellow light.

**Note:** The Night Light function will be disabled during Backup Battery mode to conserve energy.



12VDC, 1.3 Amp Hour Battery

The battery pocket and connectors are located in the bottom of the Base.

Connectors —
Battery Pocket —



Underside of Base

Backup Battery Kits include the battery, bracket, and screws, and can be purchased at www.litter-robot.com or by calling 877-250-7729.

26

## Use and Care

### Installing Waste Drawer Liners

The Litter-Robot ships with a Waste Drawer Liner
installed. These biodegradable liners are made
specifically for the Litter-Robot, but any 10-13-gallon
trash bag will also work.

1. Open a new liner or bag.
2. Roll down the edge about four times.
3. Starting at the back, push the edge of the bag into
   each of the four tabs, keeping the bag taut as you
   work forward.



Push rolled
edge of bag
into tabs.



Bag Installed

### Carbon Filter

The Litter-Robot is equipped with a flexible carbon filter
pad for absorbing odors in the drawer. Easily removed
and installed, replace the carbon filter as needed. Under

27

normal use, one filter should last a few months. The carbon filter is not required for the unit to function.

Replacement carbon filters (3 count) can be ordered at www.litter-robot.com or by calling 877-250-7729.

## Base Seal Strips

The Litter-Robot is equipped with brush-type seal strips that help contain odors within the Waste Drawer and Base.

Replace the seal strips when you notice they are worn flat or peeling up. Make them last longer by trimming loose edges between replacements. Be careful not to get them wet when cleaning the Base or they may begin to peel.

Replacement Base Seal Strips can be ordered at www.litter-robot.com or by calling 877-250-7729.



## Emptying the Litter-Robot

1. Press the Empty button to cycle the Globe clockwise, which will allow the litter to fall through the Waste Port and into the Waste Drawer for easy disposal.
2. If litter remains in the Globe, sweep the granules toward the Waste Port.
3. Press any button to return the Globe to the Home position.

28

## Cleaning the Globe

1. Press the Empty button to cycle the Globe clockwise, which will allow the litter to fall through the Waste Port and into the drawer for easy disposal. Sweep any leftover litter toward the Waste Port. Then, press any button to return the Globe to the Home position. Ensure that *all* litter has been removed from the Globe—wet litter turns into messy clay!
2. Turn the Litter-Robot off and unplug the unit.
3. Remove the Bonnet: Press and release the snap tabs on both sides of the Bonnet, then lift and rotate the Bonnet off of the Globe and carefully set it aside.
4. Remove the Globe: With two hands, lift the Globe off the Base.
5. Clean the Globe with water and a mild soap. There are no electronic components in the Globe that can be damaged by soap and water. If the Globe has become extremely dirty, it can be soaked and cleaned with a water hose or power washer.
6. Let the Globe dry *completely* before reassembling it to the Base and attaching the Bonnet (see page 28-29).

For a quick touchup, you can use a disposable towelette to wipe the inside and upper half of the Globe (without removing the litter). The Litter-Robot can be used immediately, since drying is nearly instantaneous.

## Cleaning the Waste Drawer

1. Pull the drawer out.
2. Remove the carbon filter.
3. Clean drawer with soap and water.
4. Make sure the carbon filter is dry before reinstalling it.

29

## Cleaning the Base

- Never submerge or soak the Base. The Base contains the Cat Sensor and electronics.
- Wipe the surfaces of the Base with a cloth dampened with a disinfectant. If using a spray, spray away from the Base directly onto a cloth or paper towel, so disinfectant does not get on the electronics.
- *Do not use bleach.*

## Reinstalling Globe and Bonnet

*See diagrams on next page.*

1. Place the Globe on the Base in the approximate Home position (black lip of opening at bottom) with the gear track aligned with the groove in the Base.

   **Note:** The rotational axis of the Globe is positioned at a 20-degree angle relative to the floor, so the Globe is installed slightly tilted in the Base.

2. Rotate the black Key at back of Globe into the pocket of Base. The Key controls the motion of the Internal Shield and must be in the Base pocket to function properly.

3. Find the tabs at the bottom and rear of the Bonnet. Align and insert the tabs into slots in the Base.

4. Rotate the Bonnet downward with light pressure on the sides such that Bonnet hugs the Globe. This will help to ensure proper alignment of the Bonnet snaps with the slots in the Base. Once the Bonnet snaps have entered the slots, push down on the Bonnet from the top and make sure the Bonnet snaps have latched into place and Bonnet is secure.

   **Note**: The unit will not run without the Bonnet installed.

30



With Bonnet removed, align gear track on Globe with groove in Base.



Rotate Key into pocket in Base.



Located on each side of Bonnet, slide rear-facing tabs into slots in Base.



Rotate Bonnet downward, aligning tabs with corresponding slots in Base. Snap Bonnet securely into Base.

31

## Safety Features

### Bonnet

The Bonnet functions as a cover and guard for the Waste Port as the Globe rotates. The Bonnet also provides a mount location for the Night Light, wires, and electrical terminals that provide a safe, low 5VDC to the Night Light. The Globe will not rotate without the Bonnet installed (see *Control Panel - Indicator Lights → Yellow Light Flashing*, page 17).

### Cat Re-Entry Protection

If the Cat Sensor detects a cat trying to enter the Litter-Robot during a cycle, the Globe will stop rotating. It will wait 15 seconds before attempting to resume the cycle.

**Note**: Weight applied on the step and/or Step Mat will not trip the Cat Sensor and stop the Globe rotation. *This is intentional as we do not want to invite a cat to enter by stopping the Globe rotation. If, however, the cat steps inside, the Globe will stop.*

### Anti-Pinch Safety Feature

The Litter-Robot is equipped with an Anti-Pinch Safety Feature to make the Litter-Robot extra safe for your cat.

While cycling, if a potential pinch condition is detected, the Globe will stop and



Anti-Pinch Bar

reverse direction for 2 seconds. The yellow light will begin flashing quickly (about four times per second), awaiting your action. Once the blockage is cleared, press any button to return the Globe to the Home position.

32

**Internal Shield**

The Internal Shield provides a barrier between the
interior working surfaces of the Globe and interior area
used by your cat, which prevents waste and litter residue
from coming into contact with your cat.

**Automatic Shut Off**

If the Globe becomes jammed or overloaded, the motor
will stop and the Control Panel will flash yellow then red
lights.

Turn unit off and remove Bonnet and Globe. Check for
gear/motor obstruction. Reassemble unit and verify
proper litter level. Power on and let cycle. If problem
persists, contact Customer Service.

33

## Frequently Asked Questions

### Will my cat actually go inside the Globe?

Cats are generally curious and will investigate any new object. Cats that are already used to a covered litter box may be quicker to investigate.

We recommend that you place the Litter-Robot in the same location as the old litter box. You can leave the old litter box near the Litter-Robot for a short time. Take a cup of litter from the old litter box and add it to the clean litter in the Litter-Robot. The scent will be familiar, and the cat will be inclined to investigate.

Once your cat ventures inside and feels the litter under its paws, it will know what to do.

### Can kittens use the Litter-Robot?

We do not recommend that kittens or cats that weigh 5 pounds or less use the Litter-Robot in the unattended Automatic Mode. Their low weight may not activate the Cat Sensor. Cats should weigh at least 5 pounds before using the Litter-Robot in Automatic Mode.

We recommend leaving the Litter-Robot off and operating in "semi-automatic" mode. When you see your cat has used the Litter-Robot, turn it on, and the Litter-Robot will automatically perform a Clean cycle. Once it finishes (about 2 ½ minutes), turn the power off. This way, your kitten is safe while it gets accustomed to the Litter-Robot at a young age, and you don't have to scoop the litter box!

**CAUTION:  Leave the Litter-Robot turned off and only start a Clean cycle manually until you are sure that all cats in your household are heavy enough to activate the Cat Sensor.**

34

## What if my cat won't use the Litter-Robot?

If you and your cat are not completely satisfied, just return your Litter-Robot within 90 days of purchase for a full refund of the purchase price. Please note that you are responsible for return shipping costs. Please contact Customer Service to request a Return Authorization (RMA) number. We cannot accept return shipments without an RMA number.

## What happens if my cat tries to enter the Globe while it is rotating?

The Cat Sensor will detect your cat once it enters the Globe and the motor will stop. Once your cat leaves the Globe, the Litter-Robot will wait 15 seconds before attempting to resume the cycle. See *Cat Re-Entry Protection* on page 30.

## Are there any rakes or wires inside the Globe?

No, the Globe does not contain any rakes or wires that could hurt or harm your cat. The Litter-Robot was designed with your cat's safety in mind.

## Are the electronics or power source dangerous to my cat?

No, there are no electrical components inside the Globe. The Litter-Robot operates on a safe 15 Volts DC using an adapter very similar to the ones you may have at home for a clock radio or for charging your cell phone.

## Will the Globe turn while my cat is inside?

No, the Globe will not turn while your cat is inside. The Cat Sensor is tripped each time a cat enters, or re-enters the Globe, resetting the countdown timer to prevent the Clean cycle from starting for another 7 minutes.

35

## What happens if the Globe jams?

If the Globe jams or an excessive load condition occurs, the motor is turned off automatically. In addition, the Litter-Robot is equipped with an Anti-Pinch Safety Feature (see page 30).

## Does the Litter-Robot require special litter?

No, the Litter-Robot simply requires clumping litter. We recommend a high quality, clay-based clumping litter. Some silica gel litter beads and crystals can also be used with the Litter Robot, as long as they pass through the screen.

Litters that do not work in the Litter-Robot are the strictly absorbent, non-clumping or loose-clumping litters, newspaper-based litters and absorbent wood pellet litter.

## Does the Litter-Robot work with Feline Pine?

No, Feline Pine pellets are too large to pass through the sifting screen, which prevents the litter sifting system from working properly. Feline Pine clumping is also too fluffy to effectively pass through the sifting screen.

## How much litter do I put in the Litter-Robot?

Fill the Globe with approximately 8-10 pounds of litter, until it meets the raised Fill Line on the black rubber Globe liner when spread flat. If there is too much litter in the Globe, it will be expelled into the Waste Drawer during the first few cycles. Since the waste clumps are removed during each cycle, there is no need to put excessive litter in the Globe.

## How often do I need to add litter?

The Litter-Robot uses litter very efficiently since the patented sifting system only removes the clumps. We recommend checking the litter level against the raised Fill Line (on the black rubber liner of the Globe) each time you empty the Waste Drawer, which is about once per week for a single cat or twice for multiple cats. Be careful not to overfill the Globe.

## Is dust a problem with the frequent rotation of the Globe and the movement of the litter?

No, any dust is negligible since the Globe rotates very slowly.

## How often do I need to empty the Waste Drawer?

This depends on the number and size of your cats. For two average-sized cats, twice per week is typical. For a single cat, once per week is usually sufficient.

## How often do I have to clean the inside of the Globe?

This depends on your personal preference and your cat's behavior. We recommend cleaning the inside of the Globe every one to three months. See *Use and Care* on page 25.

