**Generated on:** This page was generated by TSDR on 2022-10-04 01:59:08 EDT

**Mark:** #LITTERROBOT

# #LitterRobot

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90296230 | **Application Filing Date:** | Nov. 03, 2020 |
| **US Registration Number:** | 6799211 | **Registration Date:** | Jul. 19, 2022 |
| **Register:** | Supplemental | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Amended to Principal Register:** No

**Date Amended to Current Register:** May 09, 2022

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 19, 2022

## Mark Information

**Mark Literal Elements:** #LITTERROBOT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 3662995, 4674125, 5259515

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Automated pet appliances, namely, litter boxes

**International Class(es):** 021 - Primary Class

**U.S Class(es):** 002, 013, 023, 029, 030, 033, 040, 050

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Apr. 09, 2022

**Use in Commerce:** Apr. 09, 2022

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |

| | | | |
|---|---|---|---|
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Automated Pet Care Products LLC |
| **Owner Address:** | 1080 W. Entrance Dr.<br>Auburn Hills, MICHIGAN UNITED STATES 48326 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | MICHIGAN |

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | MELISSA GRAY | **Docket Number:** | 3232.0040 |
| **Attorney Primary Email Address:** | melissa.gray@klemchuk.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Melissa Gray<br>KLEMCHUK LLP<br>8150 N Central Expressway<br>10th Floor<br>Dallas, TEXAS UNITED STATES 75206 |
| **Phone:** | 214-367-6000 |
| **Correspondent e-mail:** | melissa.gray@klemchuk.com trademarks@klemchuk.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 19, 2022 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jul. 19, 2022 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Jun. 13, 2022 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 96338 |
| Jun. 13, 2022 | ASSIGNED TO LIE | 96338 |
| Jun. 08, 2022 | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | |
| Jun. 07, 2022 | EXPARTE APPEAL TERMINATED | 296230 |
| Jun. 07, 2022 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Jun. 07, 2022 | USE AMENDMENT ACCEPTED | 94658 |
| May 10, 2022 | AMENDMENT TO USE PROCESSING COMPLETE | 88889 |
| May 10, 2022 | USE AMENDMENT FILED | 88889 |
| May 09, 2022 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| May 09, 2022 | TEAS AMENDMENT OF USE RECEIVED | |
| May 09, 2022 | EX PARTE APPEAL-INSTITUTED | 296230 |
| May 09, 2022 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 296230 |
| May 09, 2022 | EXPARTE APPEAL RECEIVED AT TTAB | |
| Nov. 08, 2021 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Nov. 08, 2021 | FINAL REFUSAL E-MAILED | |
| Nov. 08, 2021 | FINAL REFUSAL WRITTEN | 94658 |
| Oct. 07, 2021 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Oct. 06, 2021 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Oct. 06, 2021 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 06, 2021 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 06, 2021 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 06, 2021 | NON-FINAL ACTION WRITTEN | 94658 |

| Mar. 23, 2021 | ASSIGNED TO EXAMINER | 94658 |
| Feb. 16, 2021 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 16, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 16, 2021 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 16, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 16, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 16, 2021 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Dec. 31, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 06, 2020 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: PUBLICATION AND ISSUE SECTION | Date in Location: Jul. 19, 2022 |

# Proceedings

| **Summary** | |
| Number of Proceedings: | 1 |

## Type of Proceeding: Exparte Appeal

| Proceeding Number: | 90296230 | Filing Date: | May 09, 2022 |
| Status: | Terminated | Status Date: | Jun 07, 2022 |
| Interlocutory Attorney: | | | |

| **Plaintiff(s)** | |
| Name: | Automated Pet Care Products LLC |
| Correspondent Address: | MELISSA GRAY<br>KLEMCHUK LLP<br>8150 N CENTRAL EXPRESSWAY, 10TH FLOOR<br>DALLAS TX UNITED STATES , 75206 |
| Correspondent e-mail: | melissa.gray@klemchuk.com , trademarks@klemchuk.com , claudia@klemchuk.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| #LITTERROBOT | Registered | 90296230 | 6799211 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 4 | TERMINATED | Jun 07, 2022 | |
| 3 | INSTITUTED | May 09, 2022 | |
| 2 | APPEAL ACKNOWLEDGED; CASE REMANDED | May 09, 2022 | |
| 1 | APPEAL TO BOARD | May 09, 2022 | |

| | |
|---|---|
| **From:** | tmng.notices@uspto.gov |
| **Sent:** | Tuesday, July 19, 2022 02:00:44 PM EDT |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 90296230 -- Docket/Reference No. 3232.0040 |

## <u>OFFICIAL USPTO NOTICE OF REGISTRATION</u>

**U.S. Application Serial No.** 90296230
**Mark:** #LITTERROBOT
**Owner:** Automated Pet Care Products LLC
**Docket/Reference No.** 3232.0040

**Issue Date:** July 19, 2022

Your mark has registered with the United States Patent and Trademark Office (USPTO). Your United States trademark registration number is 6799211.

View and download your electronic registration certificate using the Trademark Status & Document Retrieval (TSDR) database. If you have difficulty accessing the registration certificate, contact the Trademark Assistance Center (TAC) at TrademarkAssistanceCenter@uspto.gov or 800-786-9199. For more information on registration certificate options, visit the USPTO's electronic registration certificates webpage.

**Order presentation copies online:**

You can order a printed presentation copy in TEAS of your trademark registration certificate. The presentation copy is suitable for display and framing. Trademark owners who filed an initial application before May 24, 2022 can order one for free. Owners who file an initial application on or after May 24, 2022 can purchase one for $25.

**Requirements to maintain your registration:**

- File your registration maintenance documents at the required times.

- **If you do not submit your maintenance documents at the required times, your registration will be cancelled.** If that happens, you must file a new application. Filing a new application doesn't guarantee your trademark will register again.

**Please note the following:**

- You may receive unsolicited offers and notices from third-parties not affiliated with the USPTO. All official correspondence about your trademark registration will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and all emails will be from the domain "@uspto.gov." Visit our misleading notices webpage for more information.

- If your registration covers products that are likely targets for international counterfeiters (e.g., popular or high-demand products), consider applying to record your trademark registration with U.S. Customs and Border Protection (CBP). Recording your trademark registration helps CBP detain and seize imported goods if they violate your recorded trademark. Visit our recording trademark registrations with CBP webpage for more information.

- To help ensure that you receive emails from the USPTO, keep your email address(es) current using the Change Address or Representation (CAR)

form and add USPTO email addresses to your contacts or "Safe Senders" list.

- If your trademark registration contains an error that would not require republication to correct it, or identifies goods and/or services not in use with your trademark, you can use the Section 7 Request for Amendment or Correction of Registration Certificate (Section 7) form to request correction of that error or deletion of any goods and/or services not in use with your trademark. There's no fee to file a Section 7 form if you file the Section 7 form before you file your required registration maintenance documents, and you are only deleting goods, services, or classes. Other amendments and corrections may require a filing fee. For information on amendments and corrections after registration, see TMEP 1609.

If you have any questions about this notice, contact TAC at TrademarkAssistanceCenter@uspto.gov or 800-786-9199.

# United States of America

## United States Patent and Trademark Office

# #LitterRobot

**Reg. No. 6,799,211**

**Registered Jul. 19, 2022**

**Int. Cl.: 21**

**Trademark**

**Supplemental Register**

Automated Pet Care Products LLC  (MICHIGAN LIMITED LIABILITY COMPANY)
1080 W. Entrance Dr.
Auburn Hills, MICHIGAN 48326

CLASS 21: Automated pet appliances, namely, litter boxes

FIRST USE 4-9-2022; IN COMMERCE 4-9-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5259515, 4674125, 3662995

