UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 5-22-cv-04261-VC<br><br>Honorable Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing: December 1, 2022<br>Time: 10:00 a.m.<br>Courtroom: 4 – 17th Floor (Zoom Hearing)<br>Judge: The Honorable Vince Chhabria<br>Complaint Filed: July 22, 2022 |

Before the Court is Defendants PurLife Brands, Inc. (d/b/a "Smarty Pear") and Chris Madeiras' Request for Judicial Notice in Support of Defedants' Motion to Dismiss the Amended Complaint. Upon consideration of the Request for Judicial Notice and any opposition and reply thereto, it is hereby ORDERED that the Court will consider the contents of the materials in paragraphs 1-19 of the Request for Judicial Notice, in connection with Defendants' Motion to Dismiss the Amended Complaint.

DATED: _____  _____

Vince Chhabria
United States District Judge