COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ERIK MILCH [pro hac vice]
(emilch@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone: (703) 456-8573
Facsimile: (703) 456-8100

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 3:22-cv-04261-VC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Vince Chhabria<br>Hearing Date: December 1, 2022<br>Time: 10:00 a.m.<br>Courtroom: 4-17th Floor (Zoom Hearing) |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1, Plaintiff Automated Pet Care Products, LLC d/b/a |
| 2 | Whisker ("Plaintiff"), and PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear"), and Chris |
| 3 | Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and |
| 4 | stipulate that good cause exists to request an order from the Court adopting the below briefing |
| 5 | schedule for Defendants' motion to dismiss the Complaint and setting a date for the Case |
| 6 | Management Conference. |

## RECITALS

WHEREAS, Plaintiff filed the Complaint in the above-entitled action in U.S. District Court for the Northern District of California on July 22, 2022 (ECF 1);

WHEREAS, to harmonize deadlines, the Parties stipulated to an extension of time for Defendants to respond to the Complaint from August 22, 2022 for Defendant Smarty Pear and September 8, 2022 for Defendant Madeiras, to September 28, 2022 for both Defendants, which was so ordered by the Court (ECF 14);

WHEREAS, in anticipation of Plaintiff filing the First Amended Complaint, the Parties stipulated to an extension of time for Defendants to respond to the First Amended Complaint to October 12, 2022, which was so ordered by the Court (ECF 20);

WHEREAS, Plaintiff filed the First Amended Complaint on September 22, 2022, adding a third patent claim to the dispute (ECF 25);

WHEREAS, this action was reassigned from Judge van Keulen to this Court on October 7, 2022 (ECF 28);

WHEREAS, Defendants filed their Motion to Dismiss the First Amended Complaint in its entirety on October 12, 2022 (ECF 29) (the "Motion"), and noticing a proposed hearing on December 1, 2022;

WHEREAS, under the current schedule, Plaintiff's brief in opposition to Defendants' Motion is due by October 26, 2022, and Defendants' reply brief in support of the Motion is due by November 3, 2022;

WHEREAS, given the number of issues raised in the Motion, the Parties agree that the deadline for Plaintiff's opposition brief should be November 3, 2022, and the deadline for

Defendants' reply brief should be November 17, 2022;

WHEREAS, Plaintiff's reply brief would be due 14 days before the proposed December 1, 2022 hearing date on the Motion, complying with Paragraph 40 of this Court's Standing Order;

WHEREAS, the Parties also agree that, subject to this Court's calendar, the proposed date for the initial Case Management Conference should be set for December 14, 2022, consistent with Paragraph 14 of this Court's Standing Order, and that a Case Management Statement should be due by December 7, 2022, consistent with Civil Local Rule 16-9(a) and Federal Rule of Civil Procedure 26(f)(2);

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between Plaintiff's and Defendants' counsel:

1. Plaintiff's brief in opposition to Defendant's Motion to Dismiss the First Amended Complaint shall be due no later than November 3, 2022, with Defendants' reply brief due no later than November 17, 2022.

2. Subject to the Court's calendar, the initial Case Management Conference shall occur on December 14, 2022, with a Case Management Statement due by December 7, 2022.

Dated: October 18, 2022

COOLEY LLP

*/s/ Bobby Ghajar*
Bobby Ghajar

*Attorney for Plaintiff*
Automated Pet Care Products LLC d/b/a Whisker

Dated: October 18, 2022

HAILEY GUILIANO LLP

*/s/ Richard T. McCaulley*
Richard T. McCaulley

*Attorney for Defendants*
PurLife Brands, Inc. d/b/a Smarty Pear, Chris Madeiras

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2022

COOLEY LLP

*/s/ Bobby Ghajar*
Bobby Ghajar

*Attorney for Plaintiff*
Automated Pet Care Products LLC d/b/a Whisker