UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Defendants. | Case No. 3:22-cv-04261-VC<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] O**RDER** R**E** S**ETTING** B**RIEFING** S**CHEDULE FOR** D**EFENDANTS'** M**OTION TO** D**ISMISS AND** C**ASE** M**ANAGEMENT** C**ONFERENCE** |

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

1. Plaintiff's brief in opposition to Defendant's Motion to Dismiss the First Amended Complaint shall be due no later than November 3, 2022, with Defendants' brief in support of their Motion due no later than November 17, 2022.

2. The initial Case Management Conference shall occur on December 14, 2022, with a Case Management Statement due by December 7, 2022.

Dated: October 25, 2022

*IT IS SO ORDERED. Judge Vince Chhabria*

Hon. Vince Chhabria
United States District Judge