| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Automated Pet Care Products, LLC d/b/a Whisker,

Plaintiff(s),

v.

PurLife Brands, Inc. d/b/a Smarty Pear,

Defendant(s).

Case No. 3:22-cv-04261-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Allison Elkman, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Automated Pet Care Products, LLC in the above-entitled action. My local co-counsel in this case is Bobby Ghajar, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 198719.

1299 Pennsylvania Avenue NW, Ste 700
Washington, DC 20004
MY ADDRESS OF RECORD

1333 2nd St., Ste 400, Santa Monica, CA 90401
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 842-7800
MY TELEPHONE # OF RECORD

(310) 883-6400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

aelkman@cooley.com
MY EMAIL ADDRESS OF RECORD

bghajar@cooley.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1780537.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2023

Allison Elkman
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Allison Elkman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE