# EXHIBIT 4

**EXHIBIT 4**

**Initial Claim Chart for U.S. Patent No. 9,433,185 ('185)**

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| **Claim 1** | | |
| 1. A device comprising: | Leo's Loo is a device, which is a self-cleaning litterbox.<br><br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | Leo's Loo Too is a device, which is a self-cleaning litterbox.<br><br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| (a) a support base; | The device includes a support base, which supports and houses components of the self-cleaning litterbox. | The device includes a support base, which supports and houses components of the self-cleaning litterbox. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | support base | support base |
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | <br><br>1 Rotating Drum<br>2 Sifter<br>3 Silicon Litter Bladder<br>4 Weight Sensors<br>5 Top Cover (Removable)<br>6 Display Panel<br>7 Control Panel<br>8 Machine Base (Non-removable)<br>9 Top Cover Buckle<br>10 Waste Litter Drawer<br>11 Power Connector<br>12 Night Light Cover | **Components**<br><br><br>1 Rotating Drum (Removable)<br>2 Sifter<br>3 Silicon Litter Bladder<br>4 Weight Sensors<br>5 Top Cover (Removable)<br>6 Silicone Step (Replaceable)<br>7 POWER Button<br>8 Base<br>9 Top Cover (Removable)<br>10 Waste Litter Drawer<br>11 Power Connector<br>12 Carbon Filters<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q 2vFzaq1amU5cI200WASxOh/view |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo User Manual*, at 3, https://drive.google.com/file/d/1bFoOMp4Lw GYfP1rghYd4nm_sWrJ3q3aV/. | |
| **(b)** a chamber, located on the support base, which includes: | The device includes a hollow chamber, which is located on the support base.<br><br>chamber<br><br>Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | The device includes a hollow chamber, which is located on the support base.<br><br>chamber<br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| **(i)** an entry opening so that an animal can enter and exit the chamber; | The chamber includes an entry opening so an animal, such as a pet cat, can enter and exit the chamber to use the litterbox. | The chamber includes an entry opening so an animal, such as a pet cat, can enter and exit the chamber to use the litterbox. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | <br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo<br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | <br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too<br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/ |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| (ii) a screen and/or septum located at a back of the chamber, opposite the entry opening; | The chamber includes within its interior and opposite the entry opening, a screen and a septum, with the screen affixed to the septum.<br><br><br><br>screen/septum<br><br>Photograph of Leo's Loo product | The chamber includes within its interior and opposite the entry opening, a screen and a septum, with the screen affixed to the septum.<br><br><br><br>screen/septum<br><br>Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618 |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/95 73/files/Smarty_Pear_Leo_s_Loo_Covered_Au tomatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Pro duct_Features_2.mp4?v=1652196618 | Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/95 73/files/30s_Product_Video_final_2.mp4?v=16 52196618Cleaning_Cat_Litter_Box_How_It_ Works_Product_Features_2.mp4?v=16521966 18 |
| (iii) a single axis of rotation that forms an angle of between about 80 degrees and about 55 degrees with a vertical plane; | The chamber automatically rotates about its own axis of rotation during a cleaning cycle.  The axis of rotation forms an angle of about 75-80 degrees with the vertical plane. | The chamber automatically rotates about its own axis of rotation during a cleaning cycle.  The axis of rotation forms an angle of about 75-80 degrees with the vertical plane. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Photograph of Leo's Loo product |  Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/95 73/files/30s_Product_Video_final_2.mp4?v=1 652196618 |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Image of Leo's Loo, https://smartypear.com/products/leo-s-loo |  Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| (iv) a track, which encircles an outside wall of the chamber and lies in one plane defining a track plane which forms an angle between about 10 degrees and 35 degrees with the vertical plane, for rotating the chamber around the single axis of rotation; | The chamber includes a track going about its exterior. | The chamber includes a track going about its exterior. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618 | Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | The track lies in one plane, which defines a track plane.  The track plane is tilted relative to the vertical plane such that it forms an angle of about 10-15 degrees from the vertical plane.<br><br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | The track lies in one plane, which defines a track plane.  The track plane is tilted relative to the vertical plane such that it forms an angle of about 10-15 degrees from the vertical plane.<br><br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| (v) a single waste opening, located entirely on one side of the track plane in a wall of the chamber and on an opposite side of the track plane as the entry opening; and | The chamber includes a waste opening from which waste deposited in the interior of the chamber by an animal then exits to the waste bin.  The waste opening is located entirely on one side of the track and thus entirely on one side of the track plane.  The waste opening is located on the opposite side of the track plane (rear side) as the entry opening (front side). | The chamber includes a waste opening from which waste deposited in the interior of the chamber by an animal then exits to the waste bin.  The waste opening is located entirely on one side of the track and thus entirely on one side of the track plane.  The waste opening is located on the opposite side of the track plane (rear side) as the entry opening (front side). |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618 | Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |
| (vi) two chamber halves separated by the track plane; | The chamber is formed by two separate chamber halves.  The halves are joined to form the track, such that the track plane then divides the two chamber halves. | The chamber is formed by two separate chamber halves. The halves are joined to form the track, such that the track plane then divides the two chamber halves. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | first chamber half — track — second chamber half<br><br>Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618 | first chamber half — track — second chamber half<br><br>Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |
