# EXHIBIT 5

**EXHIBIT 5**

**Initial Claim Chart for U.S. Patent No. 7,647,889 ('889)**

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| **Claim 1** | | |
| 1. An apparatus for receiving and disposing of animal waste comprising: | Leo's Loo is an apparatus, which is for receiving and disposing of animal waste.<br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | Leo's Loo Too is an apparatus, which is for receiving and disposing of animal waste.<br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| a) a first unit assembly further comprising: (i) an unenclosed compartment open from above used to contain litter for the deposit of animal waste material that allows for ingress and egress | The apparatus includes a first unit assembly comprising an unenclosed compartment open from above used to contain litter for the deposit of animal waste material that allows for ingress and egress of an animal from at least one direction. | The apparatus includes a first unit assembly comprising an unenclosed compartment open from above used to contain litter for the deposit of animal waste material that allows for ingress and egress of an animal from at least one direction. |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| of an animal from at least one direction; |  Unenclosed compartment<br><br>ingress and egress from at least one direction<br><br>Image of Leo's Loo, https://smartypear.com/products/leo-s-loo<br><br> |  Unenclosed compartment<br><br>ingress and egress from at least one direction<br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too<br><br> |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo  | Image of Leo's Loo Too, https://smartypear.com/   Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q 2vFzaq1amU5cI200WASxOh/view |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo User Manual*, at 3, https://drive.google.com/file/d/1bFoOMp4Lw GYfP1rghYd4nm_sWrJ3q3aV/. | |
| (ii) a temporary litter storage compartment laterally adjacent to and in communication with the unenclosed compartment; | The first unit assembly includes a temporary litter storage compartment laterally adjacent to and in communication with the unenclosed compartment.<br><br><br><br>temporary litter storage compartment<br><br>Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/957 3/files/Smarty_Pear_Leo_s_Loo_Covered_Auto matic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Prod uct_Features_2.mp4?v=1652196618 Features_2.mp4?v=1652196618 | The first unit assembly includes a temporary litter storage compartment laterally adjacent to and in communication with the unenclosed compartment.<br><br><br><br>temporary litter storage compartment<br><br>Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/95 73/files/30s_Product_Video_final_2.mp4?v=16 52196618 |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| (iii) a screen located between the unenclosed compartment and the temporary compartment; | The first unit assembly includes a screen located between the unenclosed compartment and the temporary compartment.<br><br><br><br>Photograph of Leo's Loo product | The first unit assembly includes a screen located between the unenclosed compartment and the temporary compartment.<br><br><br><br>Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618 |

Page 5 of 16

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/95 73/files/Smarty_Pear_Leo_s_Loo_Covered_A utomatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Pro duct_Features_2.mp4?v=1652196618 _Features_2.mp4?v=1652196618 |  Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/3 0s_Product_Video_final_2.mp4?v=1652196618 |
| b) a second unit assembly further comprising: (i) a base; | The apparatus includes a second unit assembly comprising a base. | The apparatus includes a second unit assembly comprising a base. |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Image of Leo's Loo, https://smartypear.com/products/leo-s-loo |  Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Rotating Drum <br> Sifter <br> Silicon Litter Bladder <br> Weight Sensors <br> Top Cover (Removable) <br> Display Panel <br> Control Panel <br> Machine Base (Non-removable) <br> Top Cover Buckle <br> Waste Litter Drawer <br> Power Connector <br> Night Light Cover |  <br> **Components** <br> Rotating Drum (Removable) <br> Sifter <br> Silicon Litter Bladder <br> Weight Sensors <br> Top Cover (Removable) <br> Silicone Step (Replaceable) <br> POWER Button <br> Base <br> Top Cover (Removable) <br> Waste Litter Drawer <br> Power Connector <br> Carbon Filters <br><br> Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q 2vFzaq1amU5cI200WASxOh/view |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo User Manual*, at 3, https://drive.google.com/file/d/1bFoOMp4Lw GYfP1rghYd4nm_sWrJ3q3aV/. | |
| (ii) means within the base for movably and rotatably supporting the first unit assembly above the base; | The base includes means for movably and rotatably supporting the first unit assembly above the base.<br><br><br><br>Photograph of Leo's Loo product | The base includes means for movably and rotatably supporting the first unit assembly above the base.<br><br><br><br>*Leo's Loo Too Cat Litter Box Review: Is It Too Good To Be True,* https://technomeow.com/leos-loo-too-review/ |
| (iii) means within the base, located below the means for supporting the first unit assembly, for receiving a waste receptacle such that | The base includes means located below the means for supporting the first unit assembly, for receiving a waste receptacle such that the waste receptacle | The base includes means located below the means for supporting the first unit assembly, for receiving a waste receptacle such that the waste receptacle remains below the first unit assembly during a physical cycle. |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| the waste receptacle remains below the first unit assembly during a physical cycle; | remains below the first unit assembly during a physical cycle.<br><br><br><br>Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | <br><br>Images of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| (iv) means within the base for allowing communication of waste material from the first unit assembly to a waste receptacle; | The base includes means for allowing communication of waste material from the first unit assembly to a waste receptacle. | The base includes means for allowing communication of waste material from the first unit assembly to a waste receptacle. |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618 |  Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |
| c) a waste receptacle; and | The apparatus includes a waste receptacle. | The apparatus includes a waste receptacle. |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Image of Leo's Loo, https://smartypear.com/products/leo-s-loo |  Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Rotating Drum; Sifter; Silicon Litter Bladder; Weight Sensors; Top Cover (Removable); Display Panel; Control Panel; Machine Base (Non-removable); Top Cover Buckle; Waste Litter Drawer; Power Connector; Night Light Cover | 

**Components**

1 Rotating Drum (Removable)
2 Sifter
3 Silicon Litter Bladder
4 Weight Sensors
5 Top Cover (Removable)
6 Silicone Step (Replaceable)
7 POWER Button
8 Base
9 Top Cover (Removable)
10 Waste Litter Drawer
11 Power Connector
12 Carbon Filters

Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q 2vFzaq1amU5cI200WASxOh/view |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo User Manual*, at 3, https://drive.google.com/file/d/1bFoOMp4Lw GYfP1rghYd4nm_sWrJ3q3aV/. | |
| d) means for altering the orientation of the first unit assembly relative to the second unit assembly and the vector force of gravity; whereby alteration of the orientation of the first unit assembly passes litter from the unenclosed compartment to the temporary compartment through the screen, waste material being restrained by the screen and discharged under the force of gravity to the waste receptacle, and wherein reversal of the orientation of the first unit assembly passes litter from the temporary compartment to the unenclosed compartment. | The apparatus includes means for altering the orientation of the first unit assembly relative to the second unit assembly and the vector force of gravity; whereby alteration of the orientation of the first unit assembly passes litter from the unenclosed compartment to the temporary compartment through the screen, waste material being restrained by the screen and discharged under the force of gravity to the waste receptacle, and wherein reversal of the orientation of the first unit assembly passes litter from the temporary compartment to the unenclosed compartment.  | The apparatus includes means for altering the orientation of the first unit assembly relative to the second unit assembly and the vector force of gravity; whereby alteration of the orientation of the first unit assembly passes litter from the unenclosed compartment to the temporary compartment through the screen, waste material being restrained by the screen and discharged under the force of gravity to the waste receptacle, and wherein reversal of the orientation of the first unit assembly passes litter from the temporary compartment to the unenclosed compartment.  |

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|



Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618

| Claims – '889 PATENT | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618_Features_2.mp4?v=1652196618 | |