# EXHIBIT 7



Richard T. McCaulley
T + 1 669 213 1071
F + 1 669 500 7375
richard.mccaulley@hglaw.com

April 21, 2021

Via Email: darin.klemchuk@klemchuk.com

Darin M. Klemchuk
8150 N. Central Expwy
10th Floor
Dallas, Texas 75206

Re: Automated Pet Care Products, LLC

Dear Mr. Klemchuk,

    This letter responds to your letter dated April 14, 2021 to PurLife Brands. We have been retained to represent PurLife in this matter.

    Your letter makes unsubstantiated allegations of patent infringement. We have reviewed the patents that you raised in your letter. We do not see any basis for asserting that the Leo's Loo Cat Litter Box infringes any of the claims of issued patent 9,433,185. If you have a basis for asserting infringement of this patent please provide us with a detailed claim chart that demonstrates how Auto-Pets construes the claims and applies them to the product.

    While we appreciate the reference to the European Patent, PurLife's business at the present time is restricted to North America so the patent is not relevant to their present business. With respect to the patent application, we note that there has not been any substantive examination of the application and there is no basis to make any infringement allegations.

    There was no confidential relationship between Mr. Madeiras and Auto-Pet, and certainly no discussion of patent rights. Nobody associated with PurLife was aware of these patents before the receipt of your letter.

    Your letter implies that Auto-Pet intends to bring these naked and baseless allegations to the attention of PurLife's commercial partner, Chewy. Any attempt to interfere with PurLife's business dealings will be dealt with swiftly, taking advantage of any and all remedies available to PurLife.

Haley Guiliano LLP

75 Broad Street, Suite 1000
New York, New York 10004
T +1 646 973 2500
F +1 646 219 6229

111 North Market Street, Suite 900
San Jose, California 95113
T +1 669 213 1050
F +1 669 500 7375

Haley Guiliano International LLP

26-28 Bedford Row, 2nd Floor
London WC1R 4HE, United Kingdom
T +44 (0)20 8158 3000
F +44 (0)20 3725 7790

809799_1

Haley • Guiliano

Automated Pet Care Products
                                       2                                    21 April 2021

    PurLife will consider any claim charts that Auto-Pet may provide. We ask that you provide any such charts by April 28. If we do not hear from you by then we will consider this matter resolved.

Sincerely,

*[signature]*

Richard McCaulley