# EXHIBIT 8

**EXHIBIT 8**

**Initial Claim Chart for U.S. Patent No. 11,399,502 ('502)**

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| **Claim 1** ||
| 1. A device which is an automated litter device comprising: | Leo's Loo Too is a device, which is a self-cleaning litterbox.<br><br><br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| (a) a chamber configured to hold litter to allow an animal to enter and excrete a waste; | The device includes a chamber configured to hold litter to allow an animal to enter and excrete a waste. |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  chamber<br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | <br><br>Add up to 2.2 gallons (10.0 L) / 13 pounds (5.9 kg) of litter. ONLY use clay clumping litter. Do not fill beyond the MAX indicator sticker. Overfilling will cause excess litter to dump into the waste drawer.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | 

*chamber holds litter*

Smarty Pear, *Say So Long To Scooping Video*,
https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590

Image of Leo's Loo Too, https://smartypear.com/ |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  Image of Leo's Loo Too, https://smartypear.com/ |
| (b) a waste drawer in communication with the chamber and configured to receive the waste; | The device includes a waste drawer which is in communication with the chamber and configured to receive waste from the chamber. |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too?variant=42681722503413<br><br><br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 4,<br>https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |
| (c) one or more sensors configured to detect one or more conditions of the device and transmit one or more signals related to the one or more conditions; | The device includes multiple sensors configured to detect different conditions of the device.  The sensors transmit signals related conditions. |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  **② Triple Safety Protection** **RADAR WALL** Our state of the art radar system forms an invisible wall around your Loo. When it detects your kitty nearby, it stops the Loo from rotating, ensuring your kitty can always enter safely. **WEIGHT SENSORS** Four weight sensors located at the bottom of your Loo detect when your kitty enters and exits the drum. The Loo will only initiate a cleaning cycle when the weight sensors indicate the drum is empty. **ANTI-PINCH SENSOR** An anti-pinch sensor located at the top of the waste drawer detects when foreign objects enter the waste chute. When foreign objects are detected, your Loo will stop immediately and reverse rotation. Smarty Pear, *Leo's Loo Too User Manual*, at 5, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | 

**Triple Layer Protection to Keep Kitty Safe**

Protect kitty with three layers of advanced safety technology that stop moving parts whenever kitty is detected:

A state of the art Radar System that forms a protective wall

Four Weight Sensors that detect when kitty is inside the drum

An aerospace-grade Anti-Pinch Sensor at the top of the waste drawer

Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  |



Smarty Pear, *Leo's Loo Too User Manual*, at 4,
https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | **Error Notifications**<br><br>**WEIGHT SENSOR ERROR: The sensors are reading inaccurate numbers.**<br>How to clear: Inspect if the weight sensors, located inside the four feet on the bottom of the machine, are on a solid, flat surface (no carpet) and that no foreign objects are underneath the feet (i.e. cat food or litter particles). Then restart the machine.<br><br>**SAFETY MODE WARNING: The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.**<br>How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation.<br><br>**RADAR SENSOR ERROR: Radar system may be faulty.**<br>If this happens multiple times, please contact customer care at customercare@smartypear.com.<br><br>**MOTOR ERROR: Motor connection or operation error.**<br>If this happens multiple times, please contact customer care at customercare@smartypear.com.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 13,<br>https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  Photographs of Leo's Loo Too product |
| (d) a controller in communication with the one or more sensors and is adapted to receive the one or more signals, wherein the controller is configured to determine one or more positions of the chamber based on the one or more signals received from the one or more sensors and interpret the one or | The device includes a controller that is in communication with multiple sensors and is adapted to receive signals.  The controller is configured to determine one or more positions of the chamber based on signals received from the sensors and interpret the signals as status signals.<br><br>SAFETY MODE WARNING: The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.<br><br>How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation. |

Page 12 of 22

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| more signals as one or more status signals; | Smarty Pear, *Leo's Loo Too User Manual*, at 13, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view  Photograph of Leo's Loo Too product |
| (e) a communication module in communication with the controller and adapted to communicate with a user interface via a network to transmit the one or more status signals to the user interface, receive one or more instruction | The device includes a communication module in communication with the controller and adapted to communicate with the user interface via a network to transmit status signals to the user interface, receive one or more instruction signals via the user interface, or both. |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| signals via the user interface, or both; | **SAFETY MODE WARNING: The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.**<br><br>How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 13,<br>https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view<br><br><br><br>communicates via a network |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | Smarty Pear, *Leo's Loo Too User Manual*, at 8, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| receives instruction signals via user interface | Smarty Pear, *Leo's Loo Too User Manual*, at 9, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view  Smarty Pear, *Leo's Loo Too User Manual*, at 10, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| wherein the communication module is a wireless communication module and is in wireless communication with the user interface via the network; and | The communication module is wireless and in wireless communication with the user interface via the network.<br><br><br><br>Leo's Loo Too, Connected Smart Home App, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | <br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 8,<br>https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view<br><br>• Compatible with 2.4G WiFi networks.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 2,<br>https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| wherein the user interface is adapted to transmit the one or more instruction signals wirelessly to the controller via the network to change at least one of the one or more conditions of the device. | The user interface is adapted to transmit instruction signals wirelessly to the controller via the network to change at least one condition of the device. |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| |  |

| Claims – '502 PATENT | Leo's Loo Too |
|---|---|
| | Smarty Pear, *Leo's Loo Too User Manual*, at 9, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view  Smarty Pear, *Leo's Loo Too User Manual*, at 10, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |