UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 3:22-cv-04261-VC<br><br>**[PROPOSED] ORDER RE JOINT INITIAL CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference<br>Date:   March 1, 2023<br>Time:   10:00am<br>Judge:  Hon. Vince Chhabria |

**[Proposed] ORDER**

Pursuant to the stipulation of the Parties, the case schedule set forth in Section 16 above by [Plaintiff / Defendants] is hereby approved and ordered by the Court.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Vince Chhabria
United States District Judge