1  **MCCAULLEY LAW GROUP LLC**
   JOSHUA V. VAN HOVEN (CSB No. 262815)
2  E-Mail: josh@mccaulleylawgroup.com
   3001 Bishop Dr., Suite 300
3  San Ramon, California 94583
   Telephone: (925) 302-5941
4

5  RICHARD T. MCCAULLEY (*pro hac vice*)
   E-Mail: richard@mccaulleylawgroup.com
6  180 N. Wabash Avenue, Suite 601
   Chicago, Illinois 60601
7  Telephone: (312) 330-8105

8  Attorneys for Defendants,
   PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
9  and CHRIS MADEIRAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMATED PET CARE PRODUCTS, LLC d/b/a WHISKER, a Michigan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>PURLIFE BRANDS, INC., d/b/a SMARTY PEAR, a Delaware Corporation, and CHRISTOPHER MADEIRAS, an individual,<br><br>*Defendants.* | Case No. 3:22-cv-04261-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PURLIFE BRANDS, INC. AND MADEIRAS, AND [PROPOSED] ORDER**<br><br>Complaint Filed: July 22, 2022 |

PLEASE TAKE NOTICE that Defendants Purlife Brands, Inc., d/b/a Smarty Pear ("Purlife"), and Chris Madeiras, have retained McCaulley Law Group LLC to substitute as counsel for Haley Guiliano LLP in the above-captioned matter. Counsel changing law firm affiliations and substituting as counsel for Purlife and Madeiras, to whom all pleadings, orders and notices should be served, are as follows:

>JOSHUA V. VAN HOVEN (CSB No. 262815)
>McCaulley Law Group LLC
>E-Mail: josh@mccaulleylawgroup.com
>3001 Bishop Dr., Suite 300
>San Ramon, California 94583
>Telephone: (925) 302-5941
>
>RICHARD T. MCCAULLEY (*pro hac vice*)
>McCaulley Law Group LLC
>E-Mail: richard@mccaulleylawgroup.com
>180 N. Wabash Avenue, Suite 601
>Chicago, Illinois 60601
>Telephone: (312) 330-8105

Dated: March 10, 2023            **MCCAULLEY LAW GROUP LLC**

                                 By: */s/ Joshua Van Hoven*
                                     JOSHUA VAN HOVEN (CSB No. 262815)

## **[PROPOSED] ORDER**

The above substitution of counsel is approved and so ORDERED.

DATED: _____, 2023

_____
Hon. Vince Chhabria
United States District Court Judge