**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants,
PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRIS MADEIRAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMATED PET CARE PRODUCTS, LLC d/b/a WHISKER, a Michigan Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>PURLIFE BRANDS, INC., d/b/a SMARTY PEAR, a Delaware Corporation, and CHRISTOPHER MADEIRAS, an individual,<br><br>*Defendants.* | Case No. 3:22-cv-04261-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PURLIFE BRANDS, INC. AND MADEIRAS, AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: July 22, 2022 |

PLEASE TAKE NOTICE that Defendants Purlife Brands, Inc., d/b/a Smarty Pear ("Purlife"), and Chris Madeiras, have retained McCaulley Law Group LLC to substitute as counsel for Haley Guiliano LLP in the above-captioned matter. Counsel changing law firm affiliations and substituting as counsel for Purlife and Madeiras, to whom all pleadings, orders and notices should be served, are as follows:

> JOSHUA V. VAN HOVEN (CSB No. 262815)
> McCaulley Law Group LLC
> E-Mail: josh@mccaulleylawgroup.com
> 3001 Bishop Dr., Suite 300
> San Ramon, California 94583
> Telephone: (925) 302-5941
>
> RICHARD T. MCCAULLEY (*pro hac vice*)
> McCaulley Law Group LLC
> E-Mail: richard@mccaulleylawgroup.com
> 180 N. Wabash Avenue, Suite 601
> Chicago, Illinois 60601
> Telephone: (312) 330-8105

Dated: March 10, 2023            **MCCAULLEY LAW GROUP LLC**


                         By: /s/ *Joshua Van Hoven*
                              JOSHUA VAN HOVEN (CSB No. 262815)

2

SUBSTITUTION OF COUNSEL
Case No. 3:22-cv-04261-VC

# [PROPOSED] ORDER

The above substitution of counsel is approved and so ORDERED.

DATED: __March 13__, 2023

