UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>          Plaintiff,<br><br>  v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>          Defendants. | Case No. 3:22-cv-04261-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** |

# ORDER

This matter comes before the Court on Plaintiff Automated Pet Care Products, LLC d/b/a Whisker's ("Whisker") motion to compel discovery responses. Having considered the arguments and papers submitted, the Court finds good cause and GRANTS Whisker's motion.

IT IS HEREBY ORDERED THAT Defendants PurLife Brands, Inc. d/b/a Smarty Pear and Chris Madeiras ("Defendants") shall produce all documents requested in Whisker's First Set of Requests for Production, and respond to Whisker's First Set of Interrogatories within seven days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Vince Chhabria
United States District Court Judge