UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Defendants. | Case No. 3:22-cv-04261-VC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** |

# ORDER

This matter comes before the Court on Plaintiff Automated Pet Care Products, LLC d/b/a Whisker's ("Whisker") motion to compel discovery responses. Having considered the arguments and papers submitted, the Court finds the absence of good cause and DENIES Whisker's motion.

IT IS HEREBY ORDERED THAT Defendants PurLife Brands, Inc. d/b/a Smarty Pear and Chris Madeiras ("Defendants") need not produce any documents responsive to Whisker's First Set of Requests for Production, and need not respond to Whisker's First Set of Interrogatories until the Court issues a ruling on Defendants' pending motion to dismiss and a Protective Order and ESI Order have been entered in this matter.

**IT IS SO ORDERED.**

Dated: _____, 2023

Honorable Vince Chhabria
United States District Court Judge