UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMATED PET CARE PRODUCTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PURLIFE BRANDS, INC. D/B/A SMARTY PEAR, A DELAWARE CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-04261-VC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**<br><br>Re: Dkt. No. 54 |

　　　　Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

　　　　　　[X] for random assignment to a United States Magistrate Judge.

　　　　　　[ ] to United States Magistrate Judge.

　　　　The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

　　　　**IT IS SO ORDERED.**

Dated: May 5, 2023

_____
VINCE CHHABRIA
United States District Judge