# [Proposed] ORDER

Pursuant to the stipulation of the Parties, the case schedule set forth in Section 15 above by [Plaintiff / Defendants] is hereby approved and ordered by the Court.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Vince Chhabria
United States District Judge