UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMATED PET CARE PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PURLIFE BRANDS, INC. D/B/A SMARTY PEAR, A DELAWARE CORPORATION, et al.,<br><br>Defendants. | Case No. 22-cv-04261-VC (SK)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Regarding Docket No. 59 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The Court will review the parties' discovery dispute addressed in Docket No. 54, so there is no need to file additional briefing on this issue. However, in the future, the parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred.

Please contact the Courtroom Deputy Clerk Melinda Lock at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: May 8, 2023

_____
SALLIE KIM
United States Magistrate Judge