UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH WESCH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>YODLEE, INC.,<br><br>    Defendant. | Case No. 20-cv-05991-SK<br><br>**ORDER ON OUTSTANDING DISCOVERY DISPUTE**<br><br>Regarding Docket No. 222 |

Now before the Court is the outstanding discovery dispute the parties addressed in their joint letter brief filed on September 9, 2022. The parties dispute whether the scope of discovery should be limited solely to IAV products or also include other products for Yodlee's customers who contract both for IAV and other products. The Court RULES that the scope of discovery is limited to IAV products.

**IT IS SO ORDERED**.

Dated: May 8, 2023

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge