1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTOMATED PET CARE PRODUCTS, LLC,

Plaintiff,

v.

PURLIFE BRANDS, INC. D/B/A SMARTY PEAR, A DELAWARE CORPORATION, et al.,

Defendants.

Case No. 22-cv-04261-VC  (SK)

**ORDER ON DISCOVERY DISPUTE**

Regarding Docket No. 54

Now before the Court is the discovery dispute addressed in the parties' joint letter brief filed on April 20, 2023 and referred to the undersigned on May 5, 2023.  Plaintiff seeks an order compelling Defendants to produce documents responsive to Plaintiff's First Set of Requests for Production, served on March 14, 2023, and response to Plaintiff's First Set of Interrogatories, served on May 3, 2023, without further delay.  Initially, Defendants argue that the requests are premature because of the pending motion to dismiss.  Since the parties filed this letter brief on April 20, 2023, the Court has ruled on the motion to dismiss.  (Dkt. Nos. 55, 56.)  Plaintiff has filed  Second Amended Complaint. (Dkt. No. 58.)  The parties wrote in their most recent Case Management Statement about this dispute, and Defendants indicated that production of documents and responses to Interrogatories will be made by May 12, 2023. (Dkt. No. 60.)

Given that the Court has ruled on the motion to dismiss and given that Defendants claim that they can respond to the outstanding discovery requests by May 12, 2023, the Court ORDERS that Defendants provide a written response to Plaintiff's First Set of Requests for Production, by May 15, 2023, and to produce responsive documents by May 15, 2023.

/ / /

1    The Court also ORDERS that Defendants provide responses to Plaintiff's First Set of

2    Interrogatories by May 15, 2023.

3        **IT IS SO ORDERED**.

4    Dated: May 8, 2023

5    

6    SALLIE KIM
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California