# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| PurLife Brands, Inc. d/b/a Smarty Pear, and Chris Madeiras, Counterclaim Plaintiffs | |
| v. | Civil Action No. 3:22-cv-04261-VC |
| Automated Pet Care Products, LLC d/b/a Whisker, and Jacob Zuppke, Counterclaim Defendants | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jacob Zuppke 1080 West Entrance Dr.,  Auburn Hills, MI  48326

A counterclaim lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the counterclaim plaintiff an answer to the attached counterclaim complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the counterclaim plaintiff or counterclaim plaintiff's attorney, whose name and address are:

Richard T. McCaulley, Esq.
McCaulley Law Group LLC
180 N. Wabash Avenue, Suite 601
Chicago, IL 60601

E-Mail: richard@mccaulleylawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B.Busby*

Date:    5/31/2023

*Signature of Clerk or Deputy Clerk*