COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ERIK MILCH [pro hac vice]
(emilch@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone: (703) 456-8573
Facsimile: (703) 456-8100

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, and Jacob Zuppke, an individual,<br><br>Counterclaim-Defendants. | Case No. 3:22-cv-04261-VC (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR AUTOMATED PET CARE PRODUCTS LLC TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>Judge: Hon. Vince Chhabria<br>Counterclaims Filed: May 13, 2023 |

Pursuant to Civil Local Rule 6-1, Plaintiff / Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker"), and Defendants / Counterclaim-Plaintiffs PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear"), and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending time for Whisker to reply to Defendants' Counterclaims.

## RECITALS

WHEREAS, Defendants filed Counterclaims on May 13, 2023 (ECF 68), alleging ten causes of action;

WHEREAS, such Counterclaims name both Whisker and its CEO, Jacob Zuppke, as Counterclaim-Defendants, and intermixed allegations against both Whisker and Mr. Zuppke;

WHEREAS, Counterclaim-Defendant Whisker's deadline to respond to the Counterclaims is June 7, 2023, while Mr. Zuppke had not been served;

WHEREAS, Counterclaim-Defendants have planned to move to dismiss the Counterclaims on grounds of failure to state a claim as well as for lack of personal jurisdiction as to Mr. Zuppke;

WHEREAS, the Parties have been diligently negotiating since last week, and over extensive back-and-forths, in an effort to narrow the issues and provide for a reasonable briefing schedule for both Whisker and Mr. Zuppke;

WHEREAS, the Parties have worked to narrow the issues in the case, and as of this afternoon of June 5, 2023, Smarty Pear has agreed to voluntarily dismiss, without prejudice, the claims against Mr. Zuppke. As such, the allegations in the Counterclaims will only pertain to Whisker;

WHEREAS, in light of the proximity to the upcoming response deadline, and the number of issues raised in the many Counterclaims, as well as efforts of counsel for both parties to narrow the issues in dispute—which concluded this afternoon, and not sooner—there is good cause for a brief one (1) week extension of time to permit Whisker to respond to the Counterclaims;

WHEREAS, this is the first request for an extension relating to the deadline to respond to the Counterclaims. Previously, at Defendants' request, the Parties stipulated to and Defendants received extensions of additional time to respond to Whisker's Complaint (ECF 14), for Defendants

to respond to Whisker's First Amended Complaint (ECF 23). The Parties also agreed to a reasonable briefing schedule regarding Defendants' motion to dismiss Whisker's First Amended Complaint (ECF 32);

WHEREAS, the requested one-week extension to respond to the Counterclaims is shorter than prior extensions afforded to Defendants to respond to the Complaint and First Amended Complaint;

WHEREAS, the one-week extension would not affect any other deadlines in this case;

NOW THEREFORE, THE FOLLOWING IS HEREBY STIPULATED by and between Whisker's and Defendants' counsel:

1. Whisker's deadline to respond to Defendants' Counterclaims shall be June 14, 2023.

2. Defendants shall file a dismissal of the Counterclaims as to Counterclaim-Defendant Zuppke by June 7, 2023.

Dated: June 5, 2023

COOLEY LLP

*/s/ Bobby Ghajar*
Bobby Ghajar

*Attorney for Plaintiff / Counterclaim-Defendant*
Automated Pet Care Products LLC d/b/a Whisker

Dated: June 5, 2023

HAILEY GUILIANO LLP

*/s/ Richard T. McCaulley*
Richard T. McCaulley

*Attorney for Defendants / Counterclaim-Plaintiffs*
PurLife Brands, Inc. d/b/a Smarty Pear, Chris Madeiras

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2023

                 COOLEY LLP

                 */s/ Bobby Ghajar*
                 Bobby Ghajar

                 *Attorney for Plaintiff / Counterclaim –*
                 *Defendant*
                 Automated Pet Care Products LLC d/b/a Whisker