## [Proposed] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

1. Whisker's deadline to respond to Defendants' Counterclaims shall be June 14, 2023.

2. Defendants shall file a dismissal of Counterclaim Defendant Zuppke by June 9, 2023.

Dated: _____, 2023

_____
Hon. Vince Chhabria
United States District Judge