MCCAULLEY LAW GROUP LLC

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants,

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRIS MADEIRAS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>　　　　Plaintiff, Counter-Claim Defendant,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>　　　　Defendants, Counter-Claim Plaintiffs,<br><br>v.<br><br>Jacob Zuppke, an individual,<br><br>　　　　Counter-Claim Defendant. | Case No. 3:22-cv-04261-VC<br><br>Counter-Claim Plaintiffs' Notice of Voluntary Dismissal of Counterclaim As To Counter-Claim Defendant Jacob Zuppke Pursuant to Fed.R.Civ.P. 41(c)(1)<br><br>Counterclaim Filed:<br>May 17, 2023<br><br>Second Amended Complaint Filed:<br>May 3, 2023 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(c)(1), Defendants / Counter-Claim Plaintiffs, PurLife Brands, Inc. d/b/a Smarty Pear and Chris Madeiras, hereby files this voluntary dismissal, without prejudice, of the Counterclaim against Counter-Claim Defendant, Jacob Zuppke. This notice of dismissal is being filed before a pleading has been served responsive to the Counterclaim.

Dated: June 7, 2023        **MCCAULLEY LAW GROUP LLC**

By: */s/ Richard T. McCaulley*
RICHARD T. MCCAULLEY (*pro hac vice*)
McCaulley Law Group LLC
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105