| | |
|---|---|
| 1 | COOLEY LLP<br>BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com)<br>1333 2nd Street, Suite 400 |
| 3 | Santa Monica, CA 90401<br>Telephone: (310) 883-6400 |
| 4 | Facsimile: (310) 883-6500 |
| 5 | ERIK MILCH *[Pro hac vice]*<br>(emilch@cooley.com) |
| 6 | 11951 Freedom Drive, 14th Floor<br>Reston, VA 20190 |
| 7 | Telephone: (703) 456-8573<br>Facsimile: (703) 456-8100 |
| 8 | *[Full Listing on Signature Page]* |
| 9 | *Attorneys for Plaintiff and Counterclaim-Defendant*<br>Automated Pet Care Products, LLC d/b/a Whisker |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 3:22-cv-04261-VC (SK)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ALLISON ELKMAN** |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Counterclaim-Defendant. | |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that Allison Elkman is no longer affiliated with Cooley LLP, and as |
| 3 | such the firm hereby withdrawals her appearance in the above-captioned matter as counsel for |
| 4 | Plaintiff and Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker |
| 5 | ("Whisker") and further request that (a) her name be removed from any applicable service list |
| 6 | herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to |
| 7 | aelkman@cooley.com in the above-captioned case. All remaining Cooley LLP attorneys shall |
| 8 | continue to receive notices. |

Dated:  June 7, 2023                                      COOLEY LLP

By: */s/ Bobby Ghajar*
    Bobby Ghajar
    Erik Milch
    Ari Lipsitz

*Attorneys for Plaintiff and Counterclaim-Defendant*

Automated Pet Care Products, LLC d/b/a Whisker

*[Full Counsel List]*

ARI LIPSITZ *[Pro hac vice]*
(alipsitz@cooley.com)
55 Hudson Yards
New York, NY 10001
Telephone:    (212) 479-6692
Facsimile:     (212) 479-6275

*Attorneys for Plaintiff and Counterclaim-Defendant*
Automated Pet Care Products, LLC d/b/a Whisker