**AKERMAN LLP**
Thomas G. Pasternak *(Pro Hac Vice)*
thomas.pasternak@akerman.com
71 South Wacker Drive
47th Floor
Chicago, Illinois 60606
Telephone: (312) 870-8010

*Attorneys for Defendant*
PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>　　　　Defendant. | Case No. 5:22-cv-04261-SVK<br><br>**NOTICE OF APPEARANCE FOR THOMAS G. PASTERNAK FOR DEFENDANTS PURLIFE BRANDS, INC., D/B/A SMARTY PEAR, AND CHRIS MADEIRAS**<br><br>Judge: Hon. Susan van Keulen<br>Trial Date: Not Set |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Thomas G. Pasternak of Akerman LLP, 71 South Wacker Drive, 47th Floor, Chicago, Illinois 60606, Telephone (312) 870-8010, hereby enters an appearance as counsel of record in the above-captioned matter for Defendants PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, and requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the email listed above.

Date: June 23, 2023

**AKERMAN LLP**

By: *Thomas G. Pasternak*
Thomas G. Pasternak (*Pro Hac Vice*)
thomas.pasternak@akerman.com
71 South Wacker Drive
47th Floor
Chicago, Illinois 60606
Telephone: (312) 870-8010

71080250;1

## CERTIFICATE OF SERVICE

On June 23, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered to receive the electronic filing notices.

*/s/ Thomas G. Pasternak*
Thomas G. Pasternak