**MCCAULLEY LAW GROUP LLC**

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants, Counter-Claim Plaintiffs

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRIS MADEIRAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>         Plaintiff, Counter-Claim Defendant,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>         Defendants, Counter-Claim Plaintiffs. | Case No. 3:22-cv-04261-VC (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE RE LOCAL PATENT RULE DEADLINES AND RESCHEDULE MOTIONS TO DISMISS HEARING DATE**<br><br>Honorable Vince Chhabria |

Pursuant to Civil Local Rule 6-2 and Paragraphs 9 - 11 of the Standing Order for Civil Cases Before Judge Vince Chhabria, Plaintiff / Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker"), and Defendants / Counterclaim-Plaintiffs PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear") and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an Order from the Court: (a) rescheduling the Motions to Dismiss hearing date by two weeks; (b) extending time, by ten days, for Defendants to serve their Invalidity Contentions and for the Parties to Exchange Proposed Claim Terms; and (c) extending time for parties to amend their pleadings by two weeks.

WHEREAS, Defendants filed a Motion to Dismiss Whisker's First Cause of Action for patent infringement as set forth in Whisker's Second Amended Complaint (D.I. 69), to be heard on June 29, 2023. (D.I. 70). All briefing regarding Defendants' Motion to Dismiss was completed as of June 7, 2023. (D.I. 69, 74, 78).

WHEREAS, Whisker filed a Motion to Dismiss Defendants' Counterclaims, which was set to be heard on July 20, 2023. (D.I. 82). All briefing regarding Whisker's Motion to Dismiss was just completed yesterday, July 5, 2023. (D.I. 82, 88, 89).

WHEREAS, on June 23, 2023, this Court *sua sponte* consolidated the Motion to Dismiss hearings and rescheduled them to be heard on July 13, 2023. (D.I. 84). This resulted in pushing the hearing on Defendants' Motion to Dismiss back by two weeks and moving the hearing on Whisker's Motion to Dismiss up by one week.

WHEREAS, within the past two weeks, Whisker's patent counsel, Erik Milch, announced he is leaving Cooley LLP to join another law firm.  He will be filing his notice of withdrawal as counsel imminently.

WHEREAS, Mr. Milch was fully prepared to argue at the originally-scheduled June 29, 2023 hearing on Defendants' Motion to Dismiss certain patent claims. However, Mr. Milch's last day at Cooley LLP will be July 7, 2023, which is roughly a week before the July 13, 2023 consolidated hearing date. As such, he is unable to handle the hearing, as originally planned.

WHEREAS, another senior Cooley LLP patent attorney will soon be replacing Mr. Milch, file a Notice of Appearance, and represent Whisker in this matter. That attorney, however, is currently in Europe and unavailable to transition in and have reasonable time to prepare prior to the July 13, 2023 hearing. Mr. Milch has been the lead attorney for all patent aspects of this case thus far (Mr. Ghajar is leading all non-patent aspects of the case). Thus, the new Cooley attorney needs a reasonably short time period to return to the United States and prepare with the Cooley and Whisker team for the Motions to Dismiss hearing, in order to fully digest all of the pleadings, charts, and case background, and to address any questions that might arise at the hearing.

WHEREAS, the combination of (1) the consolidation and move of hearing dates; (2) Mr. Milch's imminent departure; and (3) the present unavailability of new counsel leaves Whisker's counsel with little time to prepare for the July 13, 2023 hearing.

WHEREAS, to allow for an orderly and reasonable transition of this matter to new counsel (allowing them to get up to speed, prepare for the hearing to fully address any questions the Court might have about the patent claims or motion), Whisker seeks, and the Parties agree to, a brief, two-week continuance of the hearing date, to July 27, 2023;

WHEREAS, under the circumstances, good cause exists to grant the request for a modest two-week continuance of the Motions to Dismiss hearing, which will not unreasonably delay case deadlines.

WHEREAS, Whisker's claims of patent infringement are governed by this District's Patent Local Rules, and wherein deadlines conforming to those rules were submitted in the parties' Joint Case Management Statement (Dkt. 60 at ¶ 15);

WHEREAS, the Court adopted Whisker's proposed schedule (Dkt. 65), which sets forth Local Patent Rule deadlines including a July 10, 2023 due date for service of Invalidity Contentions, a July 10, 2023 due date for amending pleadings, and a July 24, 2023 due date to Exchange of Proposed Claim Terms;

WHEREAS, in view of the substantial ongoing briefing and upcoming hearing on dispositive motions, Defendants asked for and the Parties agree that there is good cause for a brief ten day extension for Defendants to serve their Invalidity Contentions (to July 20, 2023), for the Parties to Exchange Proposed Claim Terms (to August 3, 2023), and further, for a two week extension for the Parties to Amend their Pleadings (to July 24, 2023);

WHEREAS, this extension and rescheduling of the Motions to Dismiss hearing date will not require modification of any other deadlines to the case Schedule;

WHEREAS, the requested extensions are relatively short, consistent with or shorter than previous extensions, and provides ample time to complete other case and local patent rule deadlines on the Schedule;

WHEREAS, the Parties have previously agreed to extensions of time for Defendants to respond to the Complaint (Dkt. 14), for Defendants to Respond to the First Amended Complaint (Dkt. 23), for changes to Opposition and Reply deadlines for Defendants' Motion to Dismiss (Dkt. 32), and for Whisker to Respond to Defendants' Counterclaims (Dkt. 76);

NOW THEREFORE, the Parties stipulate as follows:

(1) The Parties respectfully request that the Court reschedule the consolidated Motions to Dismiss hearing from July 13, 2023 to July 27, 2023;

(2) The due date for Defendants to serve Invalidity Contentions shall be extended from July 10 to July 20, 2023;

(3) The due date for the Parties to Amend their Pleadings shall be extended from July 10, 2023 to July 24, 2023; and

(4) The due date for the Parties to Exchange Proposed Claim Terms shall be extended from July 24, 2023 to August 3, 2023

Dated: July 6, 2023                  **MCCAULLEY LAW GROUP LLC**

By: /s/ Richard T. McCaulley
RICHARD T. MCCAULLEY

*Attorney for Defendants*
Purlife Brands, Inc. d/b/a Smarty Pear
Chris Madeiras

Dated: July 6, 2023                  **COOLEY LLP**

By: /s/ Bobby Ghajar
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

ERIK MILCH [Pro hac vice]
(emilch@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone: (703) 456-8573
Facsimile: (703) 456-8100

ARI LIPSITZ [Pro hac vice]
(alipsitz@cooley.com)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6692
Facsimile: (212) 479-6275

BETH SHRIEVES [Pro hac vice]
(bshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 776-2196
Facsimile: (202) 842-7899

**[PROPOSED] ORDER**

It is hereby ordered that the consolidated Motions to Dismiss hearing is rescheduled from July 13, 2023 to July 27, 2023 and the case schedule shall be amended as reflected in Exhibit A to the above stipulation.

**IT IS SO ORDERED.**

DATED: _____, 2023

                                      Hon. Vince Chhabria
                                      United States District Court Judge

**<u>ATTESTATION</u>**

I, Bobby Ghajar, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: July 6, 2023                         */s/ Bobby Ghajar*
                                             Bobby Ghajar

**EXHIBIT A**
**PROPOSED REVISED SCHEDULE**

| Event | Original Date | Proposed Date |
|---|---|---|
| Joint Case Management Statement | N/A – Completed | |
| Initial Disclosures | N/A – Completed | |
| Initial Case Management Conference | N/A – Completed | |
| Infringement contentions | N/A – Completed | |
| Invalidity contentions | Monday, July 10, 2023 | Thursday, July 20, 2023 |
| Last day to amend pleadings | Monday, July 10, 2023 | Monday, July 24, 2023 |
| Exchange proposed claim terms | Monday, July 24, 2023 | Thursday, August 3, 2023 |
| ADR deadline | Thursday, August 10, 2023 | same |
| Exchange preliminary claim construction | Monday, August 14, 2023 | same |
| Damages contentions | Tuesday, August 29, 2023 | same |
| Joint claim construction statement | September 8, 2023 | same |
| Case Management Conference | Thursday, September 14, 2023 or at Court's convenience | same |
| Responsive damages contentions | Thursday, September 28, 2023 | same |
| Claim construction / fact discovery cutoff | Monday, October 8, 2023 | same |
| Expert discovery – opening reports | Monday, November 6, 2023 | same |
| Expert discovery – rebuttal reports | Monday, December 4, 2023 | same |
| Expert discovery cutoff | Monday December 18, 2023 | same |
| Summary Judgment / Claim Construction - Opening Brief | Thursday, January 11, 2024 or at Court's convenience | same |
| Summary Judgment / Claim Construction - Hearing | Thursday, March 14, 2024 or at Court's convenience | same |
| Pretrial conference | Monday, May 6, 2024 or at Court's convenience | same |
| Trial | Monday, May 20, 2024 [4-5 days] or at Court's convenience | same |