1

COOLEY LLP
BOBBY GHAJAR (198719)

2

(bghajar@cooley.com)
1333 2nd Street, Suite 400

3

Santa Monica, CA 90401
Telephone:     (310) 883-6400

4

Facsimile:      (310) 883-6500

5

ARI LIPSITZ *[Pro hac vice]*
(alipsitz@cooley.com)

6

55 Hudson Yards
New York, NY 10001

7

Telephone:     (212) 479-6692
Facsimile:      (212) 479-6275

8

*[Full Listing on Signature Page]*

9

*Attorneys for Plaintiff and Counterclaim-Defendant*
Automated Pet Care Products, LLC d/b/a Whisker

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

14

Automated Pet Care Products, LLC d/b/a
Whisker, a Michigan corporation,

Case No. 3:22-cv-04261-VC (SK)

**NOTICE OF WITHDRAWAL OF ATTORNEY ERIK MILCH**

15

Plaintiff,

16

v.

17

PurLife Brands, Inc. d/b/a Smarty Pear, a
Delaware corporation, and Chris Madeiras, an

18

individual,

19

Defendants.

20

PurLife Brands, Inc. d/b/a Smarty Pear, a
Delaware corporation, and Chris Madeiras, an

21

individual,

22

Counterclaim-Plaintiffs,

23

v.

24

Automated Pet Care Products, LLC d/b/a
Whisker, a Michigan corporation,

25

26

Counterclaim-Defendant.

27

28

COOLEY LLP
ATTORNEYS AT LAW

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Erik Milch is no longer affiliated with Cooley LLP, and as such the firm hereby withdrawals his appearance in the above-captioned matter as counsel for Plaintiff and Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") and further requests that (a) his name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to emilch@cooley.com in the above-captioned case.  All remaining Cooley LLP attorneys shall continue to receive notices.

Dated:  July 11, 2023                                        COOLEY LLP


                                                             By: */s/ Bobby Ghajar*
                                                                 Bobby Ghajar
                                                                 Ari Lipsitz
                                                                 Beth Shrieves

                                                             *Attorneys for Plaintiff and Counterclaim-Defendant*

                                                             Automated Pet Care Products, LLC d/b/a Whisker

*[Full Counsel List]*

BETH SHRIEVES *[Pro hac vice pending]*
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:      (202) 776-2196
Facsimile:      (202) 842-7899
Facsimile:      (212) 479-6275

*Attorneys for Plaintiff and Counterclaim-Defendant*
Automated Pet Care Products, LLC d/b/a Whisker

COOLEY LLP
ATTORNEYS AT LAW

NTC OF WITHDRAWAL OF ERIK MILCH
CASE NO. 3:22-CV-04261-VC (SK)