| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, | | Case No. 3:22-cv-04261-VC |
| Plaintiff, | | **[PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | | |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, | | Date:  August 17, 2023<br>Time:  10:00am<br>Judge: Hon. Vince Chhabria |
| Defendants. | | |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, | | |
| Counterclaim-Plaintiffs, | | |
| v. | | |
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, | | |
| Counterclaim-Defendant. | | |

**[PROPOSED] ORDER**

**IT IS SO ORDERED** that Plaintiff is granted leave to file the Third Amended Complaint attached to Whisker's Motion as Exhibit A.

Dated: _____, 2023

Hon. Vince Chhabria
United States District Judge