# EXHIBIT 3

**EXHIBIT 3**

**Initial Claim Chart for U.S. Patent No. 9,433,185 ('185)[1]**

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | **Claim 1** | |
| 1. A device comprising: | Leo's Loo is a device, which is a self-cleaning litterbox.<br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | Leo's Loo Too is a device, which is a self-cleaning litterbox.<br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| (a) a support base; | The device includes a support base, which supports and houses components of the self-cleaning litterbox. | The device includes a support base, which supports and houses components of the self-cleaning litterbox. |

---

[1] While certain images in the claim chart illustrate the accused devices in an "exploded" or "disassembled" view, such images are included for clarity to depict as much of a particular component as possible as well as its relationship to other components.  For the avoidance of any doubt, the products are accused of infringement based on the manner in which they are made, used, sold, offered for sale, and imported.

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo<br><br><br>Smarty Pear, *Leo's Loo User Manual*, at 3, https://drive.google.com/file/d/1bFoOMp4LwGYfP1rghYd4nm_sWrJ3q3aV/ | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too<br><br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| (b) a chamber, located on the support base, which includes: | The device includes a hollow chamber, which is located on the support base.<br><br><br><br>Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | The device includes a hollow chamber, which is located on the support base.<br><br><br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| (i) an entry opening so that an animal can enter and exit the chamber; | The chamber includes an entry opening so an animal, such as a pet cat, can enter and exit the chamber to use the litterbox. | The chamber includes an entry opening so an animal, such as a pet cat, can enter and exit the chamber to use the litterbox. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too Image of Leo's Loo Too, https://smartypear.com/ |
| (ii) a screen and/or septum located at a back of the chamber, | The chamber includes within its interior, at a back of the chamber, and opposite the entry opening, a screen and a septum, with the screen affixed to the septum. | The chamber includes within its interior, at a back of the chamber, and opposite the entry opening, a screen and a septum, with the screen affixed to the septum. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| opposite the entry opening; | <br>Photograph of Leo's Loo<br><br><br>Photograph of Leo's Loo | <br>Photograph of Leo's Loo Too<br><br><br>Photograph of Leo's Loo Too |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |   Photograph of Leo's Loo |   Photograph of Leo's Loo Too |
| (iii) a single axis of rotation that forms an angle of between about 80 degrees and about 55 degrees with a vertical plane; | The chamber automatically rotates about its own axis of rotation during a cleaning cycle.  The axis of rotation forms an angle of about 75-80 degrees with the vertical plane.    Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | The chamber automatically rotates about its own axis of rotation during a cleaning cycle.  The axis of rotation forms an angle of about 75-80 degrees with the vertical plane.    Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618 |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | **Vertical Plane**<br><br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | **Vertical Plane**<br><br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| (iv) a track, which encircles an outside wall of the chamber and lies in one plane defining a track plane which forms an angle between about 10 degrees and 35 degrees with the vertical plane, for rotating the chamber around the single axis of rotation; | The chamber includes a track that encircles the exterior wall of the chamber.  The track rotates the chamber around a single axis of rotation. | The chamber includes a track that encircles the exterior wall of the chamber.  The track rotates the chamber around a single axis of rotation. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Image of Leo's Loo, https://smartypear.com/products/leo-s-loo  Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty Pear Leo s Loo Covered Automatic Self- |  Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too  Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618<br><br>The track lies in one plane, which defines a track plane. The track plane is tilted relative to the vertical plane such that it forms an angle of about 10-20 degrees from the vertical plane.<br><br><br>**Vertical Plane**<br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | The track lies in one plane, which defines a track plane. The track plane is tilted relative to the vertical plane such that it forms an angle of about 10-20 degrees from the vertical plane.<br><br>**Vertical Plane**<br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| (v) a single waste opening, located entirely on one side of the track plane in a wall of the chamber and on an opposite side of the track plane as the entry opening; and | The chamber includes a single waste opening from which waste deposited in the interior of the chamber by an animal then exits to the waste bin.  The waste opening is located entirely on one side of the track and thus entirely on one side of the track plane.  The waste opening is located on the opposite side of the track plane (rear side) as the entry opening (front side). | The chamber includes a single waste opening from which waste deposited in the interior of the chamber by an animal then exits to the waste bin.  The waste opening is located entirely on one side of the track and thus entirely on one side of the track plane.  The waste opening is located on the opposite side of the track plane (rear side) as the entry opening (front side). |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |   Photograph of Leo's Loo    Photograph of Leo's Loo |   Photograph of Leo's Loo Too    Photograph of Leo's Loo Too |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |  Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618<br><br>*See also Smarty Pear, Leo's Loo—How It Works, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smart y_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Featur es_2.mp4?v=1652196618, at 0:04-0:08* |  Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smart y-pear.mp4?v=1651821590<br><br>*See also Smarty Pear, Say So Long To Scooping Video, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty -pear.mp4?v=1651821590, at 0:06-0:09* |
| (vi) two chamber halves separated by the track plane; | The chamber is formed by two separate chamber portions. The halves are joined to form the track, such that the track plane then divides the two chamber halves. | The chamber is formed by two separate chamber halves. The halves are joined to form the track, such that the track plane then divides the two chamber halves. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| |   Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618 |   Smarty Pear, *Say So Long To Scooping Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590 |
| (c) a bonnet, which has a band-like shape and substantially a same contour as a portion of the outside wall of the chamber, extends over the portion of the chamber so that a front and a rear of the outside wall of the chamber remain uncovered by the bonnet, is attached | The device includes a bonnet.  The bonnet has a band-like shape with a contour reciprocal with the curvature of the chamber exterior.  The bonnet extends over the upper portion of the chamber.  The **bonnet itself** does not cover the bottom rear of the chamber.  The support base covers the bottom rear of the chamber, not the bonnet.  The bonnet also does not cover the entire front of the chamber.  The bonnet/top cover covers the upper half of the track and covers the single waste opening when the single waste opening is oriented upwardly.  A pinch condition is prevented by the bonnet covering the waste opening and track at all times from rest throughout rotation.  The images shown below in which the components are illustrated in an exploded view or disassembled view are for | The device includes a bonnet.  The bonnet has a band-like shape with a contour reciprocal with the curvature of the chamber exterior.  The bonnet extends over the upper portion of the chamber.  The **bonnet itself** does not cover the bottom rear of the chamber. The support base covers the bottom rear of the chamber, not the bonnet.  The bonnet also does not cover the front of the chamber.  The bonnet/top cover covers the upper half of the track and covers the single waste opening when the single waste opening is oriented upwardly. A pinch condition is prevented by the bonnet covering the waste opening and track at all times from rest throughout rotation.  The images shown below in which the components are illustrated in an exploded view or disassembled view are for |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| to the support base on two sides of the chamber, and at least partially covers the track and the single waste opening so that during rotation of the chamber a pinch condition is prevented between the track, the single waste opening, or both and the support base; | illustration purposes and context/clarity.  The Leo's Loo product infringes when the product is fully assembled.<br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo<br><br><br>Photograph of Leo's Loo – Bonnet | illustration purposes and context/clarity.  The Leo's Loo Too product infringes when the product is fully assembled.<br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too<br><br><br>Photograph of Leo's Loo Too – Bonnet |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|



Leo's Loo: Smarty Pear, *Leo's Loo User Manual*, at 3, https://drive.google.com/file/d/1bFoOMp4LwGYfP1rghYd4nm_sWrJ3q3aV/

Leo's Loo Too: Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view

Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618<br><br><br><br>Photograph of Leo's Loo<br><br>The above photograph represents the approximate position of the bonnet relative to the chamber but excludes the base to show the approximate portion of the chamber not covered by the bonnet.  The front facing outside wall (opening and adjacent surfaces) of the chamber is uncovered by the bonnet and the base.  The rear outside wall (lower area and an area above the axis of rotation) of the chamber is uncovered by the bonnet, and rather, is covered by the base instead.  This photograph is shown with the product disassembled to demonstrate the relationship between the bonnet and the chamber (i.e., that both the front facing outside wall and rear outside wall of the chamber, including | <br><br>Photograph of Leo's Loo Too<br><br>The above photograph represents the approximate position of the bonnet relative to the chamber but excludes the base to show the approximate portion of the chamber not covered by the bonnet.  The front facing outside wall (opening and adjacent surfaces) of the chamber is uncovered by the bonnet and the base.  The rear outside wall (lower area and an area above the axis of rotation) of the chamber is uncovered by the bonnet, and rather, is covered by the base instead.  This photograph is shown with the product disassembled to demonstrate the relationship between the bonnet and the chamber (i.e., that both the front facing outside wall and rear outside wall of the chamber, including an area above the axis of rotation, remains uncovered by the bonnet) when the product is assembled. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | an area above the axis of rotation, remains uncovered by the bonnet) when the product is assembled.<br><br><br><br>Photograph of Leo's Loo<br><br>The bonnet attaches to the support base via a top cover buckle and triangular tab on each opposing side (left and right) of the chamber. A portion of the edge bonnet is narrowed to slide into a corresponding slot in the base of the device. There is also a top cover buckle in the center. For example: | <br><br>Photograph of Leo's Loo Too<br><br>The bonnet attaches to the support base via three tabs on opposing sides (left and right) of the chamber. For example:<br><br><br><br>Photograph of Leo's Loo Too |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|



Photograph of Leo's Loo

Photograph of Leo's Loo

Photograph of Leo's Loo Too

Photograph of Leo's Loo Too

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Photographs of Leo's Loo[2]<br><br>The bonnet covers a portion of the track at all times during rotation.  And the bonnet covers the single waste opening during rotation when the single waste opening is oriented upwardly (when the single waste opening is covered by the bonnet, and not the base).  A pinch condition is prevented | Photographs of Leo's Loo Too<br><br>The bonnet covers a portion of the track at all times during rotation.  And the bonnet covers the single waste opening during rotation when the single waste opening is oriented upwardly (when the single waste opening is covered by the bonnet, and not the base).  A pinch condition is prevented by the bonnet covering a portion of the track at all times, and the single waste opening when it is not covered by the base. The track is always covered, a portion by the base and a portion by the bonnet, and the single waste opening is always covered by either the base or the bonnet.  For example:<br><br>*See https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590, at 0:05-0:09*<br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

---

[2] The right side top cover buckle of the Leo's Loo device used for the photographs was broken off, but the space it is missing from is circled.

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | by the bonnet covering a portion of the track at all times, and the single waste opening when it is not covered by the base.  The track is always covered, a portion by the base and a portion by the bonnet, and the single waste opening is always covered by either the base or the bonnet.  For example:<br><br>*See https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618, at 0:02-0:08*<br><br><br><br>Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618 | |
| wherein during rotation of the | Due to the rotational motion, litter clumps and waste are funneled toward the waste opening for disposal. | Due to the rotational motion, litter clumps and waste are funneled toward the waste opening for disposal. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| chamber, the single axis of rotation funnels clumps, waste, or both towards and then out of the single waste opening. |    Smarty Pear, *Leo's Loo—How It Works*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/Smarty_Pear_Leo_s_Loo_Covered_Automatic_Self-Cleaning_Cat_Litter_Box_How_It_Works_Product_Features_2.mp4?v=1652196618_Features_2.mp4?v=1652196618 |    Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618 |
| **Claim 3** | | |
| 3. The device according to claim 1, wherein the track plane is normal to the single axis of rotation. | The track and track plane are perpendicular (normal) relative to the single axis of rotation. | The track and track plane are perpendicular (normal) relative to the single axis of rotation. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | Image of Leo's Loo, https://smartypear.com/products/leo-s-loo | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| **Claim 4** | | |
| 4. The device according to claim 1, <span style="color:red">wherein the chamber rotates on the support base around the single axis of rotation so that litter in the chamber has a relatively conical rotation.</span> | The chamber rotates about its rotational axis while supported by the support base.  The chamber rotates to move the screen, septum, and waste opening toward the litter (and bottom of device).  The litter has a relatively conical rotation as it continues to reposition itself toward the bottom of the chamber.  Photograph of Leo's Loo product | The chamber rotates about its rotational axis while supported by the support base.  The chamber rotates to move the screen, septum, and waste opening toward the litter (and bottom of device).  The litter has a relatively conical rotation as it continues to reposition itself toward the bottom of the chamber.  Smarty Pear, *Leo's Loo Too Product Video*, https://cdn.shopify.com/s/files/1/0639/8921/9573/files/30s_Product_Video_final_2.mp4?v=1652196618 |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | | |
| | **Claim 6** | |
| 6. The device according to claim 1, wherein the chamber includes a litter bed, and the angle of the single axis of rotation relative to the vertical plane results in a top surface of the litter bed forming an angle of between about 3 degrees and 8 degrees with a surface on which the support base rests, a plane perpendicular to the vertical plane, or both. | Litter is located within the chamber and forms a litter bed. The top surface of the liter bed forms an angle of about 3-8 degrees relative to a plane perpendicular to a vertical plane due to the conical rotation of litter and friction between the granular litter and surface of the chamber.<br><br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | Litter is located within the chamber and forms a litter bed. The top surface of the liter bed forms an angle of about 3-8 degrees relative to a plane perpendicular to a vertical plane due to the conical rotation of litter and friction between the granular litter and surface of the chamber.<br><br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |
| | **Claim 7** | |
| 7. The device according to claim 1, wherein the entry opening forms a plane which forms an angle of about 10 degrees or more with vertical. | The entry opening forms a plane. The plane of entry opening is parallel with the track plane. The track plane forms a 10-20 degree angle with the vertical plane. Thus, the entry opening's plane also forms a 10-20 degree angle with the vertical plane. | The entry opening forms a plane. The plane of entry opening is parallel with the track plane. The track plane forms a 10-20 degree angle with the vertical plane. Thus, the entry opening's plane also forms a 10-20 degree angle with the vertical plane. |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| | **Vertical Plane**<br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | **Vertical Plane**<br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too. |
| **Claim 11** | | |

| Claims – '185 Patent | Leo's Loo | Leo's Loo Too |
|---|---|---|
| 11. The device according to claim 1, <span style="color:red">wherein the entry opening exhibits an area of about 225 cm² or more.</span> | Area = 366.1 cm² (based on an 8.5 inch opening) which is > 225 cm²<br><br><br><br>Diameter = 8.5 inches = 21.59 cm<br><br>Radius (r) = Diameter/2<br><br>Radius (r) = 4.25 inches = 10.795 cm<br><br>$A = \pi r^2$<br>A= $\pi (10.795)^2$<br>A=366.1cm²<br><br>Image of Leo's Loo,<br>https://smartypear.com/products/leo-s-loo | Area = 419.6 cm² (based on a 9.1 inch opening) which is >225 m²<br><br><br><br>Diameter = 9.1 inches = 23.114 cm<br><br>Radius (r) = Diameter/2<br><br>Radius (r) = 4.55 inches = 11.557 cm<br><br>$A = \pi r^2$<br>A= $\pi (11.557)^2$<br>A=419.6 cm²<br><br>Image of Leo's Loo Too,<br>https://smartypear.com/products/leo-s-loo-too |