# EXHIBIT 6

**EXHIBIT 6**

**Initial Claim Chart for U.S. Patent No. 11,399,502 ('502)[1]**

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| **Claim 1** ||
| 1. A device which is an automated litter device comprising: | Leo's Loo Too is a device, which is a self-cleaning litterbox.<br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |
| (a) a chamber configured to hold litter to allow an animal to enter and excrete a waste; | The device includes a chamber configured to hold litter to allow an animal to enter and excrete a waste. |

---

[1] While certain images in the claim chart illustrate the accused devices in an "exploded" or "disassembled" view, such images are included for clarity to depict as much of a particular component as possible as well as its relationship to other components. For the avoidance of any doubt, Leo's Loo Too is accused of infringement based on the manner in which they are made, used, sold, offered for sale, and imported.

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | chamber <br><br> Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too <br><br> Photograph of Leo's Loo Too |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | **STEP 2: Add Litter** — chamber holds litter<br><br>Add up to 2.2 gallons (10.0 L) / 13 pounds (5.9 kg) of litter. ONLY use clay clumping litter. Do not fill beyond the MAX indicator sticker. Overfilling will cause excess litter to dump into the waste drawer.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | <br>Smarty Pear, *Say So Long To Scooping Video*,<br>https://cdn.shopify.com/s/files/1/0639/8921/9573/files/smarty-pear.mp4?v=1651821590<br><br>Image of Leo's Loo Too, https://smartypear.com/ |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | Image of Leo's Loo Too, https://smartypear.com/ |
| (b) a waste drawer in communication with the chamber and configured to receive the waste; | The device includes a waste drawer which is in communication with the chamber and configured to receive waste from the chamber.<br><br>waste drawer receives waste through waste opening<br><br>waste drawer<br><br>Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | Image of Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too?variant=42681722503413 |
| | Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

Page 6 of 19

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| (c) one or more sensors configured to detect one or more conditions of the device and transmit one or more signals related to the one or more conditions; | The device includes multiple sensors configured to detect different conditions of the device. The sensors transmit signals related conditions.<br><br>**② Triple Safety Protection**<br><br>**RADAR WALL**<br>Our state of the art radar system forms an invisible wall around your Loo. When it detects your kitty nearby, it stops the Loo from rotating, ensuring your kitty can always enter safely.<br><br>**WEIGHT SENSORS**<br>Four weight sensors located at the bottom of your Loo detect when your kitty enters and exits the drum. The Loo will only initiate a cleaning cycle when the weight sensors indicate the drum is empty.<br><br>**ANTI-PINCH SENSOR**<br>An anti-pinch sensor located at the top of the waste drawer detects when foreign objects enter the waste chute. When foreign objects are detected, your Loo will stop immediately and reverse rotation.<br><br>(annotations: anti-pitch sensor, radar wall, weight sensors)<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 5, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | **Triple Layer Protection to Keep Kitty Safe**<br><br>Protect kitty with three layers of advanced safety technology that stop moving parts whenever kitty is detected:<br><br>A state of the art Radar System that forms a protective wall<br><br>Four Weight Sensors that detect when kitty is inside the drum<br><br>An aerospace-grade Anti-Pinch Sensor at the top of the waste drawer<br><br>Leo's Loo Too, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | **Components** |
|  | 1. Rotating Drum (Removable) |
|  | 2. Sifter |
|  | 3. Silicon Litter Bladder |
|  | 4. Weight Sensors |
|  | 5. Top Cover (Removable) |
|  | 6. Silicone Step (Replaceable) |
|  | 7. POWER Button |
|  | 8. Base |
|  | 9. Top Cover (Removable) |
|  | 10. Waste Litter Drawer |
|  | 11. Power Connector |
|  | 12. Carbon Filters |
|  | Smarty Pear, *Leo's Loo Too User Manual*, at 4, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

Page 9 of 19

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | **Error Notifications**<br><br>**WEIGHT SENSOR ERROR:** The sensors are reading inaccurate numbers.<br>How to clear: Inspect if the weight sensors, located inside the four feet on the bottom of the machine, are on a solid, flat surface (no carpet) and that no foreign objects are underneath the feet (i.e. cat food or litter particles). Then restart the machine.<br><br>**SAFETY MODE WARNING:** The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.<br>How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation.<br><br>**RADAR SENSOR ERROR:** Radar system may be faulty.<br>If this happens multiple times, please contact customer care at customercare@smartypear.com.<br><br>**MOTOR ERROR:** Motor connection or operation error.<br>If this happens multiple times, please contact customer care at customercare@smartypear.com.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 13, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | Photographs of Leo's Loo Too |
| (d) a controller in communication with the one or more sensors and is adapted to receive the one or more signals, wherein the controller is configured to determine one or more positions of the chamber based on the one or more signals received from the one or more sensors and interpret the one or more signals as one or more status signals; | The device includes a controller that is in communication with multiple sensors and is adapted to receive signals. The controller is configured to determine one or more positions of the chamber based on signals received from the sensors and interpret the signals as status signals.<br><br>**SAFETY MODE WARNING:** The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.<br><br>How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 13, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | Photograph of Leo's Loo Too |
| (e) a communication module in communication with the controller and adapted to communicate with a user interface via a network to transmit the one or more status signals to the user interface, receive one or more instruction signals via the user interface, or both; | The device includes a communication module in communication with the controller and adapted to communicate with the user interface via a network to transmit status signals to the user interface, receive one or more instruction signals via the user interface, or both.<br><br>SAFETY MODE WARNING: The anti-pinch sensor detects a foreign object in the waste chute. This is an uncommon circumstance. When this occurs, the machine stops, rotates backwards and enters Safety Mode.<br><br>How to clear: Inspect the machine and remove foreign objects in the waste chute. Then short press the POWER button on the front of the machine or click the clean button in the app to clear warning. Two short presses will resume operation.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 13, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| communicates via a network | **App Pairing & Functionality**<br><br>1. Scan the QR code to download the app. Create an account and sign in.<br><br>2. Long press the POWER button for 5 seconds. When you hear 3 beeps, the Loo is in pairing mode. White light blinking quickly.<br><br>3. In the app, click on "Add Device" or select "+" in the top right corner. The app will display available devices. Select the Loo you'd like to pair with.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 8, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | Smarty Pear, *Leo's Loo Too User Manual*, at 9, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| receives instruction signals via user interface | [Annotated screenshot of Leo's Loo Too app Cleaning Settings and Scheduled Settings screens, with callouts: "Adjust number of drum rotations per cleaning cycle."; "Switch between Automatic and Manual cleaning modes."; "Set when cleaning cycle starts after kitty exits Loo."; "Schedule daily cleanings."; "Schedule periods when the device should be non operational."; "Turn POWER button light On/Off."; "Schedule daily sterilizations."; "Reset to factory settings."; "Reset filter and litter replacement countdown."] Smarty Pear, *Leo's Loo Too User Manual*, at 10, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |
| wherein the communication module is a wireless communication module and is in wireless communication with the user interface via the network; and | The communication module is wireless and in wireless communication with the user interface via the network. |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | Leo's Loo Too, Connected Smart Home App, https://smartypear.com/products/leo-s-loo-too |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| | **App Pairing & Functionality**<br><br>1. Scan the QR code to download the app. Create an account and sign in.<br><br>2. Long press the POWER button for 5 seconds. When you hear 3 beeps, the Loo is in pairing mode.<br><br>3. In the app, click on "Add Device" or select "+" in the top right corner. The app will display available devices. Select the Loo you'd like to pair with.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 8, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view<br><br>• Compatible with 2.4G WiFi networks.<br><br>Smarty Pear, *Leo's Loo Too User Manual*, at 2, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |
| wherein the user interface is adapted to transmit the one or more instruction signals wirelessly to the controller via the network to change at least one of | The user interface is adapted to transmit instruction signals wirelessly to the controller via the network to change at least one condition of the device. |

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
| the one or more conditions of the device. | <br>Smarty Pear, *Leo's Loo Too User Manual*, at 9, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |

Page 18 of 19

| Claims – '502 Patent | Leo's Loo Too |
|---|---|
|  | Smarty Pear, *Leo's Loo Too User Manual*, at 10, https://drive.google.com/file/d/1pOl7QSAV6q2vFzaq1amU5cI200WASxOh/view |