# EXHIBIT 7

# United States of America
## United States Patent and Trademark Office

# Never Scoop Again

**Reg. No. 6,383,646**

**Registered Jun. 15, 2021**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Automated Pet Care Products LLC  (MICHIGAN LIMITED LIABILITY COMPANY), DBA Automated Pet Care products Inc.
1080 W. Entrance Dr.
Auburn Hills, MICHIGAN 48326

CLASS 21: Automatic litter boxes for pets

FIRST USE 1-1-2013; IN COMMERCE 1-1-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-855,619, FILED 04-01-2020







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

