COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (32235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

BETH SHRIEVES *[Pro hac vice pending]*
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:    (202) 776-2196
Facsimile:    (202) 842-7899
Facsimile:    (212) 479-6275

*Attorneys for Plaintiff and Counterclaim-Defendant*
Automated Pet Care Products, LLC d/b/a Whisker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>              Defendants. | Case No. 3:22-cv-04261-VC (SK)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ARI LIPSITZ** |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>              Counterclaim-Plaintiffs,<br><br>     v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>              Counterclaim-Defendant. | |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Ari Lipsitz is no longer affiliated with Cooley LLP, and as such the firm hereby withdrawals his appearance in the above-captioned matter as counsel for Plaintiff and Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") and further requests that (a) his name be removed from any applicable service list herein, and (b) that the Clerk terminate the delivery of all CM/ECF notices addressed to alipsitz@cooley.com in the above-captioned case.  All remaining Cooley LLP attorneys shall continue to receive notices.

Dated:  July 20, 2023                                   COOLEY LLP

By: */s/ Bobby Ghajar*
Bobby Ghajar
Colette Ghazarian
Beth Shrieves

*Attorneys for Plaintiff and Counterclaim-Defendant*

Automated Pet Care Products, LLC d/b/a Whisker