| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | BOBBY GHAJAR (198719) |
|  | (bghajar@cooley.com) |
| 3 | COLETTE GHAZARIAN (322235) |
|  | (cghazarian@cooley.com) |

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

BETH SHRIEVES *[Pro hac vice pending]*
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 776-2196
Facsimile:   (202) 842-7899
Facsimile:   (212) 479-6275

*Attorneys for Plaintiff and Counterclaim-Defendant*
Automated Pet Care Products, LLC d/b/a Whisker

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Defendants. | Case No. 3:22-cv-04261-VC (SK)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Counterclaim-Defendant. | |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") notifies the court and all parties that Colette Ghazarian of the law firm of Cooley LLP hereby appears as Plaintiff and Counterclaim Defendant's counsel of record in this action. She is admitted to practice in California and before this Court. Her address, telephone number, e-mail address, and facsimile number are as follows:

>   COLETTE GHAZARIAN
>   COOLEY LLP
>   1333 2nd Street, Suite 400
>   Santa Monica, CA 90401
>   Telephone:   (310) 883-6400
>   Facsimile:   (310) 883-6500
>   Email:       cghazarian@cooley.com

Dated:  July 20, 2023

COOLEY LLP

By: */s/ Colette Ghazarian*
    Bobby Ghajar
    Colette Ghazarian
    Beth Shrieves

*Attorneys for Plaintiff and Counterclaim-Defendant*

Automated Pet Care Products, LLC d/b/a Whisker