COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (32235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

BETH SHRIEVES *[Pro hac vice pending]*
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:    (202) 776-2196
Facsimile:    (202) 842-7899
Facsimile:    (212) 479-6275

*Attorneys for Plaintiff and Counterclaim-Defendant
Automated Pet Care Products, LLC d/b/a Whisker*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants.<br><hr>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Counterclaim-Defendant. | Case No. 3:22-cv-04261-VC (SK)<br><br>**NOTICE OF HEARING ON PLAINTIFF WHISKER'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br><br>Date:   August 17, 2023<br>Time:   10:00 a.m.<br>Dept:   Courtroom 4 — 17th Floor<br>Judge:  Hon. Vince Chhabria |

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 17, 2023, at 10:00 a.m., or as soon thereafter as counsel may be heard Plaintiff and Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") by their counsel, will move this Court, before the Honorable Vince Chhabria, for an order granting leave to file a Third Amended Complaint. The grounds are set forth in the Motion (ECF No. 93).

Per Civil Local Rule 7-3(a), (b) the briefing schedule for said Motion is as follows:

| | |
|---|---|
| Opposition to Motion | July 26, 2023 |
| Reply to Opposition | August 2, 2023 |

Dated:  July 20, 2023               COOLEY LLP


By: */s/ Bobby Ghajar*
    Bobby Ghajar
    Colette Ghazarian
    Beth Shrieves

*Attorneys for Plaintiff and Counterclaim-Defendant*

Automated Pet Care Products, LLC d/b/a Whisker