# EXHIBIT 1

# Ghazarian, Colette A

| | |
|---|---|
| **From:** | Richard McCaulley <richard@mccaulleylawgroup.com> |
| **Sent:** | Wednesday, July 26, 2023 10:58 AM |
| **To:** | Ghajar, Bobby A. |
| **Cc:** | Ghazarian, Colette A; Josh Van Hoven; Steve Sherry |
| **Subject:** | Re: Third Amended Complaint |

**[External]**

Bobby - I'm out of the office for the rest of the day. I filed an opposition before I left. I'll take a look at your proposal when I am back at a computer tonight. We can continue to try and resolve this.

Rick

_____

> On Jul 26, 2023, at 10:49 AM, Ghajar, Bobby A. <bghajar@cooley.com> wrote:
>
> Rick –
>
> The Court issued a dismissal after we filed the motion to amend, so that's why the '185 references are in it. If you'd like we can file a revised version to remove those references, and including a footnote saying that the Court dismissed the '185 patent, along these lines:
>
>> "Plaintiff previously asserted infringement of U.S. Patent No. 9,433,185 ("'185 patent"). (See D.I. 58.) On July 17, 2023, the Court granted Defendant's motion to dismiss the '185 patent. (D.I. 95.) Plaintiff disagrees with the Court's Order and maintains that the '185 patent is infringed. Plaintiff reserves all rights to appeal the Court's Order dismissing the '185 patent from the case."
>
> We would not remove the other allegations for the reasons provided, and because SP already answered those same allegations in the FAC.
>
> Regards,
>
> **Bobby Ghajar**
> Cooley LLP
> 1333 2nd Street, Suite 400
> Santa Monica, CA  90401-4100
> +1 310 883 6404 office
> +1 310 883 6500 fax
> bghajar@cooley.com
> www.cooley.com/bghajar
>
> Twitter | Facebook | LinkedIn
>
> Cooley is one of Fortune's **100 Best Companies to Work For**

1

**From:** Richard McCaulley <richard@mccaulleylawgroup.com>
**Sent:** Wednesday, July 26, 2023 10:35 AM
**To:** Ghazarian, Colette A <cghazarian@cooley.com>
**Cc:** Ghajar, Bobby A. <bghajar@cooley.com>; Josh Van Hoven <josh@mccaulleylawgroup.com>; Steve Sherry <steve@mccaulleylawgroup.com>
**Subject:** Re: Third Amended Complaint

**[External]**

Colette:

We do not wish to have any of these allegations remain in the complaint. Whisker has advertised the complaint to consumers, and we think that the operative pleading in the matter should only include the allegations that are still in the case in light of the Court's rulings.  Obviously, we think that the First Cause of action should be deleted in its entirety. Paragraph 37 accuses SP of "blatant infringement" of the '185 patent. Frankly, the fact that Whisker will not voluntarily take the relatively easy step of removing the allegations with respect to at least the '185 patent makes our client even more concerned that Whisker intends to promote the false impression that the '185 patent remains in the case.

We will file a short opposition that indicates that we do not oppose the filing of the Third Amended Complaint as long as references to items that have been dismissed are removed from the filing.

Thanks,

Rick

Sent from my iPad

> On Jul 24, 2023, at 10:45 PM, Ghazarian, Colette A <cghazarian@cooley.com> wrote:
>
> Rick,
>
> With respect to Paragraphs 22-24, 37, and 55, we agree that these relate solely to the patent claim based on the '185 patent, which we included prior to the Court's dismissal order.  We suggest you simply note in your answer that response to those claims are unnecessary in view of the Court's order.  Does that work for you?
>
> As to Paragraphs 33-36, 38-40, 66, and 68, we believe that these are still relevant to the case overall, even if SmartyPear's position is that they relate to dismissed false advertising claims. Also, the substantive allegations in these paragraphs were *also* in the First Amended Complaint, and SmartyPear previously answered them. We see no reason to withdraw these allegations now.
>
> Finally, we do not see how Paragraph 48 relates to any of the dismissed claims or should be withdrawn.
>
> Let us know if SmartyPear intends to oppose the motion based on the above.
>
> Thank you,

Colette

**Colette Ghazarian**
Cooley LLP
Wells Fargo Center, South Tower
355 South Grand Avenue, Suite 900
Los Angeles, CA  90071-1560
+1 213 561 3222 office
+1 213 561 3244 fax
cghazarian@cooley.com

Pronouns: she, her, hers

www.cooley.com

Cooley is committed to racial justice

**From:** Richard McCaulley <richard@mccaulleylawgroup.com>
**Date:** July 23, 2023 at 3:34:33 PM PDT
**To:** "Ghajar, Bobby A." <bghajar@cooley.com>, "Lipsitz, Ari" <alipsitz@cooley.com>
**Cc:** Steve Sherry <steve@mccaulleylawgroup.com>, Josh Van Hoven <josh@mccaulleylawgroup.com>
**Subject: Third Amended Complaint**

[External]

_____

Bobby:

   The Third Amended Complaint that you attached to your motion contains many allegations that the Court has now dismissed.  We object to the motion to the extent that the Third Amended complaint contains the following paragraphs:

22-24
33-40
48
55
66
68

   Please let me know if plaintiff will withdraw those paragraphs.  If so, Defendants will not oppose the motion.

Thanks,

Rick

Sent from my iPad

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient,

please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.