COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:    (310) 883-6400
Facsimile:    (310) 883-6500

MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone:    (703) 456-8573
Facsimile:    (703) 456-8100

*[Full Listing on Signature Page]*

*Attorneys for Plaintiff and Counter-Defendant
Automated Pet Care Products, LLC d/b/a Whisker*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, and Jacob Zuppke, an individual,<br><br>Counterclaim-Defendants. | Case No. 3:22-cv-04261-VC (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE RE ADR DEADLINE**<br><br>Judge: Hon. Vince Chhabria |

1  Pursuant to Civil Local Rule 6-2 and Paragraphs 9-11 of the Standing Order for Civil Cases
2  Before Judge Vince Chhabria, Plaintiff / Counterclaim-Defendant Automated Pet Care Products,
3  LLC d/b/a Whisker ("Whisker") and Defendants / Counterclaim-Plaintiffs PurLife Brands, Inc.
4  d/b/a Smarty Pear ("Smarty Pear") and Chris Madeiras (collectively, "Defendants") (together, with
5  Plaintiff, the "Parties") hereby agree and stipulate that good cause exists to request an Order from
6  the Court rescheduling the deadline to complete Alternative Dispute Resolution ("ADR") by 30
7  days to September 11, 2023.

8  WHEREAS, the Parties have engaged in substantial motions practice in recent months
9  regarding the issues in the case, including motions to dismiss claims and counterclaims and a
10 motion to file a third amended Complaint. (D.I. 69, 82, 93).

11 WHEREAS, some of the Parties' motions are pending (D.I. 93) and the Parties anticipate
12 additional motions practice in the near future.

13 WHEREAS, in view of the recent motions practice, the Parties have not had adequate
14 opportunity to schedule and participate in ADR prior to the original deadline, August 10, 2023.
15 (D.I. 65, 60).

16 WHEREAS, the Parties need additional time to schedule ADR with a Magistrate and
17 meaningfully engage in dispute resolution. The Parties agree that good cause exists to extend the
18 deadline to complete ADR by 30 days to September 11, 2023.

19 WHEREAS, this extension will not require the modification of any other deadlines to the
20 case schedule.

21 WHEREAS, the Parties have previously agreed to extensions of time for Defendants to
22 respond to the Complaint (D.I. 14), for Defendants to Respond to the First Amended Complaint
23 (D.I. 23), for changes to Opposition and Reply deadlines for Defendants' Motion to Dismiss (D.I.
24 32), for Whisker to Respond to Defendants' Counterclaims (D.I. 76), and for a modification of the
25 schedule and Motions to Dismiss hearing date (D.I. 91).

26 WHEREAS, in their Joint Case Management Statement, the Parties stipulated to "ADR
27 before a Magistrate Judge." (D.I. 60). The Parties jointly request that the Court appoint a Magistrate
28 Judge to preside over the Parties' ADR efforts.

NOW THEREFORE, the Parties stipulate and respectfully request that (a) the date for completion of ADR be extended from August 10, 2023 to September 11, 2023, and (b) the Court appoint a Magistrate Judge to oversee the Parties' ADR efforts.

Respectfully Submitted,

Dated:  August 10, 2023                                    COOLEY LLP


By: */s/ Bobby Ghajar*
Bobby Ghajar
Stephen Smith
Matthew Brigham
Colette Ghazarian
Beth Shrieves

*Attorneys for Plaintiff*
Automated Pet Care Products, LLC d/b/a Whisker

*[Full Counsel List]*

STEPHEN SMITH *[Pro hac vice]*
(Stephen.smith@cooley.com)
BETH SHRIEVES *[Pro hac vice]*
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:     (202) 728-7148
Facsimile:      (202) 842-7899

*Attorneys for Plaintiff and Counter-Defendant*

Automated Pet Care Products, LLC d/b/a Whisker


Dated: August 10, 2023                    **MCCAULLEY LAW GROUP LLC**


By:  */s/ Richard T. McCaulley*
RICHARD T. MCCAULLEY

*Attorney for Defendants and Counter-Plaintiffs*
Purlife Brands, Inc. d/b/a Smarty Pear

Chris Madeiras

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

*Attorneys for Defendants, Counter-Claim Plaintiffs*

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR, and CHRIS MADEIRAS

## **ATTESTATION**

I, Bobby Ghajar, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 10, 2023                              */s/ Bobby Ghajar*

**[PROPOSED] ORDER**

IT IS SO ORDERED that the deadline to complete Alternative Dispute Resolution is rescheduled from August 10, 2023 to September 11, 2023.

Dated: _____, 2023

_____
HON. VINCE CHHABRIA
U.S. District Court