MCCAULLEY LAW GROUP LLC

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants, Counter-Claim Plaintiffs

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRIS MADEIRAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, <br><br> Plaintiff, Counter-Claim Defendant, <br><br> v. <br><br> PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, <br><br> Defendants, Counter-Claim Plaintiffs. | Case No. 3:22-cv-04261-VC (SK) <br><br> **ADMINISTRATIVE MOTION FOR APPROVAL OF JOINT STIPULATION AND [PROPOSED] ORDER TO CONVERT IN PERSON CIVIL MOTION HEARING TO ZOOM** <br><br> Honorable Vince Chhabria |

Pursuant to Civil Local Rule 7-11 and the instructions regarding Civil Law and Motion Calendar, Thursdays at 10:00 a.m. and 1:00 p.m., before Judge Vince Chhabria, Plaintiff / Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker"), and Defendants / Counterclaim-Plaintiffs PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear") and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an Order from the Court converting the in-person civil law and motion hearing scheduled for 10:00 a.m. in Courtroom 4 on August 17, 2023 to a Zoom hearing at 1:00 p.m. that same day (August 17, 2023).

Defendants' counsel, Richard T. McCaulley, who will be arguing the motion (Dkt. No. 93) is based outside the Northern District of California. Additionally, Mr. McCaulley is dealing with a family issue that would be easier to manage if the hearing were converted from in-person to Zoom. As an accommodation, Plaintiff's counsel is amenable to that adjustment.

NOW THEREFORE, the Parties stipulate as follows:

The Parties respectfully request that the Court convert the 10:00 a.m., in-person hearing in Courtroom 4 on Thursday, August 17, 2023 regarding Plaintiff's Motion for Leave to File Third Amended Complaint Dismiss (Dkt. No. 93) to a Zoom hearing at 1:00 p.m. that same day (August 17, 2023).

Dated: August 14, 2023            **MCCAULLEY LAW GROUP LLC**

By: */s/ Richard T. McCaulley*
RICHARD T. MCCAULLEY

*Attorney for Defendants*
Purlife Brands, Inc. d/b/a Smarty Pear
Chris Madeiras

Dated: August 14, 2023 **COOLEY LLP**

By: /s/ *Bobby Ghajar*
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

BETH SHRIEVES [Pro hac vice]
(bshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 776-2196
Facsimile: (202) 842-7899

**[PROPOSED] ORDER**

It is hereby ordered that the 10:00 a.m., in-person hearing in Courtroom 4 on Thursday, August 17, 2023 regarding Plaintiff's Motion for Leave to File Third Amended Complaint Dismiss (Dkt. No. 93) is converted to a Zoom hearing at 1:00 p.m. that same day (August 17, 2023).

**IT IS SO ORDERED.**

DATED: August____, 2023

                                              Hon. Vince Chhabria
                                              United States District Court Judge

**ATTESTATION**

I, Richard T. McCaulley, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 14, 2023               */s/ Richard T. McCaulley*
                                     Richard T. McCaulley