1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Plaintiff
Automated Pet Care Products, LLC d/b/a Whisker

COOLEY LLP
STEPHEN SMITH *[Pro hac vice]*
(stephen.smith@cooley.com)
BETH SHRIEVES *[Pro hac vice]*
(bshrieves@cooley.com)
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004
Telephone:   (202) 776-2196
Facsimile:   (202) 842-7899

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>            Defendants. | Case No. 3:22-cv-04261-VC (SK)<br><br>**DECLARATION OF COLETTE GHAZARIAN IN SUPPORT OF WHISKER'S MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS 1–7, 9, AND 10**<br><br>Hearing Date:<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor<br>Judge: Hon. Vince Chhabria<br><br>Counterclaims Filed: July 31, 2023 |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>            Counterclaim-Plaintiffs,<br><br>    v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>            Counterclaim-Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW

I, Colette Ghazarian, declare:

1.      I am an associate at the law firm of Cooley LLP and counsel of record for Plaintiff and Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") in this matter.  I submit this declaration in support of Whisker's Motion to Dismiss Defendants' Counterclaims 1–7, 9, and 10.  I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would competently testify to such facts.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript of Proceedings from the Court's hearing on Whisker's Motion to Dismiss Defendants' original Counterclaims.  The exhibit reflects highlighting added by Whisker for the convenience of the Court.

3.      Defendants' Amended Counterclaims reference a video titled "10 Things You Should Know Before Buying an Automatic Litter Box," featuring influencer Mallory Crusta, which is available on the YouTube platform.  As explained in Whisker's Motion to Dismiss, filed concurrently herewith, the contents of the video are incorporated by reference into Defendants' Amended Counterclaims.  I have watched the video, which features Ms. Crusta discussing various factors she recommends that consumers consider when deciding to purchase an automatic litter box.  The video moves between shots of Ms. Crusta speaking to the camera, where a shelf with an award and potted plant as well as an automatic litter box that Defendants have alleged is their Leo's Loo Too product is seen in the background, and clips showing various other automatic litter boxes, including Whisker's Litter-Robot® 3 with Ms. Crusta's narration over them.  Ms. Crusta does not mention the Leo's Loo Too by name in the video.  For the Court's benefit, the video is accessible at https://www.youtube.com/watch?v=2y_85EU5Ddg&ab_channel=Cats.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 14th day of August at Glendale, California.

By: */s/ Colette Ghazarian*
Colette Ghazarian