**MCCAULLEY LAW GROUP LLC**

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants, Counter-Claim Plaintiffs

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRISTOPHER MADEIRAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>　　　　Plaintiff, Counter-Claim Defendant,<br><br>　v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>　　　　Defendants, Counter-Claim Plaintiffs. | Case No. 5:22-cv-04261-PCP (SK)<br><br>**ADMINISTRATIVE MOTION TO RENOTICE HEARING ON DEFENDANTS SMARTY PEAR AND CHRISTOPHER MADEIRAS' MOTION FOR JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S '502 PATENT**<br><br>Hearing: September 14, 2023<br>Time: 10:00 AM<br>Courtroom: 8-4th Floor<br>Judge: Hon. P. Casey Pitts |

Renotice of Hearing on Defendants'
Motion for Judgment on the Pleadings
Case No. 5:22-cv-04261-PCP (SK)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Order Reassigning Case to the Honorable P. Casey Pitts in the San Jose Division for all further proceedings, Defendants PurLife Brands, Inc. d/b/a Smarty Pear and Christopher Madeiras hereby RENOTICES Defendants' Motion for Judgment on the Pleadings as to Plaintiff's '502 patent for September 14, 2023, at 10:00 a.m. in Courtroom 8 on the 4th Floor of the Robert F. Peckham Courthouse, located at 280 South First Street, San Jose, CA, 95113.

Dated: August 20, 2023                    **MCCAULLEY LAW GROUP LLC**

By: */s/ Richard T. McCaulley*
RICHARD T. MCCAULLEY

*Attorney for Defendants*
PurLife Brands, Inc. d/b/a Smarty Pear
and Christopher Madeiras

2

Renotice of Hearing on Defendants'
Motion for Judgment on the Pleadings
Case No. 5:22-cv-04261-PCP (SK)