UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUTOMATED PET CARE PRODUCTS, LLC, | Case No. 22-cv-04261-PCP |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART REQUEST TO MODIFY ADR SCHEDULE** |
| v. | |
| PURLIFE BRANDS, INC. D/B/A SMARTY PEAR, A DELAWARE CORPORATION, et al., | |
| Defendants. | |

Pursuant to the parties' stipulated request, the current August 10, 2023 deadline to complete Alternative Dispute Resolution (ADR) is vacated, and this matter is referred for a Magistrate Judge-directed settlement conference. By no later than September 22, 2023, the parties, in coordination with the assigned Magistrate Judge, shall reach agreement upon the date on which their settlement conference will occur. The parties' deadline to complete ADR is rescheduled to one week after the date of the settlement conference.

**IT IS SO ORDERED.**

Dated: August 24, 2023

_____
P. CASEY PITTS
United States District Judge