**MCCAULLEY LAW GROUP LLC**

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants, Counter-Claim Plaintiffs

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRIS MADEIRAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Plaintiff, Counter-Claim Defendant,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Defendants, Counter-Claim Plaintiffs. | Case No. 5:22-cv-04261-PCP (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE**<br><br>Honorable P. Casey Pitts |

Pursuant to Civil Local Rule 7-11 and the instructions regarding Civil Motions, Section IX of "Standing Order For Civil Cases Judge P. Casey Pitts (Revised August 16, 2023)", Plaintiff / Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker"), and Defendants / Counterclaim-Plaintiffs PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear") and Chris Madeiras (collectively "Defendants") (together, with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an Order from the Court adjusting the briefing schedule regarding Whisker's Motion to Dismiss Smarty Pear's Amended Counterclaims (Dkt. No. 112) for submission of Smarty Pear's Brief in Opposition to Whisker's motion to dismiss and Whisker's Reply Brief in support of its motion to dismiss.

WHEREAS, on August 14, 2023, Plaintiff Whisker filed a Motion to Dismiss Defendants Smarty Pear's Amended Counterclaims (Dkt. No. 112), to be heard on September 21, 2023 before Judge Chhabria.

WHEREAS, this case was reassigned on August 18, 2023 to the Honorable P. Casey Pitts for all further proceedings and pursuant to that Order, all hearing dates then presently scheduled were vacated.

WHEREAS, the Clerk issued a notice resetting the hearing on Whisker's Motion to Dismiss Defendants Smarty Pear's Amended Counterclaims to October 12, 2023 at 10:00 am in San Jose, Courtroom 8, 4th Floor before Judge P. Casey Pitts. (Dkt. No. 118)

WHEREAS, under the current briefing schedule, Defendants Smarty Pear's Brief in Opposition to Whisker's Motion to Dismiss the Amended Counterclaims is due on August 28, 2023.

WHEREAS, under the current briefing schedule, Plaintiff Whisker's Reply Brief in support of its Motion to Dismiss the Amended Counterclaims is due on September 5, 2023.

WHEREAS, Defendant Smarty Pear has asked for a four (4) day extension of time until September 1, 2023 to file its Brief in Opposition to Whisker's Motion to Dismiss the Amended Counterclaims, and Plaintiff Whisker has consented to that request, and asked for a similar four (4) day extension of time, which due to the interceding weekend, would make the deadline September 12, 2023 to file its Reply Brief in support of its Motion to Dismiss.

WHEREAS, even with the requested extensions of time, all briefing regarding Whisker's Motion to Dismiss the Amended Counterclaims will be completed by September 12, 2023, thirty (30) days before the scheduled hearing date on the motion (i.e., October 12, 2023).

NOW THEREFORE, the Parties stipulate as follows:

(1) The due date for Defendants Smarty Pear and Christopher Madeiras' Brief in Opposition to Plaintiff Whisker's Motion to Dismiss the Amended Counterclaims shall be extended from August 28, 2023 to September 1, 2023; and

(2) The due date for Plaintiff Whisker's Reply Brief in support of its Motion to Dismiss shall be extended from September 5, 2023 to September 12, 2023.

The Parties respectfully request that the Court approve the Parties' stipulation extending the time to complete the briefing on Whisker's Motion to Dismiss.

Dated: August 25, 2023              **MCCAULLEY LAW GROUP LLC**

                                    By: */s/ Richard T. McCaulley*
                                    RICHARD T. MCCAULLEY

                                    *Attorney for Defendants*
                                    Purlife Brands, Inc. d/b/a Smarty Pear
                                    Chris Madeiras

Dated: August 25, 2023          **COOLEY LLP**

By: /s/ *Bobby Ghajar*
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

MATTHEW BRIGHAM
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

STEPHEN SMITH [Pro hac vice]
(Stephen.smith@cooley.com)
BETH SHRIEVES [Pro hac vice]
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 728-7148
Facsimile: (202) 842-7899

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that

(1) The due date for Defendants Smarty Pear and Christopher Madeiras' Brief in Opposition to Plaintiff Whisker's Motion to Dismiss the Amended Counterclaims shall be extended from August 28, 2023 to September 1, 2023; and

(2) The due date for Plaintiff Whisker's Reply Brief in support of its Motion to Dismiss shall be extended from September 5, 2023 to September 12, 2023.


DATED: August____, 2023

_____
Hon. P. Casey Pitts
United States District Court Judge

## **ATTESTATION**

I, Richard T. McCaulley, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h), that the concurrence to the filing of this document has been obtained from each signatory hereto.


DATED: August 25, 2023                               */s/ Richard T. McCaulley*
                                                                                Richard T. McCaulley