**MCCAULLEY LAW GROUP LLC**

JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (pro hac vice)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants, Counter-Claim Plaintiffs

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRIS MADEIRAS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Plaintiff, Counter-Claim Defendant,<br><br>    v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Defendants, Counter-Claim Plaintiffs. | Case No. 5:22-cv-04261-PCP (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADJUST BRIEFING SCHEDULE**<br><br>Honorable P. Casey Pitts |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that

(1) The due date for Defendants Smarty Pear and Christopher Madeiras' Brief in Opposition to Plaintiff Whisker's Motion to Dismiss the Amended Counterclaims shall be extended from August 28, 2023 to September 1, 2023; and

(2) The due date for Plaintiff Whisker's Reply Brief in support of its Motion to Dismiss shall be extended from September 5, 2023 to September 12, 2023.

DATED: August  28 , 2023

_____
Hon. P. Casey Pitts
United States District Court Judge