1  COOLEY LLP
   BOBBY GHAJAR (198719)
2  (bghajar@cooley.com)
   COLETTE GHAZARIAN (322235)
3  (cghazarian@cooley.com)
   1333 2nd Street, Suite 400
4  Santa Monica, CA 90401
   Telephone:   (310) 883-6400
5  Facsimile:   (310) 883-6500

6  MATTHEW BRIGHAM (191428)
   (mbrigham@cooley.com)
7  11951 Freedom Drive, 14th Floor
   Reston, VA 20190
8  Telephone:   (703) 456-8573
   Facsimile:   (703) 456-8100

9  *[Full Listing on Signature Page]*

10 *Attorneys for Plaintiff and Counter-Defendant*
   *Automated Pet Care Products, LLC d/b/a Whisker*

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Defendants. | Case No. 5:22-cv-04261-PCP (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. P. Casey Pitts |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, and Jacob Zuppke, an individual,<br><br>Counterclaim-Defendants. | |

Pursuant to Civil Local Rule 6-2, Plaintiff / Counterclaim-Defendant Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") and Defendants / Counterclaim-Plaintiffs PurLife Brands, Inc. d/b/a Smarty Pear ("Smarty Pear") and Chris Madeiras (collectively, "Defendants") (together, with Plaintiff, the "Parties") hereby agree and stipulate that good cause exists to request an Order from the Court modifying the case schedule.

WHEREAS, the Parties have engaged in substantial motions practice in recent months regarding the issues in the case, including motions to dismiss claims and counterclaims, a motion to file a third amended Complaint, and a motion for judgment on the pleadings. (D.I. 69, 82, 93, 109, 112).

WHEREAS, on August 18, 2023, this case was reassigned to the Honorable P. Casey Pitts in the San Jose Division for all further proceedings.

WHEREAS, Defendants recently (on July 31) filed Amended Counterclaims (D.I. 105), and Plaintiff recently (on August 17) filed a Third Amended Complaint (D.I. 115).

WHEREAS, Plaintiff's Motion to Dismiss Defendants' Amended Counterclaims (D.I. 112) and Defendants' Motion for Judgment on the Pleadings as to Plaintiff's '502 Patent (D.I. 109) are still pending and the hearings on both motions were recently rescheduled to October 12 (D.I. 118), which is after the current October 8 cut-off for fact discovery.

WHEREAS, on August 25, 2023, the Court vacated the prior August 10 deadline to complete Alternative Dispute Resolution (ADR), referred the matter for a Magistrate Judge-directed settlement conference, and ordered that, no later than September 22, 2023, the Parties, in coordination with the assigned Magistrate Judge, shall reach agreement upon the date on which their settlement conference will occur and that the deadline to complete ADR is rescheduled to one week after the date of the settlement conference (D.I. 119).

WHEREAS, to date, no Magistrate Judge has been assigned to direct the Parties' settlement conference.

WHEREAS, the parties have exchanged written discovery and produced documents, but continue to seek discovery and anticipated discovery disputes;

WHEREAS, in light of the recently-filed amended pleadings and the pending motions

relating to the claims in those pleadings, and ongoing discovery efforts, the Parties require additional time to complete fact discovery.

WHEREAS, under the circumstances, the Parties believe that good cause exists to modify the existing Case Management Schedule;

WHEREAS, the Parties have previously agreed to extensions of time for Defendants to respond to the Complaint (D.I. 14), for Defendants to Respond to the First Amended Complaint (D.I. 23), for changes to Opposition and Reply deadlines for Defendants' Motion to Dismiss (D.I. 32), for Whisker to Respond to Defendants' Counterclaims (D.I. 76), for a modification of the schedule and Motions to Dismiss hearing date (D.I. 91), for an extension of the date for completion of ADR (D.I. 110), and for changes to Opposition and Reply deadlines for Defendant's Motion to Dismiss Amended Counterclaims (D.I. 120).

WHEREAS, the table below sets forth the current case schedule alongside the proposed modified schedule agreed-upon by the parties.

| Event | Original Dates (D.I. 91, 118, 119) | Proposed Dates |
|---|---|---|
| Claim construction / fact discovery cutoff | Monday, October 8, 2023 | Monday, December 4, 2023 |
| Expert discovery – opening reports | Monday, November 6, 2023 | Thursday, January 11, 2024 |
| Expert discovery – rebuttal reports | Monday, December 4, 2023 | Tuesday, February 13, 2024 |
| Expert discovery cutoff | Monday December 18, 2023 | Friday, March 1, 2024 |
| Summary Judgment / Claim Construction - Opening Brief | Thursday, January 11, 2024 or at Court's convenience | Thursday, March 21, 2024 |
| Summary Judgment / Claim Construction - Hearing | Thursday, March 14, 2024 or at Court's convenience | Thursday, May 2, 2024 |
| Pretrial conference | Monday, May 6, 2024 or at Court's convenience | Monday, June 24, 2024 or at Court's convenience |
| Trial | Monday, May 20, 2024 [4-5 days] or at Court's convenience | Monday, July 15, 2024 [4-5 days] or at Court's convenience |

NOW THEREFORE, the Parties stipulate and respectfully request that the case schedule be modified as indicated in the table above.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  August 30, 2023 | **COOLEY LLP** |
|  | By: */s/ Bobby Ghajar* <br> Bobby Ghajar <br> Stephen Smith <br> Matthew Brigham <br> Colette Ghazarian <br> Beth Shrieves |
|  | *Attorneys for Plaintiff* <br> Automated Pet Care Products, LLC d/b/a Whisker |
| Dated: August 30, 2023 | **MCCAULLEY LAW GROUP LLC** |
|  | By: */s/ Richard T. McCaulley* <br> RICHARD T. MCCAULLEY |
|  | *Attorney for Defendants and Counter-Plaintiffs* <br> Purlife Brands, Inc. d/b/a Smarty Pear <br> Chris Madeiras |

*[Full Counsel List]*

STEPHEN SMITH *[Pro hac vice]*
(Stephen.smith@cooley.com)
BETH SHRIEVES *[Pro hac vice]*
(eshrieves@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:     (202) 728-7148
Facsimile:     (202) 842-7899

*Attorneys for Plaintiff and Counter-Defendant*

Automated Pet Care Products, LLC d/b/a Whisker

1  JOSHUA V. VAN HOVEN (CSB No. 262815)
   E-Mail: josh@mccaulleylawgroup.com
2  3001 Bishop Dr., Suite 300
   San Ramon, California 94583
3  Telephone: (925) 302-5941

4  RICHARD T. MCCAULLEY (pro hac vice)
   E-Mail: richard@mccaulleylawgroup.com
5  180 N. Wabash Avenue, Suite 601
   Chicago, Illinois 60601
6           Telephone: (312) 330-8105

7  *Attorneys for Defendants, Counter-Claim Plaintiffs*

8  PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
   and CHRIS MADEIRAS

## **ATTESTATION**

I, Bobby Ghajar, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(h), that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 30, 2023                                                                        */s/ Bobby Ghajar*

...

# [PROPOSED] ORDER

IT IS SO ORDERED that the case schedule in the above-captioned case be modified as follows:

| Event | Original Dates (D.I. 91, 118, 119) | Proposed Dates |
|---|---|---|
| Claim construction / fact discovery cutoff | Monday, October 8, 2023 | Monday, December 4, 2023 |
| Expert discovery – opening reports | Monday, November 6, 2023 | Thursday, January 11, 2024 |
| Expert discovery – rebuttal reports | Monday, December 4, 2023 | Tuesday, February 13, 2024 |
| Expert discovery cutoff | Monday December 18, 2023 | Friday, March 1, 2024 |
| Summary Judgment / Claim Construction - Opening Brief | Thursday, January 11, 2024 or at Court's convenience | Thursday, March 21, 2024 |
| Summary Judgment / Claim Construction - Hearing | Thursday, March 14, 2024 or at Court's convenience | Thursday, May 2, 2024 |
| Pretrial conference | Monday, May 6, 2024 or at Court's convenience | Monday, June 24, 2024 or at Court's convenience |
| Trial | Monday, May 20, 2024 [4-5 days] or at Court's convenience | Monday, July 15, 2024 [4-5 days] or at Court's convenience |

Dated: _____, 2023

_____
HON. P. CASEY PITTS
U.S. District Court

290511275