**MCCAULLEY LAW GROUP LLC**
JOSHUA V. VAN HOVEN (CSB No. 262815)
E-Mail: josh@mccaulleylawgroup.com
3001 Bishop Dr., Suite 300
San Ramon, California 94583
Telephone: (925) 302-5941

RICHARD T. MCCAULLEY (*pro hac vice*)
E-Mail: richard@mccaulleylawgroup.com
180 N. Wabash Avenue, Suite 601
Chicago, Illinois 60601
Telephone: (312) 330-8105

Attorneys for Defendants, Counterclaim-Plaintiffs

PURLIFE BRANDS, INC., d/b/a SMARTY PEAR,
and CHRISTOPHER MADEIRAS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>　　　Plaintiff and Counterclaim-Defendant,<br><br>　　　v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>　　　Defendants and Counterclaim-Plaintiffs | Case No. 5:22-cv-04261-PCP<br><br>Declaration of Richard McCaulley in Support of Defendants' Motion for Judgment On the Pleadings<br><br>Hearing: October 12, 2023<br><br>Time: 10:00 AM<br>Courtroom 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

I, RICHARD T. MCCAULLEY, declare as follows:

1. I am an attorney at of MCCAULLEY LAW GROUP LLC, attorneys for Defendants PurLife Brands, Inc. (d/b/a "Smarty Pear") and Chris Madeiras in this matter. I have personal knowledge of the matters set forth herein, unless otherwise noted.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 6,463,881, downloaded from the United States Patent and Trademark Office's official website at https://ppubs.uspto.gov/pubwebapp/static/pages/ppubsbasic.html .

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,757,094, downloaded from the United States Patent and Trademark Office's official website at https://ppubs.uspto.gov/pubwebapp/static/pages/ppubsbasic.html .

4. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED the 31st day of August, 2023 in Reno, Nevada.

    /s/ Richard T. McCaulley

By: Richard T. McCaulley