UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual,<br><br>    Defendants and Counterclaim-Plaintiffs | Case No. 5:22-cv-04261-PCP<br><br>Honorable P. Casey Pitts<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**<br><br>Hearing: October 12, 2023<br><br>Time: 10:00 AM<br>Courtroom 8, 4th Floor<br>Judge: Hon. P. Casey Pitts |

Before the Court is Defendants PurLife Brands, Inc. (d/b/a "Smarty Pear") and Chris Madeiras' Request for Judicial Notice in Support of Defedants' Motion for Judgment on the Pleadings. Upon consideration of the Request for Judicial Notice and any opposition and reply thereto, it is hereby ORDERED that the Court will consider the contents of the materials in paragraphs 1-2 of the Request for Judicial Notice, in connection with Defendants' Motion for Judgment on the Pleadings as to invalidity of U.S. Patent No. 11,399,502.

DATED: _____  _____
P. Casey Pitts
United States District Judge