| | |
|---|---|
| 1 | COOLEY LLP |
| | BOBBY GHAJAR (198719) |
| 2 | (bghajar@cooley.com) |
| | COLETTE GHAZARIAN (322235) |
| 3 | (cghazarian@cooley.com) |
| | 1333 2nd Street, Suite 400 |
| 4 | Santa Monica, CA 90401 |
| | Telephone:    (310) 883-6400 |
| 5 | Facsimile:    (310) 883-6500 |
| 6 | MATTHEW BRIGHAM (191428) |
| | (mbrigham@cooley.com) |
| 7 | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| 8 | Telephone:    (650) 843-5000 |
| | Facsimile:    (650) 849-7400 |
| 9 | |
| | [*Full Counsel Listing on Signature Page*] |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | Automated Pet Care Products, LLC d/b/a Whisker |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, | Case No. 5:22-cv-04261-VC (SK) |
| Plaintiff, | **PLAINTIFF WHISKER'S OBJECTION TO REPLY EVIDENCE (L.R. 7.3(D)(1))** |
| v. | Hearing Date: October 12, 2023 |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, | Time: 10:00 a.m. |
| | Courtroom: 8, 4th Floor |
| | Judge: Hon. P. Casey Pitts |
| Defendants. | |
| PurLife Brands, Inc. d/b/a Smarty Pear, a Delaware corporation, and Chris Madeiras, an individual, | Motion Filed: August 10, 2023 |
| Counterclaim-Plaintiffs, | |
| v. | |
| Automated Pet Care Products, LLC d/b/a Whisker, a Michigan corporation, | |
| Counterclaim-Defendant. | |

Pursuant to Civ. L.R. 7-3(d)(1), Plaintiff Automated Pet Care Products, LLC d/b/a Whisker ("Whisker") hereby objects to the new evidence submitted by Defendants in connection with their Reply ISO Motion for Judgment on the Pleadings as to the '502 Patent (Dkt. 124), and the related Request for Judicial Notice (Dkt. 125).

Defendants submit new evidence in the form of two new patents, which Defendants were certainly aware of at the time of filing its opening brief, to allegedly support an argument that it should have made in its opening brief. Whisker objects to this new evidence because, by waiting to include in a reply brief, Defendants have prevented Whisker from responding and explaining why the new evidence does not support Defendants' argument and, at a minimum, confirms there are factual issues that cannot be decided on the pleadings. Defendants' injection of new evidence in an attempt to backfill a burden they carried (proving that the claims were well known and conventional), is further proof that judgment on the pleadings is improper.

Defendants' Request for Judicial Notice similarly misstates the relevant facts. The two new patents relied on in their reply were neither attached to the Complaint nor referenced in the Complaint. *Compare* Dkt. 124-2, 124-3 (new exhibits) with Dkt. 115 (Complaint). Nor did the Complaint "necessarily rely" on the two new patents, even under Defendants' standard: the Complaint does not reference the two new patents and they are not central to Plaintiff's claim. *See* Dkt. 125 (citing *Marder v. Lopez,* 450 F.3d 445, 448 (9th Cir. 2006)). Under the law, Whisker's asserted '502 patent is *presumed valid*. 35 U.S.C. § 282. Whisker did not need to prove its validity in its Complaint, nor reference other patents to support its claim. In contrast, as both a movant under Rule 12(c) and a patent validity challenger, *Defendants* had the burden to provide clear and convincing evidence of its allegations of patent invalidity in its opening brief. *See Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91 (2011) (clear and convincing evidence standard). After failing to do so in its opening brief, Defendants cannot submit irrelevant new reply evidence to satisfy its burden.

Accordingly, the Court should not consider Defendants' new evidence submitted with their reply (Dkt. 124-1, 124-2, and 124-3), or related argument (Dkt. 124 at 3, 7). The new evidence is not proper, and even if allowed, would further support denial of Defendants' motion for judgment on the pleadings.

Dated: September 7, 2023

COOLEY LLP

By: */s/ Matthew J. Brigham*
BOBBY GHAJAR (198719)
(bghajar@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone:   (310) 883-6400
Facsimile:   (310) 883-6500

MATTHEW BRIGHAM (191428)
(mbrigham@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

STEPHEN SMITH *[Pro hac vice]*
(stephen.smith@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone:   (202) 776-2196
Facsimile:   (202) 842-7899

*Attorneys for Plaintiff*
Automated Pet Care Products, LLC d/b/a Whisker