## How do I clean the Litter-Robot exterior?

Cleaning the Litter-Robot exterior is easy. Just remove the Globe and the Drawer and give them a sponge bath, or take them outside for deep cleaning with the garden hose. All other surfaces can be wiped clean, but should not be submerged.

**CAUTION: The Base and Bonnet of the Litter-Robot contain electrical components that should not be submerged.** See *Use and Care*, page 25.

37

## Money-Back Guarantee and Warranty

### 90-Day Trial Period

If you or your cats are not completely satisfied with the Litter-Robot, just return the unit within 90 days for a full refund of purchase price. Please note that you are responsible for return shipping costs.

If you purchased your Litter-Robot through a source other than AutoPets™, you must coordinate the return with that source according to their return policy.

If you have purchased directly from AutoPets™, email RMA@litter-robot.com or call 877-250-7729 to obtain an RMA number. We cannot accept shipments without an RMA number. Please refer to the Return Instructions insert.

Please make sure the Litter-Robot is clean and carefully packaged (the original packing materials are best) in order to avoid damage in shipment. The Return Instructions insert shows a packaging diagram for the Litter-Robot.

### 18-Month Full Warranty

Your Litter-Robot is covered by a full warranty for 18 months, starting from the date of shipment regardless of where purchased. The warranty covers all parts, labor, and shipping costs within the lower 48 states. Customers in Alaska, Hawaii and Puerto Rico as well as APO, FPO, and international shipments may incur additional shipping costs.

38

# Contacting Customer Service

If you have questions, concerns, or need assistance, contact
us! We'll be glad to help.

**support@litter-robot.com**
M-F: 9 AM - 10 PM

**877-250-7729**
M-F: 9 AM – 5 PM EST

**Automated Pet Care Products, Inc.**
**2900 Auburn Ct.**
**Auburn Hills, MI 48326**

**Additional Support Resources**
http://litterrobot.kayako.com/Knowledgebase/List

**Repair & Returns**
If repairs are necessary, call us
or email RMA@litter-robot.com to obtain an RMA number
prior to sending in your Litter-Robot.

39

AutoPets™
2900 Auburn Ct.
Auburn Hills, MI 48326
877-250-7729
Support@Litter-Robot.com

Litter-Robot® *Open Air* Instruction Manual: RevC



QUICK REFERENCE GUIDE

| What do the lights mean? | | What to do: |
|---|---|---|
| ● | Illuminated: Standby; unit is ready for use. | No action required. |
| ✖ | Flashing: Drawer Full Indicator<br>Waste Drawer is approaching full. | Empty Waste Drawer, install new liner, then press the (reset) button to cancel indicator, reset Cat Sensor, and return to standby with blue light on. |
| ◐ | Illuminated: Unit is cycling or paused. | No action required. To pause a cycle, press any button. Press the (cycle) button to resume cycle, or press (reset) or (empty) to abort cycle and return Globe to Home position. |
| ✖ | Flashing Slowly (about once per second):<br>Cycle interrupted:<br>1. Cat Re-Entry Protection: Cat Sensor activated during cycle, or<br>2. Bonnet removed or disconnected. | Cat Re-Entry Protection:<br>Unit will resume cycling 15 seconds after cat leaves Globe.<br>Bonnet:<br>Check that Bonnet tabs at sides and rear are secured to Base. Unit will resume cycle 5 seconds after Bonnet is replaced. |
| ✖ | Flashing Quickly (about four times per second):<br>Anti-Pinch Safety Feature detects pinch condition. | Turn unit off. Check Waste Port in Base and remove any obstruction. Turn unit on. Press the (reset) button to cancel indicator light and return Globe to Home position. |
| ● | Illuminated: Cat Sensor activated by cat entering Globe while unit ready for use. Upon cat's exit, Wait Time (default 7 minutes) will count down to Clean cycle. | No action required. To cancel the Wait Time and reset the Cat Sensor, press the (reset) button. Unit will return to standby with blue light on. |
| ✖ | Flashing: Cat Sensor Fault<br>Cat Sensor activated continuously for 2 minutes or more by:<br>1. Too much weight in unit, or<br>2. Cat that won't leave unit. | Check for excess weight, such as too much litter or waste. When you are done, press the (reset) button to cancel indicator light and reset Cat Sensor. The unit will resume previous function (either resume Clean cycle with yellow light on or return to standby with blue light on). |
| ◎ | Power Button Illuminated: Backup Battery Mode | If use of Backup Battery is not intentional, make sure unit is plugged in to wall outlet. |
| ◐ ● | Illuminated: 8 Hour Sleep Mode | No action required. Press and hold the (cycle) button for about 5 seconds to deactivate. |
| ✖ ◐ ✖ | Flashing sequentially: Motor detects obstruction or jam. | Turn unit off and remove Bonnet and Globe. Check for gear motor obstruction. Reassemble unit and verify proper litter level. Power on. If problem persists, contact Customer Service. |
| ✖ ◐ ✖ | Flashing sequentially: Cannot find Dump position. | Unit will continue to function in Automatic Mode. Contact Customer Service. |
| ✖ ◐ ✖ | Flashing sequentially: Cannot find Home position. | Unit will continue to function in Automatic Mode. Contact Customer Service. |
| ✖ - ◐ - ✖ | Flashing simultaneously: Cannot find Dump or Home positions. | Unit will not cycle. Contact Customer Service. |

If you still need help, visit www.litter-robot.com/customer-service.html



**litter·robot** *Open Air*

QUICK REFERENCE GUIDE



| | | Press & Release | Press & Hold 5 Seconds |
|---|---|---|---|
| | ⏻ **Power Button** | Turns system power on and off. | **Automatic Night Light** Turns Night Light function on and off. |
| | **cycle** **Cycle Button** | **Clean Cycle** At Home position with blue light on, press Cycle to start Clean cycle (yellow light will be on while cycling). To pause cycle, press any button. Press Cycle to resume cycle. Press Empty or Reset to abort cycle and return Globe to Home position. | **8 Hour Sleep Mode** Activates 8 Hour Sleep Mode. The yellow and blue lights will be on and the Cat Sensor will be inactive for 8 hours. The unit will only cycle if you press the Cycle button. Repeats every 24 hours according to the initial set time. To cancel Sleep Mode, press and hold Cycle. |
| | **empty** **Empty Button** | **Empty Cycle** At Home position with blue light on, press Empty to empty all litter from Globe into Waste Drawer for easy disposal. To pause cycle, press any button. Press Cycle to resume cycle. Press Empty or Reset to abort the cycle. Empty cycle stops at Dump position with yellow light on. Press any button to return Globe to Home position. | **Wait Time Setting** Enters Wait Time Setting indicated by one of the lights flashing. Use Reset button to toggle through Wait Times: • Blue flashing= 3 minutes • Yellow flashing = 7 minutes (default) • Red flashing = 15 minutes Press and hold Empty to save setting. |
| | **reset** **Reset Button** | **Reset Cat Sensor** At Home position with blue light on, press Reset to reset the Cat Sensor (after adding or removing litter, emptying Waste Drawer, or moving the unit). While cycling, press Reset to pause cycle. While paused, press again to abort cycle. | **Control Panel Lockout** Activates Control Panel Lockout (blue light will blink momentarily). Locks out button functions to prevent unwanted changes, while allowing unit to function normally. To unlock Control Panel, press and hold Reset until blue light blinks momentarily. |

For more information, refer to the Instruction Manual. Download it at www.litter-robot.com/owners-manuals.html



# litter·robot ® Open Air

## The Self-Cleaning Litter Box
### that Really Works!



# Instruction Manual

Toll Free: 877-250-7729          www.Litter-Robot.com

1

2

## Thank you for purchasing Litter-Robot® *Open Air*, the self-cleaning litter box *that really works!*

At AutoPets™ (Automated Pet Care Products, Inc.), we aim to develop products that keep your pets happy and make your life easier. This manual will help you get the most out of your Litter-Robot® *Open Air*. We will guide you through the setup process, as well as provide you with useful tips and advice for acclimating your cat to its new, automatic self-cleaning litter box.

Along with its larger capacity and ergonomically shaped litter chamber, there are many new features to explore with the *Open Air*, so keep this manual handy for future reference. You can also download it from our website.

Try the Litter-Robot® *Open Air* in your home for 90 days. If you or your cats are not completely satisfied for any reason, simply return it within 90 days for a full refund. Please note that you are responsible for return shipping costs. If you need assistance during your trial period, or a little extra time, please email us at support@litter-robot.com or call us 877-250-7729.

Enjoy your Litter-Robot®, and *Enjoy your Freedom!*

Brad Baxter
President
AutoPets™
(Automated Pet Care Products, Inc.)

3

## Important Safety Instructions

☐ **Always** be sure any cat in your household that might use the Litter-Robot weighs at least 5 pounds.

*Cats must weigh 5 pounds or more to safely use the Litter-Robot in Automatic Mode.*

☐ **Always** place the Litter-Robot on a firm, level surface. Avoid soft, uneven, or unstable flooring, which may affect the ability of the unit to detect your cat.

☐ **Always** unplug the unit before servicing.

☐ **Never** force your cat into the Litter-Robot.

☐ **Never** put anything in the unit other than clumping litter.

☐ **Never** sit on or place anything on top of the Litter-Robot.

☐ **Never** push the Litter-Robot against a wall or into a corner (must not be touching any walls).

☐ **Never** remove the Globe or Bonnet while the unit is rotating or turn the unit on if the Globe or Bonnet are removed.

☐ **Never** wet or submerge the Bonnet or Base.

4

# Table of Contents

Important Safety Instructions ......................................... 3

Components and Dimensions........................................... 5

Setting Up Your Litter-Robot............................................ 7

Introducing Your Cat to the Litter-Robot.......................... 9

Ongoing Maintenance....................................................10

Cycles .........................................................................11

Control Panel - Button Functions.....................................13
   Power Button................................................................ 13
   Cycle Button ................................................................ 14
   Empty Button................................................................ 15
   Reset Button................................................................. 16

Control Panel - Indicator Lights.......................................17

Cat Sensor...................................................................19

Drawer Full Indicator.....................................................20

Automatic Night Light....................................................20

Bonnet ........................................................................21

Internal Shield and Key ..................................................21

Step Mat .....................................................................22

8 Hour Sleep Mode........................................................22

Wait Time Setting .........................................................23

Control Panel Lockout ....................................................23

Optional Backup Battery .................................................24

Use & Care ..................................................................25

Safety Features.............................................................30

Frequently Asked Questions............................................32

Money-Back Guarantee and Warranty ..............................36

Contacting Customer Service ..........................................37

5

## Components and Dimensions



Globe
Internal Shield
Bonnet
Cat Entry/Exit
Step Mat
Waste Drawer
Carbon Filter

Night Light
Fill Line
Flexible Liner
Power Button
Control Panel
Indicator Lights
Base

Front View
Home Position



Bonnet

Globe

Power Input

Key

Cat Sensor

Rear View

6



Bottom View

## Dimensions

|  | Height | x | Width | x | Depth | Weight |
|---|---|---|---|---|---|---|
| Fully Assembled | 29.5" | x | 24.25" | x | 27" | 24 lbs. |
| Waste Drawer | 5" | x | 12.5" | x | 16" | |
| Entryway | 15.5" | x | 10.25" | | | |
| Inside Globe | 15"-17" depending on litter level | x | 20" | x | 20" | |
| Litter Bed | | | 14" | x | 14" | |
| Floor to Step | 7.1" | | | | | |
| Step to Entryway | 6.3" | | | | | |
| Floor to Entryway | 13.4" | | | | | |

Toll Free: 877-250-7729          www.Litter-Robot.com

7

## Setting Up Your Litter-Robot

Your Litter-Robot comes fully assembled and ready to use. Get started by following the steps below.

### Placement

- If possible, place the Litter-Robot in the same location as the old litter box (at least during transition).
- Make sure the unit is on a firm, level surface. Avoid soft, uneven, or unstable flooring.
- Keep the unit indoors in a cool, dry location. Reduce exposure to high temperature and humidity.
- Locate the unit near a power outlet. Ensure the unit isn't pushed against a wall or into a corner (must not be touching any walls).
- Place mats or rugs directly in front of, but not under, the unit. Do not place mats partially under the unit.

### Litter

Fill the Globe through the opening with **clumping litter** until it meets the raised Fill Line when spread flat (about 8-10 pounds by weight or 1 ½ gallons by volume). Be careful not to overfill the Globe.




Fill litter to raised Fill Line on black rubber liner.

The Litter-Robot litter sifting system requires **clumping** litter to work properly. We recommend a high quality clay clumping litter. Litter beads and crystals that are small

8

enough to pass through the screen will also work (periodic changing of this type of litter is required).

DO NOT use litters that are the strictly absorbent, non-clumping, loose-clumping, newspaper-based, or wood-based pellets.

If you are using a litter alternative not listed here, please contact us at support@litter-robot.com to make sure you are using a compatible litter.

**Tip** *When filling the Litter-Robot for the first time, it is best to continue using the brand of litter you were using previously—as long as it is a clumping type of litter. Your cat will need to adjust to the new litter box, and introducing a new litter at the same time may increase its anxiety. However, if you are currently using a non-clumping litter, you will need to switch to a clumping type.*

## Power and Initial Clean Cycle

Plug the small end of the Power Supply into the socket at the back of the Base. Then plug the AC/DC adapter into a wall outlet.



Locate and press the Power button. The Litter-Robot will perform an initial Clean cycle that will last about 2 ½ minutes. Learn more about the Clean cycle on page 11.

Your Litter-Robot is now ready to use; however, we recommend powering the unit off until your cat/s become familiar with and begin using the Litter-Robot.

9

## Introducing Your Cat to the Litter-Robot

Most likely, your cat will quickly adapt to the Litter-Robot. Here are some ways to facilitate the transition:

- Place the Litter-Robot in the same location as the current litter box, set it up (make sure you add litter to the Globe), and make sure it is turned off. Give your cats a day or two to explore the Litter-Robot. If your cats show no interest, entice them to approach the Litter-Robot by using some catnip or a favorite treat.

- Add a scoop of litter from the old litter box to provide a familiar scent for your cat.

- Place treats on the step or around the Litter-Robot so your cat associates rewards with the unit.

- Since cats are curious and love to go into boxes, try putting the original packaging over the Litter-Robot with a hole cut out for the entryway and drawer.

- Once you notice that your cats have used the Litter-Robot, power the unit on to cycle the unit. Encourage your cats to be present, so they can observe the motion and become familiar with the sound of the Litter-Robot while you are there to reassure them. Turn the unit off again once the cycle is complete (the Litter-Robot should be in the Home position). We recommend that you no longer clean the old litter box once your cats have used the Litter-Robot.

- If your cats are not using the Litter-Robot within a few days, continue using the old brand of litter in the old litter box, and let it go as long as possible without cleaning it. Cats prefer a clean litter box and a dirty litter box might persuade them to use the clean Litter-Robot. Also consider replacing the litter in the Litter-Robot with a litter specifically formulated for litter box training.

Once your cats are consistently using the Litter-Robot, you can turn the unit on and leave it on to operate in Automatic Mode—and remove the old litter box.

*Congratulations, you have successfully introduced your cats to the Litter-Robot. Enjoy your freedom from scooping!*

10

## Ongoing Maintenance

**Empty the Waste Drawer when indicated** by the flashing blue light on the Control Panel.

How often you will need to empty the Waste drawer depends on the number and size of your cats. For two average-sized cats, twice per week is typical. For a single cat, once per week is usually sufficient.

Pull out the Waste Drawer using the handle below the step, then gather the edges of the liner bag and dispose.

You can use Litter-Robot custom-fit, biodegradable Waste Drawer liners or any 10-13-gallon trash bags.

To install a new drawer liner, open the bag and roll down the edge about four times. Starting at the back of the drawer, push the rolled edge of the bag into each of the four tabs, keeping the bag taut as you work forward. Slide the drawer back in, being careful not to push the unit against the wall or into a corner (must not be touching any walls). Then, press the Reset button to reset the Cat Sensor.

### Add litter as needed.

Check the litter level once per week or each time you empty the Waste Drawer. Add just enough litter to meet the raised Fill Line inside the Globe, and be careful not to overfill it. After adding or removing litter, press the Reset button to reset the Cat Sensor.

### Press the Reset button.

Any time you affect the weight or placement of the unit (including emptying the Waste Drawer, adding or removing litter, or cleaning or moving the unit), press the Reset button to ensure the Cat Sensor will detect your cat and cycle properly.

**See *Use and Care* on page 25** to learn about the Carbon Filter, Base Seal Strips, Waste Drawer Liners, and how to clean the Litter-Robot.

11

## Clean Cycle

After your cat leaves the Globe, the Litter-Robot automatically performs a Clean cycle. The patented sifting system separates the clumps from the clean litter and deposits them into the Waste Drawer below. It takes about 2 ½ minutes. You can also press the Cycle button to start a Clean cycle.

During a Clean cycle, press any button to pause the cycle. Press the Cycle button to resume the cycle. Press the Reset or Empty button to abort the cycle and return the Globe to the Home position.

### How it works:

The Litter-Robot is ready for use when the Globe is at the Home position and the blue light on the Control Panel is on.

*   When a cat enters the Globe, the Cat Sensor is activated; the blue light turns off and the red light turns on.
*   Once the cat exits the Globe, the countdown to a Clean cycle begins. When the Wait Time (see page 23) has elapsed, the red light turns off and the yellow light turns on as a Clean cycle begins.
*   The Globe rotates counterclockwise. The yellow light will be on while cycling.
*   During rotation, a weight behind the black rubber Globe liner causes the liner to fall away from the Globe to ensure any stuck-on clumps are removed.
*   The screen passes through the litter, separating the clumps from the clean litter. The clean litter is collected in a chamber behind the screen.
*   As the Globe rotates to Dump position, the waste clumps fall through the Waste Port in the Waste Drawer.
*   The Globe then rotates clockwise, toward the Home position. The Globe liner will fall back into place and the clean litter will spill back into the litter bed.

12

- The Globe will rotate past the Home position to level the litter before finally returning to the Home position. The yellow light turns off and the blue standby light turns on.

If your cat re-enters the Globe during the Wait Time countdown (red light is on), the Cat Sensor detects that weight and will not cycle with your cat inside (see page 30). Once your cat exits, a new countdown will begin.

## Empty Cycle

The Empty cycle allows you to empty all of the litter from the Globe into the Waste Drawer for easy disposal. Use this cycle to change out the whole bed of litter or before cleaning the Globe (see page 27).

Press the Empty button to start an Empty cycle.

During an Empty cycle, press any button to pause the cycle. Press the Cycle button to resume the cycle. Press the Reset or Empty button to abort the cycle and return the Globe to the Home position.

### How it works:

- The Globe rotates clockwise. The yellow light on the Control Panel will be on while cycling.

- As the Globe rotates, the litter will fall through the Waste Port into the Waste Drawer.

- After the litter is emptied, the Globe will stop with the yellow light on and await your action.

- (You may need to sweep any remaining litter toward the Waste Port.)

- Press any button to return the Globe to the Home position.

13

## Control Panel - Button Functions

### 1. Power Button + [Automatic Night Light]



Night Light Sensor

Press and Release: Turns the system power on and off.

Press and Hold: Toggles the Automatic Night Light function on and off (see page 20).

The Litter-Robot arrives with the Automatic Night Light function activated. When the light sensor detects low light conditions, the Night Light turns on automatically.

Check the status of the Night Light function by covering the light sensor (located above the Cycle button on the Control Panel) to see if the Night Light comes on or not.

To turn the Night Light function off, press and hold the Power button for about 5 seconds. The Night Light will flash on, then off.

To turn the Night Light function on, press and hold the Power button for about 5 seconds. The Night Light will flash on and, depending on the ambient light, the Night Light will either stay on (if low light) or turn off (if bright light).

14

## 2. Cycle Button + [8 Hour Sleep Mode]



Press and Release: Starts a Clean cycle (see page 11).

To pause a cycle, press any button on the Control Panel. Press Cycle to resume the cycle.

To abort the Clean cycle, press any button to pause the cycle, then press Empty or Reset to return the Globe to the Home position.

Press and Hold: Activates 8 Hour Sleep Mode (see page 22).

In Sleep Mode, the yellow light will be on in addition to the blue standby light. The Cat Sensor will be deactivated for the next 8 hours and the unit will only cycle if you press the Cycle button.

Immediately after the 8-hour period, the unit will perform a Clean cycle, then return to the Home position with the blue light on. The Cat Sensor will be active again.

Once set, the 8-hour period repeats every 24 hours. The start of the period is determined by when the mode is set initially.

To exit this mode, press and hold the Cycle button until the yellow light turns off, or, if only the blue light is on (you are not within the 8-hour sleep period), the yellow light will flash to indicate you have exited this mode.

15

### 3.  Empty Button + [Wait Time Setting]



Press and Release:  Starts an Empty cycle (see page 12), which empties all litter from the Globe into the Waste Drawer for easy disposal. During the Empty cycle, the Globe will rotate clockwise, then stop with the yellow light on, and await your action. Press any button to return the Globe to the Home position.

To pause the Empty cycle, press any button. Press Cycle to resume the Empty cycle or Empty or Reset to abort the cycle and return the Globe to the Home position.

Press and Hold:  Enters Wait Time Setting mode (see page 23). One of the lights will start flashing, indicating the current Wait Time Setting. Use the Reset button to toggle to the next setting: blue for 3 minutes, yellow for 7 minutes, and red for 15 minutes. Press and hold the Empty button to save the setting. The blue light will blink to confirm, then return to standby.

The Wait Time is the time that elapses starting from when a cat exits the Globe until the unit performs a Clean cycle.

It may be useful to reduce the Wait Time to minimize odor and/or the time that the waste is available to other pets—such as dogs. However, reducing the Wait Time may reduce the cleaning effectiveness if clumps do not have enough time to set up. Extend the Wait Time when using a lower quality clumping litter that needs more time to set up.

16

### 4.   Reset Button + [Control Panel Lockout]



Press and Release:

When pressed while the Globe is at the Home position with the blue light on, it resets the Cat Sensor.

When pressed during a cycle, it pauses the cycle. If pressed again while paused, it will abort the cycle.

If pressed when the red light is on, it cancels the Wait Time and the unit returns to standby (blue light on).

**IMPORTANT**: Any time you do anything that affects the weight or placement of the unit, including adding or removing litter, emptying the Waste Drawer, or moving or cleaning the unit, press the Reset button once you are done. The Reset button adjusts the Cat Sensor automatically, ensuring the Litter-Robot will detect your cat and cycle properly.

Press and Hold:  Activates Control Panel Lockout (see page 23), indicated by the blue light blinking momentarily.

While in Control Panel Lockout mode, press and hold the Reset button to exit the mode, indicated by the blue light blinking momentarily.

This setting will disable all button functions on the Control Panel while allowing the unit to function normally in Automatic Mode. During Control Panel Lockout you can still turn the unit off by pressing and holding the Power button for 3 seconds.

17

## Control Panel - Indicator Lights

**Blue Light On:** OK/Standby

The unit is OK and ready for your cat's next use.

**Blue Light Flashing:** Waste Drawer is Full

The Waste Drawer is approaching full (see page 20). Remove the waste, install a new liner, then press Reset to cancel the flashing light and adjust the Cat Sensor.

**Blue and Yellow Lights On:** Sleep Mode

The Litter-Robot is in 8 Hour Sleep Mode (see page 22).

**Yellow Light On:** Cycling/In Use

The Litter-Robot is cycling (Clean or Empty cycle).

**Yellow Light Flashing:** Cycle Interrupted

A yellow light flashing **slowly (about once per second)** indicates a cycle has been interrupted by one of the following:

- While cycling, if the **Cat Sensor** is activated by a cat entering the Globe, the unit will stop and the yellow light will flash. The unit will start to cycle again 15 seconds after your cat has left the Globe.
- If the **Bonnet** is removed while cycling or while the Globe is at the Home position, the unit will stop (if previously cycling) and the yellow light will flash. The unit will resume its previous function 5 seconds after the Bonnet is replaced (see page 28-29).

A yellow light flashing **quickly (about four times per second)** indicates a cycle has been interrupted by the **Anti-Pinch Safety Feature** (see page 30). While cycling, if a potential pinch condition is detected, the Globe will stop and reverse direction for 2 seconds. The yellow light will begin flashing quickly, awaiting your action. Once the blockage is cleared, press any button to return the Globe to the Home position.

18

**Red Light:** Cat Sensor Activated and Wait Time Countdown

The Cat Sensor has been activated by a cat entering the Globe. Once the cat exits, the Wait Time countdown to a Clean cycle will begin (see page 23). You can cancel the timer (red light) by pressing Reset.

**Red Light Flashing:** Cat Sensor Fault

The Cat Sensor has been continuously activated for 2 minutes or more, either by a cat that won't leave the Globe or by too much weight in the unit.

Check for excess weight, such as too much litter or waste. When you are done, press the Reset button or turn the unit off then back on to reset the Cat Sensor.

**Yellow → Red Lights Flashing Sequentially:**
Motor detects obstruction or jam.

Turn unit off and remove Bonnet and Globe. Check for gear/motor obstruction. Reassemble unit and verify proper litter level. Power on and let cycle. If problem persists, contact Customer Service.

**Blue → Yellow → Red Flashing Sequentially:**
Cannot find Dump position.

Unit will continue to function in Automatic Mode. Contact Customer Service.

**Red → Yellow → Blue Flashing Sequentially:**
Cannot find Home position.

Unit will continue to function in Automatic Mode. Contact Customer Service.

**Blue-Yellow-Red Flashing Simultaneously:**
Cannot find Home or Dump positions.

Unit will not cycle. Contact Customer Service.

19

## Cat Sensor

The Cat Sensor is a weight-sensitive switch that detects when a cat enters and exits the Globe.

**Your cat must weigh at least 5 pounds to trip the Cat Sensor. Do not use the Litter-Robot in the unattended Automatic Mode with kittens that weigh less than 5 pounds.** See *FAQ: Can kittens use the Litter-Robot?* on page 32.

For the Cat Sensor to accurately detect your cat, the Litter-Robot must be placed on firm, level flooring. Avoid soft, uneven, or unstable surfaces.

The Litter-Robot relies on the Cat Sensor to know when your cat is inside the Globe and when it's time to run a Clean cycle. Here's how it works:

- Each time the unit is powered on and at the end of each cycle, the Cat Sensor measures the weight of the unit to use as a baseline.
- When your cat enters the Globe, the Cat Sensor detects increased weight, and prevents the Globe from rotating. When your cat exits, the Cat Sensor detects a decrease in weight and allows the countdown to a Clean cycle to begin.
- If the Cat Sensor is tripped during that countdown, a new countdown will begin once your cat leaves the Globe, ensuring it does not rotate with a cat inside.
- Eventually (3, 7, or 15 minutes later—depending on the setting), a Clean cycle will start, and upon finishing, the Cat Sensor will take another measurement of the weight to use as its new baseline.

**Note:** Weight applied on the step and/or step mat will not trip the Cat Sensor and stop the Globe's rotation. *This is intentional as we do not want to invite a cat to enter by stopping the Globe's rotation. If, however, the cat steps inside, the Globe will stop.*

**To ensure the accuracy and reliability of the Cat Sensor**, power the unit off before making any changes that

20

will affect the weight of the unit, including emptying the Waste Drawer, adding or removing litter from the Globe, or cleaning or moving the unit. When you are done, turn the unit back on. The Litter-Robot will perform an initial Clean cycle and the Cat Sensor will take a new measurement of the unit's weight.

**The Reset button is another way to reset the Cat Sensor** after doing anything that affects the unit's weight. Press Reset firmly and quickly, then watch for the blue light to flash to confirm you have reset the Cat Sensor. Be careful not to rest on the unit as you press the button or your weight will influence the reading.

## Drawer Full Indicator (DFI)

The Litter-Robot is equipped with infrared emitters and sensors located above the Waste Drawer that check if the drawer is full each time the Globe returns to the Home position. The Control Panel displays a flashing blue light when the DFI is activated. Upon the first activation of the DFI, the blue light flashes,



and the Cat Sensor remains active. Upon the third activation of the DFI (after 2 more Clean cycles), the Cat Sensor deactivates and the unit will no longer cycle automatically. Check or empty the Waste Drawer, then press Reset to cancel the indicator and reset the Cat Sensor.

## Automatic Night Light

Although cats generally have excellent vision, aging and illness can diminish their ability to see in low light conditions. The Automatic Night Light, located in the upper Bonnet, is there to help guide your cat to the litter box. A light sensor located above the Cycle button turns the Night Light on and off automatically. Turn the Night Light function on and off by pressing and holding the Power button (see *Control Panel - Buttons section → Power Button*, page 13).

21

## Bonnet

The Bonnet functions as a cover and guard for the Waste Port as the Globe rotates. The Bonnet also provides a mount location for the Night Light, wires, and electrical terminals that provide a low and safe 5VDC to the Night Light LED. The Globe will not rotate without the Bonnet installed (see *Control Panel - Indicator Lights* → *Yellow Light Flashing*, page 17). See page 28-29 for assembly instructions.



Night Light

Underside of Bonnet

## Internal Shield and Key

The Internal Shield is located in the top, left side of the Globe. It provides a barrier between the working surface of the Globe and the space used by your cat. The position of the Internal Shield during cycling is controlled by the Key located at the back of the Globe. Position the Key by snapping it into the pocket in the Base.

22

**Note**: The Internal Shield and Key are not required for the unit to function and can be removed if desired. Simply remove the attachment screw in the center of the Key.



## Step Mat

The Step Mat provides a soft, gripping surface for your cat's entry/exit, and acts as a litter catch to reduce litter tracking. The flexible, removable Step Mat can be cleared of litter by simply peeling up, turning upside down inside the Globe, and flexing.



## 8 Hour Sleep Mode

This mode allows you to deactivate the Cat Sensor for 8 hours so the unit will not cycle automatically. Sleep Mode is useful for units located in bedrooms or areas where you may not want the unit to cycle for a period of 8 hours.

The 8-hour period is repeated every 24 hours; the start is determined by the time the mode is initially set.

To enter Sleep Mode, at the desired time, press and hold the Cycle button until the yellow light turns on (in addition to the blue standby light). Both the yellow and blue lights will be on during the next 8 hours, indicating the unit is in 8-Hour Sleep Mode.

23

When the 8-hour period expires, the unit will run a Clean cycle. Once the Globe has returned to the Home position, only the blue light will be on. When the 8-hour sleep period begins again automatically, both the yellow and blue lights will be on again.

To exit Sleep Mode, press and hold the Cycle button until the yellow light turns off. Or, if only the blue light is on because you are not within the 8-hour sleep period, the yellow light will flash to indicate you have exited this mode.

## Wait Time Setting

The Wait Time is the elapsed time starting from when your cat exits the Globe until the unit starts a Clean cycle. It can be set for 3, 7, or 15 minutes. The default Wait Time is 7 minutes.

Reduce the Wait Time if it is important to minimize odor and/or the time that waste is available to other pets—such as dogs. However, reducing the Wait Time may reduce the cleaning effectiveness if clumps do not have enough time to set up. Extend the Wait Time when using a lower quality clumping litter that needs more time to set up.

Press and hold the Empty button for about 5 seconds to enter Wait Time Setting mode. One of the lights will start flashing, indicating the current Wait Time Setting. Use the Reset button to toggle to the next setting: blue for 3 minutes, yellow for 7 minutes, and red for 15 minutes. Press and hold the Empty button to save the setting. The blue light will blink to confirm, then return to standby.

## Control Panel Lockout

Control Panel Lockout disables button functions to prevent unwanted changes. The Litter-Robot functions normally in Automatic Mode during Control Panel Lockout.

24

Press and hold the Reset button for about 5 seconds to enter or exit Control Panel Lockout. The blue light will blink to confirm status.

While in Control Panel Lockout, you can still turn the unit off by pressing and holding the Power button for 3 seconds.

25

## Optional Backup Battery

The Litter-Robot has the option of a Backup Battery. Using a sealed 12VDC, 1.3 Amp Hour battery allows the unit to continue working during power outages. When power to the Litter-Robot is interrupted, the unit automatically switches to Backup Battery power, indicated by the Power button becoming backlit by a yellow light.

**Note:** The Night Light function will be disabled during Backup Battery mode to conserve energy.



12VDC, 1.3 Amp Hour Battery

The battery pocket and connectors are located in the bottom of the Base.

Connectors
Battery Pocket



Underside of Base

Backup Battery Kits include the battery, bracket, and screws, and can be purchased at www.litter-robot.com or by calling 877-250-7729.

26

# Use and Care

## Installing Waste Drawer Liners

The Litter-Robot ships with a Waste Drawer Liner installed. These biodegradable liners are made specifically for the Litter-Robot, but any 10-13-gallon trash bag will also work.

1. Open a new liner or bag.
2. Roll down the edge about four times.
3. Starting at the back, push the edge of the bag into each of the four tabs, keeping the bag taut as you work forward.



Push rolled edge of bag into tabs.



Bag Installed

## Carbon Filter

The Litter-Robot is equipped with a flexible carbon filter pad for absorbing odors in the drawer. Easily removed and installed, replace the carbon filter as needed. Under

Case 3:22-cv-04261-VC   Document 29-15   Filed 10/12/22   Page 93 of 157

normal use, one filter should last a few months. The carbon filter is not required for the unit to function.

Replacement carbon filters (3 count) can be ordered at www.litter-robot.com or by calling 877-250-7729.

## Base Seal Strips

The Litter-Robot is equipped with brush-type seal strips that help contain odors within the Waste Drawer and Base.

Replace the seal strips when you notice they are worn flat or peeling up. Make them last longer by trimming loose edges between replacements. Be careful not to get them wet when cleaning the Base or they may begin to peel.

Replacement Base Seal Strips can be ordered at www.litter-robot.com or by calling 877-250-7729.



Carbon Filter

Base Seals

## Emptying the Litter-Robot

1. Press the Empty button to cycle the Globe clockwise, which will allow the litter to fall through the Waste Port and into the Waste Drawer for easy disposal.
2. If litter remains in the Globe, sweep the granules toward the Waste Port.
3. Press any button to return the Globe to the Home position.

28

## Cleaning the Globe

1. Press the Empty button to cycle the Globe clockwise, which will allow the litter to fall through the Waste Port and into the drawer for easy disposal. Sweep any leftover litter toward the Waste Port. Then, press any button to return the Globe to the Home position. Ensure that *all* litter has been removed from the Globe—wet litter turns into messy clay!
2. Turn the Litter-Robot off and unplug the unit.
3. Remove the Bonnet: Press and release the snap tabs on both sides of the Bonnet, then lift and rotate the Bonnet off of the Globe and carefully set it aside.
4. Remove the Globe: With two hands, lift the Globe off the Base.
5. Clean the Globe with water and a mild soap. There are no electronic components in the Globe that can be damaged by soap and water. If the Globe has become extremely dirty, it can be soaked and cleaned with a water hose or power washer.
6. Let the Globe dry *completely* before reassembling it to the Base and attaching the Bonnet (see page 28-29).

For a quick touchup, you can use a disposable towelette to wipe the inside and upper half of the Globe (without removing the litter). The Litter-Robot can be used immediately, since drying is nearly instantaneous.

## Cleaning the Waste Drawer

1. Pull the drawer out.
2. Remove the carbon filter.
3. Clean drawer with soap and water.
4. Make sure the carbon filter is dry before reinstalling it.

29

## Cleaning the Base

- Never submerge or soak the Base. The Base contains the Cat Sensor and electronics.
- Wipe the surfaces of the Base with a cloth dampened with a disinfectant. If using a spray, spray away from the Base directly onto a cloth or paper towel, so disinfectant does not get on the electronics.
- *Do not use bleach.*

## Reinstalling Globe and Bonnet

*See diagrams on next page.*

1. Place the Globe on the Base in the approximate Home position (black lip of opening at bottom) with the gear track aligned with the groove in the Base.

   **Note:** The rotational axis of the Globe is positioned at a 20-degree angle relative to the floor, so the Globe is installed slightly tilted in the Base.

2. Rotate the black Key at back of Globe into the pocket of Base. The Key controls the motion of the Internal Shield and must be in the Base pocket to function properly.

3. Find the tabs at the bottom and rear of the Bonnet. Align and insert the tabs into slots in the Base.

4. Rotate the Bonnet downward with light pressure on the sides such that Bonnet hugs the Globe. This will help to ensure proper alignment of the Bonnet snaps with the slots in the Base. Once the Bonnet snaps have entered the slots, push down on the Bonnet from the top and make sure the Bonnet snaps have latched into place and Bonnet is secure.

   **Note**: The unit will not run without the Bonnet installed.

30



With Bonnet removed, align gear track on Globe with groove in Base.



Rotate Key into pocket in Base.



Located on each side of Bonnet, slide rear-facing tabs into slots in Base.



Rotate Bonnet downward, aligning tabs with corresponding slots in Base. Snap Bonnet securely into Base.

31

## Safety Features

### Bonnet

The Bonnet functions as a cover and guard for the Waste Port as the Globe rotates. The Bonnet also provides a mount location for the Night Light, wires, and electrical terminals that provide a safe, low 5VDC to the Night Light. The Globe will not rotate without the Bonnet installed (see *Control Panel - Indicator Lights → Yellow Light Flashing*, page 17).

### Cat Re-Entry Protection

If the Cat Sensor detects a cat trying to enter the Litter-Robot during a cycle, the Globe will stop rotating. It will wait 15 seconds before attempting to resume the cycle.

**Note**: Weight applied on the step and/or Step Mat will not trip the Cat Sensor and stop the Globe rotation. *This is intentional as we do not want to invite a cat to enter by stopping the Globe rotation. If, however, the cat steps inside, the Globe will stop.*

### Anti-Pinch Safety Feature

The Litter-Robot is equipped with an Anti-Pinch Safety Feature to make the Litter-Robot extra safe for your cat.



Anti-Pinch Bar

While cycling, if a potential pinch condition is detected, the Globe will stop and reverse direction for 2 seconds. The yellow light will begin flashing quickly (about four times per second), awaiting your action. Once the blockage is cleared, press any button to return the Globe to the Home position.

32

## Internal Shield

The Internal Shield provides a barrier between the
interior working surfaces of the Globe and interior area
used by your cat, which prevents waste and litter residue
from coming into contact with your cat.

## Automatic Shut Off

If the Globe becomes jammed or overloaded, the motor
will stop and the Control Panel will flash yellow then red
lights.

Turn unit off and remove Bonnet and Globe. Check for
gear/motor obstruction. Reassemble unit and verify
proper litter level. Power on and let cycle. If problem
persists, contact Customer Service.

33

# Frequently Asked Questions

## Will my cat actually go inside the Globe?

Cats are generally curious and will investigate any new object. Cats that are already used to a covered litter box may be quicker to investigate.

We recommend that you place the Litter-Robot in the same location as the old litter box. You can leave the old litter box near the Litter-Robot for a short time. Take a cup of litter from the old litter box and add it to the clean litter in the Litter-Robot. The scent will be familiar, and the cat will be inclined to investigate.

Once your cat ventures inside and feels the litter under its paws, it will know what to do.

## Can kittens use the Litter-Robot?

We do not recommend that kittens or cats that weigh 5 pounds or less use the Litter-Robot in the unattended Automatic Mode. Their low weight may not activate the Cat Sensor. Cats should weigh at least 5 pounds before using the Litter-Robot in Automatic Mode.

We recommend leaving the Litter-Robot off and operating in "semi-automatic" mode. When you see your cat has used the Litter-Robot, turn it on, and the Litter-Robot will automatically perform a Clean cycle. Once it finishes (about 2 ½ minutes), turn the power off. This way, your kitten is safe while it gets accustomed to the Litter-Robot at a young age, and you don't have to scoop the litter box!

**CAUTION: Leave the Litter-Robot turned off and only start a Clean cycle manually until you are sure that all cats in your household are heavy enough to activate the Cat Sensor.**

34

## What if my cat won't use the Litter-Robot?

If you and your cat are not completely satisfied, just return your Litter-Robot within 90 days of purchase for a full refund of the purchase price. Please note that you are responsible for return shipping costs. Please contact Customer Service to request a Return Authorization (RMA) number. We cannot accept return shipments without an RMA number.

## What happens if my cat tries to enter the Globe while it is rotating?

The Cat Sensor will detect your cat once it enters the Globe and the motor will stop. Once your cat leaves the Globe, the Litter-Robot will wait 15 seconds before attempting to resume the cycle. See *Cat Re-Entry Protection* on page 30.

## Are there any rakes or wires inside the Globe?

No, the Globe does not contain any rakes or wires that could hurt or harm your cat. The Litter-Robot was designed with your cat's safety in mind.

## Are the electronics or power source dangerous to my cat?

No, there are no electrical components inside the Globe. The Litter-Robot operates on a safe 15 Volts DC using an adapter very similar to the ones you may have at home for a clock radio or for charging your cell phone.

## Will the Globe turn while my cat is inside?

No, the Globe will not turn while your cat is inside. The Cat Sensor is tripped each time a cat enters, or re-enters the Globe, resetting the countdown timer to prevent the Clean cycle from starting for another 7 minutes.

35

### What happens if the Globe jams?

If the Globe jams or an excessive load condition occurs, the motor is turned off automatically. In addition, the Litter-Robot is equipped with an Anti-Pinch Safety Feature (see page 30).

### Does the Litter-Robot require special litter?

No, the Litter-Robot simply requires clumping litter. We recommend a high quality, clay-based clumping litter. Some silica gel litter beads and crystals can also be used with the Litter Robot, as long as they pass through the screen.

Litters that do not work in the Litter-Robot are the strictly absorbent, non-clumping or loose-clumping litters, newspaper-based litters and absorbent wood pellet litter.

### Does the Litter-Robot work with Feline Pine?

No, Feline Pine pellets are too large to pass through the sifting screen, which prevents the litter sifting system from working properly. Feline Pine clumping is also too fluffy to effectively pass through the sifting screen.

### How much litter do I put in the Litter-Robot?

Fill the Globe with approximately 8-10 pounds of litter, until it meets the raised Fill Line on the black rubber Globe liner when spread flat. If there is too much litter in the Globe, it will be expelled into the Waste Drawer during the first few cycles. Since the waste clumps are removed during each cycle, there is no need to put excessive litter in the Globe.

36

## How often do I need to add litter?

The Litter-Robot uses litter very efficiently since the patented sifting system only removes the clumps. We recommend checking the litter level against the raised Fill Line (on the black rubber liner of the Globe) each time you empty the Waste Drawer, which is about once per week for a single cat or twice for multiple cats. Be careful not to overfill the Globe.

## Is dust a problem with the frequent rotation of the Globe and the movement of the litter?

No, any dust is negligible since the Globe rotates very slowly.

## How often do I need to empty the Waste Drawer?

This depends on the number and size of your cats. For two average-sized cats, twice per week is typical. For a single cat, once per week is usually sufficient.

## How often do I have to clean the inside of the Globe?

This depends on your personal preference and your cat's behavior. We recommend cleaning the inside of the Globe every one to three months. See *Use and Care* on page 25.

## How do I clean the Litter-Robot exterior?

Cleaning the Litter-Robot exterior is easy. Just remove the Globe and the Drawer and give them a sponge bath, or take them outside for deep cleaning with the garden hose. All other surfaces can be wiped clean, but should not be submerged.

**CAUTION: The Base and Bonnet of the Litter-Robot contain electrical components that should not be submerged.** See *Use and Care*, page 25.

37

# Money-Back Guarantee and Warranty

## 90-Day Trial Period

If you or your cats are not completely satisfied with
the Litter-Robot, just return the unit within 90 days
for a full refund of purchase price. Please note that
you are responsible for return shipping costs.

If you purchased your Litter-Robot through a source
other than AutoPets™, you must coordinate the
return with that source according to their return
policy.

If you have purchased directly from AutoPets™,
email RMA@litter-robot.com or call 877-250-7729 to
obtain an RMA number. We cannot accept shipments
without an RMA number. Please refer to the Return
Instructions insert.

Please make sure the Litter-Robot is clean and
carefully packaged (the original packing materials are
best) in order to avoid damage in shipment. The
Return Instructions insert shows a packaging
diagram for the Litter-Robot.

## 18-Month Full Warranty

Your Litter-Robot is covered by a full warranty for 18
months, starting from the date of shipment
regardless of where purchased. The warranty covers
all parts, labor, and shipping costs within the lower
48 states. Customers in Alaska, Hawaii and Puerto
Rico as well as APO, FPO, and international
shipments may incur additional shipping costs.

38

## Contacting Customer Service

If you have questions, concerns, or need assistance, contact
us! We'll be glad to help.

**support@litter-robot.com**
M-F: 9 AM - 10 PM

**877-250-7729**
M-F: 9 AM – 5 PM EST

**Automated Pet Care Products, Inc.**
**2900 Auburn Ct.**
**Auburn Hills, MI 48326**

**Additional Support Resources**
http://litterrobot.kayako.com/Knowledgebase/List

**Repair & Returns**
If repairs are necessary, call us
or email RMA@litter-robot.com to obtain an RMA number
prior to sending in your Litter-Robot.

39

AutoPets™
2900 Auburn Ct.
Auburn Hills, MI 48326
877-250-7729
Support@Litter-Robot.com

Litter-Robot® *Open Air* Instruction Manual: RevC

# Note To The File

Serial Number: 90503798                                LITTER-ROBOT OPEN AIR
Date: 07/28/2021 12:06 pm
Created by: Andrea Nadelman

---

**Searched**

- Google

| | |
|---|---|
| **To:** | Melissa Gray(Melissa.gray@klemchuk.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90503798 - LITTER-ROBOT OPEN AIR - 3232.0014 |
| **Sent:** | July 28, 2021 12:05:27 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-robotshop-com-en-litter-robot-3-automatic-self-cleaning-litter-box-beige-html-16274228640171
87202622
88946932

---

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 90503798

**Mark:** LITTER-ROBOT OPEN AIR

**Correspondence Address:**
MELISSA GRAY
KLEMCHUK LLP
8150 N CENTRAL EXPRESSWAY, 10TH FLOOR
DALLAS TX 75206 UNITED STATES

**Applicant:** Automated Pet Care Products LLC

**Reference/Docket No.** 3232.0014

**Correspondence Email Address:** Melissa.gray@klemchuk.com

# NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within <u>six months</u> of the issue date below or the application will be <u>abandoned.</u>** Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:** July 28, 2021

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**No Conflicting Marks**

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

The application may not proceed to registration until the applicant responds to the following.

SUMMARY OF ISSUES:
- Section 2(e)(1) refusal - mark is merely descriptive
- Specimen refusal
- Identification of goods requirement

**Section 2(e)(1) Refusal - Merely Descriptive**

Registration is refused because the applied-for mark merely describes a feature of applicant's goods. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

The applicant applied to register the mark LITTER-ROBOT OPEN AIR for litter boxes for pets; automated pet applicances, namely, litter boxes and accessories. The proposed mark merely corresponds to wording that is not arbitrary, but bears a logical relation to the goods provided by the applicant because it immediately describes the nature and type of goods the applicant provides to consumers.

The determination of whether a mark is merely descriptive is made in relation to an applicant's goods and/or services, not in the abstract. *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012); *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b). "Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

"A mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services." *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b). It is enough if a mark describes only one significant function, attribute, or property. *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see In re Oppedahl & Larson LLP*, 373 F.3d at 1173, 71 USPQ2d at 1371.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not

registrable. *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1516 (TTAB 2016) (citing *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB 2002)); TMEP §1209.03(d); *see, e.g.*, *In re Cannon Safe, Inc.*, 116 USPQ2d 1348, 1351 (TTAB 2015) (holding SMART SERIES merely descriptive of metal gun safes); *In re King Koil Licensing Co.*, 79 USPQ2d 1048, 1052 (TTAB 2006) (holding THE BREATHABLE MATTRESS merely descriptive of beds, mattresses, box springs, and pillows).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Colonial Stores, Inc.*, 394 F.2d 549, 551, 157 USPQ 382, 384 (C.C.P.A. 1968); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services. Specifically, the wording "LITTER-ROBOT" describes the goods as they are machines which operate automatically, or robotically, to clean cat litter. *See* excerpt from robotshop.com. Moreover, applicant owns active U.S. Registration Nos. 5259515 and 6227960 for the mark LITTER-ROBOT for litter boxes. *See* attachments. In this case, applicant has applied for essentially the same mark in part for the identical goods in part.

In applicant's prior registrations, applicant claimed acquired distinctiveness under Trademark Act Section 2(f) unconditionally and not in the alternative for LITTER-ROBOT in the initial application or a subsequent amendment. Thus, applicant conceded that this wording was not inherently distinctive but was rather merely descriptive. *See Mini Melts, Inc. v. Reckitt Benckiser LLC*, 118 USPQ2d 1464, 1479 (TTAB 2016) (citing *Cold War Museum, Inc. v. Cold War Air Museum, Inc.*, 586 F.3d 1352, 1358, 92 USPQ2d 1626, 1629 (Fed. Cir. 2009)); TMEP §1212.02(b)-(c). Accordingly, applicant's prior registrations are probative to show that a portion of applicant's applied-for mark is not inherently distinctive in this case. *See In re Thomas Nelson, Inc.*, 97 USPQ2d 1712, 1713 (TTAB 2011); TMEP §1212.02(c). Additionally, OPEN AIR describes a feature of the goods, which include a large opening to create an open air feeling for the cats using the litter box. *See* attached excerpt from robotshop.com.

The mark immediately describes the fact that the goods are litter robots with an open air design.

Accordingly, the mark is refused registration on the Principal Register under Section 2(e)(1) of the Trademark Act.

## **Response Options - Advisory**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond by submitting evidence and arguments against the refusal. In addition, applicant may respond by doing one of the following: (1) amending the application to seek registration under Trademark Act Section 2(f), or (2) amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §§1052(f), 1091.

To seek registration on the Principal Register based on a claim of acquired distinctiveness under Section 2(f), applicant generally may (1) submit actual evidence that the mark has acquired distinctiveness of the goods and/or services, (2) claim ownership of an active prior U.S. registration for the same mark for sufficiently similar goods and/or services, or (3) provide the following verified statement of five years' use: "**The mark has become distinctive of the goods and/or services through the applicant's substantially exclusive and continuous use of the mark in commerce that**

the U.S. Congress may lawfully regulate for at least five years immediately before the date of this statement." *See* 15 U.S.C. §1052(f); 37 C.F.R. §2.41(a); TMEP §§1212.03-.06 *et seq.*

To amend the application to the Supplemental Register, applicant must provide a written statement requesting that the application be amended to the Supplemental Register. TMEP §816.01; *see* 15 U.S.C. §1091; 37 C.F.R. §2.47.

Applicant should note the following additional ground for refusal.

### Specimen Not Submitted

Registration is also refused because the application does not include the required specimen showing the applied-for mark as actually used in commerce in International Class 21, but instead contains an attachment of several blank pages. Trademark Act Sections 1 and 45, 15 U.S.C. §§1051, 1127; 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a), 1301.04(g)(i). An application based on Trademark Act Section 1(a) must include a specimen showing the applied-for mark as actually used in commerce for each international class of goods and/or services identified in the application. 15 U.S.C. §1051(a)(1); 37 C.F.R. §§2.34(a)(1)(iv), 2.56(a); TMEP §§904, 904.07(a).

**Examples of specimens.** Specimens for goods include a photograph of (1) the actual goods bearing the mark; (2) an actual container, packaging, tag or label for the goods bearing the mark; or (3) a point-of-sale display showing the mark directly associated with the goods. *See* 37 C.F.R. §2.56(b)(1), (c); TMEP §904.03(a)-(m). A webpage specimen submitted as a display associated with the goods must show the mark in association with a picture or textual description of the goods and include information necessary for ordering the goods. TMEP §904.03(i); *see* 37 C.F.R. §2.56(b)(1), (c).

Specimens for services must show a direct association between the mark and the services and include: (1) copies of advertising and marketing material, (2) a photograph of business signage or billboards, or (3) materials showing the mark in the sale, rendering, or advertising of the services. *See* 37 C.F.R. §2.56(b)(2), (c); TMEP §1301.04(a), (h)(iv)(C).

Any webpage printout or screenshot submitted as a specimen must include the webpage's URL and the date it was accessed or printed on the specimen itself, within the TEAS form that submits the specimen, or in a verified statement under 37 C.F.R. §2.20 or 28 U.S.C. §1746 in a later-filed response. *See* 37 C.F.R. §2.56(c); TMEP §§904.03(i), 1301.04(a).

**Response options.** Applicant may respond to this refusal by satisfying one of the following for each applicable international class:

> (1)     Submit a verified specimen that (a) was in actual use in commerce at least as early as the filing date of the application and (b) shows the mark in actual use in commerce for the goods and/or services identified in the application. A "verified specimen" is a specimen that is accompanied by the following statement made in a signed affidavit or supported by a declaration under 37 C.F.R. §2.20: "The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application." The specimen cannot be accepted without this statement.

> (2)     Amend the filing basis to intent to use under Section 1(b) (which includes withdrawing an amendment to allege use, if one was filed), as no specimen is required before publication. This option will later necessitate additional fee(s) and filing

requirements, including a specimen.

For an overview of the response options referenced above and instructions on how to satisfy these options using the online Trademark Electronic Application System (TEAS) form, see the Specimen webpage.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration. However, if applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

## Identification of Goods
The identification for "accessories" in International Class 21 is indefinite and too broad and must be clarified because this wording does not make clear the nature of the type of accessory and could include goods in more than one international class. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03(a). For example, deodorizers for household pet litter boxes are in International Class 3, and pet litter box liners are in International Class 21. Applicant must either (1) specify the common commercial or generic name for each accessory item, or (2) delete this wording from the identification. *See* TMEP §§1402.01, 1402.03(a).

The applicant must also correct the misspelling of the term "appliances."

Applicant may adopt the following wording, if accurate:

**Litter box** accessories**, namely, [specify, e.g., deodorizers for household pet litter boxes]** in International Class 5; and/or

Litter boxes for pets; automated pet **appliances**, namely, litter boxes and accessories**, namely, [specify, e.g., pet litter box liners]** in International Class 21.

## Advisory - Identification Of Goods and/or Services
Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

## Insufficient Fee
The application identifies goods and/or services that are classified in at least two classes; however, applicant submitted a fee(s) sufficient for only one class. In a multiple-class application, a fee for each class is required. 37 C.F.R. §2.86(a)(2), (b)(2); TMEP §§810.01, 1403.01. For more information about adding classes to an application, see the Multiple-class Application webpage.

Therefore, applicant must either (1) restrict the application to the number of classes covered by the fees already paid, or (2) submit the fees for each additional class.

The fee for adding classes to a TEAS Standard application is $350 per class. *See* 37 C.F.R.

§2.6(a)(1)(iii). For more information about adding classes to an application, see the Multiple-class Application webpage.

**Multiple-class Application Requirements**
The application references goods and/or services based on use in commerce in more than one international class; therefore, applicant must satisfy all the requirements below for each international class:

> (1)    **List the goods and/or services by their international class number** in consecutive numerical order, starting with the lowest numbered class (for example, International Class 3: perfume; International Class 18: cosmetic bags sold empty).

> (2)    **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule) or restrict the application to the number of classes covered by the fees already paid.

> (3)    **Submit verified dates of first use of the mark** anywhere and in commerce **for each international class**. See more information about verified dates of use.

> (4)    **Submit a specimen for each international class**. The current specimen is not acceptable for any international class. See more information about specimens.

> **Examples of specimens.**  Specimens for goods include a photograph of (1) the actual goods bearing the mark; (2) an actual container, packaging, tag or label for the goods bearing the mark; or (3) a point-of-sale display showing the mark directly associated with the goods.  *See* 37 C.F.R. §2.56(b)(1), (c); TMEP §904.03(a)-(m).  A webpage specimen submitted as a display associated with the goods must show the mark in association with a picture or textual description of the goods and include information necessary for ordering the goods.  TMEP §904.03(i); *see* 37 C.F.R. §2.56(b)(1), (c).

> Any webpage printout or screenshot submitted as a specimen must include the webpage's URL and the date it was accessed or printed on the specimen itself, within the TEAS form that submits the specimen, or in a verified statement under 37 C.F.R. §2.20 or 28 U.S.C. §1746 in a later-filed response. *See* 37 C.F.R. §2.56(c); TMEP §§904.03(i), 1301.04(a).

> (5)    **Submit a verified statement** that "**The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application.**" See more information about verification.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(a) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the Multiple-class Application webpage.


**How to respond.  Click to file a response to this nonfinal Office action.**

Please call or email the assigned trademark examining attorney with questions about this Office action.

Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

/Andrea Koyner Nadelman/
Trademark Examining Attorney
Law Office 110
(571) 272-9370
andrea.nadelman@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.



FREE SHIPPING ON ORDERS OVER USD $ 75.00 *

https://www.robotshop.com/en/litter-robot-3-automatic-self-cleaning-litter-box---beige.html at 05:54:32, 07/27/2021

**RobotShop**
Putting robotics at your service™

Find Products, Brands, and more...

Sign In | Join
Account & List

Your cart
(0) Items

FREE SHIPPING ON ORDERS OVER USD $ 75.00 *

Business Opportunities   Community   Careers   Contact Us

SHOP BY CATEGORY ⌄   ROBOTICS EDUCATION   BEST SELLERS   NEW PRODUCTS   GIFT IDEAS   CLOSEOUT

Home > Robots for the House & Recreation > Personal & Domestic Robots > Robot Pet Care > Robotic Litter Boxes > Litter-Robot Litter Box > Litter-Robot 3 Automatic Self-Cleaning Litter Box - Beige

Share

Click to enlarge

★★★★★  256 Review(s).   Add my review

## Litter-Robot 3 Automatic Self-Cleaning Litter Box - Beige

by Litter-Robot

✓ In stock

**Product Highlights**
-  Automatic MoonGlo NiteLite (Blue Led)
-  Drawer Full Indication
-  Self-Adjusting Cat Sensor
-  Large Upward Facing Entry for  Open Air  Feel
-  Suitable for cats of all sizes
-  18 months full warranty

Product Code : RB-Ltr-67

USD $**449.00**

As low as $75/mo, with **Klarna.**
Prequalify

Saw Better Price? Start Price Match

**Qty**
1

**ADD TO CART**

♡ Add to Wishlist

**Ask our experts**
Compare Robotic Litter Boxes

Ask a question on the RobotShop
community

### Frequently bought together



**Description**

- Automatic MoonGlo NiteLite (Blue Led)
- Full Drawer Indicator
- Self-Adjusting Cat Sensor
- Large Upward Facing Entry for 'Open Air' Feel
- Suitable for cats of all sizes
- 18 months full warranty

The **Litter-Robot 3 Automatic Self-Cleaning Litter Box** makes cat ownership easier every day. It is the first major revision to the highly successful Litter-Robot platform. The larger, more ergonomic entry and litter chamber along with the new self-adjusting cat sensor accommodates all cats, large and small. It sifts clumps and waste out of the litter seven minutes after a cat uses it and drops the waste in to a receptacle drawer for easy disposal.

**Features:**

- Large Ergonomic Litter Chamber
- Clean Cycle Timing
- 8 Hour Sleep Mode
- Works on Safe 15 VDC Power
- Easy Access Simple Control Panel
- Accommodates cats weighing 5 lbs or more
- Sleep Mode and Lock Out

- Sleep Mode and Bulb Out
- Great for Multiple Cats

**Easy Set Up & No Special Receptacles or Expensive Waste Bags**
The globe and base unit come fully assembled and are very easy to set up. Just plug it in using the included 15 Volts AC adapter, and add litter, that's all. Say goodbye to those expensive special receptacles or waste bags, the Litter-Robot uses regular kitchen garbage bags.



**Works with any Clumping Litter**
The Litter-Robot has been designed to work with various types of litter, not just the premium clumping clay litters. The sifting screen is suitable for both clumping, scoopable clay litters as well as for alternative litters such as Litter Pearls, Crystals or World's Best Cat Litter.





Litter-Robot Drawer Liners (25 Pack)

Product Code : RB-Ltr-92

USD $11.20

ADD TO CART

LavvieBot S Robotic Litter Box

Product Code : RB-Pur-01

USD $899.00

ADD TO CART



**Built to Last**

The Litter Robot is an appliance quality, automated self-cleaning litter box designed to last the nine lives of your cat. Automated Pet Care Products, Inc. stands behind this litter box with an 18-month full warranty.



**90 Day Money-Back Guarantee**

If you or your cats are not fully satisfied with the product, for any reason, just return the unit within 90

days after receipt for a refund of the product. Please note the following conditions:

- The item must be returned in its original box

- Shipping costs to return the product are the responsibility of the customer

- A cleaning fee will be charged if the product is not returned in new condition with all accessories



**Carbon Filter**
**To Install:** Tuck the top corner under the lip of the drawer. Then slide the filter upward.

**To Remove:** Grab the bottom corner of the filter and pull the filter down, away from the drawer step.

**Base Seal**
**Base Seal Installation for base with Rib:** Peel back the protective strip and place the base seal strip above the rib. Then, press down firmly on the base strip.





**Base Seal Installation for base without Rib:** Cut out the template on the reverse side of this sheet and place it on the base. Make frequent marks around the base. Peel back the protective strip and place the base strip above the line you have created. Lastly, press down firmly on the seal strip firmly on the seal strip.



## Specifications

- Input voltage range: 100 - 240 V
- Output voltage (fixed): 15 VDC

## What's Included

- Fully Assembles Litter-Robot III Open Air
- Carbon Filter

- Waster Drawer Liner
- 15 V DC Power Supply
- Instruction Manual
- Return & Repack Instructions

---

## Useful Links

**PDF Files**

- Litter-Robot <mark>Open Air</mark> English Manual
- Litter-Robot <mark>Open Air</mark> Quick Start Guide (English Only)

**Blog**

- Litter-Robot III <mark>Open Air</mark> Basic Troubleshooting Guide

---

## Dimensions

- Fully Assembled: 29.2" High, 24.1" Wide and 26.7" Deep
- Waste Drawer: 12 3/4" Wide, 15.5" Long, 5" Deep
- Waste Port: 5 1/2" Wide, 5 3/4" Long, Diagonal 6 1/4"
- Oval Shaped Entry for the Cat: 15.2" High, 10.7" Wide
- Litter Bed Area at Maximum Litter Capacity: 14" Across
- Head Room for Cat Inside Globe: 15" to 17", depending on the level of litter
- Inside Width of Globe at Widest Point: 20" Across
- Depth of Globe: 20" Front to Back

---

## Multimedia







**Supplier Product Code**

LR3-1000-CAN

## Reviews

WRITE YOUR OWN REVIEW

**FILTER REVIEWS**

Select a row below to filter reviews.

| | |
|---|---|
| 5 ★ | 211 |
| 4 ★ | 32 |
| 3 ★ | 7 |
| 2 ★ | 1 |
| 1 ★ | 5 |

**AVERAGE CUSTOMER RATINGS**

Overall   ★★★★★   4.75

---

★★★★☆

By YI-TANG

5/25/2021

**Amazing product**

I have been using this automatic litter box for about a few weeks, and finally, I don't have to clean the litter myself. Generally, the machine works well, except that the litter box still smells a little. If the drawer underneath is full, the machine will stop functioning. After removing the dirty bag, I have to restart the machine by unplugging the charger to make the machine working.

---

★★★★★

By Jen

5/24/2021

**I'm now buying my 3rd Litter Robot…. I love it!**

I bought the original model many years ago which was perfectly reliable but I eventually gave it away to upgrade to the newer/bigger model (3) about 3 years ago. I have 2 cats now who insist on having 2 litter boxes, so I'm tired of dealing with the manual one, hence, now buying my 3rd robot.

There are a few small cons to be aware of, but in my opinion, the pros far outweigh the cons.

Cons:
- The disposal drawer fills up on the left side pretty quickly which triggers the "full" indicator before the bin is actually full. I have to open/shuffle the drawer every week or so. (Still way better than manually cleaning a box twice per day)
- My robot doesn't always detect the cat's weight. Sometimes I have to manually press the "cycle" button.
- The unit is much larger than a normal litter box so it takes up a lot of space
- The blue night light stopped working, so I have to leave the lights on at night
- Expensive

Pros:
- I only have to change the litter bin every 3-4 weeks
- Masks odors very well
- Easy to clean and maintain
- Reliable for many many years
- Great customer service (I had questions, they were great)
- I can comfortably go on vacation for a couple of weeks and allow the pet sitter to ignore the litter box and everything is fine



### Perfect...no more fighting on who's turn is to clean the kitty litter.

By Meilyn

5/23/2021

Perfect...no more fighting on who's turn is to clean the kitty litter.



### Cats love it

By Patti

3/10/2021

We love our Litter-Robot and so do the cats, so much so that they refuse to use their old boxes. Time will tell if the product lasts a long time and performs without issue, but we are already planning to buy a second one.



### improvements to be made



By herve
2/27/2021

first the least:
-not keep odors very well
- the bin does not fill in a uniform way so the bin full alert comes fairly quickly
- the bin is large in width and not deep enough so the bags are relatively little filled
-not reliable from time to time it no longer detected anything I had to reset it several times and above all send it back it no longer detected the "trash" position and suddenly blocked ...

most it simplifies when the task more to do it every day or 2 days no setting available

*This review was automatically translated.*

**SHOW ALL REVIEWS**

 The World's Leading Robot Store

 Customers Satisfaction 10/10

 Simple Returns and Warranty Policies

 Free shipping on orders over USD $ 75.00 *


"The service is always exceptional, and the range of parts match the service!!!!!"

## Let Us Help You

Your Account
Order History
Shipping
Returns & Exchanges
Cancel an Order
Warranty
Payment Information

## Get to Know Us

About Us
Career
Terms & Conditions
Security & Privacy
Press Room

## Business Opportunities

Become a Marketplace Vendor
Become a Dealer
Suggest Your Products
Suggest Your Apps
Commercialize Your Invention

## Community

Forums
Blogs
Robots
Tutorials
News
Leaderboards

**Don't Miss a Thing. Subscribe to our Newsletter**

Your email address...

**Stay in Touch**

Payment Informations

Contact Us





4.7 ★★★★★
Google
Customer Reviews

Our Global Locations   🌎 USD United States ⌄   English ⌄

**Service Time Monday to Friday: 9 AM - 4 PM EST (Eastern Time Zone)**

1-866-627-3178 Toll-free (in North America) (Sales Department Only. Technical queries should be directed to the RobotShop Forum)

RobotShop, the World's Leading Robot Store For Personal and Professional Robot Technology. Here you will find the best selection of Robot Vacuums and other Domestic Robots, Professional Robots, Robot Toys, Robot Kits, and Robot Parts for building your own robots. RobotShop is also a leading force in Robotics Education & Research. We provide a diverse product selection, educational and quantity discounts, useful resources and specialized support.

© 2020 RobotShop inc. All Rights Reserved.

Putting robotics at your service is a trademark of RobotShop inc.



**Print: Tue Jul 27 2021**                                   **87202622**

## (4) STANDARD CHARACTER MARK

Litter-Robot

**Mark Punctuated**
LITTER-ROBOT

**Translation**

**Goods/Services**

- IC 021. US 002 013 023 029 030 033 040 050.G & S: Automated pet appliances, namely, litter boxes. FIRST USE: 20000407. FIRST USE IN COMMERCE: 20000407

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Design Code**

**Serial Number**
87202622

**Filing Date**
20161013

**Current Filing Basis**
1A

**Original Filing Basis**
1A

**Publication for Opposition Date**
20170523

**Registration Number**
5259515

**Date Registered**
20170808

**Owner**
(REGISTRANT) Automated Pet Care Products Inc. CORPORATION MICHIGAN 2900 Auburn Court Auburn Hills MICHIGAN 48326 (LAST LISTED OWNER) AUTOMATED PET CARE PRODUCTS, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326

**Priority Date**

**Disclaimer Statement**

**Description of Mark**

**Type of Mark**
TRADEMARK

**Register**

PRINCIPAL-2(F)

**Live Dead Indicator**
LIVE

**Attorney of Record**
Melissa Gray

**(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS**

litter·robot

**Mark Punctuated**
LITTER-ROBOT

**Translation**

**Goods/Services**

- IC 021. US 002 013 023 029 030 033 040 050.G & S: Automated pet appliances, namely, litter boxes. FIRST USE: 20180300. FIRST USE IN COMMERCE: 20180300

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

**Design Code**
260121 270301 290107

**Serial Number**
88946932

**Filing Date**
20200603

**Current Filing Basis**
1A

**Original Filing Basis**
1A

**Publication for Opposition Date**
20201006

**Registration Number**
6227960

**Date Registered**
20201222

**Owner**
(REGISTRANT) Automated Pet Care Products, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326

**Priority Date**

**Disclaimer Statement**

**Description of Mark**
The mark consists of the stylized wording "LITTER" and "ROBOT" separated by a shaded circle forming a hyphen.

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL-2(F)

**Live Dead Indicator**
LIVE

**Attorney of Record**
Melissa Gray

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on July 28, 2021 for
**U.S. Trademark Application Serial No. 90503798**

Your trademark application has been reviewed by a trademark examining attorney.  As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned.  Please follow the steps below.

**(1)  Read the official letter**.

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.

Andrea Nadelman
Examining Attorney
LAW OFFICE 110
(571) 272-9370
Andrea.Nadelman@USPTO.GOV

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from July 28, 2021, using the Trademark Electronic Application System (TEAS).  The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  See the Office action for more information about how to respond.

# GENERAL GUIDANCE

- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

- **Beware of misleading notices sent by private companies about your application.**

Private companies **not** associated with the USPTO often use public information provided in USPTO trademark applications to mail and email trademark-related offers and notices - most of which require fees.  These companies often have names similar to the USPTO.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov".**

User: Andrea Nadelman

| | | Statistics for Case 90503798 | | | | |
|---|---|---|---|---|---|---|
| **#** | **Search** | **Total Marks** | **Dead Marks** | **Live Viewed Docs** | **Live Viewed Images** | **Status/Search Duration** |
| **1** | 90503805[sn] | 1 | 0 | 1 | 1 | 0:00 |
| **2** | *l{"iy"}{"t"1:2}{v}r*[bi,ti] | 55579 | 0 | 0 | 0 | 0:02 |
| **3** | *ro{"w"0:1}{"b"1:2}{v}t*[bi,ti] | 5185 | 0 | 0 | 0 | 0:02 |
| **4** | 2 and 3 | 51 | 0 | 0 | 0 | 0:01 |
| **5** | 4 not dead[ld] | 34 | 0 | 34 | 34 | 0:01 |
| **6** | *3*[bi,ti] *three*[bi,ti] | 77824 | 0 | 0 | 0 | 0:01 |
| **7** | *{"ckq"}{v:2}{"n"1:2}{v:2}{"ckq"}t*[bi,ti] | 29320 | 0 | 0 | 0 | 0:03 |
| **8** | 6 and 7 | 213 | 0 | 0 | 0 | 0:04 |
| **9** | 8 not dead[ld] | 86 | 0 | 86 | 86 | 0:01 |
| **10** | (2 3) and (6 7) | 1479 | 0 | 0 | 0 | 0:03 |
| **11** | 10 not dead[ld] | 715 | 0 | 0 | 0 | 0:02 |
| **12** | 11 and "021"[cc] | 155 | 0 | 155 | 155 | 0:03 |
| **13** | *o{"p"1:2}{v}n*[bi,ti] | 18666 | 0 | 0 | 0 | 0:02 |
| **14** | *a{"iy"}r*[bi,ti] | 82842 | 0 | 0 | 0 | 0:02 |
| **15** | 13 and 14 | 219 | 0 | 0 | 0 | 0:05 |
| **16** | 15 not dead[ld] | 78 | 0 | 78 | 78 | 0:02 |
| **17** | (13 14) and (2 3) | 729 | 0 | 0 | 0 | 0:04 |
| **18** | 17 not dead[ld] | 360 | 0 | 0 | 0 | 0:03 |
| **19** | 18 and "021"[cc] | 109 | 0 | 109 | 109 | 0:03 |

Session started 07/27/2021 5:57 pm

Session ended 07/27/2021 6:30 pm

Total search duration 44.00

Session duration 32 minutes 26 seconds

Adjacency Level 1

Near Level 1

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90503798**
**Filing Date: 02/02/2021**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90503798 |
| **MARK INFORMATION** | |
| *****MARK** | LITTER-ROBOT OPEN AIR |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | LITTER-ROBOT OPEN AIR |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Automated Pet Care Products LLC |
| *****MAILING ADDRESS** | 1080 W Entrance Dr |
| *****CITY** | Auburn Hills |
| *****STATE** (Required for U.S. applicants) | Michigan |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 48326 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Michigan |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 021 |
| *****IDENTIFICATION** | Litter boxes for pets; automated pet applicances, namely, litter boxes and accessories |
| **FILING BASIS** | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/00/2015 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/00/2015 |
| SPECIMEN FILE NAME(S) | |
| | SPE0-742024398-2021012816 2900307717_._LITTER- |

| ORIGINAL PDF FILE | ROBOT_OPEN_AIR_Sample.pdf |
|---|---|
| CONVERTED PDF FILE(S)<br>(8 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\905\037\90503798\xml1\ APP0010.JPG |
| SPECIMEN DESCRIPTION | image of point of sale website page |
| WEBPAGE URL | https://www.litter-robot.com/us/en |
| WEBPAGE DATE OF ACCESS | 01/26/2021 |

## ADDITIONAL STATEMENTS SECTION

| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 4674124, 4674125, 5259515, and others. |
|---|---|

## ATTORNEY INFORMATION

| NAME | Melissa Gray |
|---|---|
| ATTORNEY DOCKET NUMBER | 3232.0014 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Klemchuk LLP |
| STREET | 8150 N Central Expressway, 10th Floor |
| CITY | Dallas |
| STATE | Texas |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 75206 |
| PHONE | 214-367-6000 |
| FAX | 214-367-6001 |
| EMAIL ADDRESS | Melissa.gray@klemchuk.com |
| OTHER APPOINTED ATTORNEY | Darin M .Klemchuk |

## CORRESPONDENCE INFORMATION

| NAME | Melissa Gray |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | Melissa.gray@klemchuk.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@klemchuk.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 350 |
| **\*TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /jacob zuppke/ |
| **SIGNATORY'S NAME** | Jacob Zuppke |
| **SIGNATORY'S POSITION** | President & COO |
| **SIGNATORY'S PHONE NUMBER** | 000-000-0000 |
| **DATE SIGNED** | 02/01/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90503798**
**Filing Date: 02/02/2021**

## To the Commissioner for Trademarks:

**MARK:** LITTER-ROBOT OPEN AIR (Standard Characters, see mark)
The literal element of the mark consists of LITTER-ROBOT OPEN AIR. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Automated Pet Care Products LLC, a limited liability company legally organized under the laws of Michigan, having an address of

> 1080 W Entrance Dr
> Auburn Hills, Michigan 48326
> United States
> XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 021:  Litter boxes for pets; automated pet applicances, namely, litter boxes and accessories

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/00/2015, and first used in commerce at least as early as 07/00/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) image of point of sale website page.

**Original PDF file:**
SPE0-742024398-2021012816 2900307717_._LITTER-ROBOT_OPEN_AIR_Sample.pdf
**Converted PDF file(s)** (8 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8

Webpage URL: https://www.litter-robot.com/us/en
Webpage Date of Access: 01/26/2021

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 4674124, 4674125, 5259515, and others.

The owner's/holder's proposed attorney information: Melissa Gray. Other appointed attorneys are Darin M .Klemchuk. Melissa Gray of Klemchuk LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

> 8150 N Central Expressway, 10th Floor
> Dallas, Texas 75206
> United States
> 214-367-6000(phone)
> 214-367-6001(fax)
> Melissa.gray@klemchuk.com

The docket/reference number is 3232.0014.

Melissa Gray submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Melissa Gray
PRIMARY EMAIL FOR CORRESPONDENCE: Melissa.gray@klemchuk.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /jacob zuppke/   Date: 02/01/2021
Signatory's Name: Jacob Zuppke
Signatory's Position: President & COO
Signatory's Phone Number: 000-000-0000
Signature method: Sent to third party for signature
Payment Sale Number: 90503798
Payment Accounting Date: 02/02/2021

Serial Number: 90503798
Internet Transmission Date: Tue Feb 02 09:18:06 ET 2021
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XX-20210202091806157
996-90503798-7608970831ab1e9804d8e4bae24
b3a2d5f09288fbc2e6742c677b83b384a5b7fc0-
CC-18040389-20210128162900307717

# LITTER-ROBOT OPEN AIR

# LITTER-ROBOT OPEN AIR