SER. NO. 90-296,230, FILED P.R. 11-03-2020; AM. S.R. 05-09-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| SERIAL NUMBER | 90296230 | FILING DATE | 11/03/2020 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | 07/19/2022 |
| REGISTER | SUPPLEMENTAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SEGAL, MOLLY DANIELA | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| RUN DATE | 06/14/2022 |
|---|---|
| PUB DATE | N/A |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 06/13/2022 |
| LITERAL MARK ELEMENT | #LITTERROBOT |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | 05/09/2022 | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | #LITTERROBOT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W. Entrance Dr.<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Automated pet appliances, namely, litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 04/09/2022 | FIRST USE IN COMMERCE DATE | 04/09/2022 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | POUND LITTER ROBOT; NUMBER LITTER ROBOT; HASHTAG LITTER ROBOT |
| OWNER OF US REG NOS | 3662995   4674125   5259515 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 06/13/2022 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 031 |
| 06/13/2022 | ALIE | A | ASSIGNED TO LIE | 030 |
| 06/08/2022 | AAUA | E | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | 029 |
| 06/07/2022 | EXPT | T | EXPARTE APPEAL TERMINATED | 028 |
| 06/07/2022 | CNTA | O | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | 027 |
| 06/07/2022 | IUAA | P | USE AMENDMENT ACCEPTED | 026 |
| 05/10/2022 | AUPC | I | AMENDMENT TO USE PROCESSING COMPLETE | 025 |
| 05/10/2022 | IUAF | S | USE AMENDMENT FILED | 024 |
| 05/09/2022 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 023 |
| 05/09/2022 | EAAU | I | TEAS AMENDMENT OF USE RECEIVED | 022 |
| 05/09/2022 | EXPI | T | EX PARTE APPEAL-INSTITUTED | 021 |
| 05/09/2022 | JURT | T | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 020 |
| 05/09/2022 | EXAF | T | EXPARTE APPEAL RECEIVED AT TTAB | 019 |
| 11/08/2021 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 018 |
| 11/08/2021 | GNFR | O | FINAL REFUSAL E-MAILED | 017 |
| 11/08/2021 | CNFR | R | FINAL REFUSAL WRITTEN | 016 |
| 10/07/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/06/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/06/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 04/06/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 012 |
| 04/06/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 011 |

| 04/06/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 010 |
| 03/23/2021 | DOCK | D | ASSIGNED TO EXAMINER | 009 |
| 02/16/2021 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 008 |
| 02/16/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 02/16/2021 | EWAF | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | 006 |
| 02/16/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 005 |
| 02/16/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 004 |
| 02/16/2021 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 003 |
| 12/31/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/06/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | MELISSA GRAY |
| CORRESPONDENCE ADDRESS | Melissa Gray<br>KLEMCHUK LLP<br>8150 N Central Expressway<br>10th Floor<br>Dallas, TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

#LitterRobot

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90296230 | FILING DATE | 11/03/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | SUPPLEMENTAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SEGAL, MOLLY DANIELA | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 06/08/2022 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 06/07/2022 |
| LITERAL MARK ELEMENT | #LITTERROBOT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | 04/09/2022 | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | #LITTERROBOT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W. Entrance Dr.<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Automated pet appliances, namely, litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 04/09/2022 | FIRST USE IN COMMERCE DATE | 04/09/2022 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | POUND LITTER ROBOT; NUMBER LITTER ROBOT; HASHTAG LITTER ROBOT |
| OWNER OF US REG NOS | 3662995   4674125   5259515 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 06/08/2022 | AAUA | E | NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE E-MAILED | 029 |
| 06/07/2022 | EXPT | T | EXPARTE APPEAL TERMINATED | 028 |
| 06/07/2022 | CNTA | O | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | 027 |
| 06/07/2022 | IUAA | P | USE AMENDMENT ACCEPTED | 026 |
| 05/10/2022 | AUPC | I | AMENDMENT TO USE PROCESSING COMPLETE | 025 |
| 05/10/2022 | IUAF | S | USE AMENDMENT FILED | 024 |
| 05/09/2022 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 023 |
| 05/09/2022 | EAAU | I | TEAS AMENDMENT OF USE RECEIVED | 022 |
| 05/09/2022 | EXPI | T | EX PARTE APPEAL-INSTITUTED | 021 |
| 05/09/2022 | JURT | T | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 020 |
| 05/09/2022 | EXAF | T | EXPARTE APPEAL RECEIVED AT TTAB | 019 |
| 11/08/2021 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 018 |
| 11/08/2021 | GNFR | O | FINAL REFUSAL E-MAILED | 017 |
| 11/08/2021 | CNFR | R | FINAL REFUSAL WRITTEN | 016 |
| 10/07/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/06/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/06/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 04/06/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 012 |
| 04/06/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 011 |
| 04/06/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 010 |
| 03/23/2021 | DOCK | D | ASSIGNED TO EXAMINER | 009 |

| 02/16/2021 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 008 |
|---|---|---|---|---|
| 02/16/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 02/16/2021 | EWAF | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | 006 |
| 02/16/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 005 |
| 02/16/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 004 |
| 02/16/2021 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 003 |
| 12/31/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/06/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | MELISSA GRAY |
|---|---|
| CORRESPONDENCE ADDRESS | Melissa Gray<br>Klemchuk LLP<br>8150 N Central Expressway<br>10th Floor<br>Dallas, TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

#LitterRobot

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, June 8, 2022 00:15 AM |
| **To:** | melissa.gray@klemchuk.com |
| **Cc:** | trademarks@klemchuk.com |
| **Subject:** | Official USPTO Notice of Acceptance of AAU: U.S. Trademark SN 90296230: #LITTERROBOT: Docket/Reference No. 3232.0040 |

NOTICE OF ACCEPTANCE OF AMENDMENT TO ALLEGE USE

**U.S. Serial Number:**  90296230
**Mark:**  #LITTERROBOT
**Owner:**  Automated Pet Care Products LLC
**Docket/Reference Number:**  3232.0040

The USPTO has accepted the Amendment to Allege Use (AAU) filed for the trademark application identified above as meeting the minimum filing requirements of 37 C.F.R. §2.76(e).  The application was returned to the examining attorney for a substantive review of the AAU, which may result in the issuance of a refusal and/or additional requirement(s).

**WARNING:** The filing of the AAU does **not** relieve the applicant of the duty to file a response to any outstanding Office action or to take any other action required in the case, including filing a Notice of Appeal.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=90296230&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=90296230&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

*** User:msegal ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 90296230[SN] |
| 02 | 96 | 27 | 13 | 13 | 0:01 | "Automated Pet Care Products" [on] |
| 03 | 28368 | N/A | 0 | 0 | 0:02 | *l{"iy"}{"t":2}{v}r* [bi,ti] not dead [ld] |
| 04 | 1889 | N/A | 0 | 0 | 0:02 | *robot* [bi,ti] not dead [ld] |
| 05 | 28 | 0 | 28 | 28 | 0:01 | 3 and 4 |

Session started 6/7/2022 11:19:21 AM

Session finished 6/7/2022 11:21:21 AM

Total search duration 0 minutes 7 seconds

Session duration 2 minutes 0 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 90296230

## Trademark Snap Shot AAU Processing Stylesheet
(Table presents the data on AAU Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90296230 | FILING DATE | 11/03/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SEGAL, MOLLY DANIELA | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/11/2022 |
| PUB DATE | N/A |
| STATUS | 760-EX PARTE APPEAL PENDING |
| STATUS DATE | 05/09/2022 |
| LITERAL MARK ELEMENT | #LITTERROBOT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | #LITTERROBOT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W. Entrance Dr.<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Automated pet appliances, namely, litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | 04/09/2022 | FIRST USE IN COMMERCE DATE | 04/09/2022 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | POUND LITTER ROBOT; NUMBER LITTER ROBOT; HASHTAG LITTER ROBOT |
| OWNER OF US REG NOS | 3662995   4674125   5259515 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/10/2022 | AUPC | I | AMENDMENT TO USE PROCESSING COMPLETE | 025 |
| 05/10/2022 | IUAF | S | USE AMENDMENT FILED | 024 |
| 05/09/2022 | ERFR | I | TEAS REQUEST FOR RECONSIDERATION RECEIVED | 023 |
| 05/09/2022 | EAAU | I | TEAS AMENDMENT OF USE RECEIVED | 022 |
| 05/09/2022 | EXPI | T | EX PARTE APPEAL-INSTITUTED | 021 |
| 05/09/2022 | JURT | T | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 020 |
| 05/09/2022 | EXAF | T | EXPARTE APPEAL RECEIVED AT TTAB | 019 |
| 11/08/2021 | GNFN | O | NOTIFICATION OF FINAL REFUSAL EMAILED | 018 |
| 11/08/2021 | GNFR | O | FINAL REFUSAL E-MAILED | 017 |
| 11/08/2021 | CNFR | R | FINAL REFUSAL WRITTEN | 016 |
| 10/07/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/06/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/06/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 04/06/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 012 |
| 04/06/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 011 |
| 04/06/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 010 |
| 03/23/2021 | DOCK | D | ASSIGNED TO EXAMINER | 009 |
| 02/16/2021 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 008 |
| 02/16/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 02/16/2021 | EWAF | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | 006 |
| 02/16/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 005 |

| 02/16/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 004 |
|---|---|---|---|---|
| 02/16/2021 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 003 |
| 12/31/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/06/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

### CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | MELISSA GRAY |
|---|---|
| CORRESPONDENCE ADDRESS | Melissa Gray<br>Klemchuk LLP<br>10th Floor<br>8150 N Central Expressway<br>Dallas TX 75206 |
| DOMESTIC REPRESENTATIVE | NONE |

#LitterRobot

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Amendment to Allege Use
# (15 U.S.C. Section 1051(c))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90296230 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | [mark](#) |
| **LITERAL ELEMENT** | #LITTERROBOT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **MISCELLANEOUS STATEMENTS SECTION** | |
| **MISCELLANEOUS STATEMENT** | A Request for Reconsideration and Notice of Appeal are being filed simultaneously with this Allegation of Use |
| **OWNER SECTION (current)** | |
| **NAME** | Automated Pet Care Products LLC |
| **MAILING ADDRESS** | 1080 W. Entrance Dr. |
| **CITY** | Auburn Hills |
| **STATE** | Michigan |
| **ZIP/POSTAL CODE** | 48326 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Automated Pet Care Products LLC |
| **MAILING ADDRESS** | 1080 W. Entrance Dr. |
| **CITY** | Auburn Hills |
| **STATE** | Michigan |
| **ZIP/POSTAL CODE** | 48326 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **EMAIL** | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |

| | |
|---|---|
| **NAME** | Melissa Gray |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | melissa.gray@klemchuk.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@klemchuk.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Melissa Gray |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | melissa.gray@klemchuk.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@klemchuk.com |
| **DOCKET/REFERENCE NUMBER** | 3232.0040 |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 021 |
| **CURRENT IDENTIFICATION** | Automated pet appliances, namely, litter boxes |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 04/09/2022 |
| **FIRST USE IN COMMERCE DATE** | 04/09/2022 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml9 \AAU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml9 \AAU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml9 \AAU0004.JPG |
| **SPECIMEN DESCRIPTION** | images of product packaging showing mark printed on box; box shown open in close up view to inner flaps displaying mark |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /jacob zuppke/ |
| **SIGNATORY'S NAME** | Jacob Zuppke |
| **SIGNATORY'S POSITION** | President and CEO |
| **DATE SIGNED** | 05/09/2022 |
| **SIGNATORY'S PHONE NUMBER** | 000-000-0000 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION** | |

| SUBMIT DATE | Mon May 09 16:10:23 ET 2022 |
|---|---|
| **TEAS STAMP** | USPTO/AAU-XX.XXX.XX.XX-20 220509161023201301-902962 30-8009bc6e39929dc8641cc6 c9e2e231ebc58778c671f44ef cdeb8664c6a0de15da70-CC-1 0192866-20220509143348906 314 |

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:
**MARK:** #LITTERROBOT(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90296230/large)
**SERIAL NUMBER:** 90296230

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Automated Pet Care Products LLC, having an address of
   1080 W. Entrance Dr.
   Auburn Hills, Michigan 48326
   United States
   Email: XXXX
**Proposed:** Automated Pet Care Products LLC, having an address of
   1080 W. Entrance Dr.
   Auburn Hills, Michigan 48326
   United States
   Phone:
   Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 021:
Current identification: Automated pet appliances, namely, litter boxes

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 04/09/2022, and first used in commerce at least as early as 04/09/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) images of product packaging showing mark printed on box; box shown open in close up view to inner flaps displaying mark.
Specimen File1
Specimen File2
Specimen File3

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**MISCELLANEOUS STATEMENTS**
A Request for Reconsideration and Notice of Appeal are being filed simultaneously with this Allegation of Use

**Correspondence Information (current):**
   Melissa Gray
   PRIMARY EMAIL FOR CORRESPONDENCE: melissa.gray@klemchuk.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

**Correspondence Information (proposed):**
   Melissa Gray

PRIMARY EMAIL FOR CORRESPONDENCE: melissa.gray@klemchuk.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0040.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /jacob zuppke/     Date Signed: 05/09/2022
Signatory's Name: Jacob Zuppke
Signatory's Position: President and CEO
Signatory's Phone: 000-000-0000
Signature method: Sent to third party for signature

PAYMENT: 90296230
PAYMENT DATE: 05/09/2022

Serial Number: 90296230
Internet Transmission Date: Mon May 09 16:10:23 ET 2022
TEAS Stamp: USPTO/AAU-XX.XXX.XX.XX-20220509161023201
301-90296230-8009bc6e39929dc8641cc6c9e2e
231ebc58778c671f44efcdeb8664c6a0de15da70
-CC-10192866-20220509143348906314













PTO- 1960
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Request for Reconsideration after Final Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90296230 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| MARK | [mark](mark) |
| LITERAL ELEMENT | #LITTERROBOT |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Applicant respectfully disagrees with the examiner's rejection of the application on the basis of mere descriptiveness. It is maintained that the mark is used as a source identifier of the product. Applicant has filed an Allegation of Use and a Notice of Appeal simultaneously with this Request for Reconsideration. Herein, applicant requests the application be amended for registration on the Supplemental Register. Based on the use submitted and amendments requested in this application, Applicant requests the examiner reconsider the rejections and allow the application to proceed toward registration. | |
| **ADDITIONAL STATEMENTS SECTION** | |
| SUPPLEMENTAL REGISTER | The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register'). NOTE: The applicant has separately filed an Allegation of Use, to change the basis of this application from Section 1(b), intent-to-use, to Section 1(a), use in commerce. |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Melissa Gray |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0040 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Melissa Gray |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0040 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Melissa Gray/ |
| SIGNATORY'S NAME | Melissa Gray |
| SIGNATORY'S POSITION | Attorney of Record, TX and FL Bar Member |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 214-367-6000 |
| **DATE SIGNED** | 05/09/2022 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **CONCURRENT APPEAL NOTICE FILED** | NO |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon May 09 16:18:51 ET 2022 |
| **TEAS STAMP** | USPTO-/RFR-XX.XXX.XX.XX-20 220509161851138906-902962 30-800a9efd9ae6699ccb209c b9572cfd4a207f118b82b0ff8 312726fb15e4327e31-N/A-N/ A-20220509143954835791 |

---

PTO- 1960
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Request for Reconsideration after Final Action
## To the Commissioner for Trademarks:

Application serial no. **90296230** #LITTERROBOT(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90296230/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Applicant respectfully disagrees with the examiner's rejection of the application on the basis of mere descriptiveness. It is maintained that the mark is used as a source identifier of the product. Applicant has filed an Allegation of Use and a Notice of Appeal simultaneously with this Request for Reconsideration. Herein, applicant requests the application be amended for registration on the Supplemental Register. Based on the use submitted and amendments requested in this application, Applicant requests the examiner reconsider the rejections and allow the application to proceed toward registration.

**ADDITIONAL STATEMENTS**
**Supplemental Register**
The applicant seeks registration of the mark on the Supplemental Register (i.e., a change of the words 'Principal Register' to 'Supplemental Register'). NOTE: The applicant has separately filed an Allegation of Use, to change the basis of this application from Section 1(b), intent-to-use, to Section 1(a), use in commerce.

**Correspondence Information (current):**
    Melissa Gray
    PRIMARY EMAIL FOR CORRESPONDENCE: melissa.gray@klemchuk.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0040.

**Correspondence Information (proposed):**
    Melissa Gray
    PRIMARY EMAIL FOR CORRESPONDENCE: melissa.gray@klemchuk.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0040.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Request for Reconsideration Signature**
Signature: /Melissa Gray/     Date: 05/09/2022
Signatory's Name: Melissa Gray
Signatory's Position: Attorney of Record, TX and FL Bar Member

Signatory's Phone Number: 214-367-6000 Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

The applicant is not filing a Notice of Appeal in conjunction with this Request for Reconsideration.

Mailing Address:   Melissa Gray
   Klemchuk LLP
   10th Floor
   8150 N Central Expressway
   Dallas, Texas 75206
Mailing Address:   Melissa Gray
   Klemchuk LLP
   10th Floor
   8150 N Central Expressway
   Dallas, Texas 75206

Serial Number: 90296230
Internet Transmission Date: Mon May 09 16:18:51 ET 2022
TEAS Stamp: USPTO/RFR-XX.XXX.XX.XX-20220509161851138
906-90296230-800a9efd9ae6699ccb209cb9572
cfd4a207f118b82b0ff8312726fb15e4327e31-N
/A-N/A-20220509143954835791

| | |
|---|---|
| **To:** | Automated Pet Care Products LLC (melissa.gray@klemchuk.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90296230 - #LITTERROBOT - 3232.0040 |
| **Sent:** | November 08, 2021 11:28:13 AM |
| **Sent As:** | ecom105@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 90296230

**Mark:**  #LITTERROBOT

**Correspondence Address:**
Melissa Gray
Klemchuk LLP
10th Floor
8150 N Central Expressway
Dallas TX 75206
**Applicant:**  Automated Pet Care Products LLC

**Reference/Docket No.** 3232.0040

**Correspondence Email Address:**
 melissa.gray@klemchuk.com

# FINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS) and/or Electronic System for Trademark Trials and Appeals (ESTTA).  A link to the appropriate TEAS response form and/or to ESTTA for an appeal appears at the end of this Office action.

**Issue date:**   November 08, 2021

**INTRODUCTION**

This Office action is in response to applicant's communication filed on 10/6/2021.

In a previous Office action(s) dated 4/6/2021, the trademark examining attorney refused registration of the applied-for mark based on the following:  Trademark Act Section 2(e)(1) for being merely descriptive.

The trademark examining attorney maintains and now makes FINAL the refusal(s) in the summary of issues below.  *See* 37 C.F.R. §2.63(b); TMEP §714.04.

SUMMARY OF ISSUES MADE FINAL that applicant must address:

- Section 2(e)(1) Refusal – Merely Descriptive

**SECTION 2(e)(1) REFUSAL - MERELY DESCRIPTIVE**

Registration is refused because the applied-for mark merely describes a feature of applicant's goods and/or services.   Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

Applicant seeks to register the applied-for mark "#LITTERROBOT" for use on or in connection with "Automated pet appliances, namely, litter boxes."

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g., In re Petroglyph Games, Inc.*, 91 USPQ2d 1332, 1341 (TTAB 2009) (holding BATTLECAM merely descriptive of computer game software with a feature that involve battles and provides the player with the option to utilize various views of the battlefield); *In re Cox Enters.*, 82 USPQ2d 1040, 1043 (TTAB 2007) (holding THEATL merely descriptive of publications featuring news and information about Atlanta where THEATL was the equivalent of the nickname THE ATL for the city of Atlanta); *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB 2002) (holding SMARTTOWER merely descriptive of highly automated cooling towers); *In re Sun Microsystems, Inc.*, 59 USPQ2d 1084, 1085 (TTAB 2001) (holding AGENTBEANS merely descriptive of computer software for use in developing and deploying application programs on a global computer network).

The word "LITTER" refers to "material used to absorb the urine and feces of animals." *See* previously attached dictionary evidence. The word "ROBOT" refers to "a machine or device that operates automatically or by remote control." *See* previously attached dictionary evidence.

Further, the applied-for mark consists of the wording "LITTERROBOT" immediately preceded by a hash symbol (#) or the term "hashtag." A "hashtag" is a form of metadata consisting of a word or phrase preceded by the hash symbol or pound sign "#" (e.g., #chicago, #sewing, and #supremecourtdecisions) or by the term "hashtag" (e.g., hashtag skater). TMEP §1202.18. Hashtags are used on social-networking and microblogging sites to identify or search for a keyword or topic of interest, making it easier for users to find messages with a specific theme or content. *Id.* Searching for that hashtag will yield each message in which it has been used. *In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1633 (TTAB 2018) (citing https://en.wikipedia.org/wiki/Hashtag (dated 03/20/2017)). Where a hashtag is used as part of an online social media search term, it generally serves no source-indicating function, because it "merely facilitate[s] categorization and searching within online social media." TMEP §1202.18.

In addition to their use on social-networking sites to identify or search for a keyword or topic of interest, hashtags also serve as an informational message, as explained in *In re i.am.symbolic,* 127 USPQ2d 1627, 1633 n.7 (TTAB 2018) (internal citation omitted):

> Placing the hash character in front of a word is also used "to informally express context around a given message, with no intent to categorize the message for later searching, sharing, or other reasons . . . . This can help express contextual cues or offer more depth to the information that appears with the hashtag." Hashtags may be "used to express personal feelings and emotions. For example, with 'It's Monday!! #excited #sarcasm' in which the adjectives are directly indicating the emotions of the speaker." However, in such a case the hashtag simply emphasizes the sentiment conveyed by the term that follows, similar to the function of an exclamation point, and does not significantly alter the commercial impression of the wording.

In the present case, the hashtag combined with the descriptive wording adds no source-identifying significance but retains only its significance as a hashtag for online social media. Accordingly, the combination of the merely descriptive wording "LITTERROBOT" coupled with the hash symbol is merely descriptive of applicant's goods because this combination immediately informs prospective purchasers that applicant's goods are litter boxes that operate automatically.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable. *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1516 (TTAB 2016) (citing *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB 2002)); TMEP §1209.03(d); *see, e.g., In re Cannon Safe, Inc.*, 116 USPQ2d 1348, 1351 (TTAB 2015) (holding SMART SERIES merely descriptive of metal gun safes); *In re King Koil Licensing Co.*, 79 USPQ2d 1048, 1052 (TTAB 2006) (holding THE BREATHABLE MATTRESS merely descriptive of beds, mattresses, box springs, and pillows).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Colonial Stores, Inc.*, 394 F.2d 549, 551, 157 USPQ 382, 384 (C.C.P.A. 1968); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods.

Applicant argues its mark is suggestive and the combination of the wording creates a unique unitary mark with an incongruous meaning. However, as discussed above and shown by the previously attached evidence, the mark is merely descriptive of a feature of applicant's goods. Applicant identifies automated litter boxes. The previously attached dictionary definitions show that the wording is descriptive of the identified goods.

Further, applicant argues it has a family of registered "LITTER ROBOT" marks. However, in applicant's prior registration(s), applicant claimed acquired distinctiveness under Trademark Act Section 2(f) unconditionally and not in the alternative for "Litter-Robot" in the initial application or a subsequent amendment and/or has disclaimed the wording. Thus, applicant conceded that this wording was not inherently

distinctive but was rather merely descriptive. *See Mini Melts, Inc. v. Reckitt Benckiser LLC*, 118 USPQ2d 1464, 1479 (TTAB 2016) (citing *Cold War Museum, Inc. v. Cold War Air Museum, Inc.*, 586 F.3d 1352, 1358, 92 USPQ2d 1626, 1629 (Fed. Cir. 2009)); TMEP §1212.02(b)-(c). Accordingly, applicant's prior registration(s) is probative to show that applicant's applied-for mark is not inherently distinctive in this case. *See In re Thomas Nelson, Inc.*, 97 USPQ2d 1712, 1713 (TTAB 2011); TMEP §1212.02(c).

Finally, applicant argues the examiner has prematurely drawn the conclusion that applicant's use will be limited to social-networking sites. However, as discussed above and in the previous Office action, in addition to their use on social-networking sites to identify or search for a keyword or topic of interest, hashtags also serve as an informational message.

For the foregoing reasons, registration is refused.

**How to respond.**  **Click to file a request for reconsideration of this final Office action** that fully resolves all outstanding requirements and refusals **and/or** **click to file a timely appeal to the Trademark Trial and Appeal Board (TTAB)** with the required filing fee(s).

> Segal, Molly
> /Molly Segal/
> Trademark Examining Attorney
> Law Office 105
> (571) 272-6490
> Molly.Segal@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to** **abandon**.  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or **unforeseen circumstances** could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to** **abandon**.  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with **legal authority to bind a juristic applicant**.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find** **contact information for the supervisor** of the office or unit listed in the signature block.

| To: | Automated Pet Care Products LLC (melissa.gray@klemchuk.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 90296230 - #LITTERROBOT - 3232.0040 |
| **Sent:** | November 08, 2021 11:28:15 AM |
| **Sent As:** | ecom105@uspto.gov |
| **Attachments:** | |

### United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **November 08, 2021** for
### U.S. Trademark Application Serial No. 90296230

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Segal, Molly
/Molly Segal/
Trademark Examining Attorney
Law Office 105
(571) 272-6490
Molly.Segal@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **November 08, 2021**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond

## GENERAL GUIDANCE

· **Check the status** of your application **periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 90296230 | FILING DATE | 11/03/2020 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SEGAL, MOLLY DANIELA | L.O. ASSIGNED | 105 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 10/08/2021 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 10/07/2021 |
| LITERAL MARK ELEMENT | #LITTERROBOT |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | #LITTERROBOT |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

| NAME | Automated Pet Care Products LLC |
|---|---|
| ADDRESS | 1080 W. Entrance Dr.<br>Auburn Hills, MI 48326 |
| ENTITY | 16-LTD LIAB CO |
| CITIZENSHIP | Michigan |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 021 |
|---|---|
| DESCRIPTION TEXT | Automated pet appliances, namely, litter boxes |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 021 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | POUND LITTER ROBOT; NUMBER LITTER ROBOT; HASHTAG LITTER ROBOT |
| OWNER OF US REG NOS | 3662995   4674125   5259515 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 10/07/2021 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 015 |
| 10/06/2021 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 014 |
| 10/06/2021 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 013 |
| 04/06/2021 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 012 |
| 04/06/2021 | GNRT | F | NON-FINAL ACTION E-MAILED | 011 |
| 04/06/2021 | CNRT | R | NON-FINAL ACTION WRITTEN | 010 |
| 03/23/2021 | DOCK | D | ASSIGNED TO EXAMINER | 009 |
| 02/16/2021 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 008 |
| 02/16/2021 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 007 |
| 02/16/2021 | EWAF | I | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | 006 |
| 02/16/2021 | ARAA | I | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | 005 |
| 02/16/2021 | REAP | I | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | 004 |
| 02/16/2021 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 003 |
| 12/31/2020 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 11/06/2020 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Melissa Gray |
|---|---|
| CORRESPONDENCE ADDRESS | Melissa Gray<br>Klemchuk LLP<br>10th Floor<br>8150 N Central Expressway |

| | Dallas TX 75206 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

#LitterRobot

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90296230 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 105 |
| **MARK SECTION** | |
| **MARK** | [mark](mark) |
| **LITERAL ELEMENT** | #LITTERROBOT |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Arguments are presented as an attachment in the evidence section. | |
| **EVIDENCE SECTION** | |
| **EVIDENCE FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | [evi_742024398-20211006172 431863660_._ROA__Litterro bot.pdf](evi_742024398-20211006172431863660_._ROA__Litterrobot.pdf) |
| **CONVERTED PDF FILE(S)**<br>(4 pages) | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0002.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0003.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0004.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0005.JPG](#) |
| **ORIGINAL PDF FILE** | [evi_742024398-20211006172 431863660_._ Exhibit_A.pdf](evi_742024398-20211006172431863660_._Exhibit_A.pdf) |
| **CONVERTED PDF FILE(S)**<br>(8 pages) | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0006.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0007.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0008.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0009.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0010.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0011.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0012.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\902\962\90296230\xml5\ ROA0013.JPG](#) |
| **DESCRIPTION OF EVIDENCE FILE** | arguments and TESS records as an exhibit in support of arguments. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) |

|  | 5259515, 3662995, and 4674125. |
|---|---|
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Melissa Gray |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0040 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Melissa Gray |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | melissa.gray@klemchuk.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | trademarks@klemchuk.com |
| DOCKET/REFERENCE NUMBER | 3232.0040 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /Melissa Gray/ |
| SIGNATORY'S NAME | Melissa Gray |
| SIGNATORY'S POSITION | Attorney of Record, TX and FL Bar Member |
| SIGNATORY'S PHONE NUMBER | 2143676000 |
| DATE SIGNED | 10/06/2021 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Oct 06 17:34:25 ET 2021 |
| TEAS STAMP | USPTO/ROA-XX.XXX.XX.XX-20 21100617342502536-902962 30-781f1784d7fb7e08a23c5b d4f8bd315392f4c2d64ef7709 3df81977cb64faf6a-N/A-N/A -20211006172431863660 |

PTO- 1957
Approved for use through 11/30/2023. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **90296230** #LITTERROBOT(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90296230/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Arguments are presented as an attachment in the evidence section.

**EVIDENCE**

Evidence has been attached: arguments and TESS records as an exhibit in support of arguments.
**Original PDF file:**
evi_742024398-20211006172 431863660_._ROA__Litterro bot.pdf
**Converted PDF file(s)** ( 4 pages) Evidence-1Evidence-2Evidence-3Evidence-4
**Original PDF file:**
evi_742024398-20211006172 431863660_._Exhibit_A.pdf
**Converted PDF file(s)** ( 8 pages) Evidence-1Evidence-2Evidence-3Evidence-4Evidence-5Evidence-6Evidence-7Evidence-8

**ADDITIONAL STATEMENTS**
**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5259515, 3662995, and 4674125.


**Correspondence Information (current):**
　Melissa Gray
　PRIMARY EMAIL FOR CORRESPONDENCE: melissa.gray@klemchuk.com
　SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0040.

**Correspondence Information (proposed):**
　Melissa Gray
　PRIMARY EMAIL FOR CORRESPONDENCE: melissa.gray@klemchuk.com
　SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com

The docket/reference number is 3232.0040.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Response Signature**
Signature: /Melissa Gray/　Date: 10/06/2021
Signatory's Name: Melissa Gray
Signatory's Position: Attorney of Record, TX and FL Bar Member

Signatory's Phone Number: 2143676000 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:　Melissa Gray
　Klemchuk LLP
　10th Floor
　8150 N Central Expressway
　Dallas, Texas 75206
Mailing Address:　Melissa Gray
　Klemchuk LLP
　10th Floor
　8150 N Central Expressway
　Dallas, Texas 75206

Serial Number: 90296230
Internet Transmission Date: Wed Oct 06 17:34:25 ET 2021
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XX-20211006173425025

636-90296230-781f1784d7fb7e08a23c5bd4f8b
d315392f4c2d64ef77093df81977cb64faf6a-N/
A-N/A-20211006172431863660

In the Office Action dated April 6, 2021, the Examining Attorney refused registration of #LITTERROBOT ("Applicant's Mark") under Trademark Section 2(e)(1), 15 U.S.C. § 1052(2)(e)(1), on the ground that Applicant's Mark is merely descriptive.  Applicant hereby respectfully asserts its mark is not merely descriptive and requests that the refusal to register be withdrawn.

**Applicant's Mark is Suggestive of Applicant's Services**

The examiner determined that Applicant's mark is not registerable because it merely describes a feature of the subject goods, reasoning that the mark can be separated into two words that could be descriptive and that the use of a hashtag is also descriptive when used in social media, therefore the entire mark is descriptive.  Such reasoning is flawed without a thorough review of the actual mark as a whole.  Applicant respectfully submits that its mark is suggestive, and not merely descriptive.

Suggestive marks inspire thought, imagination, and/or perception to achieve a conclusion as to the nature of the goods the mark is for.  While descriptive terms immediately and very plainly describe the relevant goods or services, suggestive marks vaguely suggest characteristics related to the goods or services of issue.  *See In re George Weston Ltd.*, 228 USPQ 57 (TTAB 1985) (SPEEDI BAKE for frozen dough found to fall within the category of suggestive marks because it only vaguely suggests a desirable characteristic of frozen dough, namely, that it quickly and easily may be baked into bread); *In re The Noble Co.*, 225 USPQ 749 (TTAB 1985) (NOBURST for liquid antifreeze and rust inhibitor for hot-water-heating systems found to suggest a desired result of using the product rather than immediately informing the purchasing public of a characteristic, feature, function, or

attribute); *In re Pennwalt Corp.*, 173 USPQ 317 (TTAB 1972) (DRI-FOOT held suggestive of anti-perspirant deodorant for feet in part because, in the singular, it is not the usual or normal manner in which the purpose of an anti-perspirant and deodorant for the feet would be described).

Here, Applicant's mark consists of a one-word character mark, #LITTERROBOT.  Even when the examiner chose to dissect the one-word mark into two for analysis, the conclusion that the words "Litter" and "Robot" together are descriptive of Applicant's goods is inaccurate.  The subject good of the Application is not "Litter" (which the examiner identified to mean "material used to absorb the urine and feces of animals").  While litter can be related to the goods at hand, it does not plainly and immediately describe the relevant good, which is not litter.  The addition of the letters "robot" to the end of "Litter" with a hashtag at the beginning, as one word, #LITTERROBOT, creates a coined and incongruous word.  A consumer encountering the mark would likely deduct that the mark is suggestive of the nature of the goods.  *See In re Shutts*, 217 USPQ 363, 364–5 (TTAB 1983) (SNO-RAKE held not merely descriptive of a snow-removal hand tool); *see also  In re Vienna Sausage Mfg. Co.*, 156 USPQ 155, 156 (TTAB 1967) (FRANKWURST held not merely descriptive for wieners, the Board finding that although "frank" may be synonymous with "wiener," and "wurst" is synonymous with "sausage," the combination of the terms is incongruous and results in a mark that is no more than suggestive of the nature of the goods); *In re John H. Breck, Inc.,* 150 USPQ 397, 398 (TTAB 1966) (TINT TONE held suggestive for hair coloring, the Board finding that the words overlap in significance and their combination is somewhat incongruous or redundant and does not immediately convey the nature of the product); *cf. In re Getz Found.*, 227 USPQ 571, 572 (TTAB 1985) (MOUSE HOUSE held fanciful for museum services featuring mice figurines made up to

appear as human beings, the Board finding that the only conceivable meaning of "mouse house," i.e., a building at a zoo in which live and/or stuffed mice are displayed, is incongruous).

According to TEMP § 1209.01(a), incongruous marks are considered accepted "guideposts" for "discriminating the suggestive from the descriptive mark." Indicating, that "the concept of mere descriptiveness 'should not penalize coinage of hitherto unused and somewhat incongruous word combinations whose import would not be grasped without some measure of imagination and "mental pause."' Here, #LITTERROBOT is suggestive of Applicant's goods, an automated pet appliance. *See Nautilus Grp., Inc. v. Icon Health & Fitness, Inc.*, 372 F.3d 1330, 1340, 71 USPQ2d 1173, 1180 (Fed. Cir. 2004). Therefore, suggestive marks do not have to be completely devoid of all meaning related to the subject goods to be registerable as marks on the Principal Register. And, Applicant's mark should be allowed to register.

Additionally, even if the "LITTERROBOT" portion of the mark were found to be merely descriptive, which Applicant respectfully disagrees with, the mark is registerable because the combination of "Litter" and "Robot" creates a unique unitary mark with an incongruous meaning as applied to the goods subject of the Application. *See In re Colonial Stores Inc.*, 394 F.2d 549, 157 USPQ 382 (C.C.P.A. 1968) (SUGAR & SPICE held not merely descriptive of bakery products.

Moreover, Applicant has a family of "Litter Robot" marks in use since at least as early as April 2000 and consumers have come to know the source of such marks. *See* Exhibit A, the TESS records of Applicant's relevant federal registrations, which have been added to the application via amendment

herein as prior registrations.  This family of registrations goes to prove that Applicant's mark with the term "LITTERROBOT" within it, is a source identifying element of Applicant's goods.

Lastly, the examiner has prematurely drawn the conclusion that Applicant's use will be limited to social-networking sites and therefore provide no source identifying function.  The examiner has gone beyond the four corners of the application and made assumptions about use that are incorrect and improper.  This application was filed with an intent to use and there is currently nothing on the record to indicate use will be limited to such sites.  To make that inference when there is no evidence of use to review, is baseless and draws conclusions from evidence that does not exist.  Here, the examiner has imagined a "use" that does not yet exist.  Such inferences are currently baseless and should not be made.

**Conclusion**

Based on the foregoing, Applicant respectfully requests that the Section 2(e)(1) refusal of the mark on the basis of mere descriptiveness be withdrawn.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 6 03:47:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:** _____ OR   Jump   **to record:** _____   **Record 19 out of 23**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Litter-Robot

| | |
|---|---|
| **Word Mark** | LITTER-ROBOT |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Automated pet appliances, namely, litter boxes. FIRST USE: 20000407. FIRST USE IN COMMERCE: 20000407 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87202622 |
| **Filing Date** | October 13, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 23, 2017 |
| **Registration Number** | 5259515 |
| **International Registration Number** | 1325582; 1366645; 1493234; 1546166 |
| **Registration Date** | August 8, 2017 |
| **Owner** | (REGISTRANT) **Automated Pet Care Products** Inc. CORPORATION MICHIGAN 2900 Auburn Court Auburn Hills MICHIGAN 48326 |

(LAST LISTED OWNER) **AUTOMATED PET CARE PRODUCTS**, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Melissa Gray |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 6 03:47:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  **List At:** [      ] OR Jump **to record:** [      ]  **Record 21 out of 23**

---

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



**litter·robot**

| | |
|---|---|
| **Word Mark** | LITTER·ROBOT |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: electric self-cleaning cat litter boxes. FIRST USE: 20121119. FIRST USE IN COMMERCE: 20131201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.04 - Cats, domestic Cats ; Kittens<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>18.13.25 - Animal calls ; Litter box ; Milking machines ; Other equipment for animals other than horses |
| **Serial Number** | 86152873 |
| **Filing Date** | December 26, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 4, 2014 |
| **Registration Number** | 4674124 |
| **Registration** | |

| | |
|---|---|
| **Date** | January 20, 2015 |
| **Owner** | (REGISTRANT) **Automated Pet Care Products**, Inc. CORPORATION MICHIGAN 40 W. Howard St., Suite B5 Pontiac MICHIGAN 48342 |
| | (LAST LISTED OWNER) **AUTOMATED PET CARE PRODUCTS**, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Melissa Gray |
| **Prior Registrations** | 3662995 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LITTER ROBOT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized image of a cat inside a circular shaped litter box above the words "LITTER ROBOT" between the words "LITTER" and "ROBOT" is a dot. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 6 03:47:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:** [        ]  OR  Jump  **to record:** [        ]   **Record 20 out of 23**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | LITTER · ROBOT |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: electric self-cleaning cat litter boxes. FIRST USE: 20121119. FIRST USE IN COMMERCE: 20130301 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.04 - Cats, domestic Cats ; Kittens<br>03.01.24 - Stylized cats, dogs, wolves, foxes, bears, lions, tigers<br>18.13.25 - Animal calls ; Litter box ; Milking machines ; Other equipment for animals other than horses |
| **Serial Number** | 86152877 |
| **Filing Date** | December 26, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 4, 2014 |
| **Registration Number** | 4674125 |
| **International Registration Number** | 1303460; 1466943 |

| | |
|---|---|
| **Registration Date** | January 20, 2015 |
| **Owner** | (REGISTRANT) **Automated Pet Care Products**, Inc. CORPORATION MICHIGAN 40 W. Howard St., Suite B5 Pontiac MICHIGAN 48342 |
| | (LAST LISTED OWNER) **AUTOMATED PET CARE PRODUCTS**, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Melissa Gray |
| **Prior Registrations** | 3662995 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LITTER ROBOT" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized image of a cat inside a circular shaped litter box next to the words "LITTER ROBOT", between the words "LITTER" and "ROBOT" is a dot. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

Trademarks > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 6 03:47:23 EDT 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:**          OR   Jump   **to record:**          **Record 13 out of 23**

---

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# litter·robot

| | |
|---|---|
| **Word Mark** | LITTER-ROBOT |
| **Goods and Services** | IC 021. US 002 013 023 029 030 033 040 050. G & S: Automated pet appliances, namely, litter boxes. FIRST USE: 20180300. FIRST USE IN COMMERCE: 20180300 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.21 - Circles that are totally or partially shaded. 27.03.01 - Geometric figures forming letters, numerals or punctuation 29.01.07 - Inconspicuous designs functioning as punctuation or parts of letters ; Small, inconspicuous design elements functioning as punctuation or parts of letters |
| **Serial Number** | 88946932 |
| **Filing Date** | June 3, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 6, 2020 |
| **Registration Number** | 6227960 |
| **International Registration Number** | 1546239 |
| **Registration Date** | December 22, 2020 |

| | |
|---|---|
| **Owner** | (REGISTRANT) **Automated Pet Care Products**, LLC LIMITED LIABILITY COMPANY MICHIGAN 1080 W Entrance Dr. Auburn Hills MICHIGAN 48326 |
| **Attorney of Record** | Melissa Gray |
| **Prior Registrations** | 4674125;5259515 |
| **Description of Mark** | The mark consists of the stylized wording "LITTER" and "ROBOT" separated by a shaded circle forming a hyphen. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

| | |
|---|---|
| **To:** | Automated Pet Care Products LLC (melissa.gray@klemchuk.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90296230 - #LITTERROBOT - 3232.0040 |
| **Sent:** | April 06, 2021 06:31:09 PM |
| **Sent As:** | ecom105@uspto.gov |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial**
**No.** 90296230

**Mark:** #LITTERROBOT

**Correspondence Address:**
Melissa Gray
Klemchuk LLP
10th Floor
8150 N Central Expressway
Dallas TX 75206
**Applicant:** Automated Pet
Care Products LLC

**Reference/Docket No.**
3232.0040

**Correspondence Email**
**Address:**

melissa.gray@klemchuk.com

# NONFINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:**  **April 06, 2021**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SEARCH OF USPTO DATABASE OF MARKS

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d).  15 U.S.C. §1052(d); TMEP §704.02.

## SUMMARY OF ISSUES:

- Section 2(e)(1) Refusal – Merely Descriptive

## SECTION 2(e)(1) REFUSAL - MERELY DESCRIPTIVE

Registration is refused because the applied-for mark merely describes a feature of applicant's goods.   Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

Applicant seeks to register the applied-for mark "#LITTERROBOT" for use on or in connection with "Automated pet appliances, namely, litter boxes."

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services.   TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents* , 252 U.S. 538, 543 (1920)).

The word "LITTER" refers to " material used to absorb the urine and feces of animals."  *See* attached dictionary evidence.  The word "ROBOT" refers to "a machine or device that operates automatically or by remote control."  *See* attached dictionary evidence.

Further, the applied-for mark is immediately preceded by a hash symbol (#). A "hashtag" is a form of metadata consisting of a word or phrase preceded by the hash symbol or pound sign "#" (e.g., #chicago, #sewing, and #supremecourtdecisions) or by the term "hashtag" (e.g., hashtag skater).  TMEP §1202.18. Hashtags are used on social-networking and microblogging sites to identify or search for a keyword or topic of interest, making it easier for users to find messages with a specific theme or content.  *Id.*  Searching for that hashtag will yield each message in which it has been used.  *In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1633 (TTAB 2018) (citing https://en.wikipedia.org/wiki/Hashtag (dated 03/20/2017)).  Where a hashtag is used as part of an online social media search term, it generally serves no source-indicating function, because it "merely facilitate[s] categorization and searching within online social media."  TMEP §1202.18.

In addition to their use on social-networking sites to identify or search for a keyword or topic of interest, hashtags also serve as an informational message, as explained in *In re i.am.symbolic*, 127 USPQ2d 1627, 1633 n.7 (TTAB 2018) (internal citation omitted):

> Placing the hash character in front of a word is also used "to informally express context around a given message, with no intent to categorize the message for later searching, sharing, or other reasons . . . .  This can help express contextual cues or offer more depth to the information that appears with the hashtag."  Hashtags may be "used to express personal feelings and emotions.  For example, with 'It's Monday!! #excited #sarcasm' in which the adjectives are directly indicating the emotions of the speaker."  However, in such a case the hashtag simply emphasizes the sentiment conveyed by the term that follows, similar to the function of an exclamation point, and does not significantly alter the commercial impression of the wording.

In the present case, the hashtag combined with the descriptive wording adds no source-identifying significance but retains only its significance as a hashtag for online social media.  Accordingly, the combination of the merely descriptive wording "LITTERROBOT" coupled with the hash symbol is merely descriptive of applicant's goods because this combination immediately informs prospective purchasers that applicant's goods are automated pet appliances, namely, litter boxes.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable.  *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1516 (TTAB 2016) (citing *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB 2002)); TMEP §1209.03(d); *see, e.g.*, *Apollo Med. Extrusion Techs., Inc. v. Med. Extrusion Techs., Inc.*, 123 USPQ2d 1844, 1851 (TTAB 2017) (holding MEDICAL EXTRUSION TECHNOLOGIES merely descriptive of medical extrusion goods produced by employing medical extrusion technologies); *In re Cannon Safe, Inc.*, 116 USPQ2d 1348, 1351 (TTAB 2015) (holding SMART SERIES merely descriptive of metal gun safes); *In re King Koil Licensing Co.*, 79 USPQ2d 1048, 1052 (TTAB 2006) (holding THE BREATHABLE MATTRESS merely descriptive of beds, mattresses, box springs, and pillows).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable.  *See In re Colonial Stores, Inc.*, 394 F.2d 549, 551, 157 USPQ 382, 384 (C.C.P.A. 1968); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services.

For the foregoing reasons, registration is refused.  Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

## CONTACT INFORMATION

Please call or email the assigned trademark examining attorney with questions about this Office action.  Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action.  *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.  Click to file a response to this nonfinal Office action.**

> /Molly Segal/
> Molly Segal
> Trademark Examining Attorney
> Law Office 105
> (571) 272-6490
> Molly.Segal@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.



# litter *noun*

Save Word

lit·ter | \ ˈli-tər \

### Definition of *litter* (Entry 1 of 2)

**1**  **a** : a covered and curtained couch provided with shafts and used for carrying a single passenger
// *a litter* carried on the shoulders of four men
— Edwin Tunis

**b** : a device (such as a stretcher) for carrying a sick or injured person
// The wounded soldier was carried to the rear by *litter*.

**2**  **a** **(1)** : material used as bedding for animals
// Fibrous peat was used as *litter* for livestock.

**(2)** : material used to absorb the urine and feces of animals

**b** : the uppermost slightly decayed layer of organic matter on the forest floor

**3** : the offspring at one birth of a multiparous animal
// *a litter* of puppies

**4**  **a** : trash, wastepaper, or garbage lying scattered about
// trying to clean up the roadside *litter*

WORD OF THE DAY

hoosegow

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE



**ro·bot** (rō′bŏt′, -bət)

**1.** A mechanical device that sometimes resembles a human and is capable of performing a variety of often complex human tasks on command or by being programmed in advance.
**2.** A machine or device that operates automatically or by remote control.
**3.** A person who works mechanically without original thought, especially one who responds automatically to the commands of others.
**4.** A form of urban dance involving a succession of separate movements executed with precision in imitation of a robot.

[Czech, from *robota*, drudgery; see **orbh-** in the Appendix of Indo-European roots.]

**ro·bot′ic** *adj.*

*Word History:* *Robot* has been in English since 1923, when Karel Čapek's 1921 play *R.U.R.* was translated into English from Czech and presented in London and New York. The play's title, *R.U.R.*, is an abbreviation of *Rossum's Universal Robots*, the name of a corporation in the play that makes robots to serve as slave labor for humanity. However, Čapek's robots—the original robots—are quite different from the standard-issue robots of later 20th-century science fiction, such as C3PO and R2D2 of *Star Wars*, that seem to be assembled from metal, silicon, and other non-biological materials. Čapek's robots are assembled out of something like flesh and blood, made according to a secret formula. Their flesh is mixed like dough in mixing machines and their nerves and veins are spun out on spinners. Eventually, during the course of the play, the robots grow tired of their subservient position and stage a rebellion that places the very future of humanity in peril. The robots take over the world, but it becomes clear that they also feel emotions like love and are worthy successors to humanity. *Robot* and *robotics*, the words Čapek uses in Czech for the male and female versions of these sentient biological automatons, are derived from the Czech word *robota*, "servitude, forced labor."

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

### Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our

| | |
|---|---|
| **To:** | Automated Pet Care Products LLC (melissa.gray@klemchuk.com) |
| **Subject:** | U.S. Trademark Application Serial No. 90296230 - #LITTERROBOT - 3232.0040 |
| **Sent:** | April 06, 2021 06:31:10 PM |
| **Sent As:** | ecom105@uspto.gov |
| **Attachments:** | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **April 06, 2021** for
**U.S. Trademark Application Serial No. 90296230**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Segal, Molly
/Molly Segal/
Molly Segal
Trademark Examining Attorney
Law Office 105
(571) 272-6490
Molly.Segal@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **April 06, 2021**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

*** User:msegal ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 90296230[SN] |
| 02 | 67 | N/A | 0 | 0 | 0:01 | "Automated Pet Care Products" [on] |
| 03 | 10 | N/A | 0 | 0 | 0:01 | *l{"iy"}{"t":2}{v}Rr* [bi,ti] not dead [ld] |
| 04 | 28333 | N/A | 0 | 0 | 0:01 | *l{"iy"}{"t":2}{v}r* [bi,ti] not dead [ld] |
| 05 | 1699 | N/A | 0 | 0 | 0:01 | *robot* [bi,ti] not dead [ld] |
| 06 | 25 | 0 | 25 | 25 | 0:01 | 4 and 5 |

Session started 4/6/2021 6:16:11 PM

Session finished 4/6/2021 6:18:28 PM

Total search duration 0 minutes 6 seconds

Session duration 2 minutes 17 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 90296230

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90296230 |
| **MARK SECTION** | |
| **MARK** | #LITTERROBOT (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/90296230/large) |
| **OWNER SECTION(current)** | |
| **NAME** | Automated Pet Care Products LLC |
| **MAILING ADDRESS** | 1080 W Entrance Dr |
| **CITY** | Auburn Hills |
| **STATE** | Michigan |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 48326 |
| **EMAIL** | XXXX |
| **OWNER SECTION(proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| **NAME** | Automated Pet Care Products LLC |
| **MAILING ADDRESS** | 1080 W. Entrance Dr. |
| **CITY** | Auburn Hills |
| **STATE** | Michigan |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 48326 |
| **EMAIL** | XXXX |
| **ATTORNEY SECTION(current)** | |
| **NAME** | Virginia Sanderson |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | KRONENBERGER ROSENFELD, LLP |
| **STREET** | 150 POST ST., SUITE 520 |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |

| | |
|---|---|
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **POSTAL/ZIP CODE** | 94108 |
| **PHONE** | 415-955-1155 |
| **EMAIL** | tmapps@krinternetlaw.com |
| **STATEMENT OF THE REASON FOR REPLACEMENT** | |
| the individual listed below should now be identified as the attorney of record | |
| **ATTORNEY SECTION (proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record: |
| **NAME** | Melissa Gray |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Klemchuk LLP |
| **INTERNAL ADDRESS** | 10th Floor |
| **STREET** | 8150 N Central Expressway |
| **CITY** | Dallas |
| **STATE** | Texas |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **POSTAL/ZIP CODE** | 75206 |
| **PHONE** | 214-367-6000 |
| **EMAIL** | melissa.gray@klemchuk.com |
| **DOCKET/REFERENCE NUMBER(S)** | 3232.0040 |
| **CORRESPONDENCE SECTION(current)** | |
| **NAME** | VIRGINIA SANDERSON |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | tmapps@krinternetlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | ginny@krinternetlaw.com; kelly@krinternetlaw.com |
| **CORRESPONDENCE SECTION (proposed)** | |
| **NAME** | Melissa Gray |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | melissa.gray@klemchuk.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarks@klemchuk.com |
| **DOCKET/REFERENCE NUMBER(S)** | 3232.0040 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /jacob zuppke/ |
| **SIGNATORY NAME** | |

| SIGNATORY NAME | Jacob Zuppke |
|---|---|
| SIGNATORY DATE | 02/16/2021 |
| SIGNATORY POSITION | President & COO |
| SIGNATORY PHONE NUMBER | xxx-xxxx |
| ROLE OF AUTHORIZED SIGNATORY | Owner/Holder not represented by an attorney |
| SIGNATURE METHOD | Sent to third party for signature |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Tue Feb 16 13:18:21 ET 2021 |
| TEAS STAMP | USPTO/CAR-XXXX:XXXX:XXXX:<br>XXXX:XXXX:XXXX:XXXX:XXXX-<br>20210216131821021587-9039<br>3461-770dba3838fe96c2699e<br>ac2eacf0eb51ddbafd5f42a2d<br>adc2c72e2e6a24a596c-N/A-N<br>/A-20210216131004767397 |

PTO- 2300
Approved for use through 11/30/2020. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** #LITTERROBOT (standard characters, see https:/tmng-al.uspto.gov/resting2/api/img/90296230/large)
**SERIAL NUMBER:** 90296230

**Owner Section (Current) :**
Automated Pet Care Products LLC
1080 W Entrance Dr
Auburn Hills, Michigan 48326
United States
XXXX

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
Automated Pet Care Products LLC
1080 W. Entrance Dr.
Auburn Hills, Michigan 48326
United States
XXXX

**Attorney Section (Current):**
Virginia Sanderson of KRONENBERGER ROSENFELD, LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
150 POST ST., SUITE 520
SAN FRANCISCO, California 94108
United States
415-955-1155
Email Address: tmapps@krinternetlaw.com

**STATEMENT OF THE REASON FOR REPLACEMENT**
the individual listed below should now be identified as the attorney of record

By submission of this request, the undersigned confirms that (1) representation is ongoing and (2) that the individual listed below should now be identified as the attorney of record:

**Attorney Section (proposed):**
Melissa Gray of Klemchuk LLP
XX bar, admitted in XXXX, bar membership no. XXX, is located at
10th Floor
8150 N Central Expressway
Dallas, Texas 75206
United States
214-367-6000
melissa.gray@klemchuk.com

Docket Reference Number(s): 3232.0040

Melissa Gray submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
VIRGINIA SANDERSON
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: tmapps@krinternetlaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): ginny@krinternetlaw.com; kelly@krinternetlaw.com

**Correspondence Section (proposed):**
Melissa Gray
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: melissa.gray@klemchuk.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarks@klemchuk.com
Docket Reference Number(s): 3232.0040


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).


Signature: /jacob zuppke/      Date: 02/16/2021
Signatory's Name: Jacob Zuppke
Signatory's Position: President & COO
Signatory's Phone Number: xxx-xxxx
Signature method: Sent to third party for signature

The signatory has confirmed that he/she is either: (1) the owner/holder; or (2) a person or persons with legal authority to bind the owner/holder.


Serial Number: 90296230
Internet Transmission Date: Tue Feb 16 13:18:21 ET 2021
TEAS Stamp: USPTO/CAR-XXXX:XXXX:XXXX:XXXX:XXXX:XXXX:
XXXX:XXXX-20210216131821021587-90393461-
770dba3838fe96c2699eac2eacf0eb51ddbafd5f
42a2dadc2c72e2e6a24a596c-N/A-N/A-2021021
6131004767397

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 90296230**
**Filing Date: 11/03/2020**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90296230 |
| **MARK INFORMATION** | |
| *MARK | #LitterRobot |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | #LitterRobot |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Automated Pet Care Products LLC |
| *MAILING ADDRESS | 1080 W Entrance Dr |
| *CITY | Auburn Hills |
| *STATE (Required for U.S. applicants) | Michigan |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 48326 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Michigan |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Automated pet appliances, namely, litter boxes |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Virginia Sanderson |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |

| FIRM NAME | Kronenberger Rosenfeld, LLP |
|---|---|
| STREET | 150 Post St., Suite 520 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94108 |
| PHONE | 415-955-1155 |
| EMAIL ADDRESS | tmapps@krinternetlaw.com |
| OTHER APPOINTED ATTORNEY | Kelly Mulcahy |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Virginia Sanderson |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | tmapps@krinternetlaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | ginny@krinternetlaw.com; kelly@krinternetlaw.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEES DUE | 275 |
| *TOTAL FEES PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Virginia Sanderson/ |
| SIGNATORY'S NAME | Virginia Sanderson |
| SIGNATORY'S POSITION | Attorney of record, California Bar member |
| SIGNATORY'S PHONE NUMBER | 415-955-1155 |
| DATE SIGNED | 11/03/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90296230**
**Filing Date: 11/03/2020**

## To the Commissioner for Trademarks:

**MARK:** #LitterRobot (Standard Characters, see mark)
The literal element of the mark consists of #LitterRobot. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Automated Pet Care Products LLC, a limited liability company legally organized under the laws of Michigan, having an address of

    1080 W Entrance Dr
    Auburn Hills, Michigan 48326
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 021:  Automated pet appliances, namely, litter boxes
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Virginia Sanderson. Other appointed attorneys are Kelly Mulcahy. Virginia Sanderson of Kronenberger Rosenfeld, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    150 Post St., Suite 520
    San Francisco, California 94108
    United States
    415-955-1155(phone)
    tmapps@krinternetlaw.com

Virginia Sanderson submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    Virginia Sanderson
    PRIMARY EMAIL FOR CORRESPONDENCE: tmapps@krinternetlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): ginny@krinternetlaw.com; kelly@krinternetlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;

- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Virginia Sanderson/   Date: 11/03/2020
Signatory's Name: Virginia Sanderson
Signatory's Position: Attorney of record, California Bar member
Payment Sale Number: 90296230
Payment Accounting Date: 11/03/2020

Serial Number: 90296230
Internet Transmission Date: Tue Nov 03 15:36:20 ET 2020
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202011031536203
11009-90296230-75046d05b636be512327addd6
18fb9ae573d99d6f63626b9a5e88745775eb48ad
-CC-36198333-20201103150955356265

#LitterRobot

#LitterRobot