| (c) a bonnet, which has a band-like shape and substantially a same contour | The device includes a bonnet.  The bonnet has a band-like shape with a contour reciprocal with the curvature of the chamber exterior.  The bonnet | The device includes a bonnet.  The bonnet has a band-like shape with a contour reciprocal with the curvature of the chamber exterior.  The bonnet extends over the upper portion |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| as a portion of the outside wall of the chamber, extends over the portion of the chamber so that a front and a rear of the outside wall of the chamber remain uncovered by the bonnet, is attached to the support base on two sides of the chamber, and at least partially covers the track and the single waste opening so that during rotation of the chamber a pinch condition is prevented between the track, the single waste opening, or both and the support base; | extends over the upper portion of the chamber.  The bonnet itself does not cover the bottom rear of the chamber and does not cover the front of the chamber.  The top cover covers the upper half of the track and covers the single waste opening when the single waste opening is oriented upwardly.  A pinch condition is prevented by the bonnet covering the waste opening and track at all times from rest throughout rotation.<br><br>bonnet<br><br><br><br>Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | of the chamber.  The bonnet itself does not cover the bottom rear of the chamber and does not cover the front of the chamber.  The top cover covers the upper half of the track and covers the single waste opening when the single waste opening is oriented upwardly.  A pinch condition is prevented by the bonnet covering the waste opening and track at all times from rest throughout rotation.<br><br>bonnet<br><br><br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | front of outside wall of chamber uncovered<br>**Image of Leo's Loo,** https://smartypear.com/products/leo-s-loo<br>rear of outside wall of chamber uncovered | front of outside wall of chamber uncovered<br>**Image of Leo's Loo Too,** https://smartypear.com/products/leo-s-loo-too<br>rear of outside wall of chamber uncovered |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618_Features_2.mp4?v=1652196618 bonnet covers waste opening and track Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 bonnet covers waste opening and track Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | The bonnet is affixed to the support base via tabs at two opposing sides (left and right) of the chamber. Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618_Features_2.mp4?v=1652196618 | The bonnet is affixed to the support base via tabs at two opposing sides (left and right) of the chamber. Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |
| wherein during rotation of the chamber, the single axis of rotation funnels clumps, waste, or both towards and then out of the single waste opening. | Due to the rotational motion, litter clumps and waste are funneled toward the waste opening for disposal. | Due to the rotational motion, litter clumps and waste are funneled toward the waste opening for disposal. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | | |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618_Features_2.mp4?v=1652196618 | Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618 |
| **Claim 3** | | |
| 3. The device according to claim 1, wherein the track plane is normal to the single axis of rotation. | The track and track plane are perpendicular (normal) relative to the single axis of rotation. | The track and track plane are perpendicular (normal) relative to the single axis of rotation. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| **Claim 4** | | |
| 4. The device according to claim 1, wherein the chamber rotates on the support base around the single axis of rotation so that litter in the chamber has a relatively conical rotation. | The chamber rotates about its rotational axis while supported by the support base.  The chamber rotates to move the screen, septum, and waste opening toward the litter (and bottom of device).  The litter has a relatively conical rotation as it continues to reposition itself toward the bottom of the chamber. | The chamber rotates about its rotational axis while supported by the support base.  The chamber rotates to move the screen, septum, and waste opening toward the litter (and bottom of device).  The litter has a relatively conical rotation as it continues to reposition itself toward the bottom of the chamber. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Photograph of Leo's Loo product |  Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/95 73/files/30s_Product_Video_final_2.mp4?v=16 52196618 |
| **Claim 6** | | |
| 6. The device according to claim 1, wherein the chamber includes a litter bed, and the angle of the single axis of rotation relative to the vertical plane results in a top surface of the litter bed forming an angle of between about 3 degrees and 8 degrees with a surface on which the support base rests, a plane perpendicular to the vertical plane, or both. | Litter is located within the chamber and forms a litter bed.  The top surface of the liter bed forms an angle of about 3-8 degrees relative to a plane perpendicular to a vertical plane. | Litter is located within the chamber and forms a litter bed. The top surface of the liter bed forms an angle of about 3-8 degrees relative to a plane perpendicular to a vertical plane. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| **Claim 7** | | |
| 7. The device according to claim 1, wherein the entry opening forms a plane which forms an angle of about 10 degrees or more with vertical. | The entry opening forms a plane. The plane of entry opening is parallel with the track plane. The track plane forms a 10-15 degree angle with the vertical plane. Thus, the entry opening's plane also forms a 10-15 degree angle with the vertical plane. | The entry opening forms a plane. The plane of entry opening is parallel with the track plane. The track plane forms a 10-15 degree angle with the vertical plane. Thus, the entry opening's plane also forms a 10-15 degree angle with the vertical plane. |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| **Claim 11** | | |
| 11. The device according to claim 1, wherein the entry opening exhibits an area of about 225 cm² or more. | Area = 366.1 cm² (based on an 8.5 inch opening) which is > 225 cm² Diameter = 8.5 inches = 21.59 cm  Radius (r) = Diameter/2  Radius (r) = 4.25 inches = 10.795 cm  $A = \pi r^2$  A= $\pi(10.795)^2$ A=366.1cm² | Area = 419.6 cm² (based on a 9.1 inch opening) which is >225 m² Diameter = 9.1 inches = 23.114 cm  Radius (r) = Diameter/2  Radius (r) = 4.55 inches = 11.557 cm  $A = \pi r^2$ A= $\pi(11.557)^2$ A=419.6 cm² |

| Claims – '185 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |